# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

**WILLIAM ALLEN MEANS,**

    **Plaintiff,**

v.              Civil Action No.:  2:20-cv-00561

**E.M. PETERSON, D. HARVEY, and
THE CITY OF SOUTH CHARLESTON,**

    **Defendants.**

## NOTICE OF VIDEOTAPED DEPOSITION OF DEFNDANT E.M. PETERSON

  Please take notice that Plaintiff, William Allen Means, by counsel, L. Danté diTrapano, Alex McLaughlin, Benjamin D. Adams, and the law firm of Calwell Luce diTrapano, PLLC, and William C. Forbes, W. Jesse Forbes, and the law firm of Forbes Law Offices, PLLC, will take the deposition of Defendant E.M. Peterson on Tuesday, March 30, 2020 at 1:00 p.m. EST at the law firm of Pullin, Fowler, Flanagan, Brown & Poe, PLLC, 901 Quarrier Street, Charleston, WV 25301 before a certified court reporter, or other person authorized to administer oaths and shall be recorded by stenographic means. This deposition will continue from day to day until completed. You are invited to protect your interests, if any.

                     **WILLIAM ALLEN MEANS,**
                     By counsel

 /s/Benjamin D. Adams
L. Dante' diTrapano, Esq. (WVSB #6778)
Alex McLaughlin, Esq. (WVSB #9696)
Benjamin D. Adams, Esq. (WVSB #11454)
Calwell Luce diTrapano PLLC

500 Randolph Street
Charleston, West Virginia  25302
(304) 343-4323
(304) 344-3684 (facsimile)
dditrapano@cldlaw.com
amclaughlin@cldlaw.com
badams@cldlaw.com

and

W. Jesse Forbes, Esq. (WVSB# 9956)
William C. Forbes, Esq. (WVSB# 1238)
Forbes Law Offices, PLLC
1118 Kanawha Blvd., East
Charleston, WV  25301
304-343-4050
304-343-7450 (facsimile)
wjforbes@forbeslawwv.com

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

**WILLIAM ALLEN MEANS,**

    **Plaintiff,**

**v.**                                                            **Civil Action No.: 2:20-561**

**E.M. PETERSON, D. HARVEY, and
THE CITY OF SOUTH CHARLESTON**,

    **Defendants.**

**CERTIFICATE OF SERVICE**

The undersigned, counsel of record for Plaintiff, William Allen Means, does hereby certify that on this 1st day of March, 2021, a copy of this "Notice of Videotaped Deposition of Defendant E.M. Peterson" was served upon all parties via the CM/ECF system:

> Duane J. Ruggier, II
> Evan S. Olds
> PULLIN, FOWLER, FLANAGAN,
> BROWN & POE, PLLC
> James Mark Building
> 901 Quarrier Street
> Charleston, WV 25301

> /s/Benjamin D. Adams
> L. Danté diTrapano, Esq. (WVSB#6778)
> Alex McLaughlin, Esq. (WVSB# 9696)
> Benjamin Adams, Esq. (WVSB# 11454)
> CALWELL LUCE DITRAPANO PLLC
> Law and Arts Center West
> 500 Randolph Street
> Charleston, WV  25302
> Telephone: (304) 343-4323
> Facsimile: (304) 344-3684
> *Counsel for Plaintiff*

and

W. Jesse Forbes, Esq. (WVSB# 9956)
FORBES LAW OFFICES, PLLC
1118 Kanawha Blvd. East
Charleston, WV  25301
Telephone: (304) 343-4050
Facsimile: (304) 343-7450
*Counsel for Plaintiff*