IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

WILLIAM ALLEN MEANS

        Plaintiff,

v.                                CIVIL ACTION NO.  2:20-cv-00561

E.M. PETERSON, et al.,

        Defendants.

## ORDER

Pending before the court is Defendants' Emergency Motion for a Protective Order and Stay. [ECF No 43]. The court will hold a hearing on the Motion on **Monday April 5, 2021, at 11:00 am.** It is further **ORDERED** that discovery in this matter is **TEMPORARILY STAYED** until Defendants' Motion has been resolved.

The court **DIRECTS** the Clerk to send a copy of this Order to all counsel of record and any unrepresented parties.

                              ENTER:       March 30, 2021

                              JOSEPH R. GOODWIN
                              UNITED STATES DISTRICT JUDGE