# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

**WILLIAM ALLEN MEANS,**

      **Plaintiff,**

v.                                                      Civil Action No.:  2:20-561

**E.M. PETERSON, D. HARVEY, and**
**THE CITY OF SOUTH CHARLESTON,**

      **Defendants.**

## CERTIFICATE OF SERVICE

The undersigned, counsel of record for Defendants, do hereby certify on this 1st day of July, 2021, that a true copy of the foregoing "***Defendant's Expert Disclosure***" was filed with the Clerk via the court's CM-ECF Filing System which will provide electronic notification to the following counsel of record:

L. Dante' diTrapano, Esq.
Alex McClaughlin, Esq.
Benjamin D. Adams, Esq.
Calwell Luce diTrapano PLLC
500 Randolph Street
Charleston, West Virginia  25302
*Counsel for Plaintiff*

W. Jesse Forbes, Esq.
Forbes Law Firm, PLLC
1118 Kanawha Boulevard, East
Charleston, West Virginia  25301
*Co-Counsel for Plaintiff*

                                                                       */s/Duane J. Ruggier II*
                                                                       **DUANE J. RUGGIER II (WVSB #7787)**
                                                                       **EVAN S. OLDS (WVSB #12311)**

**PULLIN, FOWLER, FLANAGAN,**
**BROWN & POE, PLLC**
901 Quarrier Street
Charleston, West Virginia 25301

1