### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

**WILLIAM ALLEN MEANS,**

    **Plaintiff,**

v.                                            **Civil Action No.: 2:20-561**

**E.M. PETERSON, D. HARVEY, and**
**THE CITY OF SOUTH CHARLESTON,**

    **Defendants.**

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendants, E.M. Peterson and D. Harvey, by counsel, Duane J. Ruggier, II, Evan S. Olds, and the law firm of Pullin, Fowler, Flanagan, Brown & Poe PLLC, and moves for summary judgment in this matter pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support of their *Motion*, these Defendants rely upon their *Memorandum of Law in Support of Their Motion for Summary Judgment.*

**WHEREFORE,** Defendants respectfully request that this Honorable Court dismiss the claims against them with prejudice. Defendants request any and all other such further relief, including costs and attorneys' fees, whether legal or equitable in character, as to which they may be entitled and to which this Court deems just and proper.

                                                  **E.M. PETERSON and**
                                                  **D. HARVEY,**
                                                  **By Counsel,**

                                                  */s/ Duane J. Ruggier II*
                                                  **DUANE J. RUGGIER II (WVSB #7787)**
                                                  **EVAN S. OLDS (WVSB #12311)**

**PULLIN, FOWLER, FLANAGAN,**
**BROWN & POE, PLLC**
901 Quarrier Street
Charleston, West Virginia 25301
304-344-0100

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

**WILLIAM ALLEN MEANS,**

       **Plaintiff,**

v.                                                            **Civil Action No.:  2:20-561**

**E.M. PETERSON, D. HARVEY, and
THE CITY OF SOUTH CHARLESTON,**

       **Defendants.**

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned, counsel of record for Defendants, do hereby certify on this 8th day of July, 2021, that a true copy of the foregoing "***Defendant's Motion for Summary Judgment***" was filed with the Clerk via the court's CM-ECF Filing System which will provide electronic notification to the following counsel of record:

L. Dante' diTrapano, Esq.
Alex McClaughlin, Esq.
Benjamin D. Adams, Esq.
Calwell Luce diTrapano PLLC
500 Randolph Street
Charleston, West Virginia  25302
*Counsel for Plaintiff*

W. Jesse Forbes, Esq.
Forbes Law Firm, PLLC
1118 Kanawha Boulevard, East
Charleston, West Virginia  25301
*Co-Counsel for Plaintiff*

                                                      */s/Duane J. Ruggier II*
                                                      **DUANE J. RUGGIER II (WVSB #7787)
EVAN S. OLDS (WVSB #12311)**

**PULLIN, FOWLER, FLANAGAN,
BROWN & POE, PLLC**
901 Quarrier Street
Charleston, West Virginia 25301