**In the Matter of:**

WILLIAM ALLEN MEANS

vs

E.M. PETERSON

WILLIAM MEANS

*March 29, 2021*



5010 Dempsey Drive
Cross Lanes WV 25313
304-415-1122

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


WILLIAM ALLEN MEANS,

     Plaintiff,


vs.                 Civil Action No. 2:20-561


E.M. PETERSON, D. HARVEY,
and THE CITY OF SOUTH
CHARLESTON,

     Defendants.


DEPOSITION OF WILLIAM ALLEN MEANS
———————————————————————————————

     The deposition of William Allen Means
was taken on March 29, 2021, at 10:11 a.m.,
at 500 Randolph Street, Charleston, West Virginia.
———————————————————————————————


ELITE COURT REPORTING, LLC
5010 Dempsey Drive
Cross Lanes, West Virginia  25313
(304) 415-1122

Lisa Hall, CCR

Page 2

```
1        A P P E A R A N C E S
2   L. Dante' diTrapano
    Attorney at Law
3   Calwell Luce diTrapano, PLLC
    500 Randolph Street
4   Charleston, West Virginia  25302
5
    W. Jesse Forbes
6   Attorney at Law
    Forbes Law Firm, PLLC
7   1118 Kanawha Boulevard, East
    Charleston, West Virginia  25301
8
9   Duane Ruggier, II
    Attorney at Law
10  Pullin, Fowler, Flanagan, Brown & Poe, PLLC
    901 Quarrier Street
11  Charleston, West Virginia  25301
12
    Also present:  D. Harvey
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 3

```
1           I N D E X
2
3   WITNESS
4       William Allen Means
5
    EXAMINATION
6
        by Mr. Ruggier          Page 04
7
8   EXHIBITS
9       None
10
11
12
13
14
15
16
17
18
19
20
21
22
23  Reporter's Certification     Page 113
    Errata Sheet/Signature Page   Waived
24
```

Page 4

```
1           WILLIAM ALLEN MEANS,
2       called as a witness, first being duly
3       sworn by the Court Reporter/Notary Public,
4       testified as follows, to wit:
5           EXAMINATION
6   BY MR. RUGGIER:
7       Q.  Mr. Means, can you state your name for the
8   record?
9       A.  William Means.
10      Q.  And do you mind if I call you Billy?  You
11  can call me Duane.
12      A.  Yeah.  That's fine.
13      Q.  Billy, my name is Duane Ruggier.  I'm an
14  attorney that represents the City of South
15  Charleston in a lawsuit that you filed arising out
16  of an incident that happened on May 2nd of 2000
17  (sic).
18          A couple of things before we begin.  If
19  you don't understand my question, just let me know,
20  and I'll be glad to repeat it.  You have to
21  verbalize everything that you've got to say so the
22  court reporter can take down everything that we say
23  in our conversation and later on produce a
24  transcript of it.  Do you understand that?
```

Page 5

