# Case Report

## Summary

| | | |
|---|---|---|
| **Print Date/Time:** | 05/27/2020 11:15 | South Charleston Police Department |
| **Login ID:** | kcsd\dsutler | **ORI Number:** WV0200600 |
| **Case Number:** | 2020-00005682 | |

## Case

| | | | | |
|---|---|---|---|---|
| **Case Number:** | 2020-00005682 | | **Incident Type:** | Pursuit |
| **Location:** | TRACE FORK RD / RUTH RD | | **Occurred From:** | 05/02/2020 08:01 |
| | WV 25309 | | **Occurred Thru:** | 05/02/2020 09:40 |
| **Reporting Officer ID:** | 6459-1101 - Peterson | | **Disposition:** | |
| | | | **Disposition Date:** | |
| | | | **Reported Date:** | 05/02/2020 08:01 Saturday |

## Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|
| 1 | State | 90Z | 17A-9-3 | Improper use of evidence of registration | 1 |
| 2 | State | 90Z | 61-5-17(E) | Flee (attempt) from officer | 1 |
| 3 | State | 90Z | 17B-4-3 | Driving while license suspended/revoked | 1 |
| 4 | State | 90Z | 17D-2A-3 | Insurance - No Insurance for Vehicle | 1 |
| 5 | State | 35A | 60A-4-401(C) | (Narcotic) Possess cont sub unless from valid prescript | 1 |

## Subjects

| Type | No. Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|
| Suspect | 1  MEANS, WILLIAM ALLEN | 183 CECIL DR CHARLESTON, WV 25314 | (304)590-2262 | Unknown | Male | 08/25/1989 30 |
| Victim | 1  PUBLIC / SOCIETY | 235 4TH AVE  SOUTH CHARLESTON, WV 25303 | (304)744-6903 | Unknown | Not Applicable | |

## Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|

## Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|
| 05/03/2020 | Evidence (Non IBR) | Drugs/Narcotics | | | 0.52 GRAMS OF WHITE CRYSTAL LIKE SUBSTANCE | 2146 | 1 |
| 05/03/2020 | Seized - Other | Drugs/Narcotics | | | white crystal like substance | | |

### Chain of Custody

| Date | Transaction | From | From Role | To | To Role |
|---|---|---|---|---|---|
| 05/03/2020 09:07 | **Type:** Intake | 9607-6975-David Harvey | | 9009-2503-Jeremy Thompson | |
| | **Code:** Initial Intake | | | | |
| | **Tag Number:** 2146 | | | | |
| | **Remarks:** | | | | |

### Chain of Custody

| Date | Transaction | From | From Role | To | To Role |
|---|---|---|---|---|---|

## Vehicles

# Case Report

## Summary

**Print Date/Time:** 05/27/2020 11:15
**Login ID:** kcsd\dsutler
**Case Number:** 2020-00005682

South Charleston Police Department
**ORI Number:** WV0200600

| No. | Role | Vehicle Type | Year | Make | Model | Color | License Plate | State |
|-----|------|--------------|------|------|-------|-------|---------------|-------|
| 1 | Suspect Vehicle | Motorcycle | 1996 | Honda | | Black | G92897 | WV |

SCPD Case, Officer: KCSD\EPeterson, Supervisor: KCSD\EMoyer, Merged By: KCSD\CPersinger

## So. Charleston Police Department

CASE# 2020-00005682

### FIELD CASE REPORT

**EVENT**

| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | | LOCATION OF OCCURRENCE | |
|---|---|---|---|---|
| 05/02/2020 08:04 | Pursuit | | | N - NO |
| OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | | | |
| 05/02/2020 08:03 | 05/02/2020 09:40 | TRACE FORK RD WV | | |

**OFFENSES**

| | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|
| 01 | 17A-9-3 Improper use of evidence of registration | 1 | Commit |
| 02 | 61-5-17(E) Flee (attempt) from officer | 1 | Commit |
| 03 | 17B-4-3 Driving while license suspended/revoked | 1 | Commit |
| 04 | 17D-2A-3 Insurance - No Insurance for Vehicle | 1 | Commit |
| 05 | 60A-4-401(C) (Narcotic) Possess cont sub unless from valid prescript | 1 | Commit |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE  SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| Business | Victim | Public / Society, | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| / / | | | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| | | | | | | |
| DL NUMBER/STATE | | PRIMARY PHONE | | PHONE #2 | PHONE #3 | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE  SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| Adult | Suspect | MEANS, WILLIAM ALLEN | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| 08/25/1989 | 30 | 183 CECIL DRIVE CHARLESTON, WV 25314 | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| Unknown | | Male | 5'11 | 195 | Black | Brown |
| DL NUMBER/STATE | | PRIMARY PHONE | | PHONE #2 | PHONE #3 | |
| F482879  / WV | | | | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE  SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| | | | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| | | | | | | |
| DL NUMBER/STATE | | PRIMARY PHONE | | PHONE #2 | PHONE #3 | |

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| Peterson | 05/02/2020 | Moyer, Engracio | 05/07/2020 |

OF

## So. Charleston Police Department

CASE# **2020-00005682**

### FIELD CASE REPORT

### VEHICLES as INVOLVED

**INVOLVED VEHICLE**

| VEHICLE ROLE | | | | |
|---|---|---|---|---|
| **Suspect Vehicle** | | | | |
| VEH YR **1996** | TYPE/MAKE/MODEL **Honda** | | | STYLE **Motorcycle** |
| PLATE / STATE **G92897 / WV** | | VIN **JH2PC2532TM5500454** | TOP COLOR **Black** | BOTTOM COLOR **Black** |
| ADDITIONAL DESCRIPTIVE INFORMATION **CBR600SE** | | | | |

**INVOLVED VEHICLE**

| VEHICLE ROLE | | | | |
|---|---|---|---|---|
| VEH YR | TYPE/MAKE/MODEL | | | STYLE |
| PLATE / STATE | | VIN | TOP COLOR | BOTTOM COLOR |
| ADDITIONAL DESCRIPTIVE INFORMATION | | | | |

### VEHICLES as PROPERTY

**PROPERTY VEHICLE**

| PROPERTY CODE | | | | VALUE |
|---|---|---|---|---|
| VEH YR | TYPE/MAKE/MODEL | | | STYLE |
| PLATE / STATE | | VIN | TOP COLOR | BOTTOM COLOR |
| ADDITIONAL DESCRIPTIVE INFORMATION | | | | |

**PROPERTY VEHICLE**

| PROPERTY CODE | | | | VALUE |
|---|---|---|---|---|
| VEH YR | TYPE/MAKE/MODEL | | | STYLE |
| PLATE / STATE | | VIN | TOP COLOR | BOTTOM COLOR |
| ADDITIONAL DESCRIPTIVE INFORMATION | | | | |

**PROPERTY VEHICLE**

| PROPERTY CODE | | | | VALUE |
|---|---|---|---|---|
| VEH YR | TYPE/MAKE/MODEL | | | STYLE |
| PLATE / STATE | | VIN | TOP COLOR | BOTTOM COLOR |
| ADDITIONAL DESCRIPTIVE INFORMATION | | | | |

| REPORTING OFFICER **Peterson** | DATE **05/02/2020** | REVIEWED BY **Moyer, Engracio** | **05/07/2020** |
|---|---|---|---|

