## CAMC General Hospital

| | | | |
|---|---|---|---|
| Patient Name: | MEANS, WILLIAM ALLEN | | |
| MRN: | 0000378813 | Admit: | 5/2/2020 |
| FIN: | 3003572448 | Disch: | 5/15/2020 |
| DOB/Age/Sex: | 8/25/1989   31 years   Male | Admitting: | DeLuca Jr.,MD,John Anthony |

### Hematology

Performing Locations
*1:   This test was performed at:
      General Hospital Laboratory, Lab Director: Milton Plata, MD, CLIA# 51D0234158 - 501 Morris Street, Charleston, WV, 25301-   , US

### Toxicology

#### Serum Toxicology

**Collected Date:** 5/2/2020 10:04 EDT

**Orderable Name:** Alcohol (Ethanol) Level (Ethanol Level)      **Ordering Provider:** Dotson,DO,Marc Patrick

| Procedure | Result | Flags | Units | Reference Range | Comments |
|---|---|---|---|---|---|
| Alcohol (Ethanol) Level | <10 | | mg/dL | | i4 *1 |

Interpretive Data
i4:   Alcohol (Ethanol) Level
      Alcohol concentrations <10mg/dL are considered none detected.

#### Urine Toxicology

**Collected Date:** 5/2/2020 13:14 EDT

**Orderable Name:** Drug Screen, Urine      **Ordering Provider:** Dotson,DO,Marc Patrick

| Procedure | Result | Flags | Units | Reference Range | Comments |
|---|---|---|---|---|---|
| Amphetamines,Urine Screen | Positive | @ | | [Negative] | f3 i5 *1 |
| Barbiturates,Urine Screen | Negative | | | [Negative] | i6 *1 |
| Benzodiazepine,Urine Screen | Negative | | | [Negative] | i6 *1 |
| Opiate Screen Ur | Positive | @ | | [Negative] | f3 i7 *1 |
| Cocaine,Urine Screen | Negative | | | [Negative] | i7 *1 |
| THC,Urine Screen | Positive | @ | | [Negative] | f3 i8 *1 |
| Methadone,Urine Screen | Negative | | | [Negative] | i9 *1 |
| Ecstasy,Urine Screen | Positive | @ | | [Negative] | f3 i10 *1 |
| PCP,Urine Screen | Negative | | | [Negative] | i11 *1 |

Result Comments
f3:   Amphetamines, Urine Screen, Ecstasy, Urine Screen, Opiate Screen Ur, THC, Urine Screen
      If confirmatory test is needed, call General Lab at 304-388-6244.

Interpretive Data
i5:   Amphetamines, Urine Screen
      Unconfirmed screening results should not be used for non-medical
      purposes.  Cutoff concentration for a positive result is 500 ng/mL.
i6:   Barbiturates, Urine Screen, Benzodiazepine, Urine Screen
      Unconfirmed screening results should not be used for non-medical
      purposes.  Cutoff concentration for a positive result is 200 ng/mL
i7:   Cocaine, Urine Screen, Opiate Screen Ur
      Unconfirmed screening results should not be used for non-medical

| | |
|---|---|
| Report Request ID:   177176715 | Print Date/Time:   10/26/2020 08:01 EDT |

## CAMC General Hospital

| | | | | |
|---|---|---|---|---|
| Patient Name: | MEANS, WILLIAM ALLEN | | | |
| MRN: | 0000378813 | | Admit: | 5/2/2020 |
| FIN: | 3003572448 | | Disch: | 5/15/2020 |
| DOB/Age/Sex: | 8/25/1989   31 years   Male | | Admitting: | DeLuca Jr.,MD,John Anthony |

### *Toxicology*

Interpretive Data

- i7: Cocaine, Urine Screen, Opiate Screen Ur
  purposes. Cutoff concentration for a positive result is 300 ng/mL
- i8: THC, Urine Screen
  Unconfirmed screening results should not be used for non-medical
  purposes. Cutoff concentration for a positive result is 50 ng/mL
- i9: Methadone, Urine Screen
  Unconfirmed screening results should not be used for non-medical
  purposes. Cutoff concentration for a positive result is 300 ng/mL
- i10: Ecstasy, Urine Screen
  Unconfirmed screening results should not be used for non-medical
  purposes. Cutoff concentration for a positive result is 500 ng/mL
- i11: PCP, Urine Screen
  Unconfirmed screening results should not be used for non-medical
  purposes. Cutoff concentration for a positive result is 25 ng/mL

Performing Locations
*1: This test was performed at:
General Hospital Laboratory, Lab Director: Milton Plata, MD, CLIA# 51D0234158 - 501 Morris Street, Charleston, WV, 25301-   , US

### *Urinalysis*

**Urinalysis**

**Collected Date:** 5/2/2020 13:14 EDT

**Orderable Name:** Urinalysis Complete        **Ordering Provider:** Dotson,DO,Marc Patrick

| Procedure | Result | Flags | Units | Reference Range | Comments |
|---|---|---|---|---|---|
| Color | Yellow | | | | *1 |
| Clarity | Clear | | | | *1 |
| Specific Gravity | **1.038** | H | | [1.002-1.030] | *1 |
| Protein | Negative | | | [Negative] | *1 |
| Glucose UA | **50** | @ | mg/dL | [Negative] | *1 |
| Ketones | Negative | | | [Negative] | *1 |
| Bilirubin | Negative | | | [Negative] | *1 |
| Blood | **Small** | @ | | [Negative] | *1 |
| Nitrite | Negative | | | [Negative] | *1 |
| Urobilinogen | **2.0** | @ | EU/dL | [<2] | *1 |
| Leukocyte Esterase | Negative | | | [Negative] | *1 |
| Red Cells | **10** | H | /HPF | [0-2] | *1 |
| White Cells | 3 | | /HPF | [0-5] | *1 |
| Mucus | **Few** | @ | /HPF | [None Seen] | *1 |
| Squamous Epithelial Cell | <1 | | /HPF | [0-10] | *1 |
| Hyaline Cast | 1 | | /LPF | [0-2] | *1 |
| Sperm,Urine | **Few** | @ | /HPF | [None Seen] | *1 |

| | | | |
|---|---|---|---|
| Report Request ID: | 177176715 | Print Date/Time: | 10/26/2020 08:01 EDT |