# CAMC Memorial Hospital

Patient Name: MEANS, WILLIAM ALLEN
MRN: 0000378813
FIN: 3003782741
DOB/Age/Sex: 8/25/1989    31 years    Male
Admit: 7/26/2020
Disch: 7/27/2020
Admitting: Tanner,DO,Andy Ryan

## *Toxicology*

Legend: c=Corrected, f=Result Comment, *=Performing Lab, S=Susceptible, I=Intermediate, R=Resistant, N/A=Not Applicable
Laboratory Director: CLIA#

### Urine Toxicology

**Collected Date:** 7/26/2020 07:18 EDT

**Orderable Name:** Drug Screen, Urine (Urine Drug Screen)    **Ordering Provider:** Losier,MD,Sean Michael Percy

| Procedure | Result | Flags | Units | Reference Range | Comments |
|---|---|---|---|---|---|
| Amphetamines,Urine Screen | **Positive** | @ | | [Negative] | f1 i5 *1 |
| Barbiturates,Urine Screen | Negative | | | [Negative] | i6 *1 |
| Benzodiazepine,Urine Screen | Negative | | | [Negative] | i6 *1 |
| Opiate Screen Ur | **Positive** | @ | | [Negative] | f1 i7 *1 |
| Cocaine,Urine Screen | Negative | | | [Negative] | i8 *1 |
| THC,Urine Screen | **Positive** | @ | | [Negative] | f1 i9 *1 |
| Methadone,Urine Screen | Negative | | | [Negative] | i7 *1 |
| Ecstasy,Urine Screen | **Positive** | @ | | [Negative] | f1 i5 *1 |
| PCP,Urine Screen | Negative | | | [Negative] | i10 *1 |

Result Comments
f1:  Amphetamines, Urine Screen, Ecstasy, Urine Screen, Opiate Screen Ur, THC, Urine Screen
     If confirmatory test is needed, call Memorial Lab at 304-388-5953.

Interpretive Data
i5:  Amphetamines, Urine Screen, Ecstasy, Urine Screen
     Unconfirmed screening results should not be used for non-medical purposes. Cutoff concentration for a positive result is 500 ng/mL
i6:  Barbiturates, Urine Screen, Benzodiazepine, Urine Screen
     Unconfirmed screening results should not be used for non-medical purposes. Cutoff concentration for a positive result is 200 ng/mL.
i7:  Methadone, Urine Screen, Opiate Screen Ur
     Unconfirmed screening results should not be used for non-medical purposes. Cutoff concentration for a positive result is 300 ng/mL
i8:  Cocaine, Urine Screen
     Unconfirmed screening results should not be used for non-medical purposes. Cutoff concentration for a positive result is 300 ng/mL.
i9:  THC, Urine Screen
     Unconfirmed screening results should not be used for non-medical purposes. Cutoff concentration for a positive result is 50 ng/mL
i10: PCP, Urine Screen
     Unconfirmed screening results should not be used for non-medical purposes. Cutoff concentration for a positive result is 25 ng/mL

Performing Locations
*1:  This test was performed at:
     Memorial Hospital Laboratory, Lab Director: Milton Plata, MD, CLIA# 51D0234333 - 3200 MacCorkle Avenue SE, Charleston, WV, 25304-   , US

Report Request ID: 176268014

Print Date/Time: 10/16/2020 14:24 EDT

MEANS, WILLIAM/CAMC/003220