# Exhibit 6
# (Disc in Mail)