Case 2:20-cv-00561 Document 89-8 Filed 07/06/21 Page 1 of 4 PageID #: 892

STATE OF WEST VIRGINIA, KANAWHA COUNTY, ss:

IN THE CIRCUIT COURT OF SAID COUNTY:

The Grand Jurors of the State of West Virginia, in and for the body of the County of Kanawha, and now attending the said Court, upon their oaths present that WILLIAM ALLEN MEANS, on the _____ day of May, 2020, and prior to the date of the finding of this Indictment, in the said County of Kanawha, did unlawfully, intentionally and feloniously flee and attempt to flee in a vehicle from a law enforcement officer, to-wit: Corporal E. M. Peterson, a member of the South Charleston Police Department, acting in his official capacity, after the officer had given a clear visual and audible signal directing the said WILLIAM ALLEN MEANS, to stop, the said WILLIAM ALLEN MEANS, then and there did operate the vehicle in a manner showing a reckless indifference to the safety of others during his flight in said vehicle, in violation of Chapter 61, Article 5, Section 17(f), West Virginia Code, 1931, as amended against the peace and dignity of the State.

COUNT TWO:   And the Grand Jurors aforesaid, upon their oaths aforesaid, do further present that WILLIAM ALLEN MEANS, on the _____ day of May, 2020, and prior to the date of the finding of this Indictment, in said County of Kanawha, did unlawfully, intentionally and feloniously flee and attempt to flee in a vehicle from a law enforcement officer, to-wit:  Corporal E. M. Peterson, a member of the South Charleston Police Department, acting in his official capacity, after the officer had given a clear visual and audible signal directing the said WILLIAM ALLEN MEANS, to stop, and the said WILLIAM ALLEN MEANS, was then and there under the influence of alcohol, controlled substances and drugs at the time of his flight in said vehicle, in violation of Chapter 61,

Article 5, Section 17(j), West Virginia Code 1931, as amended, against the peace and dignity of the State.

      <u>COUNT THREE:</u>  And the Grand Jurors aforesaid, upon their oaths aforesaid, do further present that WILLIAM ALLEN MEANS, on or about the 2nd day of May, 2020, and within one year prior to the date of the finding of this Indictment. in the County of Kanawha, did unlawfully drive and operate a vehicle upon a public highway in this State when his privilege to drive and operate a vehicle was lawfully suspended and revoked for driving under the influence of alcohol, controlled substances and other drugs, in violation of Chapter 17B, Article 4, Section 3(b), of the West Virginia Code, 1931, as amended, against the peace and dignity of the State.

      <u>COUNT FOUR:</u>  And the Grand Jurors aforesaid, upon their oaths aforesaid, do further present that WILLIAM ALLEN MEANS, on the _____ day of February, 2019, and prior to the date of the finding of this Indictment, in the said County of Kanawha, did unlawfully, intentionally and feloniously flee and attempt to flee in a vehicle from a law enforcement officer, to-wit: Corporal T. E. Parsons, a member of the South Charleston Police Department, acting in his official capacity, after the officer had given a clear visual and audible signal directing the said WILLIAM ALLEN MEANS, to stop, the said WILLIAM ALLEN MEANS, then and there did operate the vehicle in a manner showing a reckless indifference to the safety of others during his flight in said vehicle, in violation of Chapter 61, Article 5, Section 17(f), West Virginia Code, 1931, as amended against the peace and dignity of the State.

      <u>COUNT FIVE:</u>  And the Grand Jurors aforesaid, upon their oaths aforesaid, do further present that WILLIAM ALLEN MEANS, on the _____ day of February, 2019, and

prior to the date of the finding of this Indictment, in the said County of Kanawha, did then and there unlawfully and feloniously possess a vehicle, to-wit: Honda Civic VIN #19XFA168X9E013837, owned by Michael or Leslie Swift, which he, the said WILLIAM ALLEN MEANS, knew and had reason to believe had been stolen and unlawfully taken, and who was not then and there an officer of the law engaged at the time in the performance of his duty as such officer, in violation of Chapter 17A, Article 8, Section 5, West Virginia Code 1931, as amended, against the peace and dignity of the State.

COUNT SIX:   And the Grand Jurors aforesaid, upon their oaths aforesaid, do further present that WILLIAM ALLEN MEANS, on or about the 25th day of February, 2019, and within one year prior to the date of the finding of this Indictment. in the County of Kanawha, did unlawfully drive and operate a vehicle upon a public highway in this State when his privilege to drive and operate a vehicle was lawfully suspended and revoked for driving under the influence of alcohol, controlled substances and other drugs, in violation of Chapter 17B, Article 4, Section 3(b), of the West Virginia Code, 1931, as amended, against the peace and dignity of the State.

Found at the SEPTEMBER Term of said Court, 2020, upon the information of CORPORAL E. M. PETERSON and CORPORAL T. E. PARSONS, SOUTH CHARLESTON POLICE DEPARTMENT, sworn in open Court and sent before the Grand Jury to give evidence to that body.

CHARLES T. MILLER
PROSECUTING ATTORNEY

Case 2:20-cv-00561 Document 89-4 Filed 07/09/21 Page 4 of 4 PageID #: 895

FILED

2020 OCT 28 PM 4: 50

CATHY S. GATSON, CLERK
KANAWHA COUNTY CIRCUIT COURT

NO. _20-F-277_ **85**

## THE CIRCUIT COURT OF KANAWHA COUNTY

### SEPTEMBER TERM 2020

STATE OF WEST VIRGINIA

V.

WILLIAM ALLEN MEANS

**FLEEING WITH RECKLESS INDIFFERENCE TO THE SAFETY OF OTHERS - FELONY**
West Virginia Code 61-5-17(f)

**FLEEING WHILE DUI - FELONY**
West Virginia Code 61-5-17(j)

**DRIVING WHILE LICENSE REVOKED FOR DUI - MISDEMEANOR**
West Virginia Code 17B-4-3(b)

**POSSESSION OF A STOLEN VEHICLE - FELONY**
West Virginia Code 17A-8-5

**A TRUE BILL:**

Foreman of the Grand Jury

Attest:

CHARLES T. MILLER
Prosecuting Attorney
Kanawha County, West Virginia