IN THE CIRCUIT COURT OF ___KANAWHA___ COUNTY, WEST VIRGINIA

**State of West Virginia**
v.
**Defendant:** William Allen Means

Circuit Court Case No. 20-F-277; 20-M-104

DOB: 08 / 25 / 1989   SSN: XXX-XX-6895   Gender: ☑ Male / ☐ Female

## PLEA AND CONVICTION ORDER

On the __9th__ day of __December__, __2020__, the State of West Virginia, by Jonathan M. Calhoun, and the defendant appeared in person and with counsel W. Jesse Forbes.

The defendant has been convicted or entered a plea to the following felony offense(s):

Fleeing with Reckless Indifference to the Safety of Others as contained in Count Four of Felony Indictment Number 20-F-277; Driving While License Revoked for Driving Under the Influence as contained in Count Three of Misdemeanor Indictment Number 20-M-104

The following charges were dismissed:

Counts One, Two and Five of Felony Indictment Number 20-F-277 and Count Six of Misdemeanor Indictment Number 20-M-104

Conviction Date: 12 / 09 / 2020

Additionally, the court finds:
Bond wiill continue

The court orders that the cost of incarceration shall be paid in accordance with the provisions of WV Code § 15A-3-16a.

**Special Instructions:**

The Judge, the Judge's designee and /or the Circuit Clerk shall provide a copy of this Plea and Conviction Order to the appropriate regional WVDCR Facility by facsimile and /or e-mail. It is further ordered that the Circuit Clerk shall immediately transmit a certified copy of this order to the Central Office Inmate Records Manager of the Division of Corrections and Rehabilitation by fax at 304-558-8430, by e-mail at dcrcourtorders@wv.gov or other electronic transmission, or by mail at 1409 Greenbrier Street, Charleston WV 25311.

Enter this __17th__ day of __December__, 20 __20__.

_____
Circuit Judge

*Detailed final commitment order, plea agreement and sentencing order to follow.

SCA-C 807: Order of Conviction   Page 1 of 1
New Form: 09/11/19   WVSCA Approved: 9/13/2019

