# Boone County Ambulance Authority
## Patient Care Record

**Name:** MEANS, WILLIAM     **Incident #:** 200502-1008-BCAA     **Date:** 05/02/2020     Patient 1 of 1

### Ongoing Assessment

| Category | Comments | Abnormalities | | |
|---|---|---|---|---|
| Back | | Cervical | | No Abnormalities |
| | | Thoracic | + | Pain on ROM |
| | | | − | Deformity, Scoliosis, Tender Paraspinous, Tender Spinous |
| | | Lumbar/Sacral | + | Pain on ROM |
| | | | − | Deformity, Scoliosis, Tender Paraspinous, Tender Spinous |
| Pelvis/GU/GI | | Pelvis/GU/GI | | No Abnormalities |
| Extremities | | Left Arm | | No Abnormalities |
| | | Right Arm | | No Abnormalities |
| | | Left Leg | + | Paralysis |
| | | Right Leg | + | Paralysis |
| | | Pulse | + | Pedal: 2+ Normal, Radial: 2+ Normal |
| | | Capillary Refill | + | Left Upper: < 2 Sec |
| Neurological | | Neurological | | No Abnormalities |

**Assessment Time:** 05/02/2020 09:30:37

### Narrative

MEDIC 40 DISPATCHED TO SCENE TO ASSIST LAW ENFORCEMENT VIA 911. 911 STATED LAW ENFORCEMENT WAS IN A HIGH SPEED PURSUIT WITH SUBJECT AND SUBJECT HAD CRASHED. ON SCENE EMS FOUND A 30 YEAR OLD MALE WHO WAS ALERT TO PERSON, PLACE, TIME, AND EVENT. PATIENT WAS LAYING PRONE AND WAS HANDCUFFED. PATIENT STATED HE WAS SHORT OF BREATH SO LAW ENFORCEMENT CUFFED PATIENT WITH HANDS IN FRONT AND ROLLED PATIENT ONTO HIS BACK. EMS PLACED PATIENT ONTO OXYGEN VIA NC @2LPM. LAW ENFORCEMENT STATED THEY CHASED PATIENT FROM SOUTH CHARLESTON TO THE SCENE WHERE PATIENT HAD HIT A SET OF RAILROAD TRACKS AND WAS THROWN AROUND 20FT INTO A CREEK. PATIENT HAD A C/C OF BACK PAIN AND LOWER EXTREMITY PARALYSIS. C-SPINE WAS SET IN PLACE WITH A CERVICAL COLLAR. PATIENT CLOTHES WERE SOAKED, EMS REMOVED ALL WET CLOTHING. EMS PERFORMED A RAPID ASSESSMENT AND FOUND NO OBVIOUS INJURIES. EMS PLACED PATIENT ONTO A BACKBOARD AND SECURED WITH SPIDER STRAPS. PATIENT DENIED ANY NECK PAIN SO EMS CAREFULLY REMOVED HELMET DUE TO POSSIBLE ASPIRATION/AIRWAY COMPROMISE FROM VOMITING. EMS MOVED PATIENT TO THE STRETCHER VIA CARRY. PATIENT WAS PLACED ON THE STRETCHER WHILE REMAINING SECURED TO BACKBOARD. ONCE IN THE AMBULANCE BASELINE VITALS WERE OBTAINED AND FOUND TO BE WITHIN NORMAL LIMITS. 4 LEAD ECG OBTAINED AND FOUND A SINUS RHYTHM. 18G IV PLACED IN PATIENT LEFT ANTECUBITAL. PATIENT WAS GIVEN A WARM 20ML/KG FLUID BOLUS. FURTHER ASSESSMENT REVEALED LUNGS CTA, PEARL, 10/10 PAIN, NO FEELING FROM WAIST DOWN. VITALS/FLUIDS WERE MONITORED IN ROUTE. IN ROUTE PATIENT WAS GIVEN 4MG ZOFRAN FOR NAUSEA AND 80MCG FENTANYL FOR PAIN. UPON ARRIVAL OF RECEIVING PATIENT WAS UNLOADED AND MOVED INSIDE VIA STRETCHER. PATIENT WAS PLACED IN TRAUMA 1. PATIENT REPORT AND PAPERWORK WERE GIVEN TO TRAUMA TEAM AND CARE WAS RELEASED.

MEDBASE# 1396597

PATIENT WAS UNABLE TO SIGN DO TO BEING FULLY IMMOBILIZED.