```
1       A.  Yeah.
2       Q.  Whenever -- if you need to take a break at
3   any time, let me know.  I'm glad to do so.  We'll
4   take whatever steps you need to take.
5           Are you okay with all that?
6       A.  Yeah.
7       Q.  Are you under the influence of any
8   medication which would affect your truthfulness or
9   ability to testify today?
10      A.  Huh-uh.
11      Q.  No?
12          Do you know what meds you're on right now?
13      A.  There's a whole list of them.
14      Q.  Yeah?  You've got a whole bunch of them?
15      A.  Yeah.
16      Q.  All right, Billy.  Let's see.  Your last
17  name is Means.  Are you related to anybody around
18  here other than with the last name of Means?
19      A.  Not that I know of.
20      Q.  I'll remind you you're under oath, and
21  you've got to tell the truth.  Do you understand
22  that?
23      A.  Yeah.
24      Q.  What's your date of birth?
```

Elite Court Reporting, LLC
WILLIAM MEANS, 03/29/2021

Page 6

1    A. 8/25/89.
2       Q. And at the time of your arrest in this
3 case, what was your height and weight?
4    A. Five-eleven, one hundred and eighty.
5       Q. Do you know what your height and weight is
6 now?  Your height is the same, but what about your
7 weight?
8    A. I ain't got a clue.  Probably 165.
9       Q. Where do you currently live?
10    A. North Charleston.
11       Q. What's the address?
12    A. 2615 6th Avenue.
13       Q. And who do you live with?
14    A. My dad.
15       Q. And what's your dad's name?
16    A. Michael Means.
17       Q. And how long have you lived there?
18    A. Less than a month.
19       Q. Has your dad lived there a long time at
20 this residence?
21    A. No.  He just moved in there, too.
22       Q. All right.  Anybody else live there?
23    A. His girlfriend.
24       Q. What's her name?

Page 7

1    A. Renee Fuson.
2       Q. Renee Fuson.  Can you spell "Fuson"?
3    A. F-U-S-O-N.
4       Q. Is your dad employed?
5    A. Yeah.
6       Q. What does he do?
7    A. He owns his own contracting company.
8       Q. What's the name of it?
9    A. Absolute Contracting.
10       Q. Do you know your dad's phone number?
11    A. 304-964-1431.
12       Q. How long has your dad owned Absolute
13 Contracting?
14    A. I'm not sure really.
15       Q. What do they do at Absolute Contracting?
16    A. General contracting.
17       Q. Does he build stuff?
18    A. Yeah.
19       Q. All right.  Anything in particular?
20    A. Not really.
21       Q. All right.  What is your Social Security
22 number?
23    A. 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.
24       Q. And what is -- did you have a driver's

Page 8

1 license?
2    A. No.
3       Q. Have you ever had a driver's license?
4    A. Yeah.
5       Q. When did you last have a driver's license?
6    A. It's -- I'm not sure really.  2009, 2010.
7       Q. All right.  Was it a West Virginia
8 driver's license?
9    A. Yeah.
10       Q. Prior to living at the 2615 6th Avenue
11 address, where did you reside?
12    A. 821 1st Avenue South, Nitro.
13       Q. And who did you live there with?
14    A. My grandmother.
15       Q. What's her name?
16    A. Helen Lacy.
17       Q. Could you repeat that?
18    A. Helen Lacy.
19       Q. Helen Lacy?
20    A. Yeah.
21       Q. Do you spell Lacy, L-A-C-Y?
22    A. Yeah.
23       Q. And how long did you live there with your
24 grandma?

Page 9

1    A. A couple months.
2       Q. What's that?
3    A. A couple months.
4       Q. A couple months.
5          And then prior to the 821 1st Avenue South
6 address, where did you live?
7    A. 803 Sharon Drive.
8       Q. 803 what?
9    A. Sharon Drive.
10       Q. Where is that located?
11    A. South Ruffner, Charleston.
12       Q. South Ruffner, Charleston?
13    A. Yeah.
14       Q. And who did you live there with?
15    A. Myself.
16       Q. And how long did you live there?
17    A. It was a couple months.
18       Q. When you lived with your grandma, did
19 anybody else live there other than your grandma?
20    A. My uncle.
21       Q. What's his name?
22    A. Bradley Means.
23       Q. Repeat that.
24    A. Bradley Means.

Page 10

1   Q.  Does he have a phone number?
2   A.  No, not that I know of.
3   Q.  Does your grandma have a phone number?
4   A.  I don't know the number.
5   Q.  Is your grandma employed?
6   A.  No.
7   Q.  Is Bradley employed?
8   A.  Yeah.  He takes care of her.  He's her
9   caretaker.
10  Q.  He what?
11  A.  He takes care of her.
12  Q.  Gets a paycheck from the government --
13  A.  Yeah.
14  Q.  -- to take care of her?
15      All right.  Prior to the 803 Sharon
16  address, where did you live?
17  A.  With my boss over in Loudendale.  I don't
18  remember his address.
19  Q.  Your boss in Loudendale?
20  A.  Yeah.
21  Q.  What's his name?
22  A.  Donnie Brown.
23  Q.  And it was on Loudendale Road, is that
24  what it is?

Page 11

1   A.  I guess.  It's Loudendale, unincorporated,
2   I guess.
3   Q.  What's the city?
4   A.  Charleston.
5   Q.  You called him your boss?
6   A.  Yeah.  I worked with him before the
7   accident.
8   Q.  Where did you work with him?
9   A.  Brown's Grave Digging Services.
10  Q.  Brown's Grave Digging Services?
11  A.  (Nodding head.)
12  Q.  Is that business still in operation?
13  A.  Yeah.  As far as I know.
14  Q.  Do you know Donnie Brown's phone number?
15  A.  No, I don't.
16  Q.  How long did you live with Donnie Brown?
17  A.  Just a couple months.
18  Q.  Prior to living with Donnie Brown, where
19  did you live?
20  A.  I was homeless.
21  Q.  You were homeless?
22  A.  Yeah.
23  Q.  And how long were you homeless?
24  A.  A couple years.

Page 12

1   Q.  Like from when to when?
2   A.  I don't -- I'm not really sure on
3   specifics.  I mean --
4   Q.  Do you know where we are as far as years?
5   Are we talking about 2015?  Are we talking about --
6   A.  2017, '18, something like that.
7   Q.  2017, '18.
8       Prior to becoming homeless, where did you
9   live?
10  A.  My address was my grandma's.
11  Q.  What's that?
12  A.  821 1st Avenue was my address.
13  Q.  What was the address?
14  A.  821 1st Avenue, at my grandma's.
15  Q.  You lived with your grandma before that.
16      How long did you live with your grandma on
17  the stint before you were homeless?
18  A.  A while.  A couple years.
19  Q.  Before that, do you know where you lived?
20  A.  I don't remember.
21  Q.  You're not currently employed, right?
22  A.  No.
23  Q.  When was the last time you held a job?
24  A.  Before the accident.

Page 13

1   Q.  At the time of the accident, were you
2   employed?
3   A.  Yeah.
4       Well, kind of.  I mean, he was just laying
5   people off.  He got sick, and so he didn't have as
6   many jobs as usual.
7   Q.  So at the time of the accident, the only
8   place where you occasionally would work would be --
9   A.  Donnie Brown's Grave Digging Services.
10  Q.  And how often would you work for Donnie
11  Brown as a grave digger?
12  A.  It just depended on when he got calls, you
13  know.  It was maybe two, three days a week.
14  Q.  It would be a couple days a week?
15  A.  (Nodding head.)
16  Q.  And how much would you get paid?
17  A.  $100 a day.
18  Q.  What was the average that you would make
19  per week at the time of the accident?
20  A.  Three- to $500.
21  Q.  What's that?
22  A.  Anywhere from 3- to 500.
23  Q.  How often would you make $500?
24  A.  When he got the call.  I mean, it was not

Page 14

1 very often.
2     Q. What was the average wage you would get
3 during the week at the time of the accident?
4     A. 300.
5     Q. Who could establish that you were working
6 for Donnie Brown's Grave Digging Services?
7     A. Donnie.
8     Q. Can you give me his phone number?
9     A. I don't have it. My dad could tell you
10 I -- I mean, he'd tell you that I worked there,
11 too.
12     Q. What's that?
13     A. My dad -- I said, my dad knew that
14 I worked there.
15     Q. Is there any way to get a hold of Brown's
16 Grave Digging Services?
17     A. I mean, I could get the number for you,
18 but I don't have it now. I lost it when I lost my
19 phone.
20     Q. Is it -- I mean, is it a number that's on
21 the Internet or --
22     A. It may be.
23     Q. Where is Brown's Grave Digging Services
24 located?

Page 15

1     A. It's out of Loudendale.
2     Q. What cemeteries would you dig graves?
3     A. All over. From here to Red House.
4     Q. Just different cemeteries?
5     A. (Nodding head.)
6     Q. And do you get paid per day? Do you get
7 paid per grave?
8     A. Per day.
9     Q. Do you know if Donnie got paid per day or
10 per grave, or the business gets paid --
11     A. No. I never -- I never asked.
12     Q. What's that?
13     A. I think he got paid per grave and tent
14 service.
15     Q. Say that again?
16     A. Per grave and tent service.
17     Q. Oh, tent service?
18     A. Yeah.
19     Q. Okay. So if this accident happened in
20 2020, how much money had you made, or would you
21 estimate that you had made, from January 1st, 2020,
22 to May of 2020?
23     A. I have no clue.
24     Q. Did you file tax returns?

Page 16

1     A. No.
2     Q. So you did not file a tax return in 2020?
3     A. No.
4     Q. Did you file a tax return in 2021?
5     A. No.
6     Q. I'm sorry. Did you file a tax return in
7 2019 is what I meant?
8     A. (Shaking head.)
9     Q. Is that a "no"?
10     A. Yeah. No.
11     Q. Did you file a tax return in 2018?
12     A. No. I haven't filed taxes in a long time.
13     Q. Did you file a tax return in 2017?
14     A. No.
15     Q. Did you file a tax return in 2016?
16     A. No.
17     Q. Okay. Did Donnie pay you under the table?
18     A. Yeah.
19     Q. Just straight cash, no --
20     A. A hundred dollars a day.
21     Q. -- no taxes, nothing like that?
22     A. A hundred dollars a day.
23     Q. So at the time of the accident, you were
24 employed at Brown's Grave Digging Services, which

Page 17

1 you would do -- periodically, you would work for
2 Brown's Grave Digging Services digging graves; is
3 that accurate? Is that correct?
4     A. Yeah.
5     Q. And prior to that, were you ever employed?
6     A. Yeah.
7     Q. Where?
8     A. The only job is at BP, I guess.
9     Q. You worked at BP?
10     A. Yeah.
11     Q. BP where?
12     A. Kanawha City.
13     Q. Do you know what year you were employed
14 there?
15     A. I think it was 2015?
16     Q. And what did you do there? Cashier?
17     A. Yeah.
18     Q. Other than being employed at Brown's Grave
19 Digger Services and at BP in 2015 -- are those the
20 only two places that you've been employed in the
21 past call it five years or so?
22     A. I worked on and off for my dad
23 occasionally.
24     Q. On and off for your father? Correct?

Page 18

1    A. Yeah.
2    Q. Is that what you said?
3       For Absolute Contracting?
4    A. Yeah.
5    Q. And how often would you work for your
6 father?
7    A. Just whenever he needed the help.
8    Q. At the time of the accident, how often had
9 you worked for your father?
10   A. Me and my father were having a falling-out
11 at the time of the accident.
12   Q. So you had a falling-out at the time of
13 the accident.
14      How about prior to the accident, when was
15 the last time --
16   A. That's what I mean, prior to the accident,
17 I hadn't worked for my dad for a while.
18   Q. For how long?
19   A. Probably six months or so.
20   Q. Why did you and your dad have a
21 falling-out?
22   A. Just differences.
23   Q. What were your-all's differences
24 regarding?

Page 19

1    A. He's an asshole.
2    Q. Why was he an asshole?
3    A. I mean, why -- because he's a dad.
4    Q. Because he's a dad?
5    A. Yeah.
6    Q. All right.  So at the time of the accident
7 in May of 2000 (sic), you had not worked for your
8 father for at least six months?
9    A. Yeah.
10   Q. And that was because you and your father
11 had some personal differences?
12   A. Yeah.
13   Q. When you would work for your father, how
14 much would you make an hour?
15   A. Fifteen dollars an hour.
16   Q. And what would you do?
17   A. Just general contracting, general labor.
18   Q. You would do labor for 15 bucks an hour?
19   A. (Nodding head.)
20   Q. Is that a "yes"?
21   A. Yeah.
22   Q. Have we covered your employment history
23 pretty much?
24   A. Pretty much.

Page 20

1    Q. Have you ever been married?
2    A. No.
3    Q. Have you got any kids?
4    A. No.
5    Q. What's the name of your mother?
6    A. Tonya Devitt.
7    Q. Say that again?
8    A. Tonya Devitt.
9    Q. Tonya?  Can you spell "Tonya"?
10   A. T-O-N-Y-A  D-E-V-I-T-T.
11   Q. And is she still alive?
12   A. Yeah.
13   Q. Where does she live?
14   A. I don't know.
15   Q. You don't have much to do with her?
16   A. Not really.
17   Q. When did you last speak to her?
18   A. I don't remember.
19   Q. A long time ago?
20   A. It's been a while.
21   Q. Why don't you have a relationship with
22 your mom?
23   A. I don't know.
24   Q. Personal differences?

Page 21

1    A. I guess so.
2       MR. FORBES:  Do you need a break, Billy?
3 Are you doing okay?
4       THE WITNESS:  I'll be all right.
5    Q. Let me know anytime you need to take a
6 break.  I'll be glad to do so.
7    A. Let's get it over with so I can take a
8 break and go lay down.  It's hard on my back.
9    Q. I understand.  Well, it's going to be a
10 while.
11   A. Yeah.
12   Q. So I'm just saying, just whatever you need
13 to do at any point, I'll be glad to accommodate you
14 in any way you need.
15      So are you close to any family members?
16   A. Not really.
17   Q. Do you have any brothers or sisters?
18   A. Yeah.
19   Q. Are they around?
20   A. Yeah.
21   Q. What's their names?
22   A. It's Shonathan, Kavan, and Matthew.
23   Q. Say that again?
24   A. Shonathan.

Page 22

1    Q. Shonathan?
2    A. Yeah. Mairs. That's my mom's kid.
3    Q. Let's see. All right. Shon- -- spell it.
4    A. S-H-O-N-A-T-H-A-N.
5    Q. That is your -- and what's the last name?
6    A. Mairs, M-A-I-R-S.
7    Q. And that is your mother's child?
8    A. Yeah.
9    Q. Is it a boy or a girl?
10   A. Boy.
11   Q. How old is Shonathan?
12   A. Sixteen, seventeen, something like that.
13   Q. All right. And any other brothers or
14 sisters?
15   A. Kavan -- K-A-V-A-N -- Mairs.
16   Q. Also your mother?
17   A. Yeah.
18   Q. Is that a boy or a girl?
19   A. Boy.
20   Q. How old?
21   A. Twelve.
22   Q. Any others?
23   A. Matthew Means.
24   Q. Matthew Means?

Page 23

1    A. Yeah.
2    Q. And how old is Matthew?
3    A. Twenty, twenty-one.
4    Q. And where does Matthew live?
5    A. I'm not sure. Loudendale, I think.
6    Q. Does he live around here?
7    A. Yeah.
8       And Brittany Pitzer.
9    Q. Brittany Pitzer?
10   A. Yeah. That's my dad's daughter, but he
11 didn't -- she got adopted out.
12   Q. Brittany Pitzer, P-I- --
13   A. P-I-T-Z-E-R.
14   Q. How old is Brittany?
15   A. Twenty-four, twenty-five.
16   Q. Where does Brittany live?
17   A. I'm not sure.
18   Q. Does she live around here?
19   A. I think in Kanawha City somewhere.
20   Q. Do you have much contact with Brittany?
21   A. No. I haven't talked to her in forever.
22   Q. So there's Shonathan Mairs. There's Kavan
23 Mairs. Those are your mother's kids. There's
24 Matthew Means, who is your dad's kid that lives

Page 24

1 around here, and Brittany Pitzer.
2       Do you know where the Mairs live at all?
3    A. Sissonville.
4    Q. Sissonville?
5       What's your educational background?
6    A. I didn't complete high school. Ninth
7 grade.
8    Q. You quit high school in the ninth grade?
9    A. Yeah.
10   Q. Where?
11   A. St. Albans.
12   Q. All right. Why did you quit?
13   A. Got expelled.
14   Q. Why did you get expelled?
15   A. Smoking weed.
16   Q. Did you ever try to go back?
17   A. Yeah. They told me to join the Army.
18   Q. What's that?
19   A. Yeah. They told me to join the Army.
20   Q. So did you?
21   A. No.
22   Q. So what did you do after getting expelled
23 in ninth grade?
24   A. I went and tried to take my ASVABs, but I

Page 25

1 just gave up on it.
2    Q. You just gave up?
3       So never got a high school diploma or
4 anything?
5    A. No.
6    Q. Have you ever been injured in any other
7 way in which you asked for money from an insurance
8 company?
9    A. No.
10   Q. Filed a claim of any kind?
11   A. No.
12   Q. Nothing like that?
13      Have you ever filed any Workers' Comp
14 claims?
15   A. No.
16   Q. Any claims for disability, or anything
17 like that?
18   A. No.
19   Q. Has anybody ever filed a lawsuit against
20 you?
21   A. No.
22   Q. Have you ever filed any other lawsuits?
23   A. No.
24   Q. All right. How about we talk about your

Page 26

1  criminal history?
2        Have you ever been charged with a crime?
3     A. Charges?  Yeah, a couple.
4     Q. What's that?
5     A. Yeah, a couple.
6     Q. Let's see.  Do you have any memory issues,
7  or anything like that?
8     A. Not really, but like I can't really
9  remember stuff from way far -- I mean, I ain't got
10 a very good memory, but I got a decent memory.
11    Q. What's that?
12    A. I ain't got an amazing memory, but I've
13 got a decent memory.
14    Q. Okay.  So I want to talk to you about a
15 couple of past crimes or past incidents.  You tell
16 me what you remember the best you can.
17       Let's see.  There was the February 25th,
18 2019, incident.  Anything about that?  Maybe with a
19 police officer?  Running from the police?  Anything
20 like that?
21    A. Oh, yeah.
22    Q. What's that?
23    A. Yeah.
24    Q. Why don't you tell me what happened?

Page 27

1     A. I ran into a vehicle that had been
2  reported stolen.
3     Q. Say that -- you what?
4     A. I said I found a vehicle that my neighbor