OF

SCPD Case 2020-00005682 Page 2 OF 8

## So. Charleston Police Department

CASE# **2020-00005682**

### FIELD CASE REPORT

### GENERAL PROPERTY

| | PROPERTY CODE | | | VALUE |
|---|---|---|---|---|
| **GENERAL** | Seized - Other | | | $1 |
| | QUANTITY/UNIT OF MEASURE | PROPERTY TYPE/CLASS | SERIAL | COLOR |
| | .52 / Grams | Drugs/Narcotics | | |
| | ITEM DESCRIPTION | | | |
| | white crystal like substance | | | |

| | PROPERTY CODE | | | VALUE |
|---|---|---|---|---|
| **GENERAL** | | | | |
| | QUANTITY/UNIT OF MEASURE | PROPERTY TYPE/CLASS | SERIAL | COLOR |
| | | | | |
| | ITEM DESCRIPTION | | | |

| | PROPERTY CODE | | | VALUE |
|---|---|---|---|---|
| **GENERAL** | | | | |
| | QUANTITY/UNIT OF MEASURE | PROPERTY TYPE/CLASS | SERIAL | COLOR |
| | | | | |
| | ITEM DESCRIPTION | | | |

| | PROPERTY CODE | | | VALUE |
|---|---|---|---|---|
| **GENERAL** | | | | |
| | QUANTITY/UNIT OF MEASURE | PROPERTY TYPE/CLASS | SERIAL | COLOR |
| | | | | |
| | ITEM DESCRIPTION | | | |

| | PROPERTY CODE | | | VALUE |
|---|---|---|---|---|
| **GENERAL** | | | | |
| | QUANTITY/UNIT OF MEASURE | PROPERTY TYPE/CLASS | SERIAL | COLOR |
| | | | | |
| | ITEM DESCRIPTION | | | |

| | PROPERTY CODE | | | VALUE |
|---|---|---|---|---|
| **GENERAL** | | | | |
| | QUANTITY/UNIT OF MEASURE | PROPERTY TYPE/CLASS | SERIAL | COLOR |
| | | | | |
| | ITEM DESCRIPTION | | | |

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| Peterson | 05/02/2020 | Moyer, Engracio | 05/07/2020 |

OF

SCPD Case 2020-00005682 Page 3 OF 8

**So. Charleston Police Department**

CASE# **2020-00005682**

**FIELD CASE REPORT**

| NARRATIVE |
| --- |

Narrative By CPL EM Peterson

On 02 May 2020 I observed a black motorcycle bearing WV registration G92897 traveling southbound on US 119 at the intersection with Southridge Blvd, South Charleston, Kanawha County, WV. I relayed the registration to Metro Communications and they relayed back that the registration was for a 2009 Yamaha XT250 and that it was expired. The registration had an orange expiration sticker on it displaying expired July of 06 or 08. The motorcycle registration was improperly displayed and the motorcycle was spray painted in black primer paint which is common on motorcycles that have been stolen or their identity altered. I relayed this information to other units and requested they start towards my position for assistance with conducting a traffic stop of the motorcycle.

I observed the motorcycle operator look over his shoulder multiple times while at the red light checking my position. Unit 109 and 145 had started my direction as the motorcycle and I continued on southbound on US 119 passing mile marker 74.0. I informed other units that the operator of the motorcycle was a white male, wearing black pants over blue jeans, a brown Carhartt jacket, black helmet, black and white tennis shoes and was wearing a back pack. I observed the motorcycle operator traveling the posted speed limit and again looking back over his shoulder to check my position. I informed other units that I would wait for them to move to catch up to our position to initiate the stop as the operator was giving indicators he may attempt to flee the initial stop.

I observed the motorcycle approach the 73.6 mile marker and move to the left lane of travel indicating he may turn off of US 119 and onto Ruth Rd. I asked other units their position and they informed me they were passing Green Rd. I then decided to initiate the traffic stop as the motorcycle was turning left off of US 119 onto Ruth Rd. The area adjacent to the turn provided safe, ample room for the traffic stop. I turned on my emergency lights and loud audible siren providing clear visual and audible sound for the operator to stop the vehicle. The operator looked over his shoulder again and instead of stopping the vehicle began to speed up fleeing from this officer. I observed the motorcycle continue on Ruth Rd to the intersection with Trace Fork Rd where the motorcycle turned and traveled onto Trace Fork Rd.

I observed the motorcycle continue to travel on Trace Fork Rd with speeds ranging

| REPORTING OFFICER | DATE | REVIEWED BY | |
| --- | --- | --- | --- |
| **Peterson** | **05/02/2020** | **Moyer, Engracio** | **05/07/2020** |

OF

**So. Charleston Police Department**

CASE# **2020-00005682**

**FIELD CASE REPORT**

**NARRATIVE (continuation)**

from 15 mph to a top speed of 53 mph to the intersection with Heavenly Dr where it turned onto Heavenly Dr. The posted speed limit for this roadway is 25mph. I observed the motorcycle operator while negotiating sharp and slight turns cross into the opposite lane of travel (which did not travel into the path of any oncoming vehicles) at high and low speeds also putting his foot down on the pavement seeming to indicate he was unsure of his or the motorcycle's abilities. The motorcycle continued on Heavenly Dr passing Elwood Dr where it did not stop at all for a stop sign. The motorcycle then turned down off of Heavenly Dr onto a dirt/gravel access road with multiple ruts and potholes. The motorcycle operator slowed operation of the motorcycle due to the rough terrain and continued to look over his shoulder as he appeared to try and take off the backpack without success. I observed some parts of the motorcycle start to fall from the frame and hit the roadway due to the rough ride. I observed the motorcycle approaching a creek bed with four foot of water flowing in it. I stopped my vehicle at this point as I thought the operator may stop and not try and cross the water. I observed the motorcycle speed up and the operator place his feet up in the air in alignment with the handlebars of the motorcycle and travel through the water. I observed the motorcycle then travel up a hillside and turn left onto Rabel Mountain Rd. I moved through the creek and continued to follow the motorcycle on Rabel Mountain Rd. As we approached the intersection with Brounland Rd I observed Unit 145 Ptlm D Harvey off to the right of the roadway waiting to assist. We passed Harvey's position and Harvey traveled behind my position at some distance and took over radio communication for the pursuit. I observed the motorcycle fail to come to a complete stop as it turned left from Rabel Mountain Rd onto Brounland Rd.

The motorcycle continued on Brounland Rd and just past the Sand Plant road intersection and approached a section of roadway that was blocked down to one lane due to a road/slip repair. The motorcycle failed to stop to alternate with oncoming traffic (which at the time there was not any) and proceeded directly through the coned/signed off area into the opposite direction of traffic. The motorcycle continued to travel on Brounland Rd to the intersection with Emmons Rd where it turned right off of Brounland Rd onto Emmons Rd.