### Specialty Patient - Motor Vehicle Collision

| | | | |
|---|---|---|---|
| Patient Injured | Yes | Law Enforcement Case # | |
| Vehicle Type | Motorcycle | Collision Indicators | Ejection |
| Position In Vehicle | Front Seat - Left Side (or motorcycle driver) | Damage Location | Right Side, Right Front, Left Front, Center Front, Left Side |
| Seat Row | 1 | Airbag Deployment | No Air Bag(s) Present |
| Weather | Clear | Safety Devices | Helmet Worn |
| Extrication Required | No | Extrication Comments | |
| Estimated Speed | 50mph\80 kph | Extrication Time | |

### Specialty Patient - Trauma Criteria

| | | | |
|---|---|---|---|
| Anatomic | Spinal Injury/Paralysis | Trauma Activation | Yes |
| Physiologic | None | Time | 09:35:56 |
| Mechanical | Motorcycle/ATV>20 mph, Ejection | Date | 05/02/2020 |
| Other Conditions | Provider Suspicion | Trauma level | Level 2 |
| | | Reason Not Activated | |

### Incident Details / Destination Details / Incident Times

| Incident Details | | Destination Details | | Incident Times | |
|---|---|---|---|---|---|
| Location Type | Street or Highway | Disposition | Transported No Lights/Siren | PSAP Call | |
| Location | DARTMONT ROAD AREA OF KANAWHA/BOONE LINE | Transport Due To | Closest Facility | Dispatch Notified | |
| Address | DARTMONT ROAD | Transported To | CAMC General/Emergency Dept. | Call Received | 08:20:00 |
| Address 2 | | Requested By | Law Enforcement | Dispatched | 08:20:00 |
| Mile Marker | | Destination | Hospital | En Route | 08:22:00 |
| City | Ashford | Department | Emergency Room | Resp on Scene | |
| County | Boone | Address | 501 Morris St. | On Scene | 08:34:00 |
| State | WV | Address 2 | PRIORITY 2 ROOM 1 | At Patient | 08:35:00 |
| Zip | 25009 | City | Charleston | Care Transferred | |
| Medic Unit | C3106 | County | Kanawha | Depart Scene | 09:14:00 |

## Boone County Ambulance Authority — Patient Care Record

**Name:** MEANS, WILLIAM **Incident #:** 200502-1008-BCAA **Date:** 05/02/2020 **Patient 1 of 1**

### Incident Details

| Field | Value |
|---|---|
| Medic Vehicle | 40 |
| Run Type | 911 Response |
| Priority Scene | Emergent |
| Shift | A-Shift |
| Zone | Area 400 |
| Level of Service | Advanced Life Support |
| EMD Complaint | Traffic Accident |
| EMD Card Number | |

### Destination Details

| Field | Value |
|---|---|
| State | West Virginia |
| Zip | 25301 |
| Zone | |
| Condition at Destination | Improved |
| Destination Record # | |
| Trauma Registry ID | |
| STEMI Registry ID | |
| Stroke Registry ID | |

### Incident Times

| Field | Value |
|---|---|
| At Destination | 09:45:00 |
| Pt. Transferred | 09:50:00 |
| Call Closed | 09:55:00 |
| In District | 10:30:00 |
| At Landing Area | |

### Crew Members

| Personnel | Role | Certification Level |
|---|---|---|
| PERDUE, JOSHUA | Lead | EMT-Paramedic (West Virginia) - WV076922 |
| Brown, Joshua | Driver | EMT-Basic - WV064281 |

### Insurance Details

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Insured's Name | | Primary Payer | | Dispatch Nature | MVC ASSIST LAW ENFORCEMENT |
| Relationship | | Medicare | | Response Urgency | Immediate |
| Insured SSN | | Medicaid | | Job Related Injury | No |
| Insured DOB | | Primary Insurance | | Employer | |
| Address1 | | Policy # | | Contact | |
| Address2 | | Group # | | Phone | |
| Address3 | | Secondary Ins | | | |
| City | | Policy # | | | |
| State | | Group # | | | |
| Zip | | | | | |
| Country | | | | | |

### Mileage

| Field | Value |
|---|---|
| Scene | 6421.0 |
| Destination | 6440.0 |
| Loaded Miles | 19.0 |
| Start | 6411.0 |
| End | 6460.0 |
| Total Miles | 49.0 |