5  had -- that had been stolen from my neighbor.
6  I went to return it to her, and the police got
7  behind me.  I didn't have a license.  I was
8  nervous, and so I didn't stop.
9     Q. So you found your neighbor's vehicle that
10 had been stolen?
11    A. Yeah.
12    Q. And you were going to return it to her?
13    A. Yeah.
14    Q. So how did you get the vehicle?
15    A. It was abandoned on Loudendale.
16    Q. It was what?
17    A. Abandoned on Loudendale.
18    Q. So who was your neighbor?
19    A. Leslie Swift.
20    Q. Do you know Leslie's phone number?
21    A. No, I don't.
22    Q. Do you know where Leslie lives?
23    A. Not now.  She moved.
24    Q. Do you know if Leslie is employed?

Page 28

1     A. No, she's not.  She's an elderly person.
2     Q. She what?
3     A. She's older.  She's on disability, I
4  think.
5     Q. What kind of car was it?
6     A. A Honda Civic.
7     Q. You say you found her car which had been
8  stolen, and you were going to return it to her?
9     A. Yeah.
10    Q. How did you start the car?
11    A. It was abandoned and sitting on Loudendale
12 with the keys in the ignition and the doors open.
13    Q. Do you have any idea -- can you speculate
14 as to why --
15       MR. FORBES:  Objection to form.
16       But you can go ahead and answer.
17       MR. RUGGIER:  Yes.
18    A. No clue.
19    Q. You don't have any idea.
20       Did you ever gain any information as to
21 why this car would be on Loudendale with the keys
22 in it and the door open?
23    A. Huh-uh.
24    Q. Is that a "no"?

Page 29

1     A. No.
2     Q. Let's see.  You were charged on
3  January 22nd, 2020, for driving with
4  suspended/revoked license and secondary arson?
5     A. I don't recall any of those.
6     Q. You don't remember that at all?
7       Driving unlicensed?  Don't remember
8  anything like that?
9     A. Huh-uh.
10    Q. August 5th, 2019, for driving on a
11 suspended license?
12    A. I don't remember that either.
13    Q. You have no recollection of an August 5th,
14 2019, arrest for driving on a suspended license?
15    A. No.
16    Q. February 26, 2019.  Fleeing with reckless
17 indifference in a stolen vehicle.  Do you remember
18 anything about that?
19    A. That was the same incident we was talking
20 about, wasn't it?
21    Q. Probably, from the looks of it, yeah.
22       That's the one with the --
23    A. Where I found the vehicle, yeah.
24    Q. November 19th, 2018, for driving on

Page 30

1  revoked -- driving revoked for DUI?
2      (Mr. diTrapano exits the room.)
3      A. That one might -- maybe. I mean, I
4  don't -- I've been pulled over a couple times for
5  driving revoked. I can't recall exactly when,
6  but ...
7      Q. So you don't really have any memory of it,
8  or there's several of them, so --
9      A. There's a couple of them. I mean, it's
10 just ...
11     Q. August 26th, 2018, for driving while
12 license suspended/revoked and for transferring
13 stolen property?
14     A. Yeah.
15     Q. Why don't you tell me what happened there?
16     A. The tags I had I had found in a parking
17 lot and put them on my car.
18     Q. You just found them in a parking lot, and
19 so you put them on your car?
20     A. Yeah.
21     Q. You didn't steal them off another car?
22     A. No.
23     Q. Why didn't your car have tags?
24     A. Because I had just got it. My uncle had

Page 31

1  just passed away. I came in to go -- to be a
2  pallbearer at his funeral.
3      Q. Let's see. April 25th, 2016. Driving
4  while license suspended/revoked for DUI and for DUI
5  on meth?
6      A. I don't remember that.
7      Q. April 5th, 2016, for marijuana possession?
8      A. I don't really remember that.
9      Q. March 29th, 2016. Driving for -- revoked
10 for DUI? This is the anniversary of that one.
11     A. What is it?
12     Q. I said it's the anniversary of that one.
13     A. Uh-huh.
14     Q. Do you remember it at all?
15     A. Huh-uh.
16     Q. January 31st, 2016. DUI?
17     A. I don't remember it. That's back a little
18 far for me.
19     Q. October 13th, 2015. DUI?
20     A. I don't remember it.
21     Q. October 22nd, 2011, for DUI?
22     A. I don't recall.
23     Q. January 23rd, 2011, for
24 receiving/transferring a stolen vehicle?

Page 32

1      (Mr. diTrapano enters the room.)
2      A. I don't remember it.
3      Q. October 14th, 2010, for possession of
4  marijuana. You were sentenced six months for this.
5      A. I don't remember it.
6      MR. FORBES: I'm going to object. Does
7  that show like a suspended sentence, or are
8  you saying that somebody put him in jail for
9  six months?
10     MR. RUGGIER: I don't know if somebody --
11 well, I'm not sure.
12     MR. FORBES: Okay.
13     MR. RUGGIER: Whatever he remembers is all
14 I'm looking for.
15     Q. April 11th, 2010, for concealed weapon
16 without a license?
17     A. Yeah.
18     Q. What do you remember about that?
19     A. Me and a friend -- I was moving back with
20 my mom, and I had my pistol in the trunk in a
21 lockbox. I got pulled over, and the cop -- we told
22 the cop it was there, and he tried to carry -- he
23 pulled it out and tried to get me for carrying
24 concealed. It was tossed out.

Page 33

1      Q. April 8th, 2009, for embezzlement?
2      A. Yeah. I worked for Go-Mart, and I got
3  caught stealing cigarettes.
4      Q. They called that embezzlement?
5      A. Yeah. It was petit larceny.
6      Q. Do you remember what you received for
7  that?
8      A. Paid restitution. That's about it.
9      Q. Okay. So it wasn't really embezzlement.
10 Were you taking money from Go-Mart?
11     A. It was -- they didn't -- couldn't prove
12 that I was. It was dropped to petit larceny.
13     Q. They proved that you stole some
14 cigarettes?
15     A. Yeah.
16     Q. Well, there's the -- maybe it's the same
17 one. April 21st, 2009, petit larceny?
18     A. Yeah.
19     Q. It's probably the same.
20     Have you ever been treated for drug or
21 alcohol abuse?
22     A. No.
23     Q. What's that?
24     A. No.

Page 34

1    Q.  Are you a drug addict?
2    A.  No.  I was.  Recovering.
3    Q.  So you'd describe yourself as a recovering
4  drug addict?
5    A.  Yeah.
6    Q.  When were you a drug addict?
7    A.  Before the accident.
8    Q.  Before the accident?
9    A.  Yeah.
10    Q.  At the time of the accident, were you a
11  drug addict?
12    A.  No.  I was in the -- had just started
13  recovery.
14    Q.  So at the time of the accident, you were
15  not a drug addict --
16    A.  I was in recovery.
17    Q.  You were a recovering drug addict because
18  you had stopped using drugs?
19    A.  Yeah.
20    Q.  When did you stop using drugs?
21    A.  I don't recall like the exact date,
22  but I attempted to do it.  It was probably a month
23  before my accident.
24    Q.  On the day of the accident, had you taken

Page 35

1  any drugs?
2    A.  No.
3    Q.  What's that?
4    A.  Huh-uh.  No.
5    Q.  And on the night before the accident, had
6  you taken any drugs?
7    A.  Not that I recall.
8    Q.  In the two weeks prior to the accident,
9  had you taken any drugs?
10    A.  Probably.
11    Q.  You say "probably"?
12    A.  Yeah.
13    Q.  Did you tell any doctors or medical
14  personnel that you were an IV drug user?
15    A.  At one point in time, yeah.
16    Q.  After the accident?
17    A.  Yeah, at one time.
18    Q.  At the time of the accident, you were not
19  an IV drug user?
20    A.  It was beforehand.
21    Q.  What's that?
22    A.  It was beforehand.
23    Q.  When was the last time that you took any
24  kind of illegal drugs prior to the accident on

Page 36

1  May 2nd --
2    A.  I can't really recall.
3    Q.  You're not sure when you did?
4    A.  No.  I'm not sure.
5    Q.  But you did take illegal drugs prior to
6  the accident at some point?
7      MR. FORBES:  Objection to form.
8      You can go ahead and answer if you --
9    A.  Yeah, I guess, but like I said, I don't
10  really remember just when.
11    Q.  Can you state that you did not take drugs
12  in the two days prior to the accident?
13    A.  I -- I really don't remember.
14    Q.  You're not sure?
15    A.  Not sure.
16    Q.  And is it a fair characterization of your
17  testimony that you do not know when you last took
18  drugs prior to the accident?
19    A.  Yeah.
20    Q.  What's that?
21    A.  Yes.
22    Q.  Do you need to take a break?
23    A.  No.
24    Q.  What kind of drugs would you take prior to

Page 37

1  the accident?
2    A.  I was just a user.  It didn't matter.  I
3  was just looking to comfort --
4    Q.  Looking to comfort what?
5    A.  It didn't matter.  I mean, I was a drug
6  addict.
7    Q.  You were just -- any kind of drugs you
8  could get your hands on?
9    A.  Yeah.
10    Q.  Would that include opioids?
11    A.  Yeah.
12    Q.  Would that include intravenous drug use?
13    A.  It would mean anything beforehand.
14    Q.  What's that?
15    A.  I had -- like I hadn't been using
16  intravenously for a while.
17    Q.  Say that again?
18    A.  I said, I hadn't been using intravenously
19  for a while before the wreck.  I had been sober for
20  a good bit.
21    Q.  What's that?
22    A.  I had been sober from intravenous use for
23  a good while.
24    Q.  You were more into drug- -- pills?

Page 38

1    A.  No.  Just smoking meth.
2    **Q.  Smoking meth?**
3    A.  Smoking heroin.
4    **Q.  On the day of the accident, would you**
5  **think that there was methamphetamines in your body?**
6    A.  No.
7    **Q.  On the day of the accident, would there**
8  **be -- would you think there would be any kind of**
9  **opioids in your body?**
10   A.  Not -- there shouldn't have been.
11   **Q.  On the day of the accident, would you**
12 **think there would be any kind of drugs in your**
13 **body?**
14   A.  There shouldn't have been.  Not that I
15 know of.
16   **Q.  Do you remember the last time you did any**
17 **kind of illegal drugs prior to the accident?**
18   A.  No.
19   **Q.  Prior to the time of the accident, how**
20 **often would you smoke meth?**
21   A.  Just occasionally.
22   **Q.  What's that?**
23   A.  Just occasionally.
24   **Q.  Like what does that mean?  If you can,**

Page 39

1  give me something more accurate.  Once a week?
2  Once --
3    A.  Whenever it was brought to my -- I mean,
4  whenever somebody had it.
5    **Q.  Whenever you got your hands on it?**
6    A.  Basically.
7    **Q.  Because you were a drug addict, and --**
8    A.  Basically.
9    **Q.  -- that's what drug addicts do?**
10   **Did you ever sell any drugs?**
11   A.  No.
12   **Q.  Was meth your drug of choice?**
13   A.  I didn't have a drug of choice.
14   **Q.  How come?**
15   A.  Because I was a drug addict.
16   **Q.  So you were just looking for any drugs you**
17 **could get?**
18   A.  Yeah.
19   **Q.  And how did you become cured from being a**
20 **drug addict?**
21   A.  I quit making money and got handicapped.
22   **Q.  What's that?**
23   A.  I said, I quit making money and got
24 handicapped.  Too many infections.

Page 40

1    **Q.  Did you say you quit making money?**
2    A.  I quit being able to work, and so I
3  couldn't afford the drugs.  And I got infections.
4  So the more I'd get high, the more infections would
5  arise.
6    **Q.  Is -- the reason that you're no longer a**
7  **drug addict is because you are handicapped now?**
8    MR. FORBES:  Objection to form.
9    A.  Not necessarily, but, yeah, it does have a
10 good -- I mean, I'm more prone to infection being
11 handi- -- and drugs bring infection.
12   **Q.  And you can't really -- is it hard for you**
13 **to get drugs now?**
14   A.  I don't even try.  I don't even attempt.
15 I don't even think about them.  I think about my
16 life more than that.
17   **Q.  Is it a fair statement that your being**
18 **paralyzed is the reason for you no longer being a**
19 **drug addict?**
20   A.  Not necessarily, but ...
21   **Q.  Then maybe I'm --**
22   A.  I'm no longer a drug addict because I
23 don't want to be a drug addict.  I mean ...
24   **Q.  You're no longer a drug addict because you**

Page 41

1  don't want to be a drug addict?
2    A.  Yeah.  I choose not to be.
3    MR. DITRAPANO:  Duane, it's been an hour,
4  and he, you know, indicated to us earlier
5  that he was having, you know, a hard time, you
6  know, sitting up for long periods of time.
7  We can't do anything about that really.  But
8  maybe it would be a good time to take a short
9  break if you can.
10   MR. RUGGIER:  That's fine with --
11   THE WITNESS:  My bowels don't work, and
12 I haven't used the bathroom in over two weeks.
13 So it's like concrete (indicating) right now.
14 I mean, it's --
15   MR. RUGGIER:  Yeah.  I understand.
16   THE WITNESS:  I ain't got no mobility in
17 my back.
18   MR. RUGGIER:  Whatever -- like I said at
19 the beginning, whatever you need to do --
20   MR. FORBES:  Let's take a five-minute
21 break, and we'll just see how it goes.
22   MR. RUGGIER:  Do you need to lay down or
23 something or --
24   THE WITNESS:  I mean, it would be nice,

Page 42

1    but I ain't going to be able to here.
2        (Break in proceedings.)
3        (Mr. Forbes not present.)
4  BY MR. RUGGIER:
5        **Q. Let's talk a little bit about your --**
6  **let's see. On the day of the accident, did you**
7  **have a motorcycle license?**
8        A. No.
9        **Q. Have you ever had a motorcycle license?**
10       A. No.
11       **Q. Have you ever had any training on how to**
12 **drive a motorcycle?**
13       A. No.
14       **Q. Did anybody ever teach you how to drive a**
15 **motorcycle?**
16       A. Yeah. I've been on one my whole life.
17       **Q. You've always rode motorcycles?**
18       A. Yeah.
19       **Q. Since you were a kid?**
20       A. Yeah.
21       **Q. So who taught you how to ride?**
22       A. Myself mostly.
23       **Q. When did you first start riding**
24 **motorcycles?**

Page 43

1        A. I was like five or six.
2        **Q. So the only time that you've learned how**
3  **to ride a motorcycle, you just basically -- you**
4  **self-taught kind of thing?**
5        A. Yeah, my whole life. Twenty-some years.
6        **Q. What's that?**
7        A. About twenty-some years riding.
8        **Q. Do you consider yourself to be an**
9  **experienced motorcycle rider?**
10       A. Yeah.
11       **Q. The motorcycles that you would ride, would**
12 **you ride dirt bikes or street bikes?**
13       A. Mostly dirt bikes.
14       **Q. How often would you ride a street bike?**
15       A. Daily.
16       **Q. Daily you'd ride a street bike?**
17       A. Yeah. When I got my first one.
18       **Q. What's that?**
19       A. When I got my first one. I don't remember
20 when it was. Probably 2005, I started riding
21 street bikes.
22       **Q. You think you got your first street bike**
23 **around 2005?**
24       A. Yeah.

Page 44

1        **Q. What kind of bike was it?**
2        A. 500 Ninja.
3        **Q. Was that your first, as we'll call it,**
4  **crotch rocket?**
5        A. Yeah.
6        **Q. So you've been riding crotch rockets for**
7  **about 15 years?**
8        A. Yeah.
9        **Q. Have you -- in all that time, you never**
10 **had a motorcycle license?**
11       A. No.
12       **Q. What would you do if you got pulled over**
13 **by the police and you didn't have a motorcycle**
14 **license?**
15       A. I'd get pulled over, and like any other
16 time, I'd lose my bike and go to jail.
17       **Q. What's that?**
18       A. I said, I lose my bike and go to jail.
19       **Q. Did you ever try to get a motorcycle**
20 **license?**
21       A. No.
22       **Q. Why not?**
23       A. Because I had a DUI.
24       **Q. If you have a DUI, you can't get a**

Page 45

1  motorcycle license?
2        A. I never took the DUI classes. I mean,
3  you've got to have a license to get a motorcycle
4  license.
5        **Q. Why didn't you take the DUI classes?**
6        A. I couldn't afford it.
7        **Q. Let's talk a little about your motorcycle**
8  **that you had on the day of the accident. Where did**
9  **you get that motorcycle?**
10       A. My uncle got it for me.
11       **Q. Your uncle?**
12       A. Yeah.
13       **Q. Which uncle?**
14       A. It's not really my uncle. I just call him
15 my uncle. It's my aunt's boyfriend, my mom's
16 sister's boyfriend.
17       **Q. What's his name?**
18       A. Richie.
19       **Q. Richie what?**
20       A. Dodd.
21       **Q. Richie what?**
22       A. Dodd.
23       **Q. Dodd?**
24       A. Yeah, D-O-D-D.

1   Q.  And do you know Richie's phone number?
2   A.  He doesn't have one.
3   Q.  He doesn't have a phone?
4   A.  Not that I know of.
5   Q.  Do you know what your aunt's phone number
6  is?
7   A.  I don't think she has one either.
8   Q.  Do you know where Richie lives?
9   A.  Over on Greenbrier Street.  I don't know
10 the address.
11   Q.  How would you get a hold of Richie if you
12 wanted to?
13   A.  Show up at his house.
14   Q.  How did he get -- you said he -- my --
15 my --
16   A.  He got it in a deal.  He traded a car.
17 Well, it was like kickback from somebody buying a
18 car from him.
19   Q.  But how did you get it?
20   A.  He gave it to me.
21   Q.  So the motorcycle was given to you by your
22 aunt's boyfriend?
23   A.  Aunt's boyfriend, yeah.
24   Q.  What kind of bike was it that he gave you?

1   A.  CBR 600.
2   Q.  CBR 600.
3       Is that a Honda?
4   A.  Yeah.
5   Q.  It's a Honda?
6   A.  Yeah.
7   Q.  It was registered as a Yamaha YT250 or
8  XT250?
9   A.  That was just the license plate that was
10 on it.
11   Q.  What's that?
12   A.  I said that was just the license plate
13 that was on it.
14   Q.  Where did you get that license plate?
15   A.  It was on it when I got it.