The motorcycle, Harvey and I continued out Emmons Rd crossing over two sets of railroad tracks winding out a stretch of roadway that was un level with multiple pot holes and after two miles we entered into Boone County, WV where we were advised

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| Peterson | 05/02/2020 | Moyer, Engracio | 05/07/2020 |

OF

SCPD Case 2020-00005682 Page 5 OF 8

## So. Charleston Police Department

CASE# **2020-00005682**

### FIELD CASE REPORT

### NARRATIVE (continuation)

a WVSP Trooper and Boone County Sheriff Deputy were in the area to assist. I observed the motorcycle continue to travel on Emmons Rd on a straight stretch where he accelerated, almost struck a Dachshund k-9 in the roadway and gained distance between his position and my cruiser. The motorcycle as rounding a slightly, elevated left hand corner failed to make the turn, traveled up onto the Dartmont-Ashford railroad crossing and struck the rail road tracks. The motorcycle spun as it struck the tracks ejecting the motorcycle operator off of the seat onto the railroad tracks and into a creek/ditch line, full of water left of the railroad tracks. The motorcycle continued on and came to rest in the same ditch of water ten to twelve feet away from the operator. I immediately exited my cruiser and approached the suspect as he was lying on his back in the water spitting water out of his mouth. I observed the male alert and oriented and at no time did I observe him lose consciousness. Harvey exited his cruiser and accompanied me. Harvey provided cover as I entered the water and the suspect informed me that he thought he was drowning. I informed the suspect to make his hands visible as they were under the water at this time. The suspect failed to comply and make his hands visible. I attempted to gain control of his hands and got his left had without being able to see through the muddy water. Harvey assisted and was trying to get a hold of his right hand. I slipped backwards in the water at this point and lost grip. I still could not see the suspect's hands and I did not know what the suspect was doing with his hands as he was reaching towards his waistband and his hands were back under the water. Harvey deployed his OC spray and sent a burst of OC spray into the suspects face as he failed to make his hands visible. The suspect stated again he thought he was drowning in the water that was up to my knees and filling up with leaking gasoline from the motorcycle. The suspect made his hands visible and was removed from the water by Harvey and I sliding up under his armpits, and moving him on his back to a safe location out of the water and away from the possible train traffic as they had not been yet notified at this point of our position. The suspect was placed into handcuffs once he was moved, detained and cleared of weapons. I immediately notified Metro of the suspect being detained and requested fire and EMS assistance for the assessment of the suspect and deacon for the OC spray.  Once across the tracks the suspect stated he could not feel his legs and still felt as if he was drowning and requested his helmet be removed. I informed him that the OC probably was adding to his issue and that we were not removing his helmet as it can help stabilize his

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| Peterson | 05/02/2020 | Moyer, Engracio | 05/07/2020 |

OF

## So. Charleston Police Department

CASE# **2020-00005682**

### FIELD CASE REPORT

---

### NARRATIVE (continuation)

---

neck/spine and he had a clear airway as he was talking and breathing. I did observed the suspect to have white foam around his lips at this time (a possible sign of substance abuse). I did not observe any damage to his helmet other then scratches. Lt B Paschall, Sgt E Moyer and Cpl R Vinyard arrived at this time to assist. Paschall alerted Metro to ask CSX to delay rail traffic at our location and they were notified.  Once the other units arrived Harvey and I moved our cruisers out of the roadway to make way for traffic and other emergency personnel. Means once cleared of weapons and other officers arrived on-scene was un-handcuffed for medical treatment. I requested a wrecker for the motorcycle. Boone County Sheriff Deputy Mullins and WVSP Trooper Robinson arrived to assist. Robinson stated he would complete a crash report for the incident. I photographed the scene from my cruiser looking on and back from the scene to my cruiser.

Moyer identified the male as William Allen Means (suspect) WV OLN F482879. Metro Communications stated that Means license status was revoked for an active DUI. Means was unable to provide registration or insurance for the motorcycle. While speaking with Means Moyer informed him that he should have just yielded officers and stopped at the initial stop location and Means stated to Moyer " I know I'm a dumb ass I should have just pulled over". Boone County EMS unit #40 (Lt Perdue and EMT Brown) arrived on-scene to assess Means. When EMS personnel asked if Means had used any drugs Means stated he was a heroin user and that he believed there maybe some heroin in his pockets as he used frequently. Means multiple pockets were searched and no other substances were located. Means was assessed and loaded onto the EMS stretcher by medics for transport. Means was informed I would be obtaining warrants for his arrest.

I removed Means backpack from the water and cleared it for weapons. While clearing the backpack I located a small plastic wrap of a hard crystal like substance, methamphetamine (a schedule II controlled substance) inside a small black Nintendo case. I seized and secured the substance for evidence. The backpack contained miscellaneous tools, tubing, two small propane canisters, gloves and two small lights. Paschall packed Means's items back into his backpack and put it in the ambulance for transport. Once initial care was provided for Means Boone County EMS transported him from the scene to Charleston Area Medical Center's General division for treatment followed by Paschall. Once EMS arrived at the hospital safely Paschall cleared the

---

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| **Peterson** | **05/02/2020** | **Moyer, Engracio** | **05/07/2020** |

OF

## So. Charleston Police Department

CASE# **2020-00005682**

**FIELD CASE REPORT**

| NARRATIVE (continuation) |
| --- |

scene.

   Mountain Auto arrived for recovery of the motorcycle. The motorcycle was pulled from the creek/ditch line and brought to the road above. Officers were initially not able to find a vehicle identification number on the vehicle because of the recent spray painting. Vinyard used a metal object and rubbed the paint from the fork of the bike to display the VIN number. The number is as follows: JH2PC2532TM5500454. The VIN was relayed back to Metro Communications and they were unable to find any information in the WV DMV database. They were able to find a response in a different search engine using VIN Assist. The VIN Assist response states the VIN belongs to a 1996 Honda CBR 600SE with no registration or owner information provided. Mountain Auto secured and towed the vehicle from the scene.

   Once Means was transported and the motorcycle was removed all officers cleared the scene.

   Once back at the station I reviewed Means criminal background and learned Means had a DUI conviction effective 06/17/2016 for a 10 year duration.

   A copy of Means criminal complaint drafted, criminal background, photographs taken at the scene and Robinson's crash report is attached to this report.

   Based on the combination of speed, length/duration of pursuit and road conditions which created a hazard for the pursuing officers, the public, and Means, I obtained a warrant for Means for fleeing with reckless indifference on 07 May 2020. I will also be requesting a subpoena for Means medical records in relation to this incident to investigate if he was under the influence of any substance or alcohol while in operation of the motorcycle on this date.

Evidence seized and secured.