### Delays

| Category | Delays |
|---|---|
| Dispatch Delays | None/No Delay |
| Response Delays | None/No Delay |
| Scene Delays | Patient Access, Law Enforcement Assistance |
| Transport Delays | None/No Delay |
| Turn Around Delays | None/No Delay |

### Additional Agencies

### Consumables

| Description | Qty |
|---|---|
| None on This Call | 1 |

### Personal Items

| Item | Given To | Comment |
|---|---|---|
| Other | CAMC SECURITY | BACK PACK/SHOES |

### Patient Transport Details

| Field | Value | Field | Value |
|---|---|---|---|
| How was Patient Moved to Ambulance | Backboard | How was Patient Moved From Ambulance | Stretcher |
| Patient Position During Transport | Supine | Condition of Patient at Destination | Improved |

### Transfer Details

| Field | Value | Field | Value |
|---|---|---|---|
| PAN | | Sending Physician | |
| PCS | No | Sending Record # | |
| ABN | No | Receiving Physician | |
| CMS Service Level | ALS, Level 1 Emergency | Condition Code | |
| ICD-9 Code | | Condition Code Modifier | |
| Transfer Reason | | | |
| Other/Services | | | |
| Medical Necessity | Emergency-, Immobilized-, Oxygen-, Possible Fracture-, Stretcher- | | |

### NEMSIS Transmission Details (West Virginia)

| Name | Value | Name | Value |
|---|---|---|---|
| Patient Care Report Number | F2726205A8F74EE99C2DABAF00A71336 | Race | White |

Page 4 of 5

05/02/2020 11:08:06
Template Version: PCR-WEB-1.1.12
Data Version: 00462-000000000445647F

MEANS, WILLIAM/BCAA/000002

Case 2:20-cv-00561  Document 89-14  Filed 07/08/21  Page 3 of 5 PageID #: 1182

**Boone County Ambulance Authority**
Patient Care Record

**Name:** MEANS, WILLIAM  **Incident #:** 200502-1008-BCAA  **Date:** 05/02/2020  Patient 1 of 1

### NEMSIS Transmission Details (West Virginia)

| Field | Value | Field | Value |
|---|---|---|---|
| Software Creator | ESO Solutions | Ethnicity | Not Hispanic or Latino |
| Software Name | EHR | Occupational Industry | |
| Software Version | 5.0 | Occupation | |
| EMS Agency Number | 30342 | Chief Complaint Organ System | |
| Primary Role of the Unit | Ground Transport | Sending Facility Medical Record Number | |
| EMS Unit Sticker Number | C3106 | Presence of Emergency Information Form | No |
| Complaint Reported by Dispatch | Traffic Accident | Pregnancy | No |
| EMD Performed | | Destination/Transferred To, Code | F00005269 |
| EMD Card Number | | Type of Destination | Hospital |
| Unit Cancelled Date/Time | | Emergency Department Disposition | |
| CMS Service Level | ALS, Level 1 Emergency | Hospital Disposition | |
| Condition Code Number | | PPE Used | Gloves, Mask-Surgical (Non-Fitted), Reflective Vest, Mask-N95 (Reuse) |
| Air Ambulance Modifier | | Suspected Intentional/Unintentional Disaster | |
| Initial Responder Arrived on Scene | | Suspected Contact with Blood/Body Fluids, EMS Injury/Death | No |
| Number of Patients at Scene | 1 | Personnel Exposed | |
| Mass Casualty Incident | No | Created By | PERDUE, JOSHUA |
| Incident Location Type | Street or Highway | Research Survey Field | |
| Incident Facility Code | Not Recorded | Research Survey Field Title | Medical Command RunID Number |

05/02/2020 11:08:06
Template Version: PCR-WEB-1.1.12
Data Version: 00462-000000000445647F

MEANS, WILLIAM/BCAA/000003

# Boone County Ambulance Authority
## Patient Care Record

**Name:** MEANS, WILLIAM  **Incident #:** 200502-1008-BCAA  **Date:** 05/02/2020  Patient 1 of 1

### Patient Information

| Field | Value | Field | Value |
|---|---|---|---|
| Last | MEANS | Address | 821 1ST AVE S |
| First | WILLIAM | Address 2 | |
| Middle | | City | Nitro |
| Gender | Male | State | WV |
| DOB | 08/25/1989 | Zip | 25143 |
| Age | 30 Yrs, 8 Months, 7 Days | Country | US |
| Weight | 180.0lbs - 81.6kg | Tel | 3044372312 |
| Pedi Color | | Physician | |
| SSN | 232376895 | Ethnicity | Not Hispanic or Latino |
| Race | White | | |
| Advance Directives | | | None |
| Resident Status | | | |