16   Q.  So what does that tell you about the bike?
17   A.  Probably the people before didn't have a
18 motorcycle license either.
19   Q.  Probably what?
20   A.  The people that owned it before didn't
21 have a motorcycle license either.
22   Q.  Do you know how much Richie paid for it,
23 or did he pay for it?
24   A.  He sold a car to somebody, and they threw

1  it in as boot.
2   Q.  It was a barter kind of deal.
3       At the time when you received it, did you
4  think that it was likely a stolen bike?
5   A.  No.  I had the sheriff run the VIN number
6  on it.
7   Q.  How did you do that?
8   A.  My girlfriend called the law on me, and
9  they came and ran the VIN number on it.
10   Q.  So your girlfriend called the police on
11 you?
12   A.  Yeah.  I was parked in the driveway, and
13 they thought it was stolen.  So they ran the VIN on
14 it, and it came back clean.
15   Q.  Well, they ran the VIN on it and it came
16 back clean, but -- what -- that means it had not
17 been stolen?
18   A.  Yeah.  When they run the VIN, it comes
19 back stolen or clean.
20   Q.  But the license plate was to a different
21 motorcycle?
22   A.  Yeah.
23   Q.  If the license plate is to a different
24 motorcycle, doesn't that suggest that maybe this

1  bike is a stolen bike?
2   A.  No.  When the VIN number comes back clean,
3  the VIN number comes back clean.  The license plate
4  has nothing to do with the VIN number.
5   Q.  How long had you had the bike?
6   A.  Probably six months.
7   Q.  How often would you ride it?
8   A.  Not very often.  I was more working on it.
9  I was going to take the motor off and put it on a
10 go-cart.
11   Q.  Why?
12   A.  Because I didn't have a title to it.
13   Q.  Because you didn't have the title to the
14 motorcycle --
15   A.  Yeah.
16   Q.  -- you were concerned --
17   A.  I was just going to put the motor on a
18 go-cart.
19   Q.  Can you do that?
20   A.  Yeah.
21   Q.  Was that bike your principal means of
22 getting around?
23   A.  No.
24   Q.  What would you normally use to drive

Page 50

1 around?
2    A. I wouldn't drive around.  I'd be driven.
3    Q. What's that?
4    A. I didn't have a vehicle.  I had people
5 give me rides.
6    Q. Was the bike your only way of getting
7 around?
8    A. Yeah, but I really didn't ride the bike
9 like that.
10    Q. You really what?
11    A. I really didn't ride the bike like that.
12 I mean, it wasn't -- I didn't want to get in
13 trouble.  I mean -- so mostly I'd get a ride from
14 someone if I needed to go somewhere.
15    Q. So the way you would normally get around,
16 would you get a ride from somebody?
17    A. Yeah.
18    Q. You never got the motorcycle registered?
19    A. No.
20    Q. Why was the gas tank black?
21    A. Because I painted the whole bike black.  I
22 painted it with Rhino lining because it was more of
23 a stunt -- I mean, when I did ride it, I'd ride it
24 in parking lots doing tricks, and easy touch-up.

Page 51

1    Q. You would do tricks on the bike?
2    A. Yeah.
3    Q. Like what?
4    A. I'd ride wheelies.  Just mess around on
5 it.  I mean --
6    Q. So bike tricks, and things like that.
7       So you painted the whole bike black?
8    A. Yeah.  Rhino lining.  It didn't come off
9 as easy.
10    Q. Explain to me what Rhino lining is.
11    A. It's like bed liner for a truck.
12    Q. Oh, so you put Rhino liner on it?
13    A. Yeah.
14    Q. I gotcha.
15       What was the color of the gas tank
16 originally?
17    A. Purple.
18    Q. You didn't like that?
19    A. It was all right, but it didn't have all
20 the plastics to it, and so it looked kind of -- it
21 was a Smokin Joe Edition.
22    Q. Okay.  You mean, the bike was a Smokin Joe
23 Edition?
24    A. Yeah, like Smokin Joe Camel.  It was a '96

Page 52

1 model.
2    Q. You don't have any idea why that bike was
3 registered as an XT250?
4    A. Because somebody probably just picked the
5 plates up and put it on there.  I mean --
6    Q. Give somebody else some different
7 plates and --
8    A. Yeah.
9    Q. What repairs did you do to the bike?
10    A. Just -- I mean, not really repaired.  I
11 painted it.  Like I said, I was going to take the
12 motor off of it and put it on a go-cart, so ...
13    Q. But you never did?
14    A. No.
15    Q. You painted it.  Did you do anything else
16 to it?
17    A. Not really.
18    I put new tires on it.
19    Q. You put new tires on it?
20    A. Yeah.  Well, like new.  They were used,
21 but --
22    Q. You put new --
23    A. A different tire on it.
24    Q. -- used tires?

Page 53

1    A. Yeah.
2    Q. Different tires?
3    A. Yeah.
4    Q. Why did you put different tires on it?
5    A. I don't know why.
6    Q. What's that?
7    A. I don't know.  Someone give them to me.
8    Q. What kind of tires did you put on?
9    A. I don't remember.
10    Dunlops, I think.
11    Q. Do you know what type of Dunlop?
12    A. No.
13    Q. Do you know what type of tread was on
14 there?
15    A. (Shaking head.)
16    Q. No?  Is that no?
17    A. No.
18    Q. Okay.  Did you ever do anything to the
19 brakes?
20    A. Not that I know of.
21    Q. Were the brakes operating properly at the
22 time of the accident?
23    A. Yeah.
24    Q. Was the steering operating properly at the

1 time of the accident?

2    A. Yeah.

3    Q. Was everything operating properly at the

4 time of the accident on the bike?

5    A. Yeah.

6    Q. The tires you put on, were they wider than

7 the ones that were originally on it?

8    A. No.  They were the same size.

9    Q. Same size.

10      What happened to the seat?

11    A. It didn't have one on it.

12    Q. There was no seat on it?

13    A. No.  I put a seat from my previous bike on

14 it.

15    Q. Oh, okay.  So you put a new seat on it?

16    A. Yeah.

17    Q. Because right now the bike -- I went and

18 looked at the bike, and there's no seat on it.

19    A. I guess that's where they wrecked me.

20    Q. Did it come off during the wreck, or do

21 you know?

22    A. I don't know.

23    Q. What kind of seat did you put on it?

24    A. It was a CBR seat.  I mean, it was a

1 regular seat.  It locked in just like the other one

2 did.

3    Q. Did you ever do anything to the

4 suspension?

5    A. No.

6    Q. Did you say "no"?

7    A. No.

8    Q. Had you crossed railroad tracks before

9 while you were riding bikes?

10    A. Yeah.

11    Q. Did you cross railroad tracks before while

12 you were riding a motorcycle?

13    A. Yeah.

14    Q. Were you pretty familiar with crossing

15 railroad tracks --

16    A. Yeah.

17    Q. -- on motorcycles?

18    A. Yeah.

19    Q. How do you cross railroad tracks on

20 motorcycles?

21    A. I don't understand what you mean.

22    Q. What's the best way?  How would you cross

23 a railroad track?

24    A. Slowly.  Cautious.

1    Q. How else?  Anything else specifically you

2 would do as you cross a railroad track?

3    A. Nothing specific.

4       Look both ways.

5    Q. Do you remain seated?

6    A. Yeah.

7    Q. Have you ever previously wrecked going

8 over railroad tracks?

9    A. No.

10    Q. Have you ever driven a motorcycle on the

11 side of the railroad tracks on the rocks?

12    A. No.

13    Q. So you've been riding motorcycles for

14 20 years?

15    A. Yeah.

16    Q. Are you aware that you need to have a

17 motorcycle license to --

18    A. Yeah.

19    Q. What's that?

20    A. Yeah.

21    Q. Do you -- let me finish my question.

22    A. Sorry.

23    Q. Are you aware that you need to have a

24 motorcycle license to properly operate a motorcycle

1 in the state of West Virginia?

2    A. Yeah.

3    Q. Are you aware that you need to properly

4 register a motorcycle in order to drive the

5 motorcycle on the roads of the state of West

6 Virginia?

7    A. Yeah.

8    Q. I think we covered this but did you have a

9 motorcycle license on May 2nd, 2020?

10    A. No.

11    Q. And have you ever had a motorcycle

12 license?

13    A. No.

14    Q. Did you have motorcycle insurance on

15 May 2nd, 2020?

16    A. No.

17    Q. Were you aware that you were supposed to

18 have motorcycle insurance to operate a motorcycle

19 on the roads in the state of West Virginia?

20    A. Yeah.

21    Q. And why did you not have insurance?

22    A. Because I really wasn't supposed to be

23 riding the bike.

24    Q. Like why am I going to insure a bike that

Page 58

1  I shouldn't -- I shouldn't drive?
2      A.  That I -- yeah.
3      Q.  Are you aware that it is illegal to smoke
4  meth and drive a motorcycle on the roads in the
5  state of West Virginia?
6          MR. DITRAPANO:  Object --
7      A.  Yeah.
8          MR. DITRAPANO:  -- to the form of the
9  question.
10     A.  Yeah.
11         MR. DITRAPANO:  He never said he was
12  smoking meth and driving.
13     Q.  You can answer that.
14     A.  Yeah, I understand.
15     Q.  What's that?
16     A.  I said yeah.
17     Q.  Have you ever made methamphetamines?
18     A.  No.
19     Q.  Have you ever made crystal
20  methamphetamines?
21     A.  No.
22     Q.  Have you attempted to make
23  methamphetamines?
24     A.  No.

Page 59

1      Q.  Have you ever attempted to make crystal
2  methamphetamine?
3      A.  No.
4      Q.  Are those two different things?
5      A.  I mean, I -- I don't know.
6      Q.  Is crystal meth different than regular
7  meth, or --
8      A.  I don't know.  Is it?
9      Q.  That's what I'm asking.
10     A.  Your guess is as good as mine.
11     Q.  What's that?
12     A.  I said, your guess is as good as mine.  I
13  just used it.
14     Q.  Are you aware that it is illegal to
15  possess the precursors to make meth in the state of
16  West Virginia?
17     A.  Yeah.
18     Q.  Have you ever been in possession of the
19  precursors to make methamphetamines?
20     A.  No.
21     Q.  On May 2nd of 2020, were you in possession
22  of any of the precursors to make methamphetamines?
23     A.  No.
24     Q.  You are aware that it is illegal to run

Page 60

1  from the police?
2      A.  Yeah.
3      Q.  And you are aware that if the police flash
4  their lights at you as you are driving, then you
5  should stop and pull over?
6      A.  Uh-huh.
7      Q.  Is that a "yes"?
8      A.  Yeah.
9      Q.  What's that?
10     A.  Yeah.
11     Q.  You are aware that if the police have
12  their lights and siren on behind you, that you
13  should stop and pull over?
14     A.  Yeah.
15     Q.  Do you agree that it is reasonable for a
16  police officer to pull over a motorcycle if that
17  motorcycle is stolen?
18     A.  Yeah.
19     Q.  Do you agree with me that your motorcycle
20  on May 2nd of 2020 does not look like an XT250?
21     A.  Yeah.
22     Q.  Are you aware that stolen motorcycles are
23  often painted over?
24     A.  I guess so, yeah.

Page 61

1      Q.  Do you think it's reasonable for a police
2  officer to attempt to pull over a motorcycle that
3  has been painted over and that the license plate
4  does not match the registration?
5          MR. DITRAPANO:  I'm going to object to the
6      form.
7      A.  Yeah, I guess so.
8      Q.  Do you agree that it would seem reasonable
9  for a police officer's suspicion to be raised if
10  the motorcycle's license plate and registration
11  does not match the type of motorcycle?
12     A.  Yeah.
13         MR. DITRAPANO:  Just lodge my objection
14      to the form.  All these questions where he's
15      asking what a reasonable officer would do, I'm
16      just objecting to the form.
17         But you can answer them however you want
18      to.
19     Q.  I may have asked you this, but do you
20  think it's reasonable for a police officer to pull
21  over a motorcycle whose driver does not have a
22  license?
23         MR. DITRAPANO:  Object to the form.
24     A.  If they knew that they -- I guess so,

Page 62

1 yeah.
2      Q. Do you think it's reasonable for an
3 officer to arrest an individual who has the
4 precursors to making methamphetamines?
5      MR. DITRAPANO: Object to the form.
6      A. Yeah.
7      Q. Do you think it's reasonable for an
8 officer to arrest an individual who is in
9 possession of methamphetamines?
10      A. Yeah.
11      MR. DITRAPANO: Object to the form.
12      Q. Do you think it's reasonable for a police
13 officer to arrest an individual who is high on
14 methamphetamines while operating an unregistered
15 motorcycle without a license?
16      MR. DITRAPANO: Object to the form.
17      A. I guess so, yeah.
18      Q. Do you agree that it is dangerous to
19 operate a motorcycle while high on
20 methamphetamines?
21      A. Yeah.
22      Q. Do you agree that it's dangerous to
23 operate a motorcycle while high on any type of
24 illegal drug?

Page 63

1      A. Yeah.
2      Q. Do you agree that your chances of wrecking
3 a motorcycle increase when you are high on
4 methamphetamines?
5      A. Not necessarily.
6      Q. Not necessarily. How so?
7      A. Your senses are more heightened.
8      Q. What's that?
9      A. Your senses are more heightened, and you
10 pay more attention to things that you usually
11 wouldn't.
12      Q. Do you think that you are a better
13 motorcycle operator while high on methamphetamines?
14      A. No.
15      Q. What's that?
16      A. No.
17      Q. Do you agree that your chances of wrecking
18 your motorcycle into other individuals increase
19 when an individual is high on methamphetamines?
20      A. I guess.
21      Q. Do you need to take a break or anything?
22      A. No. I just need to get it over with.
23 I've got to go home and lay down and get dug out.
24      Q. What's that?

Page 64

1      A. I said I need to get -- the nurses are
2 coming today to dig me out. Like the only way I
3 can have a bowel movement is digital stimulation.
4      Q. Yeah. I gotcha.
5      What do they do for that? Do they not
6 give you anything, or --
7      A. I'm on five different laxatives. They
8 don't work. There's two types of a spinal cord
9 injury. You've either got your sphincter and
10 rectum are closed solid or they're loose, and mine
11 are solid.
12      Q. Yours is closed?
13      A. Yeah.
14      Q. What kind of medication do they give you
15 for that, do you know?
16      A. Miralax, Senokot, and like in the
17 hospital --
18      Q. That don't work.
19      A. No, none of them work.
20      Q. That don't work.
21      Do you agree that it's dangerous for other
22 individuals on the road when an individual is high
23 on meth operating a motorcycle?
24      MR. DITRAPANO: Object to the form.

Page 65

1      A. Repeat that.
2      Q. Do you agree that it is dangerous for the
3 other individuals on the road when an individual is
4 high on methamphetamines operating a motorcycle?
5      A. Yeah.
6      MR. DITRAPANO: Same objection.
7      Q. Do you think it's reasonable for an
8 individual to run from the police on a motorcycle
9 if they do not have a motorcycle license?
10      A. No.
11      Q. Do you think it's reasonable for an
12 individual to run from the police if their
13 motorcycle license is suspended?
14      A. No.
15      Q. Do you think it's reasonable for an
16 individual to run from the police on a motorcycle
17 if they do not have motorcycle insurance?
18      A. No.
19      Q. Do you think it's reasonable for an
20 individual to run from the police on a motorcycle
21 if they do not have the motorcycle properly
22 registered?
23      A. No.
24      Q. Do you think it's reasonable for police to

Page 66

1  pursue an individual who is believed to have
2  committed a crime and is running from that officer?
3      MR. DITRAPANO:  I'm going to object to the
4      form of all the reasonableness questions
5      again, so ...
6  A.  Repeat it again.
7      MR. DITRAPANO:  But you can answer them.
8      Q.  Do you think it is reasonable for a police
9  officer to pursue an individual who is believed to
10 have committed a crime and is running from that
11 officer?
12     A.  Yeah.
13     Q.  Do you agree that it was reasonable for
14 Officer Peterson to initiate a pursuit of you on
15 May 2nd, 2020 -- or 2020 --
16     MR. DITRAPANO:  Object to the form.
17     Q.  -- if you had a reasonable suspicion to
18 believe you were operating a vehicle without a
19 registration that may be stolen?
20     A.  No.  I mean, if he had probable -- but he
21 never really engaged in pursuit.  It was more of a
22 bullying tactic.
23     MR. RUGGIER:  Can we take a break?  I've
24     got to go to the bathroom.

Page 67

1      MR. DITRAPANO:  Yeah.  Sure.
2      (Break in proceedings.)
3      (Mr. Forbes present.)
4  BY MR. RUGGIER:
5      Q.  Let's go to May 1st of 2020, the day
6  before the arrest.  Do you know what you did that
7  day?  Do you remember anything about that day?
8      A.  Not really.
9      Q.  You don't have any idea what you were
10 doing, what was going --
11     A.  I don't really remember.
12     Q.  All right.  Let's go to May 2nd.  Do you
13 remember May 2nd at midnight, the start of the day?
14     A.  No.  I remember waking up May 2nd around
15 8:30.
16     Q.  You woke up on May 2nd at about 8:30
17 where?
18     A.  Donnie's house.  I left to go get parts
19 for another motorcycle I had gotten.
20     Q.  At whose house?
21     A.  At Donnie's house.  Donnie Brown.
22     Q.  Who all stayed there that night?
23     A.  I don't even really remember.  I fell
24 asleep on the couch.

Page 68

1      Q.  You slept on the couch.
2          Who lives there with Don Brown?
3      A.  Donnie.
4      Q.  Anybody else?
5      A.  No.
6      Q.  Don Brown, is he -- he's the grave digger
7  guy?
8      A.  Yeah.
9      MR. FORBES:  Hey, Duane, I'll tell you,
10 during one of the breaks, we looked up Donnie
11 Brown online.  I've got a phone number.
12     MR. RUGGIER:  Great.