1. .52 grams white crystal like substance (suspect back pack in Nintendo case) - EMP

Nothing further at this time...

| REPORTING OFFICER | DATE | REVIEWED BY | |
| --- | --- | --- | --- |
| **Peterson** | **05/02/2020** | **Moyer, Engracio** | **05/07/2020** |

OF

**SCPD Case Supp, Officer: KCSD\dharvey, Supervisor: KCSD\EMoyer, Merged By: KCSD\CPersinger**

## So. Charleston Police Department

CASE# **2020-00005682**

### FIELD CASE SUPPLIMENT REPORT

| EVENT | | | |
|---|---|---|---|
| REPORTED DATE/TIME 05/02/2020 08:04 | OCCURRED INCIDENT TYPE | | LOCATION OF OCCURRENCE |
| OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | 235 4TH AVE SOUT CHARLESTON, WV | |

| OFFENSES | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| SUBJECT | JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | | |
|---|---|---|---|---|
| | DOB          AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | |
| | RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| | DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 |

| SUBJECT | JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | | |
|---|---|---|---|---|
| | DOB          AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | |
| | RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| | DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 |

| SUBJECT | JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | | |
|---|---|---|---|---|
| | DOB          AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | |
| | RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| | DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 |

| REPORTING OFFICER Harvey | DATE 05/02/2020 | REVIEWED BY Moyer, Engracio | 05/05/2020 |
|---|---|---|---|

OF

SCPD Case Supp 2020-00005682 Page 1 OF 3

**So. Charleston Police Department**

CASE# **2020-00005682**

**FIELD CASE SUPPLIMENT REPORT**

**NARRATIVE**

On 5/2/20 Cpl. Peterson initiated a pursuit on 119 at Trace Fork. The pursuit went for a few minutes and I waited for it to pass me on Rabel Mountain at Split Rail Drive. After they passed me I backed up Corporal Peterson in the pursuit and was the second car and called the radio traffic. We went left on Brounland Road and then ultimately on Emmonds Drive which turned into Dartmoth-Ashford Road. The entire duration of the pursuit the driver continued to look back at us and see if we were still chasing him. He was also going at a high rate of speed around blind curves. Whenever he would make these blind turns he would cross into the opposite lane of traffic. If there were any vehicles on the other side of the turn he would have struck them.

On Dartmoth-Ashford Road (County Highway 10) right passed the Kanawha/Boone County line near Gripple Lane the driver of the motorcycle went over the railroad tracks and didn't make the left turn. He wrecked and went into standing water to the left side of the tracks. I didn't see the actual crash but saw water splash. I got out of my cruiser at the same time as Cpl. Peterson. We began to approach and drew our service weapon giving commands for him to show us his hands. I saw the male later identified as William Means lying on his back in water. The water was approximately 3 foot deep. Where he had kicked dirt up you couldn't see under the water at all. Mr. Means initially complied and put his hand up in the air as ordered. Whenever we got closer to him he immediately put both hands under the water where we couldn't see. Peterson had to get in the water with him and grabbed his left hand. He still refused to show us his other hand and was pulling away. I administered a short burst of OC spray to Mr. Means to get him to comply. This had no affect on him and he still started to reach with his right hand toward his pocket and or waist band. While this was happening he was in the water and saying he was drowning. I then was able to find his hand under the water and grab it. He started to try to pull away and try to maneuver his hand to grab my wrist. I was able to re-grip his wrist to stop him. We were eventually able to pull him out of the water. We had to pull him across the track to the other side due to the water on that side and couldn't leave him on the tracks in

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| Harvey | 05/02/2020 | Moyer, Engracio | 05/05/2020 |

OF

**So. Charleston Police Department**

CASE# **2020-00005682**

**FIELD CASE SUPPLIMENT REPORT**

**NARRATIVE (continuation)**

fear of trains.

As soon as we got him safely out of harm's way Peterson had to run back to his cruiser to move his car from the tracks. I grabbed Mr. Mean's right wrist and told him to roll over. He refused and attempted to grab my right wrist with his left hand. I was able to move my hand to stop him and then I rolled him over and secure him in cuffs. Officers were not able to see what was under the water that he was trying to get or conceal. Mr. Means had previous firearm offenses.

Whenever the medics asked him if he had any injuries he didn't reply. They asked what hospital he wanted to go to and he said "I don't know jail". He then stated to them that he "should've pulled over and is a dumbass".

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| **Harvey** | **05/02/2020** | **Moyer, Engracio** | **05/05/2020** |

OF



# State of West Virginia Uniform Traffic Crash Report
## Crash Data

DOH Form: 17-c
Rev. 07/02/2007

| | | |
|---|---|---|
| Crash Record Number | Reporting Agency's Record Number: WVSP20-1506 | Page 1 of 8 |

| | | | |
|---|---|---|---|
| # of Vehicles Involved: 1 | # of Non-Motorists Involved: 0 | # of Fatal Injuries: 0 | # of A B or C Injuries: 1 |

| | | |
|---|---|---|
| Date / Time of Crash: 5/2/2020 / 0821 | Date / Time Crash Reported: 5/2/2020 / 0822 | Time of Arrival: 0840 |

| | | | |
|---|---|---|---|
| County: BOONE | Municipality or Place of Crash: ASHFORD | GPS Coordinates: 38.20139  Latitude | -81.72472  Longitude |

**Highway Class:**
- ◉ County/HARP
- ◎ Private Road
- ◎ Interstate
- ◎ City Street
- ◎ Private Property/Off-Roadway
- ◎ US
- ◎ State Park / Forest Road
- ◎ Other
- ◎ WV

**Supplemental Designation:**
- ◎ Not Applicable
- ◎ Alternate
- ◎ Spur
- ◎ Ramp
- ◎ North
- ◎ South
- ◎ East
- ◎ West
- ◎ Truck Route
- ◎ Toll
- ◎ Other

| | | | |
|---|---|---|---|
| Route: 1 / | Milepost: | Ramp: | Street: |

| | |
|---|---|
| Other Description of Location: | Intersecting Street: |

**Relation to Junction / Junction Type:**
- ◉ Non-Junction
- ◎ Junction, Non-Interchange Area
  - ▢ Intersection
  - ▢ Intersection-Related
  - ▢ Interstate to Interstate
  - ▢ Railroad Grade Crossing  #:
  - ▢ Median Crossover-Related
  - ▢ Business or Residential Driveway/Alley Access
  - ▢ Other Non-Interchange
- ◎ Junction, Interchange Area
  - ▢ Thru Roadway
  - ▢ Merge/Diverge Area
  - ▢ Intersection
  - ▢ Intersection-Related
  - ▢ Entrance / Exit Ramp
  - ▢ Other Part of Interchange

**Intersection Type:**
- ◎ 4-Way Intersection
- ◎ T Intersection
- ◎ Y Intersection
- ◎ Intersection as Part of Interchange
- ◎ Traffic Circle / Roundabout
- ◎ 5-Point or More

**Manner of Collision:**
- ◉ Single Vehicle Crash
- ◎ Rear End
- ◎ Head-On
- ◎ Sideswipe, Same Direction
- ◎ Sideswipe, Opposite Direction
- ◎ Rear-to-Side
- ◎ Rear-to-Rear
- ◎ Angle (Front to Side) Same Direction   OR
- ◎ Angle (Front to Side) Opp. Direction   OR
- ◎ Right Angle   OR
- ◎ Angle - Direction Not Specified

**Environmental Contributing Circumstances (Select Up to 3):**
- ☒ None
- ▢ Weather Conditions
- ▢ Physical Obstruction(s)
- ▢ Glare
- ▢ Animal(s) in Roadway
  - Type:
- ▢ Other:

**Weather (Select Up to 2):**
- ☒ Clear
- ◎ Cloudy
- ◎ Fog, Smog, Smoke
- ◎ Rain
- ◎ Sleet, Hail, or Freezing Rain
- ◎ Snow
- ◎ Blowing Snow
- ◎ Severe Crosswinds
- ◎ Blowing Sand, Soil, Dirt
- ☒ Other