### Clinical Impression

| Field | Value |
|---|---|
| Primary Impression | Injury of Lower Back |
| Secondary Impression | Paralysis |
| Protocol Used | 100 - Universal Protocol |
| Anatomic Position | Back |
| Chief Complaint | BACK PAIN |
| Duration | 20 Units Minutes |
| Secondary Complaint | PARALYSIS |
| Duration | 20 Units Minutes |
| Patient's Level of Distress | |
| Signs & Symptoms | Injuries - Injury to lower leg; Pain - Back pain |
| Injury | Motorized Vehicle Accident - Motorcycle traffic accident injures occupant - Street or Highway - 05/02/2020 |
| Medical/Trauma | Trauma |
| Barriers of Care | Physically Impaired |
| Alcohol/Drugs | Patient Admits to Drug Use |
| Pregnancy | No |
| Initial Patient Acuity | |
| Final Patient Acuity | |
| Patient Activity | |

### Medication/Allergies/History

| | |
|---|---|
| Medications | None Reported |
| Allergies | Penicillin allergy |
| History | IV Drug Use/Abuse |

### Vital Signs

| Time | AVPU | Side | POS | BP | Pulse | RR | SPO2 | ETCO2 | CO | BG | Temp | Pain | GCS(E+V+M)/Qualifier | RTS | PTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09:10 | Alert | R | Lay | 158/96 A | 73 R | 18 R | 98 Ox | | | 196 | 98.1 F/TY | 10 | 15=4+5+6/NQ | 12 | |
| 09:25 | Alert | R | Lay | 143/76 A | 84 R | 18 R | 100 Ox | | | | | 10 | 15=4+5+6/NQ | 12 | |
| 09:40 | Alert | R | Lay | 152/97 A | 81 R | 18 R | 100 Ox | | | | | 6 | 15=4+5+6/NQ | 12 | |

### ECG

| Time | Type | Rhythm | Notes |
|---|---|---|---|
| 09:10 | 4-Lead | Sinus Rhythm | |
| 09:25 | 4-Lead | Sinus Rhythm | |
| 09:40 | 4-Lead | Sinus Rhythm | |

### Flow Chart

| Time | Treatment | Description | Provider |
|---|---|---|---|
| 08:35 | ALS Assessment | Patient Response: Unchanged; Successful; | PERDUE, JOSHUA |
| 08:50 | Spinal Motion Restriction | Cervical Collar; Patient Response: Unchanged; Successful; | Brown, Joshua |
| 08:52 | Spinal Motion Restriction | Long Spine Board; Patient Response: Unchanged; Successful; | PERDUE, JOSHUA |
| 08:53 | Spinal Motion Restriction | C.I.D; Patient Response: Unchanged; Successful; | PERDUE, JOSHUA |
| 09:00 | Oxygen | Nasal Cannula (NC); Flow Rate 2 lpm; Patient Response: Improved; Successful; | PERDUE, JOSHUA |
| 09:10 | 3-Lead ECG | Patient Response: Unchanged; Successful; | PERDUE, JOSHUA |
| 09:13 | IV Therapy | 18 ga; Antecubital-Left; Normal Saline (.9% NaCl); Total Fluid 1000 ml; Patient Response: Unchanged; Successful; | PERDUE, JOSHUA |
| 09:28 | Zofran | 4 Milligrams (mg); Intravenous (IV); Patient Response: Improved; | PERDUE, JOSHUA |
| 09:30 | Fentanyl | 80 Micrograms (mcg); Intravenous (IV); Patient Response: Improved; | PERDUE, JOSHUA |
| 09:35 | Trauma Alert | Comments 1396597 JERRY, PRIORITY 2 TRAUMA; Patient Response: Unchanged; | PERDUE, JOSHUA |

### Initial Assessment

| Category | Comments | Abnormalities | +/- | |
|---|---|---|---|---|
| Mental Status | | Mental Status | + | Event Oriented, Person Oriented, Place Oriented, Time Oriented |
| Skin | | Skin | + | Cold, Pale |
| | | | − | Cyanotic, Diaphoresis, Hot, Jaundiced, Lividity, Mottled |

**Boone County Ambulance Authority**
Patient Care Record
Name: MEANS, WILLIAM  Incident #: 200502-1008-BCAA  Date: 05/02/2020  Patient 1 of 1