13     MR. FORBES:  It's 744-1977.
14     MR. RUGGIER:  Is that the business or --
15     MR. FORBES:  The business, the grave
16 digging service.
17     And it's on Kanawha State Forest Drive in
18 Loudendale.
19     Q.  All right.  So you wake up at Donnie
20 Brown's house.  How did you get there?
21     A.  I drove my motorcycle.
22     Q.  You drove a motorcycle to Donnie Brown's
23 house?
24     A.  Yeah.

Page 69

1      Q.  The day before or what?
2      A.  Yeah.
3      Q.  Do you know?  Are you just saying that, or
4  do you remember?
5      A.  Yeah, the day before.
6      Q.  What time did you get to Donnie Brown's
7  house?
8      A.  I don't really remember.  It was in the
9  evening time.
10     Q.  Why did you stay there?
11     A.  Because I was wore out.
12     Q.  Why were you wore out?
13     A.  I don't remember really.  I was just
14 tired.
15     Q.  What's that?
16     A.  I said, I don't really remember.  I was
17 just tired.
18     Q.  Did you all do any drugs that night?
19     A.  No.  Donnie doesn't do drugs.
20     Q.  Did you all drink any alcohol?
21     A.  No.
22     Q.  Did you smoke any pot?
23     A.  No.
24     Q.  Take any pills, or anything like that?

Page 70

1    A.  No.  I just crashed out.
2    Q.  Do you know what time you arrived?
3    A.  No.  I don't remember.
4    Q.  So you wake up at Donnie Brown's house
5  that morning -- are you all right?  Are you going
6  to be able to do this?
7    A.  I don't know.
8    MR. FORBES:  You're in a lot of pain
9  obviously.
10    THE WITNESS:  Yeah.  I've got to get dug
11  out.  I mean, it's (untranslatable sound) ...
12    A.  What was the question again?
13    MR. FORBES:  Let's take a break for a
14  second.  Then --
15    MR. RUGGIER:  Why don't you all figure --
16    MR. FORBES:  Yeah.
17    Yeah.  Let's -- why don't you come and
18  talk to me and Dante for a minute?  Let's take
19  a break and see if we can keep going or not.
20       (Break in proceedings.)
21       (Mr. diTrapano not present.)
22  BY MR. RUGGIER:
23    Q.  So you were at Dan Brown's -- Don Brown's
24  house -- is it Dan or Don?

Page 71

1    A.  Donnie.
2    Q.  -- Donnie Brown's house the night before.
3  You spent the night there.  Do you remember anybody
4  else that spent the night there?
5    A.  (Shaking head.)
6    Q.  Don Brown was there?
7    A.  Yeah.
8    Q.  And you wake up about 8:30?
9    A.  Yeah.
10    Q.  And why do you wake up at 8:30?
11    A.  Because I was supposed to be at Ronnie
12  Blizzard's house getting clutch cables for another
13  bike that I was working on.
14    Q.  Supposed to be at Ronnie Blizzard's house?
15    A.  Yeah.
16    Q.  Do you know Ronnie Blizzard's number?
17    A.  No.
18    Q.  And what were you getting?
19    A.  Clutch cables for another bike I was
20  working on.
21    Q.  Where does Ronnie Blizzard live?
22    A.  On Trace Fork.
23    Q.  He lives on Trace Fork?
24    A.  Yeah.

Page 72

1    Q.  Do you know where on Trace Fork?
2    A.  No.  I don't know the address.  It's just
3  on Trace Fork.
4    Q.  So you wake up, and what do you do?  Get
5  on a bike?
6    A.  Yeah.
7    Q.  What bike do you get on?
8    A.  The CBR.
9    Q.  Okay.  And what do you do?
10    A.  I head to Trace Fork.
11    Q.  When you got on the bike that day, you
12  knew that you did not have a driver's license?
13    A.  Yeah.
14    Q.  And you knew that the bike was not
15  registered?
16    A.  Yeah.
17    Q.  You knew that you shouldn't be riding the
18  bike that day?
19    A.  Yeah.
20    Q.  And you knew you were operating the bike
21  illegally?
22    A.  Yeah.
23    Q.  So why did you operate the bike when you
24  knew it was illegal?

Page 73

1    A.  Because I needed to go get the parts and
2  wasn't thinking.
3    Q.  What's that?
4    A.  I wasn't really thinking.  I needed to go
5  get the parts.
6    Q.  You wanted to get the parts, and there was
7  no other way for you to get the parts other than
8  get on the bike and --
9    A.  Yeah.
10    Q.  Ronnie was giving you some clutches --
11  clutch cables?
12    A.  Clutch cables, yeah.
13    Q.  Was he giving them to you, or you were
14  buying them, or what?
15    A.  He was giving them to me.
16    Q.  They were clutch cables that you were
17  going to put on what?
18    A.  Another bike.
19    Q.  Which bike?
20    A.  A Honda Shadow.
21    Q.  Were they clutch cables for what bike?
22    A.  For a Honda Shadow.
23    Q.  He was just giving them to you?
24    A.  Yeah.

Page 74

1   Q. How come?
2   A. Because I needed them, and he had them.
3   Q. Well, was he giving them to you rather
4 than selling them to you, or is he a friend of
5 yours, or what?
6   A. Yeah. He was a friend of mine. I had
7 given him parts before.
8   Q. Okay. Was it one clutch cable? Two
9 clutch cables?
10   A. It was a clutch cable, one clutch cable.
11   Q. For what?
12   A. For a Honda Shadow.
13   Q. Yeah. For what clutch? I guess for
14 where? Is there just one clutch on Honda Shadows?
15   A. There's just one clutch on any bike.
16   Q. All right. So Dan Brown -- or Don Brown,
17 where does he live?
18   A. Kanawha State Forest.
19   Q. All right. So how do you -- you leave Don
20 Brown's house from where and -- what -- you get on
21 Corridor G? Is that what you do?
22   A. Yeah. You go to Davis Creek and
23 Corridor G, 119.
24   Q. You go from Davis Creek Road to 119?

Page 75

1   A. Yeah.
2   Q. All right. And so you get on your bike
3 and you head towards Ronnie Blizzard's house?
4   A. Yeah.
5   Q. And so you get on 119, headed south on
6 119?
7   A. I don't know which way I was heading. I
8 was heading towards Trace Fork out past Walmart.
9   Q. Away from Charleston?
10   A. Yeah.
11   Q. All right. So you pass Walmart. When are
12 you going to turn to get on Trace Fork Road, do you
13 know?
14   A. The -- it's the -- I don't know what it's
15 called.
16   Q. What's that?
17   A. I don't know what the road -- the name of
18 the road is called. It's like the second exit past
19 Walmart.
20   Q. Had you been out to Ronnie Blizzard's
21 house before?
22   A. Yeah.
23   Q. How many times had you been out to Ronnie
24 Blizzard's house?

Page 76

1   A. A lot.
2   Q. What's that?
3   A. Quite a few.
4   Q. Is Ronnie employed?
5   A. Yeah. He works at Blizzard's Custom
6 Cycles.
7   Q. Okay. Where is that?
8   A. On Davis Creek.
9   Q. Is Blizzard's Custom Cycles still
10 operating?
11   A. Yeah.
12   Q. All right. So what happens next?
13   A. I turn off of 119 and get on Trace Fork.
14 That's when I noticed -- when I turned onto Trace
15 Fork is when I noticed the officer behind me.
16   Q. You noticed the officer behind you
17 whenever you turn off of 119 to go onto Trace Fork?
18   A. When I turned off the road to turn onto
19 Trace Fork.
20   Q. Okay. How did you notice the officer
21 behind you?
22   A. It was a switchback turn.
23   Q. When you noticed the officer, was the
24 officer's lights or siren on?

Page 77

1   A. No.
2     (Mr. diTrapano enters the room.)
3   Q. Okay. So what do you do?
4   A. I continue to go.
5   Q. What's that?
6   A. I said, I continue on my way.
7   Q. Just keep on driving because there's no
8 lights and siren?
9   A. Yeah.
10   Q. Are you concerned?
11   A. A little bit. He's following really
12 aggressive, making me nervous, making me feel like
13 he's going to wreck me.
14   Q. Were you also concerned because you know
15 you're operating the bike illegally?
16   A. No.
17   Q. Is it your testimony that it's not a
18 concern for you --
19   A. I wasn't concerned.
20   Q. What's that?
21   A. I wasn't concerned.
22   Q. Let me just finish my question.
23   A. All right.
24   Q. Is it your testimony that you were not

1  concerned when the police officer was behind you
2  despite the fact that you were operating the bike
3  without a license, without insurance, and was not
4  properly registered?
5      MR. FORBES:  Objection to form.
6      You can go ahead and answer if you
7  understand.
8  A. I wasn't concerned.
9      Q. What's that?
10     A. I wasn't concerned.
11     Q. How come?
12     A. I didn't think he was going to pull me
13  over, or didn't think he was going to try.  They
14  usually leave you alone.
15     Q. Describe what you mean by he was
16  aggressively behind you.
17     A. Meaning as in if I would have hit my
18  brakes, he would have rammed me.
19     Q. All right.  So when you pull off -- you
20  are driving, and the officer is right behind you,
21  aggressively driving behind you, and then what
22  happens next?
23     A. I continue to go until the other officer
24  pulled out in front of me -- or not really in front

1  of me, he pulled out behind me, but ...
2      Q. What do you mean you continue to go until
3  the other officer pulled behind you?  So you know
4  there's two cop cars behind you?
5      A. Yeah.
6      Q. Are either of those police officers -- do
7  either of them have their lights or siren on?
8      A. Not at the moment.
9      Q. Were you concerned yet that there are two
10  police cruisers behind you now?
11     A. Not real- -- a little bit, I'm concerned,
12  because he's still too aggressive.
13     Q. Did you think to pull over at this point
14  when there were now two police --
15     A. Yeah.  I continued to signal, throw my
16  hands up, trying to let him know that I was going
17  to stop and pull over, but he was too aggressive.
18  If I would have hit my brakes, he would have rammed
19  me.  He would have took me out.
20     Q. So you're saying that you continued to
21  signal -- that you were trying to signal --
22     A. Tapping brakes.  I mean, throw my hand up
23  (indicating) to stop, I'm saying.
24     Q. So you were trying to signal to the police

1  officers that you were going to stop --
2      A. Yeah.
3      Q. Just let me finish my question.
4      You were trying to signal to the police
5  officers that you were going to stop your bike, but
6  you could not properly stop because the cruiser was
7  too close to you?
8      A. Yeah.
9      Q. Why didn't you just slow down?
10     A. I was going slow.  I was going below the
11  speed limit.
12     Q. I understand, but you could have slowed --
13  why could you not have slowed down and just pulled
14  over to the side of the road?
15     A. You can, but when somebody is that
16  aggressive on a motorcycle, you kind of tend to
17  want to not eat the pavement.  You know what I
18  mean?  You go to just hit your brakes and somebody
19  is that close to you -- I mean, he was aggressively
20  close, like literally.
21     Q. So the reason you couldn't stop was
22  because the police officer behind you was being too
23  aggressive?
24     A. Way too close to me.

1      Q. So your response to the officer being
2  behind you is to keep driving?
3      A. Yeah.  If -- to my knowledge, you're
4  supposed to be able to pull over when you feel
5  comfortable.  I mean, comfortable spot, comfortable
6  setting.  But there was no way that I could have
7  pulled over.  There was no way I could have
8  actually hit the brakes and slowed down to stop
9  without him taking me out.
10     Q. You didn't feel comfortable pulling over,
11  and so you did not?
12     A. Not at the time.  I wasn't being signaled
13  to either.
14     Q. What's that?
15     A. I said, he didn't have his lights on
16  signaling me to pull over either.  I was actually
17  trying to find out what was going on.
18     Q. Neither of the police cruisers at this
19  time have on their lights or sirens?
20     A. Not at the moment.
21     Q. You're on a motorcycle.  Why couldn't you
22  just pull off to the side of the road?
23     A. Again, that takes you hitting the brakes.
24  I mean, he was aggressive, and aggressive -- I'm

Page 82

1 not saying aggressive by just -- he was so close --
2 literally so close to my back tire that he could
3 have taken me out at any point in time.  You know
4 what I mean?
5    **Q.  How close was the cruiser to your back**
6 **tire?**
7    A.  Way too close.  Six inches, eight inches
8 at the most.
9    **Q.  You couldn't just gradually slow down --**
10   A.  No.
11   **Q.  -- so --**
12   A.  I mean --
13   **Q.  -- you would not have to hit the brakes?**
14   A.  No.  You can't really -- you can't really
15 stop without hitting the brakes.
16   **Q.  Well, you can slow down to the point --**
17   A.  I was going sl- -- I was going below the
18 speed limit.
19   **Q.  Well, but you can still go lower than the**
20 **speed limit.**
21   A.  But not without actually hitting your
22 brakes.
23   **Q.  Well, the motorcycle will glide to a slow**
24 **stop?**

Page 83

1    A.  No.  It will continue to go as long as
2 it's in gear.  I mean ...
3    **Q.  Did you have the ability to take the**
4 **motorcycle from being in gear --**
5    A.  To out of gear?  Yes, I did.
6    **Q.  Out of gear, correct.**
7       **And if you could shift from being in gear**
8 **to neutral, then the motorcycle would slowly glide**
9 **to a stop, correct?**
10   A.  Depending on where you're at.  I mean ...
11   **Q.  If you're on a straight stretch, if you**
12 **put the motorcycle -- if you shift it from in**
13 **gear --**
14   A.  Are you going uphill or downhill?
15   **Q.  What's that?**
16   A.  Are you going uphill or downhill?
17   **Q.  Well --**
18   A.  It depends on the grade of the road
19 honestly.
20   **Q.  But there's -- were there spots at this**
21 **point where we are in this pursuit, or however you**
22 **want to call it, where you could have just shifted**
23 **out of gear, put it in neutral, and slowly glided**
24 **to a stop?**

Page 84

1    MR. FORBES:  Objection to the form of the
2    question.
3    A.  As aggressive as he was being, I was
4 actually nervous.  I was worried for my own
5 well-being.  Like literally, he attempted to wreck
6 me -- I mean, a couple times before any of this
7 happened.  I mean, it's like you be on a motorcycle
8 and have somebody six inches away from your back
9 tire.  You're not going to want to stop for
10 anything.  You're going to be scared.  You're going
11 to be afraid that this person is going to take you
12 out.  I mean --
13   **Q.  Sure.  I understand.**
14      **But my question relates to whether you**
15 **could have just glided --**
16   A.  Pulled --
17   **Q.  -- to a stop.**
18   A.  -- over?
19   **Q.  Yeah.**
20   A.  Not really.  Not as aggressive as he was
21 being.  If I would have hit my brakes to stop and
22 pull over -- you have to hit your brakes to stop,
23 period.
24   **Q.  Well, if you --**

Page 85

1    A.  No, not -- have you ever ridden a
2 motorcycle?
3    **Q.  I've rode motorcycles a lot --**
4    A.  Well, I mean -- okay.  Well --
5    **Q.  So here's what you could have done -- and**
6 **tell me if I'm wrong -- was, you're in gear and**
7 **you're driving, and you want to slow down without**
8 **hitting your brakes.  You're going to put it in**
9 **neutral --**
10   A.  And coast.
11   **Q.  -- and you could coast --**
12   A.  Okay.
13   **Q.  -- to a point.  If you're going downhill,**
14 **no, that's not -- you're not going to stop, but if**
15 **you're going uphill, you are going to stop.**
16      **So my question would be -- is, why not**
17 **just do that which would allow you to --**
18   A.  Why not turn your lights on and tell --
19      MR. FORBES:  Objection --
20   A.  -- me to pull over?
21   **Q.  If you would just -- it would just allow**
22 **you to stop without actually hitting your brakes.**
23   A.  Okay.  At this time, I wasn't being told
24 to pull over either.  There was no lights.  So it

Page 86

1 wasn't necessary for me to hit my brakes at the
2 moment.  I was wondering, Should I have hit my
3 brakes?  Yeah, I should have.  I should have let
4 him wipe me out earlier just because of how
5 aggressive he was being.  I mean, he was bullying
6 me.
7 **Q.  And the reason you didn't stop your**
8 **motorcycle was because the police cruiser was being**
9 **very aggressive?**
10 A.  Very, very aggressive, without his lights
11 on, and without signaling me to pull over.
12 **Q.  All right.  So what road are we on now, do**
13 **you know?**
14 A.  Emmons Road.
15 **Q.  We're on Emmons Road.**
16 **And so what happens next?**
17 A.  Going out Emmons Road a little bit, and
18 then he bumps the back of my back tire and slides
19 me onto the tracks.
20 **Q.  It seemed like there were a lot of other**
21 **roads that we got to before we got to Emmons**
22 **Road --**
23 A.  Not really.
24 **Q.  Not really?**

Page 87

1 A.  Trace Fork goes straight to -- it goes
2 straight to Brounland, and then -- and the second
3 cruiser pulled out on Brounland.
4 **Q.  Were you familiar with these roads back**
5 **there?**
6 A.  Yeah.
7 **Q.  How come?  How?**
8 A.  Because I used to ride them all the time.
9 **Q.  Why would you ride those roads all the**
10 **time?**
11 A.  I don't know.  I know a lot of people that
12 lived out in Boone County.
13 **Q.  So you went from -- it goes from --**
14 **what -- Trace Fork to Brounland to Emmons?**
15 A.  Yeah.
16 **Q.  And Emmons is where the accident happened?**
17 A.  Yeah.
18 **Q.  Prior to the accident -- take me to a**
19 **little bit before the accident.  What's happening?**
20 **Where are you going?  What's your speed?  What are**
21 **you thinking?  What's going on?**
22 A.  I constantly obey the speed limit.  I
23 mean, I don't speed.
24 **Q.  What's that?**

Page 88

1 A.  I usually go -- I constantly obey the
2 speed limit.  I usually go under the speed limit.
3 Where I don't have a license, I mean, I don't like
4 to bring attention to myself.
5 **Q.  Well, I'm talking about during this**
6 **pursuit.  Were you --**
7 A.  I never reached over 50 mile an hour the
8 whole pursuit.
9 **Q.  You never reached over 50?**