**Lighting:**
- ◉ Daylight
- ◎ Dark - Lighted
- ◎ Dark - Not Lighted
- ◎ Dawn
- ◎ Dusk
- ◎ Other

**Roadway Surface Condition:**
- ◉ Dry
- ◎ Wet
- ◎ Snow
- ◎ Slush
- ◎ Ice / Frost
- ◎ Water (Standing / Moving)
- ◎ Mud, Dirt, Gravel, Sand

**Location of First Harmful Event:**
- ◉ On Roadway
- ◎ Shoulder
- ◎ Median
- ◎ Roadside
- ◎ Gore
- ◎ Separator
- ◎ In Parking Lane or Zone
- ◎ Off Roadway, Location Unknown
- ◎ Outside of Right-of-Way
- ◎ Unknown

**Roadway Surface Type:**  ◉ Asphalt  ◎ Concrete  ◎ Gravel  ◎ Dirt  ◎ Brick  ◎ Other:

**First Harmful Event:**
- ◎ Overturn / Rollover
- ◎ Fire / Explosion
- ◎ Immersion
- ◎ Jackknife
- ◎ Cargo / Equipment Loss or Shift
- ◎ Fell / Jumped from Motor Veh
- ◎ Thrown or Falling Object
- ◎ Other Non-Collision

**COLLISION WITH:**
- ◎ Pedestrian
- ◎ Pedalcycle
- ◎ Railway Vehicle
- ◎ Animal
- ◎ Motor Vehicle in Transport
- ◎ Parked Motor Vehicle
- ◎ Work Zone / Maintenance Equip
- ◎ Other Non-Fixed Object
- ◎ Impact Attenuator / Crash Cushion
- ◎ Bridge Overhead Structure
- ◎ Bridge Pier or Support
- ◎ Bridge Rail
- ◎ Culvert
- ◎ Curb
- ◎ Ditch
- ◎ Embankment
- ◎ Guardrail Face
- ◎ Guardrail End
- ◎ Cable Median Barrier
- ◎ Concrete Traffic Barrier
- ◎ Other Traffic Barrier
- ◎ Tree (Standing)
- ◎ Utility Pole/Light Support
- ◎ Traffic Sign Support
- ◎ Traffic Signal Support
- ◎ Other Post, Pole, or Support
- ◎ Fence
- ◎ Mailbox
- ◎ Other Fixed Object

Crash Record Number:                    Reporting Agency's Record Number: WVSP20-1596                    Page 2 of 8

## Road - Contributing Circumstances: (Select Up to 3)

- [X] None
- [ ] Road Surface Condition (Wet, Icy, etc.)
- [ ] Debris
- [ ] Ruts, Holes, Bumps
- [ ] Worn, Travel Polished Surface
- [ ] Obstruction in Roadway
- [ ] Pavement Markings Not Visible

**Shoulders**
- [ ] None  [ ] Low  [ ] Soft  [ ] High

**Problem w/ Traffic Control Device**
- [ ] Inoperative  [ ] Missing  [ ] Obscured

**Work Zone**  [ ] Utility
- [ ] Construction
- [ ] Maintenance
- [ ] Non-Highway Work
- [ ] Other

## School Bus Related:
- [X] No
- [ ] Yes, School Bus Directly Involved
- [ ] Yes, School Bus Indirectly Involved

**School Zone Related:**
- [ ] No
- [ ] Yes

**Type of School Zone Sign:**
- [ ] When Present   [ ] None
- [ ] When Flashing
- [ ] Lists Specific Times

**School Zone Flashers:**
- [ ] Present, Not Active
- [ ] Present, Active
- [ ] Not Present

**School Zone Speed Limit:**

## Work Zone Related:
- [X] No
- [ ] Yes

**Workers Present:**
- [ ] Yes
- [ ] No
- [ ] Unknown

**Work Zone Speed Limit:**

**Location of Crash in Work Zone:**
- [ ] Before 1st Warning Sign
- [ ] Advance Warning Area
- [ ] Transition (Merge) Area
- [ ] Activity Area
- [ ] Termination Area

**Type of Work Zone:**
- [ ] Lane Closure
- [ ] Lane Shift / Crossover
- [ ] Work on Shoulder or in Median
- [ ] Intermittent or Moving Work
- [ ] Other

## NARRATIVE: Describe What Happened. Refer to Vehicles by Number Assigned on this Form.

VEHICLE #1 WAS TRAVELING SOUTH ON WEST VIRGINIA ROUTE 3 AT APPROX. 60 MPH WHILE BEING PURSUED BY SOUTH CHARLESTON POLICE DEPARTMENT.  DRIVER #1 REFUSED TO STOP AND WHILE FLEEING, LOST CONTROL WHILE CROSSING A RAILROAD TRACKS AND CRASHED INTO AN EMBANKMENT.  VEHICLE #1 CAME TO REST APPROX. 60 FEET TO THE SOUTH FROM WV RT 1,  BESIDE THE RAILROAD TRACKS IN THE CREEK.

---

| Reported By: | [ ] State Police  [ ] Sheriff's Dept  [ ] Municipal PD  [ ] Other | Photos Taken: [ ] Yes  [X] No | By Whom: | CPL. J.W. ROBINSON |
| | | Video Taped: [ ] Yes  [X] No | By Whom: | |

The information contained in this report reflects my best knowledge and judgment:

| Investigating Officer's Name: | CPL J.W. ROBINSON | Number: | 234 | Signature: | |
| Phone: | (304) 369-7800 | ORI Number: | WVWSP2400 | Agency: | WVSP - Madison |
| Assisting Officer's Name(s): | | | | | |
| Reconstructed: [ ] Yes  [X] No | By Whom: | | Date of Submission: | 05/02/2020 |

DOH Form 17-dgrm
Revised: 02/2007

# Diagram

Crash Record Number: [                    ]

Reporting Agency's Record Number: [ WVSP20-1506 ]

Page [ 3 ] of [ 8 ]

## CRASH DIAGRAM:

(Draw Crash Scene - Including Roadway Layout, Vehicles, Individuals or Objects Struck, Traffic Controls, etc.)

IMPORTANT: Number Vehicles According to the Numbers Assigned on this Form.



| From RP to: | N/S | E/W |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

VEH 1

WV ROUTE 1

# State of West Virginia Uniform Traffic Crash Report
## Vehicle Data

DMV Form: 17-ven
Revised: 02/2007

**Crash Record Number:** ____  **Vehicle Number:** 01  **Reporting Agency's Record Number:** WVSP20-1506  **Page** 4 **of** 8

**Vehicle Type:** ● Motor Veh in Transport ◎ Parked Motor Veh / Trailer ◎ Working Veh / Equipment

**Hit and Run:**
● No, Did Not Leave Scene
◎ Yes, Driver Left Scene
◎ Yes, Car and Driver Left Scene

**Driver Presence at Time of Crash:**
● Driver Operated Vehicle
◎ Driverless Vehicle

**Owner's Name(s):** WILLIAM ALLEN MEANS

**Address:** 4692 KANAWHA STATE FOREST DR     CHARLESTON     WV     25314
City / State / Zip Code / Home Phone / Other Phone

| Make | Model | Model Year | Body Type | Color |
|------|-------|-----------|-----------|-------|
| HONDA | CBR 600 | 1996 | MOTORBIKE | BLACK |