## Initial Assessment

| Category | Comments | Abnormalities | | |
|---|---|---|---|---|
| HEENT | | Head/Face | | No Abnormalities |
| | | Eyes | + | Left Pupil: 3-mm, Right Pupil: 3-mm |
| | | | − | Left: Blind, Left: Constricted, Left: Dilated, Left: Non-Reactive, Right: Blind, Right: Constricted, Right: Dilated, Right: Non-Reactive |
| | | Neck/Airway | | No Abnormalities |
| Chest | | Chest | | No Abnormalities |
| | | Heart Sounds | | No Abnormalities |
| | | Lung Sounds | + | LL: Clear, LU: Clear, RL: Clear, RU: Clear |
| | | | − | LL: Absent, LL: Decreased, LL: Rales, LL: Rhonchi, LL: Wheezing, LU: Absent, LU: Decreased, LU: Rales, LU: Rhonchi, LU: Wheezing, RL: Absent, RL: Decreased, RL: Rales, RL: Rhonchi, RL: Wheezing, RU: Absent, RU: Decreased, RU: Rales, RU: Wheezing, RU:Rhonchi |
| Abdomen | | General | | No Abnormalities |
| | | Left Upper | − | Distension, Guarding, Mass, Tenderness |
| | | Right Upper | − | Distension, Guarding, Mass, Tenderness |
| | | Left Lower | − | Distension, Guarding, Mass, Tenderness |
| | | Right Lower | − | Distension, Guarding, Mass, Tenderness |
| Back | | Cervical | | No Abnormalities |
| | | Thoracic | + | Pain on ROM |
| | | | − | Deformity, Scoliosis, Tender Paraspinous, Tender Spinous |
| | | Lumbar/Sacral | + | Pain on ROM |
| | | | − | Deformity, Scoliosis, Tender Paraspinous, Tender Spinous |
| Pelvis/GU/GI | | Pelvis/GU/GI | | No Abnormalities |
| Extremities | | Left Arm | | No Abnormalities |
| | | Right Arm | | No Abnormalities |
| | | Left Leg | + | Paralysis |
| | | | − | Abnormal Pulse, Abnormal Sensation, Edema, Weakness |
| | | Right Leg | + | Paralysis |
| | | | − | Abnormal Pulse, Abnormal Sensation, Edema, Weakness |
| | | Pulse | + | Pedal: 2+ Normal, Radial: 2+ Normal |
| | | Capillary Refill | + | Left Upper: < 2 Sec |
| Neurological | | Neurological | | No Abnormalities |

Assessment Time: 05/02/2020 08:35:40

## Ongoing Assessment

| Category | Comments | Abnormalities | | |
|---|---|---|---|---|
| Mental Status | | Mental Status | + | Event Oriented, Person Oriented, Place Oriented, Time Oriented |
| Skin | | Skin | − | Cold, Cyanotic, Diaphoresis, Hot, Jaundiced, Lividity, Mottled, Pale |
| HEENT | | Head/Face | | No Abnormalities |
| | | Eyes | + | Left Pupil: 3-mm, Right Pupil: 3-mm |
| | | | − | Left: Blind, Left: Constricted, Left: Dilated, Left: Non-Reactive, Right: Blind, Right: Constricted, Right: Dilated, Right: Non-Reactive |
| | | Neck/Airway | | No Abnormalities |
| Chest | | Chest | | No Abnormalities |
| | | Heart Sounds | | No Abnormalities |
| | | Lung Sounds | + | LL: Clear, LU: Clear, RL: Clear, RU: Clear |
| | | | − | LL: Absent, LL: Decreased, LL: Rales, LL: Rhonchi, LL: Wheezing, LU: Absent, LU: Decreased, LU: Rales, LU: Rhonchi, LU: Wheezing, RL: Absent, RL: Decreased, RL: Rales, RL: Rhonchi, RL: Wheezing, RU: Absent, RU: Decreased, RU: Rales, RU: Wheezing, RU:Rhonchi |
| Abdomen | | General | + | Nausea, Vomiting |
| | | Left Upper | + | Distension |
| | | | − | Guarding, Mass, Tenderness |
| | | Right Upper | + | Distension |
| | | | − | Guarding, Mass, Tenderness |
| | | Left Lower | + | Distension |
| | | | − | Guarding, Mass, Tenderness |
| | | Right Lower | + | Distension |
| | | | − | Guarding, Mass, Tenderness |