10 A.  No.
11 **Q.  Did you reach 50?**
12 A.  No, not that I -- I don't think so.
13 **Q.  At the end of the pursuit --**
14 A.  Forty-five was the highest speed limit,
15 I mean, on the road, on Brounland Road.
16 **Q.  How fast were you going directly prior to**
17 **the accident?**
18 A.  What's the speed limit on 119?
19 Fifty-five?  Probably 50.
20 **Q.  Well, but I'm talking about when you're on**
21 **Emmons about to wreck.**
22 A.  I had really sl- -- about 15, 20 mile an
23 hour.
24 **Q.  You were doing 15, 20 miles an hour?**

Page 89

1 A.  Coming onto the railroad crossing.
2 **Q.  What's that?**
3 A.  I was coming to a railroad crossing, and
4 so you tend to slow down.
5 **Q.  There's a straight stretch -- and tell me**
6 **if I'm wrong, but there's a straight stretch here**
7 **on Emmons before the railroad crossing, and then**
8 **there's a left-hand -- kind of a left-hand turn**
9 **going up --**
10 A.  It's like an S-turn.
11 **Q.  What's that?**
12 A.  It's like an S-turn kind of.
13 **Q.  Yeah, kind of.  That's what my**
14 **recollection is.**
15 A.  Yeah.
16 **Q.  So how fast were you going on the straight**
17 **stretch?**
18 A.  Not fast.  There was a car in front of me.
19 **Q.  There was a car in front of you?**
20 A.  I'm pretty sure.
21 **Q.  Do you have any estimate of how fast you**
22 **were going?**
23 A.  Probably 25, 30 mile an hour.
24 **Q.  When you're on that straight stretch, are**

Page 90

1 there two police cruisers behind you?
2    A. To my knowledge, yeah.
3    Q. Okay. Do either of the police cruisers
4 have on their lights?
5    A. Not that I recall. I don't really
6 remember.
7    Q. Do either of the police cruisers have on
8 their siren?
9    A. No. I never heard none.
10    Q. Is it accurate to say that prior to your
11 accident, you never heard any police officer's
12 lights -- I'm sorry. Is it accurate to say that
13 prior to your accident, you never heard any police
14 officer's siren or saw any lights?
15    A. No.
16    Q. Is that accurate or inaccurate?
17    A. Accurate.
18    Q. So prior to the accident, you never saw a
19 police officer try to pull you over?
20    A. No.
21    Q. Okay. So prior to the accident, you never
22 were aware that a police officer was attempting to
23 pull you over?
24    A. No.

Page 91

1    Q. You just were aware that police officers
2 were behind you, but you did not think those police
3 officers were trying to pull you over?
4    A. No.
5    Q. Would there be any reason why you wouldn't
6 be able to hear a siren?
7    A. I had Bluetooth headphones, but --
8    Q. You what?
9    A. I had Bluetooth headphones on, but still
10 it doesn't drown out all the noise. I mean --
11    Q. At the time of the pursuit, were your
12 Bluetooth headphones playing music?
13    A. Yeah.
14       MR. FORBES: Objection to form.
15    Q. What's that?
16    A. Yeah.
17    Q. Yes?
18    A. Yeah.
19    Q. What were you listening to?
20    A. I don't really remember. Just a playlist.
21    Q. Was it like an Apple playlist or
22 something?
23    A. I don't ...
24    Q. Do you have any problems with your

Page 92

1 eyesight which would have somehow prevented you
2 from seeing --
3    A. No.
4    Q. -- the police cruiser lights?
5    A. No.
6    Q. So you're driving 15 to 20 miles an hour.
7 There's two police cruisers behind you. There's
8 one car in front of you. And nobody has on any
9 lights or sirens?
10    A. Not that I recall.
11    Q. Are you all right?
12    A. Yeah.
13    Q. You don't know who was in the car in front
14 of you, do you?
15    A. Huh-uh.
16    Q. Did you have any -- you didn't have any
17 way of calling anybody in your helmet, or anything
18 like that?
19    A. Huh-uh.
20    Q. Is that a "no"?
21    A. No.
22    Q. All right. Did you have anything on your
23 motorcycle? Were you carrying anything on your
24 motorcycle, or anything of that nature?

Page 93

1    A. No.
2    Q. Did you have a backpack?
3    A. Yeah.
4    Q. What was in your backpack?
5    A. A set of brazing torches, and that's about
6 it, I think. A birth certificate.
7    Q. Brazing torches?
8    A. Yeah.
9    Q. Brazing, what's that?
10    A. It's like a form of welding.
11    Q. Okay. Can you spell it?
12    A. B-R-A-Z-I-N-G.
13    Q. Why did you have some brazing torches?
14    A. Because I was brazing something for my
15 grandpa.
16    Q. What were you brazing for your
17 grandfather?
18    A. I don't really remember.
19    Q. Why did you have it on you?
20    A. Because it was -- I was taking it back
21 home.
22    Q. What's that?
23    A. Because it was in my book bag.
24    Q. You had some crystal meth on you?

Page 94

1    A.  No.
2    Q.  Why did you -- why do you say that?
3  Because there was crystal meth found.
4    A.  No, there wasn't.
5      MR. FORBES:  Objection to the form.
6    Q.  What's that?
7    A.  No, there wasn't.
8    Q.  Was there not?
9      No crystal --
10    A.  Not --
11    Q.  -- methamphetamine --
12    A.  -- that I --
13    Q.  What's that?
14    A.  Not that I know of.  I didn't have
15  anything on me.
16    Q.  Okay.  If the police report said that you
17  had crystal methamphetamines on you, does that --
18    A.  That doesn't mean anything.  I didn't have
19  anything on me.
20    Q.  Do you know what the brand of brazing
21  torch was?
22    A.  No, I don't remember.  It was Bernzomatic,
23  or something like that.  I don't remember the name
24  of it.

Page 95

1      It actually broke.  Me and Dante found a
2  piece of it when we went out to the scene
3  afterwards.
4    Q.  What's that?  You found a piece of the
5  torch?
6    A.  Yeah.
7    Q.  And what do you mean they broke?  Broke
8  during the accident?
9    A.  Yeah.
10    Q.  All right.  So these officers are behind
11  you.  There's a car in front of you.  You're only
12  going 15 to 20 miles an hour.  And then you --
13  what -- go to go up over the tracks?
14    A.  Yeah.  And he hits my rear tire.
15    Q.  What's that?
16    A.  Yeah.  And he struck my rear tire and
17  pushed me onto the tracks.
18    Q.  The cruiser struck your rear tire?
19    A.  Yeah.
20    Q.  How do you know that?
21    A.  Because I could feel it.
22    Q.  Could it have been the tracks which
23  caused --
24    A.  No.

Page 96

1    Q.  -- you to wreck?
2      Did you see the cruiser strike your tire?
3    A.  I felt it.
4    Q.  But you never saw it?
5    A.  I felt it.  Like I said, a feeling, yeah.
6    Q.  You felt the cruiser strike your back
7  tire --
8    A.  Yeah.
9    Q.  -- but you did not see the cruiser strike
10  your back tire?
11    A.  No, not necessarily.
12    Q.  What did it feel like?
13    A.  Like my tire had been pushed to the side.
14    Q.  Like it had been pushed to the side?
15    A.  Like getting a bump, you know, somebody
16  bumps you (indicating).
17    Q.  So what happens whenever he bumps you?
18    A.  I slide on the tracks, and that's all I
19  remember until I woke up.
20    Q.  You slide on the tracks?
21    A.  Yeah.
22      MR. FORBES:  You all right, Billy?
23      THE WITNESS:  My stomach is killing me.
24  I'm like sweating.

Page 97

1      MR. RUGGIER:  Can we still go forward or
2  what?
3      MR. FORBES:  Do you want to keep going a
4  few minutes?
5      THE WITNESS:  Yeah.
6      MR. DITRAPANO:  The nurse is coming at one
7  o'clock, and your dad is on his way over here.
8  So if you can go 10, 15 minutes, and then you
9  can go and get this taken care of.  Okay?
10      THE WITNESS:  All right.
11  BY MR. RUGGIER:
12    Q.  So you don't have any memory of anything
13  once you were bumped?
14    A.  Yeah.  I remember everything going white
15  (untranslatable sound).
16    Q.  What's that?  You remember everything
17  going white?
18    A.  Yeah.
19    Q.  And did you -- your medical records say
20  that you didn't lose consciousness?
21    A.  Yeah.  I lost consciousness.
22    Q.  What's that?
23    A.  Yeah.  I lost consciousness.  How do my
24  medical records say that?

1    Q.  I don't know, bud.

2    A.  That's crazy.  It knocked me out.  It
3 knocked the shit out of me.  I went to roll over --
4 I was on my stomach -- or on my back, went to roll
5 over on my stomach and stand up, and I got kicked
6 back over on my back, laying in the mud.

7    Q.  What's that?

8    A.  I said, I was laying on my back, went to
9 roll over to stand up, and got kicked back onto my
10 back.

11    Q.  I thought that -- I thought you told me
12 you didn't remember -- when did everything go
13 white?

14    A.  When I landed and when I hit, after I slid
15 on the tracks, (untranslatable sounds), and I woke
16 up.

17    Q.  Right.  You landed and hit.  Do you
18 remember anything after that?

19    A.  Yeah.  I just told you.  I woke up.  I
20 went to roll over -- I was on my back in the mud.
21 I went to roll over and stand up, and I got kicked
22 back onto my back.  That's when they started macing
23 me, telling me they were going to leave me for
24 dead, and screaming they should have killed me.

1 They grabbed me by the arms, jerked me across the
2 tracks, and I couldn't feel my legs after that.

3    Q.  Do you have memories of this, or is
4 this something --

5    A.  This is a straight memory I'm telling you.

6    Q.  Okay.  It's not from watching the video?

7    A.  No.

8    Q.  All right.  So you land -- were your back
9 tires hit?  It was the back tire, right?

10    A.  Yeah.  He hit my back tire.

11    Q.  He hit your back tire, and somehow that
12 causes the bike to what?

13    A.  Lose control and slide onto the tracks,
14 off the road.

15    Q.  And where do you land?

16    A.  In the stagnant water laying beside the
17 railroad tracks.

18    Q.  Okay.  And what do you do when you land in
19 the stagnant water?

20    A.  I come to, and then go to roll over and
21 stand up, and I'm field goal kicked back on my
22 stom- -- on my back.

23    Q.  Did you actually see somebody field goal
24 kick you as you --

1    A.  I felt it.

2    Q.  Do you know which officer field goal
3 kicked you?

4    A.  I have no clue.  I was trying to get out
5 of the water.  As soon as I got back on my back,
6 they started macing me and tasing me.

7    Q.  And I mean, is it -- your testimony is
8 that you're not really sure why this has happened
9 to you because no officer had actually turned on
10 their lights and siren at this point?

11    A.  Yeah.

12    Q.  So what are you thinking at this point?

13    A.  I'm thinking, Help me.  I actually said --
14 gave them my name and birthdate -- after they get
15 done macing me and I can catch my breath, I give
16 them my name and my birthdate and my Social
17 Security number and told them that I was driving on
18 revoked.  I asked them if they could help me.
19 That's when they drug me across the railroad
20 tracks.

21    Q.  You gave your name, birthdate, and Social
22 Security number?

23    A.  Yeah.

24    Q.  And said you were driving on a revoked; is

1 that right?

2    A.  Yeah.

3    Q.  And their response was to drag you across
4 the railroad tracks?

5    A.  Tell me they should have left me for dead.

6    Q.  Would there be any reason to -- at this
7 point, in your estimation, to -- for the police
8 officers to know that you were paralyzed?

9        MR. FORBES:  Objection to the form of the
10 question --

11    A.  No.

12        MR. FORBES:  -- and assuming a fact that's
13 not in evidence.

14    A.  No.

15    Q.  What's that?

16    A.  I wasn't paralyzed at the time.  I could
17 actually -- I was on my -- I was standing -- going
18 to stand up when they field goal kicked me back on
19 my back and started macing me.

20    Q.  So your testimony is you weren't paralyzed
21 at that point?

22    A.  I wasn't.

23    Q.  How do you know that?

24    A.  Because I went to stand up.  I -- I was

Page 102

1 kicking my feet.
2     Q.  Say that again?
3     A.  I was kicking my feet in the water trying
4 to get -- doing anything to try to keep from
5 drowning.
6     Q.  What did the officer say to you?
7     A.  We're going to leave you to die.
8     Q.  We're going to leave you to die.
9        What happens next?
10     A.  They drag me across the tracks, and that's
11 all I remember.
12     Q.  Were you in the water when you said to the
13 officers, Help me?
14     A.  Yeah.
15     Q.  What did you want the officers --
16     A.  I wanted them to get me out of the water.
17     Q.  You asked the officers to help you while
18 you were in the water?
19     A.  After they had kicked me back on my
20 stom- -- on my back.
21     Q.  Kicked you back on your stomach.
22        And at that point --
23     A.  They were macing me.
24     Q.  -- at that point, you don't think you were

Page 103

1 paralyzed?
2     A.  I know I wasn't.  I was kicking my feet.
3     Q.  Why did you ask the officers to help
4 you --
5     A.  Because they were macing me.  They didn't
6 want me to move.
7     Q.  What's that?
8     A.  They didn't want me to move.  They wanted
9 me to stay in the water and drown.
10     Q.  So why did you ask them to help you?
11     A.  To get me out of the water to keep from
12 drowning.
13     Q.  What's that?
14     A.  To keep from drowning.
15     Q.  You were drowning in the water?
16     A.  Yeah.  It was pretty deep.
17     Q.  At this point, you are able to move your
18 legs?
19     A.  Yeah, but I'm not allowed to move because
20 they told me not to.
21     Q.  So you think the officers were telling you
22 just to stay in the water and drown?
23     A.  That's exactly what was happening.
24     Q.  So the reason you were not moving was

Page 104

1 because the officers --
2     A.  They had guns drawn on me.
3     Q.  -- the reason you were not moving was
4 because the officers told you not to move, and they
5 had guns drawn on you?
6     A.  Yeah.
7     Q.  But you could move at that point?
8     A.  Yeah.
9     Q.  And how do you know that you could move?
10     A.  Because I was watching my legs kicking the
11 water.
12     Q.  All right.  So you're in the water, and
13 the officer comes to help you?
14     A.  Not come to help me.  They come to mace me
15 and tase me.
16     Q.  And mace you.
17        But do they take you out of the water?
18     A.  Eventually.
19     Q.  That's what you wanted, right?
20        MR. FORBES:  Objection.
21     Q.  You wanted the officers to take you out of
22 the water?
23     A.  I wanted them to not be macing me and
24 tasing me.

Page 105

1     Q.  Yeah.  But I thought you --
2     A.  I wanted to not drown, yeah, and --
3     Q.  I thought earlier -- I thought you were
4 saying, I wanted the officers to take me out of the
5 water because I was drowning?
6     A.  Yeah, basically.
7     Q.  So what happens?
8     A.  They grab me by the arms and drag me
9 across the tracks.  That's the last thing I
10 remember.
11     Q.  Is that what you wanted the officers to
12 do, take you out of the water?
13     A.  Not the way they did.
14     Q.  You wanted the officers to take you out of
15 the water, but you didn't want them to drag you
16 across the tracks --
17     A.  No.
18     Q.  -- like they did?
19     A.  No.
20     Q.  So what happens next?
21     A.  I don't remember.
22        I wake up 16 days later in the hospital.
23     Q.  You've got no memories after --
24     A.  No.

Page 106

1    Q. -- what -- being dragged across the
2  tracks?
3    A. No.
4      I remember saying, I can't feel my legs,
5  right before I fell out.
6    Q. What's that?
7    A. I remember saying, I can't feel my legs,
8  right before I fell out.
9    Q. Do you remember which officers were out
10  there arresting you?
11    A. I never seen the badges, never seen the
12  names.
13    Q. You don't know what their names were?
14    A. They didn't give me time. They maced me
15  as soon as they seen my face. They didn't even
16  take my helmet off.
17    Q. So they were macing you with your helmet
18  on?
19    A. Yeah.
20    Q. Did the mace go to your eyes?
21    A. Yeah.
22    Q. How did the mace go to your eyes if --
23    A. Didn't have a visor.
24    Q. What's that?

Page 107

1    A. Didn't have a visor.
2    Q. You don't have a visor on your helmet?
3    A. Huh-uh.
4    Q. Is that a "no"?
5    A. No.
6    Q. Okay. Did you have any other eye gear on,
7  or anything like that?
8    A. No.
9    Q. Do you want to take a break?
10    A. Yeah. I'm about done.
11    MR. FORBES: What now?
12    THE WITNESS: I said, I'm about done.
13    MR. FORBES: Okay.
14    How much longer do you have?
15    MR. RUGGIER: I've still got to do some
16  damages stuff, and still some more with this.
17  I mean, my guess would be -- I don't know --
18  it could be an hour. I don't know.
19    MR. FORBES: Yeah.
20    THE WITNESS: That's --
21    MR. DITRAPANO: Why don't we -- because
22  he's got the nurses coming over to help him,
23  you know --
24    MR. RUGGIER: Yeah.

Page 108

1    MR. DITRAPANO: -- get -- relieve his
2  bowels. Why don't we go ahead and take a
3  break today and let him go get this taken care
4  of?
5      And then if you had some time on -- you
6  know, we've got -- tomorrow we've got the
7  police officers and the videographer.
8      Then if you had time on Wednesday to
9  finish the deposition, I could make him
10  available Wednesday.
11    MR. RUGGIER: Wednesday?
12    MR. DITRAPANO: Yeah. See what that looks
13  like.
14      I could even get him to your office and
15  make it easier on you.
16    MR. RUGGIER: Yeah. I appreciate it.
17  I can't.
18    MR. FORBES: What about Thursday?
19    MR. RUGGIER: I've got a hearing that day,
20  but maybe I can get somebody else to cover it
21  on Thursday.
22    MR. DITRAPANO: Let's talk tomorrow and
23  figure out -- and we can see if you can do
24  that and figure out -- you know, I'd like to