**Registration Status:**
◎ Properly Registered
● Improperly Registered
◎ No Registration Required

**Proof of Liability Insurance:** ◎ Yes ● No ◎ Not Req

**Ins. Co:** ____
**Policy No:** ____
**Exp Date:** ____

| VIN | Plate Class | License Plate Number | State | Reg Year |
|-----|-------------|---------------------|-------|----------|
| JH2PC2532TM550454 | G | G92897 | WV | 2019 |

**Special Function of Motor Vehicle:**
● None ◎ Police ◎ Courtesy Patrol
◎ Used as School Bus ◎ Ambulance ◎ Taxi
◎ Used as Other Bus ◎ Fire Truck ◎ Military

**Used as an Emergency Vehicle:** ◎ No ◎ Yes

**Vehicle Used as a Bus:**
◎ Public School Bus ◎ Commuter Bus ◎ Tour Bus
◎ Private School Bus ◎ Shuttle Bus ◎ Church Bus
◎ Scheduled Service Bus ◎ Modified for Personal/Private Use

**Ins. Agent Name or Phone:** ____

**Vehicle Impact Role:**
◎ Striking ● Single Vehicle
◎ Struck ◎ Both

**Direction of Travel Before Crash:**
◎ Northbound ◎ Eastbound ◎ Not on Road
● Southbound ◎ Westbound ◎ Unknown

**Applicable Speed Limit (MPH):** 35

**Roadway Description:**
◎ Two-Way, Not Divided
◎ Two-Way, Not Divided w/ Cont. Left Turn Lane
◎ Two-Way, Divided, Unprotected Median
◎ Two-Way, Divided, with Median Barrier
◎ One-Way Roadway

**Total Lanes in Roadway:**
For Undivided Highways:
Count Total Lanes in Both Directions.
(Excluding Designated Turn Lanes)
For Divided Highways:
Count Only Lanes in Direction Vehicle was Traveling Prior to Crash.
2

**Traffic Control Device Type:**
● None ◎ Yield Sign
◎ Person (Flagger, etc.) ◎ School Zone Signs
◎ Traffic Control Signal ◎ Warning Signs
◎ Flashing Overhead Signal ◎ Railroad Crossing Device
◎ Stop Sign ◎ Other

**Horizontal Alignment:**
◎ Straight ◎ Curve Right
◎ Curve Left

**Vertical Alignment:**
◎ Level ◎ Uphill ◎ Sag (Bottom)
◎ Hillcrest ◎ Downhill

**Veh Travel Speed (MPH):** 60

**Extent of Damage:**
◎ No Damage
◎ Minor Damage
● Functional Damage
◎ Disabling Damage

**Traffic Control Functioning Properly:** ◎ Yes ◎ No

**Underride / Override:**
◎ No Underride or Override
◎ Underride, Compartment Intrusion
◎ Underride, No Compartment Intrusion
◎ Underride, Compartment Intrusion Unknown
◎ Override, Motor Vehicle in Transport
◎ Override, Other Motor Vehicle

**Vehicle Maneuver / Action:**
● Essentially Straight Ahead ◎ Making U-Turn
◎ Backing ◎ Slowing
◎ Changing Lanes ◎ Stopped in Traffic
◎ Overtaking / Passing ◎ Leaving Traffic Lane
◎ Parked ◎ Entering Traffic Lane
◎ Turning Right ◎ Negotiating a Curve
◎ Turning Left ◎ Other ____

**Crash Avoidance Maneuver:**
● None Evident or Reported
◎ Braking - Skidmarks Evident
◎ Braking - Driver Stated
◎ Braking - Other Evidence
◎ Steering - Evidence or Stated
◎ Steering and Braking
◎ Other ____

**Contributing Circumstances, Motor Vehicle (Select up to 2):**
☒ None ☐ Tires
☐ Brakes ☐ Wheels
☐ Wipers ☐ Lights (Head, Signal, Tail, etc.)
☐ Steering ☐ Windows
☐ Power Train ☐ Truck Coupling/Trailer Hitch/Safety Chains
☐ Mirrors
☐ Suspension ☐ Other ____

**GVWR or GCWR:**
● Less Than or Equal To 10,000lbs
◎ 10,001 - 26,000 lbs
◎ More Than 26,000lbs

**Number of Axles:** 02

**Total / Max Occupants of Veh:** 0 1 / 0 1

**Displaying Hazardous Materials Placard:**
● No
◎ Yes

**Occurrence of Fire:**
● No Fire
◎ Yes, Vehicle Caught Fire

**Modified Vehicle:**
● No
◎ Yes

**Vehicle is Primarily Used to Transport Goods, Property, or People for Commerce:**
● No ◎ Yes

**Manner in which Vehicle was Removed from Scene:**
◎ Driven ◎ Towed Due to Damage ◎ Towed Due to Driver Condition ◎ Left at Scene

**Towed to:** MOUNTAIN AUTO     **Towed by:** MOUNTAIN AUTO

**Crash Record Number:**    **Vehicle Number:** 01    **Reporting Agency's Record Number:** WVSP20-1506    Page 5   of 8

**Crash Events:**

| | |
|---|---|
| 01 Overturn / Rollover | 10 Cross Median / Centerline |
| 02 Fire / Explosion | 11 Downhill Runaway |
| 03 Immersion | 12 Fell / Jumped from Motor Vehicle |
| 04 Jackknife | 13 Thrown or Falling Object |
| 05 Cargo/Equipment Loss or Shift | 14 Other Non-Collision |
| 06 Equipment Failure | **COLLISION WITH:** |
| 07 Separation of Units | 15 Pedestrian |
| 08 Ran Off Road Right | 16 Pedalcycle |
| 09 Ran Off Road Left | 17 Railroad Vehicle |
| | 18 Animal |

| | |
|---|---|
| 19 Motor Vehicle in Transport | 29 Curb |
| 20 Parked Motor Vehicle | 30 Ditch |
| 21 Struck by Falling / Shifting Cargo or Anything Set in Motion by Veh | 31 Embankment |
| | 32 Guardrail Face |
| 22 Work Zone / Maintenance Equip | 33 Guardrail End |
| 23 Other Non-Fixed Object | 34 Cable Median Barrier |
| 24 Impact Attenuator / Crash Cushion | 35 Concrete Barrier |
| 25 Bridge/Overhead Structure | 36 Other Traffic Barrier |
| 26 Bridge Pier or Support | 37 Tree (Standing) |
| 27 Bridge Rail | 38 Utility Pole / Light Support |
| 28 Culvert | |

| | |
|---|---|
| 39 Traffic Sign Support | |
| 40 Traffic Signal Support | |
| 41 Other Post, Pole, or Support | |
| 42 Fence | |
| 43 Mailbox | |
| 44 Other Fixed Object | |

**Sequence of Events:**

| 14 | 08 | 44 |
|---|---|---|

**Most Harmful Event:** | 44 |

---

**Select the ONE Diagram that best matches the involved vehicle and identify damaged areas:**

○ Single Unit Vehicle    ● Motorcycle   ○ ATV    ○ Pass. Veh, Towing Unit    ○ Bus    ○ Tractor Trailer