Page 109

1  get it done this week if we can.
2    MR. RUGGIER: Yeah. I'd be all about it.
3  I mean, I generally -- Friday, I've got a
4  mediation. So I can't do it Friday.
5    MR. FORBES: Well, let's look at it. I
6  mean, if you can't -- you know, if we can't
7  work out Thursday, we can look at next week,
8  too.
9    MR. RUGGIER: We're going to -- you know.
10  I'm still wrestling with this issue about the
11  investigation and what to do with the police
12  officers. And I understand that you all
13  noticed that deposition, and I understand all
14  those things, but I need to -- I want to
15  see -- we may be filing a motion. I'm not
16  sure. I'll let you guys know what our plan
17  is, and what we're going to do.
18    MR. DITRAPANO: Okay.
19    MR. FORBES: Just let us know. I mean,
20  we've obviously noticed the --
21    MR. RUGGIER: You've got a videographer
22  and all that kind of coming, and I --
23    MR. DITRAPANO: Yeah.
24    MR. RUGGIER: -- and I don't want you to

Page 110

1 be stuck with an extra bill, or whatever that
2 is.
3     MR. FORBES:  Well, we've got a tight time
4 frame on the expert issue.  The scheduling
5 order, you know, is tight.
6     And I mean, you know, Billy is obviously
7 miserable here, but he's gone through this
8 today regardless of that misery in order to
9 try to do this.
10     I mean, we'd like to take the officers
11 tomorrow, but we understand.  If you're going
12 to file a motion, we'll look at it.
13     MR. RUGGIER:  Yeah, I understand.  I mean,
14 I understand.
15     MR. FORBES:  Yeah.
16     MR. RUGGIER:  Frankly, I just don't -- I
17 don't think my guys will be able to testify
18 without fear of criminal prosecution.  I
19 mean -- you know.  I mean, I --
20     MR. FORBES:  And we don't have any control
21 over that.
22     MR. RUGGIER:  Yeah.  I understand.
23     MR. FORBES:  I mean, if they -- I mean,
24 you know, obviously, I've done a lot of

Page 111

1 criminal work.  I understand the advice that
2 they should be getting and probably are
3 getting either from you or other counsel,
4 but --
5     MR. RUGGIER:  Yeah.
6     MR. FORBES:  -- you know, this video is
7 what it is.
8     And we've got depositions set tomorrow.
9 We're going to go forward with them.
10     MR. RUGGIER:  Yeah.  I understand.  We've
11 got to just do what we've got to do.
12     So I'm fine with being able to reconvene
13 this --
14     MR. DITRAPANO:  We'll be over at your
15 office tomorrow at 9:00 and see what's going
16 on, you know, with the depositions --
17     MR. RUGGIER:  Say it again.
18     MR. FORBES:  We said 9:00 worked.
19     MR. RUGGIER:  9:00 a.m. tomorrow morning?
20     MR. FORBES:  9:00, yeah.
21     MR. DITRAPANO:  Yeah, at 9:00.  We'll be
22 at your office tomorrow at 9:00 for those
23 depositions.
24     MR. RUGGIER:  I will let you know what

Page 112

1 we're going to do and what our position is on
2 it.
3     MR. DITRAPANO:  Okay.
4     MR. FORBES:  Okay.
5     MR. DITRAPANO:  I mean, we may -- I don't
6 know -- yeah, just let us know as soon as you
7 can.  If you file a motion, obviously we'll
8 see it come across and --
9     MR. RUGGIER:  Yeah.  I'll let you know.
10 I'll --
11     MR. FORBES:  We're available.  You can
12 give us a call later if you file it or --
13     MR. DITRAPANO:  Yeah.  You've got my cell
14 number.
15     (Deposition adjourned at 12:51 p.m.)

Page 113

1     STATE OF WEST VIRGINIA, To-wit:
2     I, Lisa Kimberly Hall, a Notary Public and
3 Certified Court Reporter within and for the State
4 aforesaid, duly commissioned and qualified, do
5 hereby certify that the deposition of WILLIAM ALLEN
6 MEANS, was duly taken by me and before me at the
7 time and place specified in the caption hereof.  I
8 do further certify that said proceedings were
9 correctly taken by me in stenotype notes, that the
10 same were accurately transcribed out in full and
11 true record of the testimony given by said witness.
12 I further certify that I am neither attorney or
13 counsel for nor related to or employed by, any of
14 the parties to the action in which these
15 proceedings were had, and further I am not a
16 relative or employee of any attorney or counsel
17 employed by the parties hereto or financially
18 interested in the action.  My commission expires
19 the 16th day of July 2025.  Given under my hand and
20 seal this 12th day of April 2021.
21
22 ----------------------
23     Lisa K. Hall
      Notary Public
24     Certified Court Reporter

Elite Court Reporting, LLC
WILLIAM MEANS, 03/29/2021

**$**

**$100** 13:17

**$500** 13:20,23

**1**

**10** 97:8

**119** 74:23,24
75:5,6 76:13,
17 88:18

**11th** 32:15

**12:51** 112:15

**13th** 31:19

**14th** 32:3

**15** 19:18 44:7
88:22,24 92:6
95:12 97:8

**16** 105:22

**165** 6:8

**18** 12:6,7

**19th** 29:24

**1st** 8:12 9:5
12:12,14
15:21 67:5

**2**

**20** 56:14
88:22,24 92:6
95:12

**2000** 4:16 19:7

**2005** 43:20,23

**2009** 8:6 33:1,
17

**2010** 8:6 32:3,
15

**2011** 31:21,23

**2015** 12:5
17:15,19
31:19

**2016** 16:15
31:3,7,9,16

**2017** 12:6,7
16:13

**2018** 16:11
29:24 30:11

**2019** 16:7
26:18 29:10,
14,16

**2020** 15:20,21,
22 16:2 29:3
57:9,15 59:21
60:20 66:15
67:5

**2021** 16:4

**21st** 33:17

**22nd** 29:3
31:21

**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**
7:23

**23rd** 31:23

**25** 89:23

**25th** 26:17
31:3

**26** 29:16

**2615** 6:12 8:10

**26th** 30:11

**29th** 31:9

**2nd** 4:16 36:1
57:9,15 59:21

**60:20** 66:15
67:12,13,14,
16

**3**

**3-** 13:22

**30** 89:23

**300** 14:4

**304-964-1431**
7:11

**31st** 31:16

**5**

**50** 88:7,9,11,
19

**500** 13:22 44:2

**5th** 29:10,13
31:7

**6**

**600** 47:1,2

**6th** 6:12 8:10

**7**

**744-1977**
68:13

**8**

**8/25/89** 6:1

**803** 9:7,8
10:15

**821** 8:12 9:5
12:12,14

**8:30** 67:15,16
71:8,10

**8th** 33:1

**9**

**96** 51:24

**9:00** 111:15,
18,19,20,21,
22

**A**

**a.m.** 111:19

**abandoned**
27:15,17
28:11

**ability** 5:9 83:3

**Absolute** 7:9,
12,15 18:3

**abuse** 33:21

**accident** 11:7
12:24 13:1,7,
19 14:3 15:19
16:23 18:8,11,
13,14,16 19:6
34:7,8,10,14,
23,24 35:5,8,
16,18,24 36:6,
12,18 37:1
38:4,7,11,17,
19 42:6 45:8
53:22 54:1,4
87:16,18,19
88:17 90:11,
13,18,21 95:8

**accommodate**
21:13

**accurate** 17:3

**39:1** 90:10,12,
16,17

**addict** 34:1,4,
6,11,15,17
37:6 39:7,15,
20 40:7,19,22,
23,24 41:1

**addicts** 39:9

**address** 6:11
8:11 9:6
10:16,18
12:10,12,13
46:10 72:2

**adjourned**
112:15

**adopted** 23:11

**advice** 111:1

**affect** 5:8

**afford** 40:3
45:6

**afraid** 84:11

**aggressive**
77:12 79:12,
17 80:16,23
81:24 82:1
84:3,20 86:5,
9,10

**aggressively**
78:16,21
80:19

**agree** 60:15,19
61:8 62:18,22
63:2,17 64:21
65:2 66:13

**ahead** 28:16
36:8 78:6
108:2

**Albans** 24:11

**alcohol** 33:21 69:20

**alive** 20:11

**ALLEN** 4:1

**allowed** 103:19

**amazing** 26:12

**anniversary** 31:10,12

**anytime** 21:5

**Apple** 91:21

**April** 31:3,7 32:15 33:1,17

**arise** 40:5

**arising** 4:15

**arms** 99:1 105:8

**Army** 24:17,19

**arrest** 6:2 29:14 62:3,8, 13 67:6

**arresting** 106:10

**arrived** 70:2

**arson** 29:4

**asleep** 67:24

**asshole** 19:1,2

**assuming** 101:12

**ASVABS** 24:24

**attempt** 40:14 61:2

**attempted** 34:22 58:22

59:1 84:5

**attempting** 90:22

**attention** 63:10 88:4

**attorney** 4:14

**August** 29:10, 13 30:11

**aunt's** 45:15 46:5,22,23

**Avenue** 6:12 8:10,12 9:5 12:12,14

**average** 13:18 14:2

**aware** 56:16, 23 57:3,17 58:3 59:14,24 60:3,11,22 90:22 91:1

---

**B**

**B-R-A-Z-I-N-G** 93:12

**back** 21:8 24:16 31:17 32:19 41:17 48:14,16,19 49:2,3 82:2,5 84:8 86:18 87:4 93:20 96:6,10 98:4, 6,8,9,10,20,22 99:8,9,10,11, 21,22 100:5 101:18,19 102:19,20,21

**background**

24:5

**backpack** 93:2,4

**badges** 106:11

**bag** 93:23

**barter** 48:2

**basically** 39:6, 8 43:3 105:6

**bathroom** 41:12 66:24

**bed** 51:11

**begin** 4:18

**beginning** 41:19

**believed** 66:1, 9

**Bernzomatic** 94:22

**bike** 43:14,16, 22 44:1,16,18 46:24 47:16 48:4 49:1,5,21 50:6,8,11,21 51:1,6,7,22 52:2,9 54:4, 13,17,18 57:23,24 71:13,19 72:5, 7,11,14,18,20, 23 73:8,18,19, 21 74:15 75:2 77:15 78:2 80:5 99:12

**bikes** 43:12, 13,21 55:9

**bill** 110:1

**Billy** 4:10,13 5:16 21:2

96:22 110:6

**birth** 5:24 93:6

**birthdate** 100:14,16,21

**bit** 37:20 42:5 77:11 79:11 86:17 87:19

**black** 50:20,21 51:7

**Blizzard** 71:21

**Blizzard's** 71:12,14,16 75:3,20,24 76:5,9

**Bluetooth** 91:7,9,12

**body** 38:5,9,13

**book** 93:23

**Boone** 87:12

**boot** 48:1

**boss** 10:17,19 11:5

**bowel** 64:3

**bowels** 41:11 108:2

**boy** 22:9,10, 18,19

**boyfriend** 45:15,16 46:22,23

**BP** 17:8,9,11, 19

**Bradley** 9:22, 24 10:7

**brakes** 53:19, 21 78:18

79:18,22 80:18 81:8,23 82:13,15,22 84:21,22 85:8, 22 86:1,3

**brand** 94:20

**brazing** 93:5,7, 9,13,14,16 94:20

**break** 5:2 21:2, 6,8 36:22 41:9,21 42:2 63:21 66:23 67:2 70:13,19, 20 107:9 108:3

**breaks** 68:10

**breath** 100:15

**bring** 40:11 88:4

**Brittany** 23:8, 9,12,14,16,20 24:1

**broke** 95:1,7

**brothers** 21:17 22:13

**brought** 39:3

**Brounland** 87:2,3,14 88:15

**Brown** 10:22 11:16,18 13:11 67:21 68:2,6,11 71:6 74:16

**Brown's** 11:9, 10,14 13:9 14:6,15,23

16:24 17:2,18
68:20,22 69:6
70:4,23 71:2
74:20

**bucks**  19:18

**bud**  98:1

**build**  7:17

**bullying**  66:22
86:5

**bump**  96:15

**bumped**  97:13

**bumps**  86:18
96:16,17

**bunch**  5:14

**business**
11:12 15:10
68:14,15

**buying**  46:17
73:14

---

**C**

**cable**  74:8,10

**cables**  71:12,
19 73:11,12,
16,21 74:9

**call**  4:10,11
13:24 17:21
44:3 45:14
83:22 112:12

**called**  4:2 11:5
33:4 48:8,10
75:15,18

**calling**  92:17

**calls**  13:12

**Camel**  51:24

**car**  28:5,7,10,
21 30:17,19,
21,23 46:16,
18 47:24
89:18,19 92:8,
13 95:11

**care**  10:8,11,
14 97:9 108:3

**caretaker**  10:9

**carry**  32:22

**carrying**  32:23
92:23

**cars**  79:4

**case**  6:3

**cash**  16:19

**Cashier**  17:16

**catch**  100:15

**caught**  33:3

**caused**  95:23

**Cautious**
55:24

**CBR**  47:1,2
54:24 72:8

**cell**  112:13

**cemeteries**
15:2,4

**certificate**
93:6

**chances**  63:2,
17

**characterizatio
n**  36:16

**charged**  26:2
29:2

**Charges**  26:3

**Charleston**
4:15 6:10
9:11,12 11:4
75:9

**child**  22:7

**choice**  39:12,
13

**choose**  41:2

**cigarettes**
33:3,14

**city**  4:14 11:3
17:12 23:19

**Civic**  28:6

**claim**  25:10

**claims**  25:14,
16

**classes**  45:2,5

**clean**  48:14,
16,19 49:2,3

**close**  21:15
80:7,19,20,24
82:1,2,5,7

**closed**  64:10,
12

**clue**  6:8 15:23
28:18 100:4

**clutch**  71:12,
19 73:11,12,
16,21 74:8,9,
10,13,14,15

**clutches**  73:10

**coast**  85:10,11

**color**  51:15

**comfort**  37:3,4

**comfortable**
81:5,10

**committed**
66:2,10

**Comp**  25:13

**company**  7:7
25:8

**complete**  24:6

**concealed**
32:15,24

**concern**  77:18

**concerned**
49:16 77:10,
14,19,21 78:1,
8,10 79:9,11

**concrete**
41:13

**consciousnes
s**  97:20,21,23

**constantly**
87:22 88:1

**contact**  23:20

**continue**  77:4,
6 78:23 79:2
83:1

**continued**
79:15,20

**contracting**
7:7,9,13,15,16
18:3 19:17

**control**  99:13
110:20

**conversation**
4:23

**cop**  32:21,22
79:4

**cord**  64:8

**correct**  17:3,

24 83:6,9

**Corridor**
74:21,23

**couch**  67:24
68:1

**counsel**  111:3

**County**  87:12

**couple**  4:18
9:1,3,4,17
11:17,24
12:18 13:14
26:3,5,15
30:4,9 84:6

**court**  4:3,22

**cover**  108:20

**covered**  19:22
57:8

**crashed**  70:1

**crazy**  98:2

**Creek**  74:22,
24 76:8

**crime**  26:2
66:2,10

**crimes**  26:15

**criminal**  26:1
110:18 111:1

**cross**  55:11,
19,22 56:2

**crossed**  55:8

**crossing**
55:14 89:1,3,7

**crotch**  44:4,6

**cruiser**  80:6
82:5 86:8 87:3
92:4 95:18
96:2,6,9

cruisers 79:10
81:18 90:1,3,7
92:7

crystal 58:19
59:1,6 93:24
94:3,9,17

cured 39:19

Custom 76:5,9

Cycles 76:6,9

**D**

D-E-V-I-T-T
20:10

D-O-D-D 45:24

dad 6:14,19
7:4,12 14:9,13
17:22 18:17,
20 19:3,4 97:7

dad's 6:15
7:10 23:10,24

Daily 43:15,16

damages
107:16

Dan 70:23,24
74:16

dangerous
62:18,22
64:21 65:2

Dante 70:18
95:1

date 5:24
34:21

daughter
23:10

Davis 74:22,24
76:8

day 13:17
15:6,8,9
16:20,22
34:24 38:4,7,
11 42:6 45:8
67:5,7,13
69:1,5 72:11,
18 108:19

days 13:13,14
36:12 105:22

dead 98:24
101:5

deal 46:16
48:2

decent 26:10,
13

deep 103:16

depended
13:12

Depending
83:10

depends 83:18

deposition
108:9 109:13
112:15

depositions
111:8,16,23

describe 34:3
78:15

Devitt 20:6,8

die 102:7,8

differences
18:22,23
19:11 20:24

dig 15:2 64:2

digger 13:11
17:19 68:6

digging 11:9,
10 13:9 14:6,
16,23 16:24
17:2 68:16

digital 64:3

diploma 25:3

directly 88:16

dirt 43:12,13

disability
25:16 28:3

ditrapano 30:2
32:1 41:3
58:6,8,11
61:5,13,23
62:5,11,16
64:24 65:6
66:3,7,16 67:1
70:21 77:2
97:6 107:21
108:1,12,22
109:18,23
111:14,21
112:3,5,13

doctors 35:13

Dodd 45:20,
22,23

dollars 16:20,
22 19:15

Don 68:2,6
70:23,24 71:6
74:16,19

Donnie 10:22
11:14,16,18
13:9,10 14:6,7
15:9 16:17
67:21 68:3,10,
19,22 69:6,19
70:4 71:1,2

Donnie's
67:18,21

door 28:22

doors 28:12

downhill
83:14,16
85:13

drag 101:3
102:10 105:8,
15

dragged 106:1

drawn 104:2,5

drink 69:20

drive 9:7,9
42:12,14
49:24 50:2
57:4 58:1,4
68:17

driven 50:2
56:10

driver 61:21

driver's 7:24
8:3,5,8 72:12

driveway
48:12

driving 29:3,7,
10,14,24 30:1,
5,11 31:3,9
58:12 60:4
77:7 78:20,21
81:2 85:7 92:6
100:17,24

dropped 33:12

drove 68:21,22

drown 91:10
103:9,22
105:2

drowning
102:5 103:12,
14,15 105:5

drug 33:20
34:1,4,6,11,
15,17 35:14,
19 37:5,12
39:7,9,12,13,
15,20 40:7,19,
22,23,24 41:1
62:24 100:19

drug- 37:24

drugs 34:18,
20 35:1,6,9,24
36:5,11,18,24
37:7 38:12,17
39:10,16 40:3,
11,13 69:18,
19

Duane 4:11,13
41:3 68:9

dug 63:23
70:10

DUI 30:1 31:4,
10,16,19,21
44:23,24 45:2,
5

duly 4:2

Dunlop 53:11

Dunlops 53:10

**E**

earlier 41:4
86:4 105:3

easier 108:15

easy 50:24
51:9

eat 80:17

Edition 51:21, 23

educational 24:5

eighty 6:4

elderly 28:1

embezzlement 33:1,4,9

Emmons 86:14,15,17, 21 87:14,16 88:21 89:7

employed 7:4 10:5,7 12:21 13:2 16:24 17:5,13,18,20 27:24 76:4

employment 19:22

end 88:13

engaged 66:21

enters 32:1 77:2

establish 14:5

estimate 15:21 89:21

estimation 101:7

evening 69:9

Eventually 104:18

evidence 101:13

exact 34:21

EXAMINATION

4:5

exit 75:18

exits 30:2

expelled 24:13,14,22

experienced 43:9

expert 110:4

Explain 51:10

extra 110:1

eye 107:6

eyes 106:20, 22

eyesight 92:1

---

**F**

F-U-S-O-N 7:3

face 106:15

fact 78:2 101:12

fair 36:16 40:17

falling-out 18:10,12,21

familiar 55:14 87:4

family 21:15

fast 88:16 89:16,18,21

father 17:24 18:6,9,10 19:8,10,13

fear 110:18

February

26:17 29:16

feel 77:12 81:4,10 95:21 96:12 99:2 106:4,7

feeling 96:5

feet 102:1,3 103:2

fell 67:23 106:5,8

felt 96:3,5,6 100:1

field 99:21,23 100:2 101:18

Fifteen 19:15

Fifty-five 88:19

figure 70:15 108:23,24

file 15:24 16:2, 4,6,11,13,15 110:12 112:7, 12

filed 4:15 16:12 25:10, 13,19,22

filing 109:15

find 81:17

fine 4:12 41:10 111:12

finish 56:21 77:22 80:3 108:9

Five-eleven 6:4

five-minute 41:20

flash 60:3

Fleeing 29:16

Forbes 21:2 28:15 32:6,12 36:7 40:8 41:20 42:3 67:3 68:9,13, 15 70:8,13,16 78:5 84:1 85:19 91:14 94:5 96:22 97:3 101:9,12 104:20 107:11,13,19 108:18 109:5, 19 110:3,15, 20,23 111:6, 18,20 112:4, 11

Forest 68:17 74:18

forever 23:21

Fork 71:22,23 72:1,3,10 75:8,12 76:13, 15,17,19 87:1, 14

form 28:15 36:7 40:8 58:8 61:6,14,16,23 62:5,11,16 64:24 66:4,16 78:5 84:1 91:14 93:10 94:5 101:9

Forty-five 88:14

forward 97:1 111:9

found 27:4,9

28:7 29:23 30:16,18 94:3 95:1,4

frame 110:4

Frankly 110:16

Friday 109:3,4

friend 32:19 74:4,6

front 78:24 89:18,19 92:8, 13 95:11

funeral 31:2

Fuson 7:1,2

---

**G**

gain 28:20

gas 50:20 51:15

gave 25:1,2 46:20,24 100:14,21

gear 83:2,4,5, 6,7,13,23 85:6 107:6

general 7:16 19:17

generally 109:3

girl 22:9,18

girlfriend 6:23 48:8,10

give 14:8 39:1 50:5 52:6 53:7 64:6,14 100:15 106:14 112:12

**giving** 73:10, 13,15,23 74:3

**glad** 4:20 5:3 21:6,13

**glide** 82:23 83:8

**glided** 83:23 84:15

**go-cart** 49:10, 18 52:12

**Go-mart** 33:2, 10

**goal** 99:21,23 100:2 101:18

**good** 26:10 37:20,23 40:10 41:8 59:10,12

**gotcha** 51:14 64:4

**government** 10:12

**grab** 105:8

**grabbed** 99:1

**grade** 24:7,8, 23 83:18

**gradually** 82:9

**grandfather** 93:17

**grandma** 8:24 9:18,19 10:3,5 12:15,16

**grandma's** 12:10,14

**grandmother** 8:14

**grandpa** 93:15

**grave** 11:9,10 13:9,11 14:6, 16,23 15:7,10, 13,16 16:24 17:2,18 68:6, 15

**graves** 15:2 17:2

**Great** 68:12

**Greenbrier** 46:9

**guess** 11:1,2 17:8 21:1 36:9 54:19 59:10, 12 60:24 61:7, 24 62:17 63:20 74:13 107:17

**guns** 104:2,5

**guy** 68:7

**guys** 109:16 110:17

**H**

**hand** 79:22

**handi-** 40:11

**handicapped** 39:21,24 40:7

**hands** 37:8 39:5 79:16

**happened** 4:16 15:19 26:24 30:15 54:10 84:7 87:16 100:8

**happening**

87:19 103:23

**hard** 21:8 40:12 41:5

**head** 11:11 13:15 15:5 16:8 19:19 53:15 71:5 72:10 75:3

**headed** 75:5

**heading** 75:7,8

**headphones** 91:7,9,12

**hear** 91:6

**heard** 90:9,11, 13

**hearing** 108:19

**height** 6:3,5,6

**heightened** 63:7,9

**held** 12:23

**Helen** 8:16,18, 19

**helmet** 92:17 106:16,17 107:2

**heroin** 38:3

**Hey** 68:9

**high** 24:6,8 25:3 40:4 62:13,19,23 63:3,13,19 64:22 65:4

**highest** 88:14

**history** 19:22 26:1

**hit** 78:17 79:18 80:18 81:8 82:13 84:21, 22 86:1,2 98:14,17 99:9, 10,11

**hits** 95:14

**hitting** 81:23 82:15,21 85:8, 22

**hold** 14:15 46:11

**home** 63:23 93:21

**homeless** 11:20,21,23 12:8,17

**Honda** 28:6 47:3,5 73:20, 22 74:12,14

**honestly** 83:19

**hospital** 64:17 105:22

**hour** 19:14,15, 18 41:3 88:7, 23,24 89:23 92:6 95:12 107:18

**house** 15:3 46:13 67:18, 20,21 68:20, 23 69:7 70:4, 24 71:2,12,14 74:20 75:3,21, 24

**Huh-uh** 5:10 28:23 29:9 31:15 35:4 92:15,19

107:3