13 Top    13 Top    13 Top    13 Top    13 Top

14 Undercarriage    14 Undercarriage    14 Undercarriage    14 Undercarriage    14 Undercarriage

**Property Damaged Other Than Vehicles:**

- ☒ None
- ☐ Work Zone / Maintenance Equipment
- ☐ Impact Attenuator / Crash Cushion
- ☐ Bridge / Tunnel
- ☐ Culvert
- ☐ Guardrail
- ☐ Concrete Barrier
- ☐ Cable Median Barrier
- ☐ Other Traffic Barrier
- ☐ Utility Pole /   #:
  Light Support
- ☐ Traffic Sign Support
- ☐ Traffic Signal Support
- ☐ Other Post, Pole or Support
- ☐ Fence
- ☐ Mailbox
- ☐ Other Fixed Object

---

**Using the Numbers from the Diagram Above, Identify the Following:**    **Area of Initial Impact:**    **Most Damaged Area:**

**Number of Trailing Units:**   0

**Trailing Unit #1:** ○ Same as Power Unit    Carrier / Owner's Name:

Address:

| | | | City | State | Zip Code | Phone: | | | |
|---|---|---|---|---|---|---|---|---|---|
| VIN | Plate Class | License Plate Number | State | Year | Make | Model | Model Year | Body Type | |

**Trailing Unit #2:** ○ Same as Power Unit    Carrier / Owner's Name:

Address:

| | | | City | State | Zip Code | Phone: | | | |
|---|---|---|---|---|---|---|---|---|---|
| VIN | Plate Class | License Plate Number | State | Year | Make | Model | Model Year | Body Type | |

**Trailing Unit #3:** ○ Same as Power Unit    Carrier / Owner's Name:

Address:

| | | | City | State | Zip Code | Phone: | | | |
|---|---|---|---|---|---|---|---|---|---|
| VIN | Plate Class | License Plate Number | State | Year | Make | Model | Model Year | Body Type | |

**Damaged Property Owner(s):**

- ☐ WVDOH    ☐ Private
- ☐ City    ☐ Utility Company
- ☐ Other:

**Damaged Property Location:**

- ○ On Pavement
- ○ Right Side of Road
- ○ Left Side of Road



DOH Form: 17-drv
Revised: 02/2007

# Driver Data

Crash Record Number: _____  Vehicle Number (from Vehicle Data Page) [01]  Page **6** of **8**

Reporting Agency's Record Number: | WVSP20-1506

Driver's Name: | MEANS | WILLIAM | ALLEN | 
| Last | First | Middle | Suffix

Address: ● Same as Veh Owner | 4692 KANAWHA STATE FOREST DR | CHARLESTON | WV | 25314
| | City | State | Zip Code

Home Phone: _____  Other Phone: _____

## Driving License:

**License Type:**
- ○ Not Licensed
- ● Driving License
- ○ Instruction Permit
- ○ GDL Level 1
- ○ GDL Level 2
- ○ GDL Level 3
- ○ CDL Instruction Permit
- ○ Motorcycle Instruction Permit
- ○ Motorcycle Only

**CDL Class:**
○ A ● B ○ C

Issuing State: WV
Lic. Number: F482879
Date of Birth: 08/25/1988

**License Restrictions: (Select All that Apply)**
- ☒ None
- ☒ Corrective Lenses
- ☒ Mechanical Devices
- ☒ Prosthetic Aid
- ☒ Automatic Transmission
- ☒ Outside Mirror
- ☒ Limit to Daylight Only
- ☒ Limit to Employment
- ☒ Must Be Accompanied by Adult
- ☐ Limited - Other
- ☒ CDL Intrastate Only
- ☒ Motor Vehicles w/o Air Brakes
- ☒ Military Vehicles Only
- ☒ Except Class A Bus
- ☒ Except Class A and Class B Bus
- ☒ Except Tractor - Trailer
- ☒ Farm Waiver
- ☐ Other

**Endorsements: (Select Up to 5)**
- ☒ None
- ☒ T - Double/Triple Trailers
- ☒ P - Passenger Vehicle
- ☒ S - School Bus
- ☒ N - Tank Vehicle
- ☒ H - Hazardous Materials
- ☒ X - Combined Tank / Haz. Materials
- ☒ F - Motorcycle (WV Only)
- ☒ Other - Non-WV Licenses Only

**Status:**
- ○ Valid
- ○ Expired
- ○ Suspended
- ● Revoked
- ○ Probation
- ○ Surrendered
- ○ Valid/Interlock
- ○ Fraudulent

## Driver Condition at Time of Crash:
- ○ Apparently Normal
- ○ Emotional
- ○ Ill
- ○ Fell Asleep, Fainted, Fatigued
- ● Under the Influence of Medication/Alcohol/Drugs
- ○ Other

## Action(s) of Driver that Contributed to the Crash: (Select Up to 4)
- ☒ None
- ☒ Ran Off Road
- ☒ Failed to Yield Right of Way
- ☒ Disregarded Traffic Signs
- ☒ Ran Red Light
- ☒ Disregarded Other Road Markings
- ☒ Exceeded Posted Speed Limit
- ☒ Drove Too Fast For Conditions
- ☒ Improper Turn
- ☒ Improper Backing
- ☒ Improper Passing
- ☒ Wrong Side or Wrong Way
- ☒ Followed Too Closely
- ☒ Failed to Keep in Proper Lane
- ☒ Operated Veh in Erratic, Reckless, or Careless Manner
- ☒ Operated Veh in Aggressive Manner
- ☒ Swerved or Avoided
- ☒ Over Correcting / Over Steering
- ☒ Other Improper Action

## Driver Use of Alcohol Suspected:

**Alcohol Use Suspected:**
- ● No
- ○ Yes
- ○ Unknown

**Alcohol Test Given:**
- ○ Test Given
- ○ None Given
- ○ Test Refused

**Type of Alcohol Test Given (Select Up to 2):**
- ☒ Blood
- ☒ Breath
- ☒ Urine
- ☒ Serum
- ☒ Field
- ☐ Other: _____

**PBT Results:**
- ○ Pass
- ○ Fail

**BAC Results:**
- ○
- ○ Pending
- ○ Unknown

## Driver Use of Drugs Suspected:

**Drug Use Suspected:**
- ○ No
- ● Yes
- ○ Unknown

**Drug Test Given:**
- ● Test Given
- ○ None Given
- ○ Test Refused
- ● Unknown If Tested

**Type of Drug Test Given:**
- ○ Blood
- ○ Serum
- ○ Urine
- ○ Other
- ○ DRE

**Drug Test Results (Check All that Apply):**
- ☒ None
- ☒ Marijuana
- ☒ Cocaine
- ☒ Opiate
- ☒ Amphetamine
- ☒ PCP
- ☒ Other Controlled Substance
- ☒ Other Drug
- ☒ Pending

## Driver Distracted By:
- ● Not Distracted
- ○ Electronic Communication Device
- ○ Other Electronic Device
- ○ Other Inside Vehicle
- ○ Other Outside Vehicle