**hundred** 6:4 16:20,22

**I**

**idea** 28:13,19 52:2 67:9

**ignition** 28:12

**illegal** 35:24 36:5 38:17 58:3 59:14,24 62:24 72:24

**illegally** 72:21 77:15

**inaccurate** 90:16

**inches** 82:7 84:8

**incident** 4:16 26:18 29:19

**incidents** 26:15

**include** 37:10, 12

**increase** 63:3, 18

**indicating** 41:13 79:23 96:16

**indifference** 29:17

**individual** 62:3,8,13 63:19 64:22 65:3,8,12,16, 20 66:1,9

**individuals** 63:18 64:22 65:3

**infection** 40:10,11

**infections** 39:24 40:3,4

**influence** 5:7

**information** 28:20

**initiate** 66:14

**injured** 25:6

**injury** 64:9

**insurance** 25:7 57:14,18, 21 65:17 78:3

**insure** 57:24

**Internet** 14:21

**intravenous** 37:12,22

**intravenously** 37:16,18

**investigation** 109:11

**issue** 109:10 110:4

**issues** 26:6

**IV** 35:14,19

### J

**jail** 32:8 44:16, 18

**January** 15:21 29:3 31:16,23

**jerked** 99:1

**job** 12:23 17:8

**jobs** 13:6

**Joe** 51:21,22, 24

**join** 24:17,19

### K

**K-A-V-A-N** 22:15

**Kanawha** 17:12 23:19 68:17 74:18

**Kavan** 21:22 22:15 23:22

**keys** 28:12,21

**kick** 99:24

**kickback** 46:17

**kicked** 98:5,9, 21 99:21 100:3 101:18 102:19,21

**kicking** 102:1, 3 103:2 104:10

**kid** 22:2 23:24 42:19

**kids** 20:3 23:23

**killed** 98:24

**killing** 96:23

**kind** 13:4 25:10 28:5 35:24 36:24 37:7 38:8,12, 17 43:4 44:1

46:24 48:2 51:20 53:8 54:23 64:14 80:16 89:8,12, 13 109:22

**knew** 14:13 61:24 72:12, 14,17,20,24

**knocked** 98:2, 3

**knowledge** 81:3 90:2

### L

**L-A-C-Y** 8:21

**labor** 19:17,18

**Lacy** 8:16,18, 19,21

**land** 99:8,15, 18

**landed** 98:14, 17

**larceny** 33:5, 12,17

**law** 48:8

**lawsuit** 4:15 25:19

**lawsuits** 25:22

**laxatives** 64:7

**lay** 21:8 41:22 63:23

**laying** 13:4 98:6,8 99:16

**learned** 43:2

**leave** 74:19 78:14 98:23

102:7,8

**left** 67:18 101:5

**left-hand** 89:8

**legs** 99:2 103:18 104:10 106:4,7

**Leslie** 27:19, 22,24

**Leslie's** 27:20

**license** 8:1,3, 5,8 27:7 29:4, 11,14 30:12 31:4 32:16 42:7,9 44:10, 14,20 45:1,3,4 47:9,12,14,18, 21 48:20,23 49:3 56:17,24 57:9,12 61:3, 10,22 62:15 65:9,13 72:12 78:3 88:3

**life** 40:16 42:16 43:5

**lights** 60:4,12 76:24 77:8 79:7 81:15,19 85:18,24 86:10 90:4,12, 14 92:4,9 100:10

**limit** 80:11 82:18,20 87:22 88:2,14, 18

**liner** 51:11,12

**lining** 50:22 51:8,10

**list** 5:13

**listening** 91:19

**literally** 80:20 82:2 84:5

**live** 6:9,13,22 8:13,23 9:6, 14,16,19 10:16 11:16, 19 12:9,16 20:13 23:4,6, 16,18 24:2 71:21 74:17

**lived** 6:17,19 9:18 12:15,19 87:12

**lives** 23:24 27:22 46:8 68:2 71:23

**living** 8:10 11:18

**located** 9:10 14:24

**lockbox** 32:21

**locked** 55:1

**lodge** 61:13

**long** 6:17,19 7:12 8:23 9:16 11:16,23 12:16 16:12 18:18 20:19 41:6 49:5 83:1

**longer** 40:6, 18,22,24 107:14

**looked** 51:20 54:18 68:10

**loose** 64:10

**lose** 44:16,18
97:20 99:13

**lost** 14:18
97:21,23

**lot** 30:17,18
70:8 76:1 85:3
86:20 87:11
110:24

**lots** 50:24

**Loudendale**
10:17,19,23
11:1 15:1 23:5
27:15,17
28:11,21
68:18

**lower** 82:19

---

**M**

**M-A-I-R-S** 22:6

**mace** 104:14,
16 106:20,22

**maced** 106:14

**macing** 98:22
100:6,15
101:19 102:23
103:5 104:23
106:17

**made** 15:20,21
58:17,19

**Mairs** 22:2,6,
15 23:22,23
24:2

**make** 13:18,23
19:14 58:22
59:1,15,19,22
108:9,15

**making** 39:21,
23 40:1 62:4

77:12

**March** 31:9

**marijuana**
31:7 32:4

**married** 20:1

**match** 61:4,11

**matter** 37:2,5

**Matthew** 21:22
22:23,24 23:2,
4,24

**Meaning** 78:17

**means** 4:1,7,9
5:17,18 6:16
9:22,24 22:23,
24 23:24
48:16 49:21

**meant** 16:7

**mediation**
109:4

**medical** 35:13
97:19,24

**medication**
5:8 64:14

**meds** 5:12

**members**
21:15

**memories**
99:3 105:23

**memory** 26:6,
10,12,13 30:7
97:12 99:5

**mess** 51:4

**meth** 31:5
38:1,2,20
39:12 58:4,12
59:6,7,15

64:23 93:24
94:3

**methampheta
mine** 59:2
94:11

**methampheta
mines** 38:5
58:17,20,23
59:19,22 62:4,
9,14,20 63:4,
13,19 65:4
94:17

**Michael** 6:16

**midnight**
67:13

**mile** 88:7,22
89:23

**miles** 88:24
92:6 95:12

**mind** 4:10

**mine** 59:10,12
64:10 74:6

**minute** 70:18

**minutes** 97:4,8

**Miralax** 64:16

**miserable**
110:7

**misery** 110:8

**mobility** 41:16

**model** 52:1

**mom** 20:22
32:20

**mom's** 22:2
45:15

**moment** 79:8
81:20 86:2

**money** 15:20
25:7 33:10
39:21,23 40:1

**month** 6:18
34:22

**months** 9:1,3,
4,17 11:17
18:19 19:8
32:4,9 49:6

**morning** 70:5
111:19

**mother** 20:5
22:16

**mother's** 22:7
23:23

**motion** 109:15
110:12 112:7

**motor** 49:9,17
52:12

**motorcycle**
42:7,9,12,15
43:3,9 44:10,
13,19 45:1,3,
7,9 46:21
47:18,21
48:21,24
49:14 50:18
55:12 56:10,
17,24 57:4,5,
9,11,14,18
58:4 60:16,17,
19 61:2,11,21
62:15,19,23
63:3,13,18
64:23 65:4,8,
9,13,16,17,20,
21 67:19
68:21,22
80:16 81:21
82:23 83:4,8,

12 84:7 85:2
86:8 92:23,24

**motorcycle's**
61:10

**motorcycles**
42:17,24
43:11 55:17,
20 56:13
60:22 85:3

**move** 103:6,8,
17,19 104:4,7,
9

**moved** 6:21
27:23

**movement**
64:3

**moving** 32:19
103:24 104:3

**mud** 98:6,20

**music** 91:12

---

**N**

**names** 21:21
106:12,13

**nature** 92:24

**necessarily**
40:9,20 63:5,6
96:11

**needed** 18:7
50:14 73:1,4
74:2

**neighbor** 27:4,
5,18

**neighbor's**
27:9

**nervous** 27:8
77:12 84:4

neutral 83:8, 23 85:9

nice 41:24

night 35:5 67:22 69:18 71:2,3,4

Ninja 44:2

ninth 24:6,8,23

Nitro 8:12

nodding 11:11 13:15 15:5 19:19

noise 91:10

North 6:10

notice 76:20

noticed 76:14, 15,16,23 109:13,20

November 29:24

number 7:10, 22 10:1,3,4 11:14 14:8,17, 20 27:20 46:1, 5 48:5,9 49:2, 3,4 68:11 71:16 100:17, 22 112:14

nurse 97:6

nurses 64:1 107:22

O

oath 5:20

obey 87:22 88:1

object 32:6 58:6 61:5,23 62:5,11,16 64:24 66:3,16

objecting 61:16

objection 28:15 36:7 40:8 61:13 65:6 78:5 84:1 85:19 91:14 94:5 101:9 104:20

occasionally 13:8 17:23 38:21,23

October 31:19, 21 32:3

office 108:14 111:15,22

officer 26:19 60:16 61:2,15, 20 62:3,8,13 66:2,9,11,14 76:15,16,20, 23 78:1,20,23 79:3 80:22 81:1 90:19,22 100:2,9 102:6 104:13

officer's 61:9 76:24 90:11, 14

officers 79:6 80:1,5 91:1,3 95:10 101:8 102:13,15,17 103:3,21 104:1,4,21 105:4,11,14

106:9 108:7 109:12 110:10

older 28:3

online 68:11

open 28:12,22

operate 56:24 57:18 62:19, 23 72:23

operating 53:21,24 54:3 62:14 64:23 65:4 66:18 72:20 76:10 77:15 78:2

operation 11:12

operator 63:13

opioids 37:10 38:9

order 57:4 110:5,8

originally 51:16 54:7

owned 7:12 47:20

owns 7:7

P

P-I- 23:12

P-I-T-Z-E-R 23:13

p.m. 112:15

paid 13:16 15:6,7,9,10,13 33:8 47:22

pain 70:8

painted 50:21, 22 51:7 52:11, 15 60:23 61:3

pallbearer 31:2

paralyzed 40:18 101:8, 16,20 103:1

parked 48:12

parking 30:16, 18 50:24

parts 67:18 73:1,5,6,7 74:7

pass 75:11

passed 31:1

past 17:21 26:15 75:8,18

pavement 80:17

pay 16:17 47:23 63:10

paycheck 10:12

people 13:5 47:17,20 50:4 87:11

period 84:23

periodically 17:1

periods 41:6

person 28:1 84:11

personal 19:11 20:24

personnel 35:14

Peterson 66:14

petit 33:5,12, 17

phone 7:10 10:1,3 11:14 14:8,19 27:20 46:1,3,5 68:11

picked 52:4

piece 95:2,4

pills 37:24 69:24

pistol 32:20

Pitzer 23:8,9, 12 24:1

place 13:8

places 17:20

plan 109:16

plastics 51:20

plate 47:9,12, 14 48:20,23 49:3 61:3,10

plates 52:5,7

playing 91:12

playlist 91:20, 21

point 21:13 35:15 36:6 79:13 82:3,16 83:21 85:13 100:10,12 101:7,21 102:22,24 103:17 104:7

**police**  26:19
27:6 44:13
48:10 60:1,3,
11,16 61:1,9,
20 62:12 65:8,
12,16,20,24
66:8 78:1
79:6,10,14,24
80:4,22 81:18
86:8 90:1,3,7,
11,13,19,22
91:1,2 92:4,7
94:16 101:7
108:7 109:11

**position**  112:1

**possess**  59:15

**possession**
31:7 32:3
59:18,21 62:9

**pot**  69:22

**precursors**
59:15,19,22
62:4

**present**  42:3
67:3 70:21

**pretty**  19:23,
24 55:14
89:20 103:16

**prevented**
92:1

**previous**
54:13

**previously**
56:7

**principal**
49:21

**prior**  8:10 9:5
10:15 11:18
12:8 17:5

18:14,16 35:8,
24 36:5,12,18,
24 38:17,19
87:18 88:16
90:10,13,18,
21

**probable**
66:20

**problems**
91:24

**proceedings**
42:2 67:2
70:20

**produce**  4:23

**prone**  40:10

**properly**
53:21,24 54:3
56:24 57:3
65:21 78:4
80:6

**property**  30:13

**prosecution**
110:18

**prove**  33:11

**proved**  33:13

**Public**  4:3

**pull**  60:5,13,16
61:2,20 78:12,
19 79:13,17
81:4,16,22
84:22 85:20,
24 86:11
90:19,23 91:3

**pulled**  30:4
32:21,23
44:12,15
78:24 79:1,3
80:13 81:7

84:16 87:3

**pulling**  81:10

**Purple**  51:17

**pursue**  66:1,9

**pursuit**  66:14,
21 83:21 88:6,
8,13 91:11

**pushed**  95:17
96:13,14

**put**  30:17,19
32:8 49:9,17
51:12 52:5,12,
18,19,22 53:4,
8 54:6,13,15,
23 73:17
83:12,23 85:8

---

**Q**

**question**  4:19
56:21 58:9
70:12 77:22
80:3 84:2,14
85:16 101:10

**questions**
61:14 66:4

**quit**  24:8,12
39:21,23 40:1,
2

---

**R**

**railroad**  55:8,
11,15,19,23
56:2,8,11
89:1,3,7 99:17
100:19 101:4

**raised**  61:9

**rammed**  78:18

79:18

**ran**  27:1 48:9,
13,15

**reach**  88:11

**reached**  88:7,9

**real-**  79:11

**rear**  95:14,16,
18

**reason**  40:6,18
80:21 86:7
91:5 101:6
103:24 104:3

**reasonable**
60:15 61:1,8,
15,20 62:2,7,
12 65:7,11,15,
19,24 66:8,13,
17

**reasonablenes
s**  66:4

**recall**  29:5
30:5 31:22
34:21 35:7
36:2 90:5
92:10

**received**  33:6
48:3

**receiving/
transferring**
31:24

**reckless**  29:16

**recollection**
29:13 89:14

**reconvene**
111:12

**record**  4:8

**records**  97:19,

24

**recovering**
34:2,3,17

**recovery**
34:13,16

**rectum**  64:10

**Red**  15:3

**register**  57:4

**registered**
47:7 50:18
52:3 65:22
72:15 78:4

**registration**
61:4,10 66:19

**regular**  55:1
59:6

**related**  5:17

**relates**  84:14

**relationship**
20:21

**relieve**  108:1

**remain**  56:5

**remember**
10:18 12:20
20:18 26:9,16
29:6,7,12,17
31:6,8,14,17,
20 32:2,5,18
33:6 36:10,13
38:16 43:19
53:9 67:7,11,
13,14,23 69:4,
8,13,16 70:3
71:3 90:6
91:20 93:18
94:22,23
96:19 97:14,
16 98:12,18

102:11
105:10,21
106:4,7,9

**remembers**
32:13

**remind** 5:20

**Renee** 7:1,2

**repaired** 52:10

**repairs** 52:9

**repeat** 4:20
8:17 9:23 65:1
66:6

**report** 94:16

**reported** 27:2

**reporter** 4:22

**Reporter/
notary** 4:3

**represents**
4:14

**reside** 8:11

**residence** 6:20

**response** 81:1
101:3

**restitution**
33:8

**return** 16:2,4,
6,11,13,15
27:6,12 28:8

**returns** 15:24

**revoked** 30:1,5
31:9 100:18,
24

**Rhino** 50:22
51:8,10,12

**Richie** 45:18,
19,21 46:8,11

47:22

**Richie's** 46:1

**ridden** 85:1

**ride** 42:21
43:3,11,12,14,
16 49:7 50:8,
11,13,16,23
51:4 87:8,9

**rider** 43:9

**rides** 50:5

**riding** 42:23
43:7,20 44:6
55:9,12 56:13
57:23 72:17

**road** 10:23
64:22 65:3
74:24 75:12,
17,18 76:18
80:14 81:22
83:18 86:12,
14,15,17,22
88:15 99:14

**roads** 57:5,19
58:4 86:21
87:4,9

**rocket** 44:4

**rockets** 44:6

**rocks** 56:11

**rode** 42:17
85:3

**roll** 98:3,4,9,
20,21 99:20

**Ronnie** 71:11,
14,16,21
73:10 75:3,20,
23 76:4

**room** 30:2
32:1 77:2

**Ruffner** 9:11,
12

**Ruggier** 4:6,13
28:17 32:10,
13 41:10,15,
18,22 42:4
66:23 67:4
68:12,14
70:15,22 97:1,
11 107:15,24
108:11,16,19
109:2,9,21,24
110:13,16,22
111:5,10,17,
19,24 112:9

**run** 48:5,18
59:24 65:8,12,
16,20

**running** 26:19
66:2,10

---

**S**

**S-H-O-N-A-T-
H-A-N** 22:4

**S-TURN** 89:10,
12

**scared** 84:10

**scene** 95:2

**scheduling**
110:4

**school** 24:6,8
25:3

**screaming**
98:24

**seat** 54:10,12,
13,15,18,23,
24 55:1

**seated** 56:5

**secondary**
29:4

**Security** 7:21
100:17,22

**self-taught**
43:4

**sell** 39:10

**selling** 74:4

**Senokot** 64:16

**senses** 63:7,9

**sentence** 32:7

**sentenced**
32:4

**service** 15:14,
16,17 68:16

**Services** 11:9,
10 13:9 14:6,
16,23 16:24
17:2,19

**set** 93:5 111:8

**setting** 81:6

**seventeen**
22:12

**Shadow** 73:20,
22 74:12

**Shadows**
74:14

**shaking** 16:8
53:15 71:5

**Sharon** 9:7,9
10:15

**sheriff** 48:5

**shift** 83:7,12

**shifted** 83:22

**shit** 98:3

**Shon-** 22:3

**Shonathan**
21:22,24 22:1,
11 23:22

**short** 41:8

**show** 32:7
46:13

**sic** 4:17 19:7

**sick** 13:5

**side** 56:11
80:14 81:22
96:13,14

**signal** 79:15,
21,24 80:4

**signaled** 81:12

**signaling**
81:16 86:11

**siren** 60:12
76:24 77:8
79:7 90:8,14
91:6 100:10

**sirens** 81:19
92:9

**Sissonville**
24:3,4

**sister's** 45:16

**sisters** 21:17
22:14

**sitting** 28:11
41:6

**Sixteen** 22:12

**size** 54:8,9

**sl-** 82:17 88:22

**slept** 68:1

slid 98:14

slide 96:18,20 99:13

slides 86:18

slow 80:9,10 82:9,16,23 85:7 89:4

slowed 80:12, 13 81:8

slowly 55:24 83:8,23

smoke 38:20 58:3 69:22

Smokin 51:21, 22,24

smoking 24:15 38:1,2,3 58:12

sober 37:19,22

Social 7:21 100:16,21

sold 47:24

solid 64:10,11

sound 70:11 97:15

sounds 98:15

south 4:14 8:12 9:5,11,12 75:5

speak 20:17

specific 56:3

specifically 56:1

specifics 12:3

speculate 28:13

speed 80:11 82:18,20 87:20,22,23 88:2,14,18

spell 7:2 8:21 20:9 22:3 93:11

spent 71:3,4

sphincter 64:9

spinal 64:8

spot 81:5

spots 83:20

St 24:11

stagnant 99:16,19

stand 98:5,9, 21 99:21 101:18,24

standing 101:17

start 28:10 42:23 67:13

started 34:12 43:20 98:22 100:6 101:19

state 4:7 36:11 57:1,5,19 58:5 59:15 68:17 74:18

statement 40:17

stay 69:10 103:9,22

stayed 67:22

steal 30:21

stealing 33:3

steering 53:24

steps 5:4

stimulation 64:3

stint 12:17

stole 33:13

stolen 27:2,5, 10 28:8 29:17 30:13 31:24 48:4,13,17,19 49:1 60:17,22 66:19

stom- 99:22 102:20

stomach 96:23 98:4,5 102:21

stop 27:8 34:20 60:5,13 79:17,23 80:1, 5,6,21 81:8 82:15,24 83:9, 24 84:9,17,21, 22 85:14,15, 22 86:7

stopped 34:18

straight 16:19 83:11 87:1,2 89:5,6,16,24 99:5

street 43:12, 14,16,21,22 46:9

stretch 83:11 89:5,6,17,24

strike 96:2,6,9

struck 95:16, 18

stuck 110:1

stuff 7:17 26:9 107:16

stunt 50:23

suggest 48:24

supposed 57:17,22 71:11,14 81:4

suspended 29:11,14 32:7 65:13

suspended/ revoked 29:4 30:12 31:4

suspension 55:4

suspicion 61:9 66:17

sweating 96:24

Swift 27:19

switchback 76:22

sworn 4:3

---

## T

T-O-N-Y-A 20:10

table 16:17

tactic 66:22

tags 30:16,23

takes 10:8,11 81:23

taking 33:10 81:9 93:20

talk 25:24 26:14 42:5 45:7 70:18 108:22

talked 23:21

talking 12:5 29:19 88:5,20

tank 50:20 51:15

Tapping 79:22

tase 104:15

tasing 100:6 104:24

taught 42:21

tax 15:24 16:2, 4,6,11,13,15

taxes 16:12,21

teach 42:14

telling 98:23 99:5 103:21

tend 80:16 89:4

tent 15:13,16, 17

testified 4:4

testify 5:9 110:17

testimony 36:17 77:17, 24 100:7 101:20

thing 43:4 105:9

things 4:18 51:6 59:4 63:10 109:14

**thinking** 73:2, 4 87:21 100:12,13

**thought** 48:13 98:11 105:1,3

**Three-** 13:20

**threw** 47:24

**throw** 79:15,22

**Thursday** 108:18,21 109:7

**tight** 110:3,5

**time** 5:3 6:2,19 12:23 13:1,7, 19 14:3 16:12, 23 18:8,11,12, 15 19:6 20:19 34:10,14 35:15,17,18, 23 38:16,19 41:5,6,8 43:2 44:9,16 48:3 53:22 54:1,4 69:6,9 70:2 81:12,19 82:3 85:23 87:8,10 91:11 101:16 106:14 108:5, 8 110:3

**times** 30:4 75:23 84:6

**tire** 52:23 82:2, 6 84:9 86:18 95:14,16,18 96:2,7,10,13 99:9,10,11

**tired** 69:14,17

**tires** 52:18,19, 24 53:2,4,8

54:6 99:9

**title** 49:12,13

**today** 5:9 64:2 108:3 110:8

**told** 24:17,19 32:21 85:23 98:11,19 100:17 103:20 104:4

**tomorrow** 108:6,22 110:11 111:8, 15,19,22

**Tonya** 20:6,8,9

**torch** 94:21 95:5

**torches** 93:5, 7,13

**tossed** 32:24

**touch-up** 50:24

**Trace** 71:22,23 72:1,3,10 75:8,12 76:13, 14,17,19 87:1, 14

**track** 55:23 56:2

**tracks** 55:8,11, 15,19 56:8,11 86:19 95:13, 17,22 96:18, 20 98:15 99:2, 13,17 100:20 101:4 102:10 105:9,16 106:2

**traded** 46:16

**training** 42:11

**transcript** 4:24

**transferring** 30:12

**tread** 53:13

**treated** 33:20

**tricks** 50:24 51:1,6

**trouble** 50:13

**truck** 51:11

**trunk** 32:20

**truth** 5:21

**truthfulness** 5:8

**turn** 75:12 76:13,17,18, 22 85:18 89:8

**turned** 76:14, 18 100:9

**Twelve** 22:21

**Twenty** 23:3

**twenty-five** 23:15

**Twenty-four** 23:15

**twenty-one** 23:3

**twenty-some** 43:5,7

**type** 53:11,13 61:11 62:23

**types** 64:8

U

**Uh-huh** 31:13 60:6

**uncle** 9:20 30:24 45:10, 11,13,14,15

**understand** 4:19,24 5:21 21:9 41:15 55:21 58:14 78:7 80:12 84:13 109:12, 13 110:11,13, 14,22 111:1, 10

**unincorporated** 11:1

**unlicensed** 29:7

**unregistered** 62:14

**untranslatable** 70:11 97:15 98:15

**uphill** 83:14,16 85:15

**user** 35:14,19 37:2

**usual** 13:6

V

**vehicle** 27:1,4, 9,14 29:17,23 31:24 50:4 66:18

**verbalize** 4:21

**video** 99:6 111:6

**VIN** 48:5,9,13, 15,18 49:2,3,4

**Virginia** 8:7 57:1,6,19 58:5 59:16

**visor** 106:23 107:1,2

W

**wage** 14:2

**wake** 68:19 70:4 71:8,10 72:4 105:22

**waking** 67:14

**Walmart** 75:8, 11,19

**wanted** 46:12 73:6 102:16 103:8 104:19, 21,23 105:2,4, 11,14

**watching** 99:6 104:10

**water** 99:16,19 100:5 102:3, 12,16,18 103:9,11,15, 22 104:11,12, 17,22 105:5, 12,15

**ways** 56:4

**weapon** 32:15

**Wednesday** 108:8,10,11

**weed** 24:15

**week** 13:13,14,
19 14:3 39:1
109:1,7

**weeks** 35:8
41:12

**weight** 6:3,5,7

**welding** 93:10

**well-being**
84:5

**West** 8:7 57:1,
5,19 58:5
59:16

**wheelies** 51:4

**white** 97:14,17
98:13

**wider** 54:6

**William** 4:1,9

**wipe** 86:4

**wit** 4:4

**woke** 67:16
96:19 98:15,
19

**wondering**
86:2

**wore** 69:11,12

**work** 11:8
13:8,10 17:1
18:5 19:13
40:2 41:11
64:8,18,19,20
109:7 111:1

**worked** 11:6
14:10,14 17:9,
22 18:9,17
19:7 33:2
111:18

**Workers'**
25:13

**working** 14:5
49:8 71:13,20

**works** 76:5

**worried** 84:4

**wreck** 37:19
54:20 77:13
84:5 88:21
96:1

**wrecked** 54:19
56:7

**wrecking** 63:2,
17

**wrestling**
109:10

**wrong** 85:6
89:6

---

**X**

---

**XT250** 47:8
52:3 60:20

---

**Y**

---

**Yamaha** 47:7

**year** 17:13

**years** 11:24
12:4,18 17:21
43:5,7 44:7
56:14

**your-all's**
18:23

**YT250** 47:7