**Known or Suspected Violation(s) by Driver:**

☒ No Violations

**Reckless/Careless/Hit and Run Type Offenses**

☐ Negligent Homicide

☒ Reckless Driving; Driving to Endanger; Negligent Driving

☐ Inattentive, Careless, Improper Driving

☐ Fleeing or Eluding Law Enforcement

☐ Failure to Obey Law Enforcement, Fireman, Authorized Person Directing Traffic

☐ Hit and Run, Failure to Stop After Accident

☐ Serious Violation Resulting in Death

**Impairment Offenses**

☐ Driving While Intoxicated (Alcohol or Drugs) or BAC Above Limit

☐ Driving While Impaired

☐ Driving Under Influence of Controlled Substance

☐ Driving Under Influence of Non-Controlled Substance

☐ Drinking While Operating

☐ Illegal Possession of Alcohol or Drugs

☐ Driving with Detectable Alcohol (CDL or Under 21 Years of Age)

☐ Refusal to Submit to Chemical Test

**Speed Related Offenses**

☒ Failure to Maintain Control of Vehicle

☐ Racing

☐ Speeding (Above Speed Limit)

☐ Speed Greater than Reasonable and Prudent

☐ Exceeding Special Limit

☐ Driving too Slowly

**Rules of the Road - Traffic Signs and Signals**

☐ Failure to Stop for Red Signal

☐ Failure to Stop for Flashing Red Signal

☐ Violation of Turn on Red

☐ Failure to Obey Flashing Signal (Yellow or Red)

☐ Failure to Obey Signal, Generally

☐ Violation of RR Grade Crossing Device or Regulations

☐ Failure to Obey Stop Sign

☐ Failure to Obey Yield Sign

☐ Failure to Obey Traffic Control Device

**Rules of the Road - Lane Usage**

☐ Unsafe or Prohibited Lane Change

☐ Improper Use of Lane

☐ Certain Traffic to Use Right Lane

☐ Lane Violations, Generally

**Rules of the Road - Wrong Side, Passing and Following**

☐ Driving Wrong Way on One-Way Road

☐ Driving on Left, Wrong Side of Road, Generally

☐ Improper, Unsafe Passing

☐ Passing on Right (Drive Off of Pavement to Pass)

☐ Passed Stopped School Bus

☐ Failure to Give Way When Overtaken

☐ Following Too Closely

☐ Wrong Side, Passing, Following Violations, Generally

**Rules of the Road - Turning, Yielding, Signaling**

☐ Turn in Violation of Traffic Control

☐ Improper Method and Position of Turn

☐ Failure to Signal for Turn or Stop

☐ Failure to Yield to Emergency Vehicle

☐ Failure to Yield, Generally

☐ Enter Intersection when Space Insufficient

**Non-Moving License and Registration Violations**

☐ Driving While License Suspended or Revoked

☐ Other Driver License Restrictions

☐ Commercial Driver Violations

☐ Vehicle Registration Violations

☐ Failure to Carry Insurance Card

☐ Driving Uninsured Vehicle

☐ Non-Moving Violations, Generally

**Equipment**

☐ Lamp Violations

☐ Brake Violations

☐ Failure to Require Restraint Use

☐ Motorcycle Equipment Violations

☐ Violation of Hazardous Cargo Regulations

☐ Size, Weight, Load Violations

☐ Equipment Violations, Generally

**Other Violations**

☐ Parking

☐ Theft, Unauthorized Use of Motor Vehicle

☐ Driving Where Prohibited

☐ Other Moving Violation

**Citation(s) Issued to Driver:**

| Charge | State Code / Municipal Ordinance | Citation Number | Warning |
|--------|----------------------------------|-----------------|---------|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

**STATEMENT OF DRIVER:**



Revised: 02/2007

# State of West Virginia Uniform Traffic Crash Report
## Driver and Vehicle Passenger Data

**Crash Record Number:** _____

**Reporting Agency's Record Number:** WVSP20-1506

**Page** 8 **of** 8

| Indiv # | Name Last | First | Middle Int. | Suffix | Veh # | Occupant Type | Social Security # | Birthdate | Age | Gender | Injury | Seating Position Row | Seat | Other | Occupant Protection Type Used | Proper Use | App. Helmet |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | MEANS | WILLIAM | ALLEN | | 01 | 01 | 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 | 08/25/1989 | 030 | M | C | 1 | 1 | | 08 | 01 | 01 |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

**Occupant Type Codes:**
01 Driver
02 Passenger
03 Occupant of Motor Veh Not in Transport
04 Unknown Vehicle Passenger

**Gender:**
M Male
F Female

**Injury Status Codes:**
K Killed
O No Injury
A Incapacitating Injury
B Non-Incapacitating Injury
C Possible Injury
M Medical Condition Non-Crash Related Death or Injury

**Seating Position Codes:**

| ROW | SEAT | OTHER |
|---|---|---|
| 1 Front | 1 Left | 1 Sleeper Section of Cab |
| 2 Second | 2 Middle | 2 Other Enclosed Cargo Area |
| 3 Third | 3 Right | 3 Unenclosed Cargo Area |
| 4 Fourth | 4 Other | 4 Trailing Unit |
| 5 Other Row | 5 Unknown | 5 Riding on Motor Vehicle Exterior |
| 6 Unknown | | 6 Unknown |

**Type of Occupant Protection System Used Codes:**
01 None Used
02 Shoulder and Lap Belt Used
03 Shoulder Belt Only Used
04 Lap Belt Only Used
05 Child Restraint System – Forward Facing
06 Child Restraint System – Rear Facing
07 Booster Seat
08 Helmet Used
09 Restraint Used - Type Unknown
10 Other
11 Unable to Determine - Due to Vehicle Damage

**Proper Use of Occupant Protection:**
01 Used Properly
02 Used Improperly
03 Unknown

**DOT Approved Helmet:**
01 Yes
02 No
03 Unknown

| Indiv # from Above | Air-bag | Trapped Extricated | Ejected | Ejection Path | Medical Transport By | Responding EMS Agency ID # | EMS Response Run Number | Receiving Facility Name | Notified Time | Scene Time | Hospital Time | Date of Death | Time of Death | Place of Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 07 | 01 | 02 | 09 | 02 | M-40 | 200502-1008BC | CAMC GENERAL | 0823 | 0840 | 0949 | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

**Airbag Deployed Codes:**

**DEPLOYED (This Seat):**
01 Front
02 Side
03 Other
04 Multiple Directions (Front and Side)
10 Unable to Determine - Due to Vehicle Damage

**NOT DEPLOYED (This Seat):**
05 Available, Didn't Deploy
06 Available, Turned Off
07 None Installed
08 Previously Deployed - Not Replaced
09 Disabled or Removed

**Trapped / Extricated Codes:**
01 Not Trapped
02 Trapped / Extricated
03 Unknown

**Medically Transported By:**
01 Not Transported
02 EMS
03 Law Enforcement
04 Refused
05 Other
06 Unknown

**Ejection Codes:**
01 Not Ejected
02 Ejected, Partially
03 Ejected, Totally
04 Unknown

**Ejection Path:**
01 Thru Side Door Opening
02 Thru Side Window
03 Thru Windshield
04 Thru Back Window
05 Thru Back Door / Tailgate Opening
06 Thru Roof Opening
07 Thru Convertible (Top Up) Roof
08 Other Path
09 Unknown Path

**Place of Victim's Death:**
01 At Scene
02 En Route
03 At Medical Facility
04 Home
05 Other