**In the case of:**

*WILLIAM ALLEN MEANS v.*

*E.M. PETERSON, et al.*

*WILLIAM MEANS*

*April 20, 2021*

Realtime
Reporters
"Because your time matters"

713 LeeStreet
Charleston, WV 25301

(304) 344-8463
schedulerealtime@gmail.com

Realtimereporters.net

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA AT CHARLESTON

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

WILLIAM ALLEN MEANS,

Plaintiff,

vs. Civil Action No. 2:20-561

E.M. PETERSON, D. HARVEY, and THE CITY OF SOUTH CHARLESTON,

Defendants.

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

VOLUME II

The continuation of the deposition of WILLIAM MEANS was taken under the Federal Rules of Civil Procedure in the above-entitled action, before Laurie L. Cunningham, Registered Professional Reporter and Notary Public within and for the State of West Virginia, at 1:06 - 3:06 p.m., on Tuesday, the 20th day of April, 2021, at the law offices of Calwell Luce diTrapano PLLC, 500 Randolph Street, Charleston, West Virginia.

REALTIME REPORTERS, LLC
LAURIE L. CUNNINGHAM, RPR
713 Lee Street
Charleston, WV 25301
1-304-344-8463

APPEARANCES:

On behalf of the Plaintiff:

L. Dante' diTrapano, Esq.
CALWELL LUCE diTRAPANO PLLC
500 Randolph Street
Charleston, WV 25302

On behalf of the Defendants:

Duane J. Ruggier II, Esq.
PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC
James Mark Building
901 Quarrier Street
Charleston, WV 25301

| WITNESS | EXAMINATION | PAGE |
|---|---|---|
| WILLIAM MEANS | | |
| | BY MR. RUGGIER | 4, 94 |
| | BY MR. diTRAPANO | 92 |

E X H I B I T S

| | Identified |
|---|---|
| MEANS DEPOSITION EXHIBIT NO. 1 (Photocopied color photograph) | 86 |
| MEANS DEPOSITION EXHIBIT NO. 2 (Photocopied color photograph) | 89 |

WILLIAM MEANS,

called as a witness in the above-mentioned action, was sworn according to law, was examined and testified as follows; to-wit:

EXAMINATION

BY MR. RUGGIER:

**Q. Billy, you know my name is Duane Ruggier. I represent the South Charleston Police Department, and this is going to be the continuation of your previous deposition. I don't think I should go too long today, but we will see.**

**We kind of left the deposition at the very end, but where you had basically passed out or I don't know how you want to call it, but things went white on you.**

**Do you recall that testimony?**

A. Yeah.

**Q. So if we could go back to the scene where that scene of the pursuit and the ending of the pursuit and where it all kind of went down there on the railroad tracks?**

A. (Nodding head.)

**Q. Is that yes?**

A. Yeah.

**Q. All right. There you go.**
**So take me back there. And just kind of to refresh, you are -- you were driving on your motorcycle and you are being pursued by police officers; is that correct?**
A. Basically.
**Q. All right. At the time when you were driving on your motorcycle, say, in the, you know, I don't know, the ten seconds before the arrest, do you realize that you're being pursued by police officers?**
A. I realized they were behind me, yeah.
**Q. Do you realize that they are trying to arrest you?**
A. No.
**Q. Do you realize that they're trying to pull you over?**
A. No.
**Q. Do you hear any sirens?**
A. No.
**Q. Do you see any lights?**
A. No.
**Q. You had on, you said, Bluetooth through your ears?**
A. Yeah. I just put Bluetooth air buds, yeah.

**Q. Right.**
A. I wear them when I ride.
**Q. And you don't know what you were listening to?**
A. No.
**Q. How were you getting -- was it music you were listening to?**
A. Yeah.
**Q. How were you getting music to your Bluetooth?**
A. Through my cell phone.
**Q. Okay. And you had your cell phone on you?**
A. Yeah.
**Q. What kind of cell phone was it?**
A. A Motorola.
**Q. Motorola what? Do you remember?**
A. Huh-uh. It was one of those newest Motorolas.
**Q. Say it again?**
A. It was one of the newest Motorolas.
**Q. So you don't remember what kind of Motorola it is?**
A. Huh-uh.
**Q. You've got to verbalize it.**
A. No.

**Q. Remember you've got to say "yes" or "no" so the court reporter can get it down.**
A. No, I don't remember what kind it was.
**Q. All right. You were wearing a helmet?**
A. Yeah.
**Q. What is your helmet?**
A. Huh?
**Q. What kind of helmet were you wearing?**
A. A DOT approved helmet.
**Q. A what?**
A. A DOT approved helmet.
**Q. Department of Transportation approved helmet?**
A. It had the DOT sign on the back of it.
**Q. Had the what?**
A. DOT sign on the back. You know, it's on the back of all of them almost.
**Q. I don't, so explain it to me.**
A. It's -- I just explained it.
**Q. It's called a DOD?**
A. DOT.
**Q. DOT helmet.**
**MR. diTRAPANO: Department of Transportation.**
A. Yeah.

MR. RUGGIER: Department of Transportation? Okay.
A. It shows that it's a standard issued whatever helmet, I mean.
**Q. Okay. What color was it?**
A. Black.
**Q. Describe how the helmet looked. I mean, how was it?**
A. Like a full-face helmet.
**Q. Full-face helmet?**
A. Yeah.
**Q. So that means it's got something that goes in front of your jaw?**
A. Yeah.
**Q. And the area in front of your eyes is open?**
A. No. It had no visor.
**Q. You did not have a visor?**
A. No.
**Q. How come?**
A. Because it was too scratched up and I took it off.
**Q. Where did you get the helmet?**
A. It was given to me by a friend.
**Q. Who?**

A. I don't even remember. I've had so many helmets, it's...

**Q. Had you ever wrecked this bike before?**

A. No.

**Q. Had you ever wrecked on a motorcycle -- a street motorcycle before?**

A. Yeah.

**Q. When did you previously wreck on a street motorcycle?**

A. I don't remember the date. It was a couple years before.

**Q. What happened?**

A. I slid on gravel. I didn't have -- it had bald tires. I couldn't afford them.

**Q. Where did you slide on the gravel?**

A. On Loudendale, where I used to live.

**Q. Okay. Were you under the influence of anything when this happened?**

A. No.

**Q. You were not on any drugs?**

A. No.

**Q. Not taking any pills?**

A. No.

**Q. So we're going back to the scene, and you were**

**telling me that you don't realize that those police officers are trying to arrest you.**

A. No.

**Q. Okay. You just think that they're following you?**

A. Bullying me.

**Q. What's that?**

A. Bullying me is the way I looked at it.

**Q. You call it bullying you?**

A. Yeah.

**Q. Why do you think, if you have any idea, why the officers were trying to bully you?**

A. I'm not sure. It seems to happen a lot out of South Charleston.

**Q. What do you mean by that?**

A. Like multiple people have stated the South Charleston, they're bullies.

**Q. Who has told you that?**

A. I don't -- I mean, multiple, multiple people.

**Q. Name them.**

A. I can't name all these people. I mean, just I've seen random people that have said it.

**Q. I mean, can you tell me anybody in particular**

**and tell me what the incident was --**

A. My grandpa for one. He was --

**Q. Your grandpa?**

A. He was just recently pulled over a couple weeks ago -- or about a week ago.

**Q. Okay.**

A. And the cop actually asked him if I could walk, if I really couldn't walk or not, I mean.

**Q. Who is the -- who's your grandfather?**

A. Okey Allen Cecil.

**Q. Okey. O-K-E-Y?**

A. Yeah.

**Q. And do you know Okey's phone number?**

A. 304-410-3619.

Let me make sure that's it. I'm pretty positive it's it.

**Q. What's that?**

A. I want to make sure that's it.

**Q. Okay.**

A. Yeah, 410-3619.

**Q. And did he tell you the officer that was bullying him?**

A. No.

**Q. And when did this happen?**

A. About a week ago.

**Q. A week ago. So at the time of the police pursuit in this case, that had not yet happened.**

A. It wasn't a pursuit. He just pulled him over.

**Q. Okay. Right. But I'm saying at the time of the pursuit in this case, this had not had happened.**

A. What had not had happened?

**Q. That your grandfather was bullied by a South Charleston Police Officer.**

A. No. It was afterwards.

**Q. Okay. What did the officer ask supposedly?**

A. If I could really not walk.

**Q. And what did your grandfather tell him, to your understanding?**

A. He asked if he was joking.

**Q. Can you walk?**

A. No, I can't walk.

**Q. What's that?**

A. No, I can't walk.

**Q. Okay. Can you stand?**

A. No.

Can I touch my toes? No. Can I pull up my socks? I can't put socks on.

**Q. You can't stand?**
A. No.
**Q. And you can't touch your toes?**
A. No.
**Q. Why can't you touch your toes?**
A. Because I've got almost 11 inches of steel rods in my back.
**Q. So you can't bend forward?**
A. No.
**Q. Well, I'll get into that a little more a while later.**
**So we're back to the scene of the accident. You are driving at -- how fast would you say that you're driving?**
A. Below the speed limit. I was crossing the railroad tracks.
**Q. Crossing the railroad tracks?**
A. And I was struck.
**Q. Crossing the railroad tracks below the speed limit?**
A. You slow down to cross the railroad tracks.
**Q. Do you know what speed you were going?**
A. No.
**Q. Do you know what the speed limit was?**

A. No. I'm not sure. 25, 35, something like that.
**Q. So if you don't know the speed limit and you don't know how fast you were going, how do you know you were driving below the speed limit?**
A. Because I know that I was slowing down so that I wouldn't wreck, I mean. Exactly what I expected the whole time, as soon as I slowed down enough, that he would have struck my rear tire, as he did, and wrecked me.
**Q. So when you slowed down, he struck your rear tire.**
A. Yeah.
**Q. And what happened when he struck your rear tire?**
A. I wrecked and I started sliding on the tracks. Well, here, do you want to see the video? Do you want to watch the video?
**Q. If you've got a video of the actual -- when he actually struck you --**
A. Not when he struck. You asked me --
**Q. -- I'd be very interested to see that.**
A. You just asked of what happened after he struck me.

**Q. Well, right, but I'm talking about directly after. Are you --**
A. Directly after he struck me?
**Q. Yes.**
A. I've got the video, I mean, as soon as he struck me.
**Q. Well, how about maybe -- are you talking about the YouTube video that everybody's seen?**
A. I guess so, yeah.
**Q. Okay. So what I'm talking about would be in between the time when --**
A. There was no time in between when he struck me and he stopped on the tracks, right in the middle of the tracks. He jumped out of his vehicle, came over. I was going to stand up. He kicked me. I rolled back onto my back. I gave him -- stated my name, my birth date, and that's when they both commenced to pepper spraying and macing me, whatever.
**Q. Were you seated on the motorcycle when the South Charleston Police vehicle made contact with you?**
A. I would not be seated anywhere else.
**Q. Just answer the question.**
A. Yes, I was seated on the motorcycle.
**Q. Well, what I'm asking is, is were you -- so**

**you're on the motorcycle.**
A. I was sitting on the seat of the motorcycle when he struck my rear tire.
MR. diTRAPANO: Just for the record, and I guess to be instructional here, Billy, just like we did before, just wait for him to --
THE DEPONENT: I'm sorry.
MR. diTRAPANO: -- ask the question. Don't anticipate what he's going to ask. It's going to distort the record. Just let Duane ask the question, stop, listen to it, and give an answer, audible response.
BY MR. RUGGIER:
**Q. So when the vehicle strikes you, can you give me a little more detail as to exactly what happens to the bike and then where you go?**
A. The bike slid on the tracks. If you'll look on Google maps, you'll see the area, the place where it happened, all right, and you can actually visually see the train track, the things that go up under the tracks. What are they called? The logs that go under the tracks?
**Q. Okay. Yeah.**
A. The fifth one down sticks up like an inch and

a half, two inches higher than the rest of them. I guess it had been dug out or whatever, but I was sliding on the tracks. The bike laid on its side, and I was going to get on the bike, on top of it, ride it out and jump off of it. You know what I mean? Instead --

**Q. No, wait. No, I don't know what you mean.**

A. Instead of -- to control the bike, I mean, and control myself from getting hurt. If the bike's laying -- it's sliding on its side, you -- my instinct is to jump on top and make sure that I'm sitting on top of the bike so that I can actually jump off of the bike instead of flopping and flipping with the bike instinctively.

**Q. All right. So when the cruiser hits your back tire, where does it send your bike?**

A. Laying flat on the tracks.

**Q. Laying flat onto the track and skidding?**

A. Sliding, yeah. I was, I mean, in the middle of explaining.

And then my rear pegs, they stick out like this (demonstrating). I mean, for the rear foot pegs, they stick out at an angle. Well, the -- I guess you'd say the left side of the rear peg caught on that. It was, like, the fifth railroad timber, and it catapulted

me. It slammed it. It stopped the bike and made it flip over, and that's when I flipped and landed on the tracks. Well, bounced off the tracks into the puddle, mucky water, whatever it is.

**Q. So you actually first hit the tracks, and then went from the tracks --**

A. I mean, I don't remember exactly, but, I mean, I know when I came -- because it knocked me out. I mean, that's when I was knocked out. And then I woke up, I was laying in the puddle of the greasy water.

I went to stand up, went to roll over, because I was laying on my back. I went to roll over and stand up, and I don't know which officer it was came up and kicked me over and rolled me back over onto my back. That's when I stated my name, my birth date, and they started macing me.

**Q. On that video can you see the officer kick you?**

A. No. You can see -- it's...

**Q. Is it just right after that?**

A. Like it's --

MR. diTRAPANO: I'm just going to object to the form of the question. I don't know what time, which time they kicked him.

A. Yeah. I mean, they did --

**Q. The first kick. We were talking about the first kick.**

A. Like, no, I don't think so, but it shows both of them right at me, like, immediate. The lady was right behind them. It was immediate.

**Q. Well, what I'm saying is I've watched that video a lot, and I've never seen them -- I didn't see that you could see where an officer kicked you, and I'm asking if you could -- have you seen in that video where an officer kicked you?**

A. No, but he kicked me and rolled me over back on my back. It's... Because of that stagnate water, I mean, nobody wants to lay. It's got that nasty grease in it, so I was getting up to get out of it, but...

**Q. So my understanding is what you're saying is the cruiser hits your tire, it kind of sends your bike skidding on the railroad tracks. You kind of jump off the bike, land on the tracks, roll into the water and are going to get up to get out of the greasy water. Officer comes over, kicks you, and you go back down in the water?**

A. He rolls me -- like when you're on your back, you roll over to stand up, right? You use your -- put

your hands and knees up. While I was in that position, and, yeah, he kicked me and rolled me back over onto my back and started macing me.

**Q. All right. So when you first hit the water, you were able to get up?**

A. Yeah.

**Q. And you were able to move your legs.**

A. Yes.

**Q. Okay.**

A. And I remember distinctly when they both grabbed me and that initial jerk, when they first jerked me, I was like I couldn't feel nothing after that. I mean, it was -- it scared the hell out of me.

**Q. When -- so and then --**

A. After them macing me.

**Q. The officers come over and kick you once as you're trying to get up. You can move and feel your legs at that point.**

A. Yes, sir. I was trying to -- I was going to stand up.

**Q. After that kick, after that first kick, you could still feel and move your legs.**

A. Yeah. I was -- yeah.

**Q. All right. Then what happens after that?**

Page 21

A. Well, you seen they both grabbed up under -- when they got done macing me, they both grabbed up under each shoulder and jerked me, I mean.

**Q. All right. So what I'm trying to find out is at what point could you stop feeling your legs?**

A. When they initially jerked me (demonstrating).

**Q. When they initially jerked you.**

A. Yeah, to drag me across the tracks.

**Q. So you believe that when --**

A. At the time they were saying, "We're just going to leave you to die." I mean, I honestly wish that you could hear the audio because it was -- after I quit -- after I lost the feeling in my legs, I gave up. I mean, I basically said, "I wish you would. I wish you would have done it." I mean, because it -- it was devastating.

**Q. So just I want to be clear about this. The events which you think caused your paralysis was when the officers went to pick you up.**

A. That's not I think. I know. I mean, because I felt my legs before then, didn't feel them after.

**Q. Okay. Your testimony is that the actions of the officers that caused your paralysis was when they went to pick you up.**

Page 22

A. When they picked me up and was dragging me.

**Q. Okay. Well, so --**

**MR. diTRAPANO: I'm just going to object to the form because he doesn't know -- I mean, he can't say when he was paralyzed or not. All he can say is what the sensation was.**

A. Yeah.

MR. RUGGIER: Whether he feels his legs. I understand.

A. I know that I was capable of getting up beforehand. It was, like, right before they kicked me, rolled me over and started macing me, I was capable of getting up and moving, I mean.

**Q. Right. But what I'm trying -- you understand I'm trying to pinpoint when you were unable to no longer feel your legs and what action was taken by the officers --**

A. Okay.

**Q. -- if at all, to make you no longer be able to feel your legs.**

A. For one, an officer's not supposed to touch someone after -- they're supposed to make sure my neck's stable and I'm in a stable position, correct?

**Q. Sure, but that's just not my question, buddy.**

Page 23

**My question is: At what point exactly could you no longer feel your legs?**

A. Exactly? I can't tell you because I had just been knocked out.

**Q. Okay.**

A. I came to. I knew that I could feel them because I was in the middle of standing up when he came over and kicked me.

**Q. Right. So at the time before he kicks you, could you feel your legs?**

A. Yes. I was in the middle of trying to stand up.

**Q. All right. After he kicks you, right after he kicks you, you can still feel your legs. Is that correct or not?**

A. Yeah. Because I was kicking them. When they were macing me, I was kicking my legs trying to move up out of the water.

**Q. Okay. So we know that it wasn't the kick that caused your paralysis. We know it wasn't the accident that caused you to no longer feel your legs; is that accurate?**

A. Yeah.

**Q. And we know, according to your testimony, that**

Page 24

**it wasn't the first kick which caused you to no longer feel your legs, correct?**

A. Yeah.

**Q. Okay. So was it when the officers picked you up, that's what caused you to no longer be able to feel your legs?**

A. According to what my doctor said is when they grabbed me, it's like grabbing -- taking a rubber band and stretching it until it snaps.

**Q. I'm not asking about what your doctor told you.**

A. Well, that's what I'm explaining.

**Q. What I'm asking is when you could no longer feel your legs.**

A. That's what I'm telling you. I could no longer feel my legs when they picked me up. I was explaining you know when you snap a rubber band?

**Q. Yeah.**

A. Well, that's when it happened is when they jerked me. When they jerked me and pulled me across the tracks, that's when I could no longer feel my legs.

**Q. Was it that you could no longer feel your legs prior to being dragged across the tracks, or was it you could no longer feel your legs after?**

A. I could not feel my legs from when they picked me up.
**Q. Okay.**
A. Because I was still kicking my legs in the water while they were macing me.
**Q. So what I'm trying to establish and pinpoint -- and this is your lawsuit; so...**
A. I know.
**Q. It's your lawsuit, but so I get to question you about it. My question is, is what I'm hearing you say, and correct me if I'm wrong, is that when the officers went to pick you up, that was the moment when you could no longer feel your legs.**
A. When they were picking me up, I could no longer feel my legs.
**Q. Okay. So what was that like?**
A. Devastating.
**Q. How so?**
A. What do you mean how so?
**Q. How was it devastating?**
A. Because I'm 31 years old. I've been able to walk my whole life. I do everything. I mean, I help anybody and everybody I can, and now I have to have help to use the bathroom. I have to cath myself four or six

times a day.
**Q. So obviously it was a traumatic event. You couldn't walk --**
A. It's the most traumatic event I've ever experienced in my life.
**Q. Sure.**
A. And my grandpa died in my arms when I was 14 years old, I mean, so it was pretty traumatic, I mean.
**Q. What's that?**
A. I said my grandpa died in my arms when I was 14 years old, and it was more traumatic than that, I mean; so...
**Q. Your previous testimony was that you were drowning in the water?**
A. Trying to prevent from drowning.
**Q. Trying to prevent. You were trying to move around?**
A. It was a deep puddle, pretty deep.
**Q. It was like three feet deep?**
A. I can't -- I don't know exactly, I mean, but...
**Q. And you had actually, my recollection, had asked that the officers help you get out of that water, correct?**

A. Well, yes, because I was told not to move, as they were pepper spraying me and telling me they should leave me to die.
**Q. Yeah, but you wanted the officers to pick you up and pull you out of the water.**
A. I wanted them to help me out of the situation they didn't want me in -- or they wanted me in.
**Q. Yeah, but my question, though, is my understanding of your testimony was that because you felt like you were drowning in the water or couldn't breathe --**
A. Because I was told not to move.
**Q. What's that?**
A. Because I was told not to move.
**Q. Right. You had actually requested the officers pick you up out of the water, right?**
A. Yeah.
**Q. So it's both of them that pick you up?**
A. Yeah. It's in the video.
**Q. I know, but I'm not asking about the video. I'm asking what you remember. I understand the videos, and I know it's probably hard to try to separate the two, but...**
A. Yes.

**Q. I'm asking kind of what you remember without the video.**
A. The video has nothing -- everything I'm telling you is from my memory. The video, excuse my language, but the video, I mean, it's -- and actually constantly having to relive it, I mean, it's pretty traumatic too.
**Q. Sure. I'm sure.**
**So you're dragged across the tracks. You're picked up and dragged across the tracks, right?**
A. Yeah.
**Q. And laid down?**
A. Yeah.
**Q. Is that right?**
A. Head stomped, and he jammed his knee into my back too.
**Q. Let me, like I said, let me ask the question. Kind of follow along with the --**
A. Okay. I mean, that's...
**Q. Don't jump ahead.**
A. Sorry.
**Q. Try not to jump ahead, please. It will be easier for both of us if that happens.**
**So you're dragged across the tracks. Kind of**

Page 29

tell me what are you thinking? What's happening? What are you feeling? What, you know.
A. I'm not really feeling anything other than I know I can't feel my legs and these guys are telling me they should leave me to die.
Q. So they're telling you what? What exactly does the officer say?
A. "You're a dumbass. We should leave you here to die."
Q. "You're a dumbass. We should leave you here to die."
A. Yeah.
Q. Did you say to them "I'm a dumbass"?
A. No. I said that you might as well.
Q. What's that?
A. I told them they might as well.
Q. That they might as well leave you to die?
A. Yeah.
Q. You never told the officers "I'm a dumbass"?
A. No.
Q. Never said "Take me to jail" or anything like that?
A. (Shaking head.)
MR. diTRAPANO: Just answer audibly so she can

Page 30

get it down.
A. No.
Q. All right. So the officers lay you down on the other side of the tracks, right?
A. Yes.
Q. And when they lay you down on the other side of the tracks, what are you thinking? What are you saying? What's happening?
A. I'm trying to close my eyes and just pass out and trying not to -- I couldn't breathe because of the mace trapped inside of my helmet, full-face helmet.
Q. What's that?
A. It was trapped. I had a full-face helmet on, so all that mace just trapped inside of it.
Q. Right. Did you ask the officers to take off your helmet?
A. No.
Q. You did not ask the officers to take off your helmet.
A. No.
Q. Do you remember if whenever you're taken across the tracks, is there two officers there, one officer there or what?
A. There was two.

Page 31

Q. Two?
A. One grabbed me up under each arm, I mean.
Q. Yeah. And then they set you down. Are you telling me this is what you remember from the video, or do you remember --
A. This is what I remember, remember.
Q. They set you down, and then what happens?
MR. diTRAPANO: I'm going to object to the form of the question that that's your words, they set him down. I don't remember them setting him down.
Q. How would you say it? However you want to characterize it then.
A. They dropped me.
Q. They dropped you?
A. (Nodding head.)
Q. Okay. They dropped you down?
A. Yeah.
Q. Okay. They dropped you down on the ground, and then what happened?
A. I closed my eyes hoping to pass out so that -- I mean, I couldn't breathe because of the mace.
Q. Then what happened?
A. I closed -- I reckon I passed out because I don't remember anything other than seeing the ambulance

Page 32

pull up.
Q. Okay. You don't remember anything after that?
A. Not really.
Q. You don't remember the alleged head stomping?
A. It's not alleged. But, no, I don't remember it.
Q. Did you feel your head being stomped on?
A. I was out.
Q. You were just passed out?
Do you remember saying anything?
A. The last thing I remember is telling them they might as well have done what they said they wanted to do.
Q. Didn't you tell me that you said your name and Social Security number or something like that?
A. That was when I was laying in the puddle of water.
Q. Okay.
A. I respect officers. I mean, I know it's their job. I always have. I've always been respectful. You can ask any officer that's ever pulled me over. I mean, I'm bluntly honest about anything. I mean, it's...

Page 33

**Q. You said you watched the video. And have you heard the 911 tapes?**
A. Huh-uh.
**Q. So when you watch the video, you see the lights and siren of the officers on? Do you see that --**
A. Yeah.
**Q. -- in the video?**
**What do you think about that? Are you saying that the officers just turned their lights and siren on after that when the --**
A. As soon as he struck my tire is when I heard the lights -- when I heard sirens.
**Q. As soon as what?**
A. As soon as he struck my tire is when I heard the siren.
**Q. But not before that.**
A. Not before that.
**Q. So you're laying there on the ground, and the next thing you remember is what, waking up in the hospital?**
A. No.
**Q. You woke up in the ambulance?**
A. I opened my eyes and seen the ambulance pull in. I went back out. And then I remember waking up --

Page 34

I think it was 14 or 16 days later in the hospital.
**Q. So you didn't wake up till two weeks later or something like that?**
A. Not that I remember.
I remember coming to and --
MR. diTRAPANO: Just wait until he asks you a question.
THE DEPONENT: I'm sorry.
BY MR. RUGGIER:
**Q. What do you remember?**
A. Coming to and the lady telling me that I wouldn't be able to walk, but I...
**Q. What's that?**
A. Huh?
**Q. Lady telling you you wouldn't be able to walk?**
A. Yeah.
**Q. Who is the lady? The nurse?**
A. The nurse.
**Q. What did you think?**
A. I thought she was lying, and I fell back out.
**Q. Felt bad?**
A. Fell back out, went back to sleep.

Page 35

**Q. When did you wake back up?**
A. I don't particularly remember. It was a couple days later I think.
**Q. At the time of the pursuit, had you taken any amphetamines?**
A. No, not that I -- huh-uh. I just -- I'd actually just woken up before I left the house.
**Q. At the time of the pursuit, had you taken any opioids?**
A. No.
**Q. At the time of this pursuit, had you smoked any pot?**
A. No. I had just woken up at the house.
**Q. Marijuana. I'm sorry.**
A. I just woke up and left the house.
**Q. At the time of the pursuit, had you taken any Ecstasy?**
A. No.
**Q. The night before the pursuit, had you taken any Ecstasy?**
A. No.
**Q. Is that what you do, you take Ecstasy? You don't smoke it, right? Do you know?**
A. No, I don't know.

Page 36

**Q. The night before the pursuit, had you smoked any pot or marijuana?**
A. No.
**Q. The night before the pursuit, had you taken any opioids?**
A. No.
**Q. Do you know what I mean by opioids?**
A. Yeah.
**Q. Like OxyContin, anything like that?**
A. Yeah, I understand.
MR. diTRAPANO: I just want to object. I believe these have all been asked and answered in the last phase of the deposition.
**Q. The night before the pursuit, had you taken any amphetamines?**
A. No.
**Q. Smoked any meth the night before the pursuit?**
A. No. I said I had just woken up before the pursuit.
**Q. I'm asking about the night before the pursuit.**
A. If I had done it the night before the pursuit, I wouldn't have woken up. I'd have been still been up, yeah.

**Q. Still would have been partying?**
A. I guess, if that's what you call it.
**Q. Do you remember anything else about the accident, the pursuit? Anything before we get to the hospital? Anything like along those lines? Anything else you haven't told me about?**
A. Not really.
**Q. Anything else that you recall?**
A. Not really.
**Q. Where was it you were going to? You were going to Blizzard's?**
A. Ronnie Blizzard's.
**Q. Ronnie Blizzard's. He gave you some cables, clutch cables?**
A. A single clutch cable.
**Q. If I talked to Ronnie, would he --**
A. He just passed away actually.
**Q. He died?**
A. Yeah. Two days ago.
**Q. How old is he?**
A. He's mid 40's.
**Q. What did he die of?**
A. Some type of cancer or something. He had -- he was all messed up. He had a tumor in his

bellybutton. It was like that big around (demonstrating). He was bad off.
**Q. Does he have a son or anything that was running the business now?**
A. It's -- there's Ronnie Blizzard and Ronnie Blizzard, Jr. I was going to Jr.'s house.
**Q. You were going to Jr.'s house?**
A. Yeah. Ronnie Blizzard, his son, Ronnie -- the actual Ron -- the old man that owns Blizzard's, I was going to his house -- not his house; his son's house, which is also named Ronnie Blizzard.
**Q. So which one died?**
A. His son, where I was going.
**Q. The one you were going to see?**
A. Yeah.
**Q. Would the old man know that the son was giving you some clutch cables?**
A. No, not really. They didn't get along.
**Q. Would there be anybody else who could confirm that you were receiving some clutch cables from Ronnie Blizzard?**
A. Yeah.
**Q. Who?**
A. Chelsea Pickens.

**Q. Chelsea what?**
A. Pickens.
**Q. Who is Chelsea Pickens?**
A. She's a friend of mine.
**Q. Are you saying Higgins?**
A. Pickens, P-I-C-K-E-N-S.
**Q. And do you have Chesea's phone number?**
A. She doesn't have a phone, that I know of.
**Q. Is she employed?**
A. I'm not sure if she still is because she's pregnant now, but she did work at the Best Way Inn, I think.
**Q. Used to work at the Best Way Inn?**
A. Or the old Motel 6.
**Q. Where?**
A. The old Motel 6 in Kanawha City, but I think she quit because she got pregnant.
**Q. What did she do there?**
A. She was a housekeeper or whatever.
**Q. Housekeeper.**
A. I can give you the phone number I did have for her.
**Q. Cool. I'll take it.**
A. It's 304-590-4193.

**Q. Thank you.**
(Whereupon, there was an off-the-record discussion.)
BY MR. RUGGIER:
**Q. Why would Chelsea Pickens know that you were going out to Blizzard's to get clutch cables?**
A. She was dating Ronnie at the time, and she told me that he had some that he'd give me.
**Q. Okay. She was dating Ronnie Blizzard at the time?**
A. (Nodding head.)
**Q. Yes?**
A. Yes.
**Q. And you'd gone out to Blizzard's before?**
A. Once or twice.
**Q. A lot of times or just once or twice or what?**
A. Once or twice.
**Q. And so the whole time during this police pursuit, it's your intention to go to Ronnie Blizzard's? You're not actually running from the police, you're just driving to Ronnie Blizzard's?**
A. I was driving to Ronnie Blizzard's, yes.
**Q. The entire time. The route that you took**

during the pursuit would be the normal route that you would take to get to Ronnie Blizzard's house?

A. Yeah. Until I got on Trace Fork, I actually passed Ronnie's because, like I said, I was -- it was intimidating. He didn't have his lights on at the time. There was no...

Q. So --

MR. diTRAPANO: I think we're confused here. I'm just going to object to the form of that question because I think it's -- I think you're -- I mean, Duane, if you don't mind, I mean, clean up for him when he was going to -- obviously going to Ronnie Blizzard's place was on Trace Fork out there. When he went down and started going through all the thing, he wasn't going to Ronnie Blizzard's house -- or his business.

MR. RUGGIER: That's what I'm trying to figure out.

BY MR. RUGGIER:

Q. Are you saying -- at what point did you turn away and stop from going towards Ronnie Blizzard's house and were simply attempting to flee the police?

A. I wasn't actually attempting to flee. I was intimidated. Like he was following at a very close distance. I didn't want to be wrecked. But, yes, I did

pass Ronnie Blizzard's house at the time or during.

Q. You don't know where Ronnie Blizzard lives, do you?

A. Yes, I do.

Q. I know. You don't know his address?

A. No, not really.

Q. Is it where Blizzard's Custom Cycles is?

A. No. It's on Trace Fork.

Q. So you passed it on Trace Fork.

A. Yeah.

Q. And kept going.

A. (Nodding head.)

Q. Yes?

A. Yes.

Q. And your testimony is that you weren't fleeing the police, you were just intimidated by the police so kept going?

A. Yes.

Q. I apologize if I asked you this before, but have you ever run from the police before?

A. Yes. Once before.

Q. When was that?

A. I'm not really -- 2019. I don't remember exact.

Q. You ran from the police in 2019?

A. Yeah.

Q. Why?

A. Because I had found a vehicle -- my neighbor -- one of my mom's neighbor's vehicle had been stolen. I found it abandoned with the keys in the ignition, and I guess...

Q. You've got to speak up.

A. I was returning the vehicle to her, and they tried to pull me over because the tags came back stolen, and I guess she didn't call and let them know that I had found the vehicle.

Q. You found your friend's vehicle and were driving it, and the police -- you were returning that car to her, and the police were following you, and you tried to flee from the police; is that right?

A. Yes. They got behind me, and I didn't have a license.

Q. Speak up.

A. I'm in pain; so the more pain I'm in, the lower I speak.

Q. She's got to hear you, though.

A. But, yeah, they got behind me and turned the lights on and, yes, I fled.

Q. And you fled.

Would you say you're no longer taking drugs?

A. No.

Q. But you didn't go through any treatment program, correct?

A. No. The time I spent in the hospital helped me detox.

Q. When did you first tell anyone that you were bumped by the police cruiser and that caused you to wreck?

A. I really don't remember.

Q. When did you first seek an attorney?

A. I don't remember that either.

Q. Have you had any incidents of OD'ing since the incident? Since the wreck?

A. Yes.

Q. When?

A. A month or so ago.

Q. You overdosed, correct?

A. Yes.

Q. On what?

A. Prescribed OxyContin. And I guess --

Q. What's that?

A. I said prescribed OxyContin, and I guess I

took a bunch of -- well, some Melatonin because I have really bad trouble sleeping, I mean.
**Q. So you took some OxyContin and some Melatonin?**
A. Yeah.
**Q. And that's what caused you to overdose?**
A. I mean, I guess so.
**Q. It wasn't -- is the OxyContin prescribed?**
A. Yeah.
**Q. And you're saying that the taking of the OxyContin combined with the Melatonin is what caused you to overdose?**
A. I'm not sure exactly what caused me to overdose honestly.
**Q. Well, was it taking an excessive amount of OxyContin?**
A. No. Because I was -- my prescription got stolen while I was in the hospital, and I had found one -- someone that was prescribed the same thing, and they gave it to me, and I guess it wasn't what it was.
**Q. All right. So your prescription, so, like, you're talking about some pills?**
A. Yeah.
**Q. Was stolen when you were in the hospital?**

A. Yeah. I had to go to get a stent removed from my kidneys.
**Q. And when your prescription in the hospital --**
A. Well, it was sitting on my dresser beside my bed. I left it and came back, and they were gone.
**Q. When you were in the hospital, were you giving the OxyContin to yourself?**
A. No. I left it. I left it on the bedside table.
**Q. Well, yeah, but doesn't the hospital bring the drugs in to you?**
A. That's what I'm saying. I left my prescription on my bedside table.
MR. diTRAPANO: At home.
A. At home.
**Q. Okay. And somebody at your home stole your prescription? Somebody at home stole a prescription?**
A. Yeah.
**Q. Do you know who it was?**
A. I have no clue.
**Q. And so when your prescription was stolen, what did you do? Did you go and get another prescription?**
A. They wouldn't give me another prescription.
**Q. So --**

A. So I knew somebody that was prescribed the same medication, and he give me one, and I guess it wasn't what it was. It was, I guess, the Fentanyl, whatever, how they make the -- I looked it up. It was they were making Fentanyl pills that looked like Roxies, which is the same thing I was prescribed too.
**Q. So you took some Fentanyl?**
A. It was a Roxy 30 is what it was presumed to be, I mean.
**Q. A Roxie 30?**
A. Which is OxyContin 30 milligram.
**Q. And so what does that mean? What does that have to do with the Fentanyl?**
A. They're making them.
**Q. Is it they cut the OxyContin with Fentanyl?**
A. I've seen on Drugs, Inc. they're making pills out of Fentanyl to look like actual pills.
**Q. Okay. Doesn't that stuff kill you, or can it kill you?**
A. Yeah, I guess so. I mean, but I had no clue that it was, I mean.
**Q. All right. Well, so you're in the hospital. How long are you in the hospital for? Do you remember?**

A. It was a little over a week and a half.
**Q. In the hospital. And you are told in the hospital that you're paralyzed?**
A. Which time are you talking about?
**Q. The first time you were told.**
A. Are you talking about after the wreck or...
**Q. Yeah, after the wreck. I'm not talking about this other one.**
A. I was in there 28 days.
**Q. Okay. In the hospital 28 days. Which hospital? Were you in General?**
A. General.
**Q. Well, tell me about it. When you wake up, what happens?**
A. I woke up. I don't know if it was, like, 14, 16 days. She told me I was paralyzed. I went back out, and I don't remember -- I remember, like, the day before I got out, they told me if I had a bowel movement, that I'd be released, and that evening I had a bowel movement.
**Q. So they told you you were paralyzed?**
A. Yeah.
**Q. And what did you think?**
A. I didn't want to believe them.

**Q. Okay. Were you -- you know, obviously that's some pretty devastating news, right?**
A. Yeah. Like I said, I was asleep 90 percent of the time I was in there, either asleep or I'm not sure exactly.
**Q. Right. What else do you remember about being in the hospital other than being asleep?**
A. Nothing really.
**Q. Not much?**
A. I remember the first time I tried to sit up, I fell completely forward. I had no trunk strength in me.
**Q. You fell completely forward?**
A. Well, they didn't let me fall completely forward.
**Q. Somebody was there, right?**
A. I was trying to look at my toes, and I couldn't support myself.
**Q. You tried to sit up in the bed you're saying?**
A. I sat up in the bed with my legs hanging off the side of the bed. I went to look at my toes, and I just kept...
**Q. Just kept going down?**

A. Yeah.
**Q. Because you had no strength in your trunk?**
A. Yeah.
**Q. So did they give you any therapy while in the hospital?**
A. I was out the whole time. I mean, I don't really know. I transferred -- the day that I set up first, they showed me how to transfer.
**Q. What's that?**
A. I said that the day that I set up, they showed me how to use a transfer board and told me if I had a bowel movement, I could leave. And I had a bowel movement. I called my dad and told him to come get me.
**Q. So you didn't have any real therapy in the hospital.**
A. No.
**Q. They said if you had a bowel movement, then you could leave?**
A. Yeah.
**Q. And you had a bowel movement so you left.**
A. (Nodding head.)
**Q. Yes?**
A. Yes.

**Q. So who came and picked you up?**
A. My dad.
**Q. Did they give you a wheelchair?**
A. Yeah.
**Q. And you left the hospital?**
A. Yes.
**Q. So tell me what happens when you leave.**
A. I went to -- ended up moving --
**Q. Speak up.**
A. Ended up moving in with my mom because me and my dad had a falling out.
**Q. Did you move in with your dad first?**
A. He picked me up, and I went to my mom's house.
**Q. You told me. What's your mom's name?**
A. Tonya Devitt, D-E-V-I-T-T.
**Q. If you need to take a break at any time, let me know, by the way.**
A. (Shaking head.)
**Q. So you go to her house. Where does she live?**
A. At the time she was staying with a friend on South Ruffner.
**Q. And what happens when you get there?**

A. Nothing really. I mean, I stayed there for a couple weeks.
**Q. Did you get in the bathroom?**
A. No. I have to rent a hotel room to get in a bathroom to take a shower because I don't have a handicap accessible shower.
**Q. What about how to go -- can you get onto and off of the toilet?**
A. No, I can't. I can't. I have to be digitally stimulated, like, literally have to dig.
**Q. What about peeing?**
A. I have to cath myself.
**Q. Okay.**
A. Well, at the time I had a Foley bag.
**Q. How long did you have a Foley bag?**
A. I can't tell you exactly how long.
**Q. So you go to your -- your dad takes you to your mom's, and you live at your mom's for a couple weeks?**
A. Yeah.
**Q. And then where do you go?**
A. Ended up my mom had to leave where she was, so we went and stayed with one of our friends.
**Q. Stayed with what?**

Page 53

A. With the lady that owned the vehicle that was -- that I had flipped when the police -- we ended up moving in with her.
**Q. Who's that?**
A. Leslie Swift.
**Q. How long did you live with Leslie Swift?**
A. Maybe a month.
**Q. Where does she live?**
A. South Ruffner.
**Q. All right. Go to Leslie Swift's house. Do you know her phone number?**
A. No, I don't.
**Q. So how did you go to Leslie Swift's? Was it accessible or what?**
A. It was a struggle. I was homeless, I mean. It was a big struggle. That's why I stayed in the hospital most of the time.
**Q. So you go to Leslie Swift's house. How long are you at Leslie Swift's house?**
A. About a month.
**Q. Where did you go next?**
A. I ended up going -- my friend's mother died, and he let me stay at his home because he moved into his mom's house.

Page 54

**Q. Who is your friend's mother?**
A. I'm not sure. Snodgrass was the last name.
**Q. Who is your friend?**
A. Eddie Snodgrass.
**Q. Eddie Snodgrass. So you stayed at Eddie Snodgrass's house for how long?**
A. A couple months, then I went to the hospital the whole month of December.
**Q. Then went to the hospital?**
A. Yeah, the whole month of December because I had a bad infection.
**Q. December of what?**
A. Last year.
**Q. 2020?**
A. Yeah. And while I was in the hospital, my house burnt down on Christmas.
**Q. When you were in the hospital, your house burns down?**
A. Yeah.
**Q. Well, whose house?**
A. It was Eddie's. I was looking to buy it from him, but...
**Q. How would you buy it? How do you have any money?**

Page 55

A. Huh?
**Q. How do you have money?**
A. I don't have the money. I was looking to buy it. He was being generous enough to let me stay.
**Q. That's not what I'm saying. Like how would you get money to buy the house?**
A. I didn't have -- at the moment I didn't have a clue. I mean, I was just hoping something would come along.
**Q. All right. So that was in December you were in the hospital of 2020, and then so where do you go after that?**
A. I go to my grandmother's house.
**Q. Go to your grandma's house. What's your grandma's name?**
A. Helen Lacy.
**Q. What?**
A. Helen Lacy.
**Q. All right. And where does Helen live?**
A. Nitro.
**Q. Does she live with anybody?**
A. My uncle takes care of her.
**Q. What?**
A. My uncle takes care of her.

Page 56

**Q. What's his name?**
A. Bradley Means.
**Q. And are you still living there?**
A. No. Back with my father.
**Q. How long did you live with Helen?**
A. A month and a half, two months.
**Q. And then you moved with your dad?**
A. Yeah.
**Q. Now you're back with your dad?**
A. Yes.
**Q. Where does he live?**
A. North Charleston.
**Q. What's the address?**
A. 2615 6th Avenue.
**Q. What's your dad's phone number?**
A. 964-1431.
**Q. 964-1431?**
A. Yeah.
**Q. And your dad, does he own a business?**
A. Yes.
**Q. Absolute Contracting?**
A. Yeah.
**Q. Does he still do that?**
A. Yeah.

**Q. And that business is out of his house, isn't it?**
A. Yeah. He has a contractor business.
**Q. Well, that's what I'm saying. Does he work out of his house or does he have an office?**
A. Yeah, out of his house.
**Q. What's that?**
A. Out of his house.
**Q. What does he build?**
A. Anything.
**Q. All right. So you're living with your dad. And how is life living with your dad?**
A. It's not pleasant.
**Q. Why?**
A. Because we've never gotten along.
**Q. What is that?**
A. We've never gotten along.
**Q. All right. Why have you not ever got along with your dad?**
A. Because he's a toad. He's just a different breed. He's a money hungry type of person.
**Q. He's what, money hungry?**
A. Yeah.
**Q. Was your doing drugs an issue with your father?**

A. No.
**Q. Really?**
A. Really.
**Q. Your dad wasn't bothered that you were doing drugs?**
**MR. diTRAPANO: I'm going to object to the form of the question.**
A. I mean, he didn't really know. We never really spent any time together because we don't get along.
**Q. So how do you live at your dad's house? I mean, what kind of house is it? In other words, how do you, in a wheelchair, get around in your dad's house?**
A. I lay in my bed most of the time.
**Q. Can you get up out of bed?**
A. Yeah, but I don't really because of the pressure ulcers.
**Q. Because what?**
A. I have pressure ulcers.
**Q. Your pressure ulcers, where are your pressure ulcers?**
A. I've got one on my coccyx and bilateral on each butt -- bottom of each butt cheek, and I've got two on each leg, like, down my calf and one on my ankle.

**Q. So if you lay in the bed, it's better? It avoids pressure ulcers?**
A. Yeah. I can roll back and forth. I'm not supposed to sit up like this in a wheelchair. I mean, it causes them.
**Q. Try and move around?**
A. Yeah. Rolling side to side, back and forth every two hours.
**Q. What do you mean? What, in your wheelchair you try to move back and forth?**
A. In my bed.
**Q. What's that?**
A. In my bed.
**Q. In your bed.**
**So what do you do to strengthen your trunk? Anything?**
A. What do you mean? I've got 11 inches of rods in my back. There isn't much I can do in the strength of my trunk.
**Q. Can you do this (demonstrating)?**
A. I mean, yeah.
**Q. What's that?**
A. Yeah. I can do pull-ups with my trapeze too.

**Q. (Demonstrating). Did you see what I just did?**
A. Uh-huh.
**Q. Do that.**
A. (Demonstrating.)
**Q. That will help strengthen your trunk.**
**Can you lean forward?**
A. No. That's as far as I can lean (demonstrating).
**Q. You can't lean forward at all?**
A. No.
**Q. Can you, like, just do like this (demonstrating) just back and forth?**
A. I just did as much as I -- as far as I can go.
**Q. Because of the rods in your back?**
A. Yeah.
**Q. Can you push up at all?**
A. Yeah.
**Q. Let me see.**
A. (Demonstrating.) I mean, I could do more, but I'm hurting right now. I've been sitting up longer than I'm supposed to be, I mean.

**Q. You can transfer in and out of your wheelchair?**
A. Most of the time. My dad helps me other times.
**Q. You don't use the toilet?**
A. (Shaking head.)
**Q. Right?**
A. No.
**Q. You've got to cath yourself?**
A. Yeah.
**Q. You have to cath yourself to pee, and you've got to have digital stimulation in order to have a bowel movement.**
**Who gives you -- do you give yourself digital stimulation?**
A. My aunt does it for me.
**Q. Your aunt does?**
A. Yeah.
**Q. Who's your aunt?**
A. Rebecca Parsons.
**Q. Aunt Rebecca Parsons. Is she a nurse or anything?**
A. No.
**Q. What's her -- do you know her name and number? I know her name, but what's her number?**

A. She doesn't have a phone number.
**Q. How do you get ahold of her?**
A. My dad just picks her up every other day.
**Q. Your dad picks her up every -- what, she comes over, digitally stimulates you?**
A. She comes over. My nurse comes Monday, Wednesday, and Friday. She comes Tuesdays, Thursdays, Saturday, Sunday.
**Q. The nurse comes Monday, Wednesday, and Rebecca comes -- say that again?**
A. Tuesdays, Thursdays, Saturday, and Sunday.
**Q. Who pays for your nurses to come?**
A. Nobody.
**Q. Federal government?**
A. I guess my insurance.
**Q. What's that?**
A. My insurance, I guess. Medicare, whatever.
**Q. So the government pays?**
A. (Nodding head.)
**Q. Is that a yes?**
A. Yes.
**Q. Well, tell me about -- what's your life like? What do you do? You wake up and do what?**

A. Watch TV. I get up occasionally.
**Q. What's that?**
A. I said I get up occasionally and sit out on the porch, but it's not very often.
**Q. Are you able to transfer from your bed to your wheelchair?**
A. Sometimes. I mean, my hips hurt a lot. I mean, it's not -- it's unexplainable.
**Q. What's that?**
A. It's unexplainable as to what -- the way my hips feel. I mean, it's... I don't know.
**Q. Well --**
A. Sometimes I can transfer and not be afraid of doing it, and sometimes others is just...
**Q. Sure. And then other times you can't transfer.**
A. I need help.
**Q. Sometimes you can transfer and sometimes you can't, right?**
**Have you got a bed rail?**
A. Yeah. It's a medical bed.
**Q. It's a what?**
A. Medical bed.
**Q. What does that do?**

A. Provided from the hospital.
**Q. Yeah, what's that do? Does that lift you up?**
A. I mean, it sets me up and lifts my legs up.
**Q. If you're laying down, can you get yourself up? Meaning you're laying down flat like this (demonstrating), can you sit up?**
A. No.
**Q. All right. How do you get up then?**
A. My bed lifts me up. It sits up.
**Q. Oh, the bed sits you --**
A. It's a medical bed. You know, the back lifts up and the legs go up.
**Q. Okay. So what else can you tell me about your life? You filed a lawsuit and you're asking a jury to pay you money damages. You will be asking a jury to pay you money damages, and so what I'm trying to get at is why you're -- what are your injuries that you're going to tell a jury about? And a doctor is going to testify and say things, I understand that, but I'm just saying you.**
A. Me, my life has come to a halt basically. I mean, I have no life anymore.
**Q. How so?**

A. I'm limited in my mobility, limited mobility. I mean, constant pain. I can't -- my dog's afraid to jump in the bed with me. He's afraid he's going to hurt me, I mean.
**Q. You're in constant pain?**
A. Yeah.
**Q. What hurts?**
A. My back. My legs feel like elephants are sitting on them, I mean. I guess it's called phantom pains. Mentally.
**Q. Mentally what?**
A. Mentally fucked.
**Q. How are you mentally fucked?**
A. Because I never had to ask anybody for anything.
**Q. What's that? Take your time if you need to. Take your time.**
A. Because I can't shit on my own. Because I can't do anything by myself. I have to ask everybody for everything.
**Q. What else?**
A. What do you mean what else?
**Q. I understand that your life has been affected by this, obviously, but what I'm asking you to do is**

**tell me how your life has been affected. Obviously you're in a wheelchair and obviously you can't walk anymore.**
A. It's been affected fully. I mean, I have no visitors. I mean, nobody -- I mean, how do -- I need to take a break.
**Q. Let's do it.**
**MR. diTRAPANO: Let's take a break**
MR. RUGGIER: Take a break.
(Whereupon, a recess was taken.)
BY MR. RUGGIER:
**Q. So you were telling me about how bad things were for you and how difficult things are and how you've been damaged by this and how this is problematic obviously, and one of the things you were saying is you have to ask everybody to do everything for you.**
A. Yeah, I do.
**Q. Because you're in the wheelchair and, you know, you can't --**
A. No mobility.
**Q. No mobility. You can't go places, right? What else?**
A. And everything in my life has changed completely.

**Q. Everything has changed.**
A. I can't work no more. I mean, it depresses me that I can't work. It's just there's nothing -- nothing's the same.
**Q. You can't work no more?**
A. Not the work I like to do.
**Q. Well, have you thought about you might have to change that?**
A. What?
**Q. Have you thought about you might have to change that?**
A. I can't climb a ladder. I mean, how could I change that?
**Q. Well, what I'm saying is you might have to --**
A. I'll eventually work into figuring out something.
**Q. You've got to look elsewhere. You're not going to be laying bricks anymore or whatever it was. You can't climb ladders, right?**
A. Yeah. I'll eventually work it out. I mean, it's only been a year ago; so...
**Q. Sure. Have you got any plans?**
A. Not at the moment.
**Q. Tri-State Rehab.**

A. What is it?
**Q. West Virginia State Rehabilitation. They're often -- they can often help people with disabilities get involved in employment.**
A. I'll work it out eventually, I mean.
**Q. What's that?**
A. I said I'll work it out eventually.
**Q. Well, you've kind of got to.**
**What other ideas do you have for employment?**
A. My dad's wanting me to do the paperwork for his business.
**Q. Are you going to do that?**
A. Maybe. More than likely.
**Q. What?**
A. More than likely will.
**Q. So you can do paperwork for your dad's business. What else can you do?**
A. I haven't thought about it enough yet, I mean.
**Q. How come?**
A. Because I'm still trying to get used to what's --
**Q. Get your mind right?**
A. Yeah.

**Q. How long has it been? It's been about --**
A. Almost a year.
**Q. -- almost a year, something like that.**
A. Yeah. I'm going to get all these pressure wounds healed up.
**Q. Well, will they heal up?**
A. They should.
**Q. Well, so I don't know. So, I mean, they'll -- whether they'll heal up. Are you doing stuff to make them heal?**
A. I have nurses coming in, and my aunt's taking care of them, changing bandages and...
**Q. Well, take me through your day. You know, you wake up. You watch TV. What else?**
A. Not much. I mean, I don't really get up that much because I don't want my pressure wounds to get any bigger. I mean, I want to let them heal like you're supposed to, I mean.
**Q. So you're mostly laying in your bed?**
A. Mostly.
**Q. And you're mostly watching TV all day.**
A. Mostly.
**Q. Are you doing anything for your -- are you depressed?**

A. Occasionally I just get down sometimes but, no, I'm not.
**Q. Are you taking any medication for depression?**
A. No.
**Q. Really?**
A. Really.
**Q. No medication for depression at all?**
A. No. I don't feel as I'm depressed. I'm just getting used to the hand I've been dealt, I guess.
**Q. What else can you tell me about the hand you've been dealt, as you call it? You just basically all day long mostly just lay in the bed and watch TV?**
A. Do pull-ups and...
**Q. What's that?**
A. Do pull-ups, try to keep a little bit of upper strength. That's basically it.
**Q. Do pull-ups, wait for your nurse to come or your aunt to come.**
A. Aunt, yeah.
**Q. Bathroom and whatnot. So can you eat like normal?**
A. Yeah.
**Q. Are you hungry? Not right now, but I'm saying do you eat?**

A. Yeah. I've got a normal appetite.
**Q. Have you gained weight, lost weight, what?**
A. I'm not sure. I haven't been weighed since the last time I was in the hospital.
**Q. Does your upper body look kind of the same or different or what? Do you know?**
A. Different. Not -- I used to be a lot skinnier, my upper body.
**Q. Okay. So you used to be thinner?**
A. Yeah.
**Q. What else? What else can you tell me about life in the chair?**
A. I don't live life in the chair. I'm afraid of pressure wounds. I have to have my pressure wounds healed before I get in my chair more. I used to fall asleep in my chair. That's the reason I got my pressure wounds.
**Q. Well, not just life in the chair, but what else can you tell me about your life?**
**Can you have sex?**
A. No, I can't.
**Q. What else can you tell me? Got a girlfriend or anything?**

A. No.
**Q. Do you have friends?**
A. Yeah, a couple, but they don't come around.
**Q. Don't see them that much?**
A. No, not really.
**Q. What else can you tell me about your life?**
A. I mean, it's changed. It's not the same. It's...
**Q. Can you tell me how your life is not the same? I know I kind of asked you that before, but I'm trying to get you to tell me a little bit more than what you've told me.**
A. There's not much more to tell. I mean, I can't do anything. At the moment I'm not capable of doing anything until my pressure wounds are healed. I mean, I don't. I'm in fear of them getting worse and me getting more infections and then going back in the hospital.
**Q. Is that what the infections were that stopped the depositions the other day or --**
A. No. I was constipated.
**Q. Yeah, that was constipated, but maybe the time before. The deposition was canceled because you had infection? Is that what we're talking about?**

Page 73

MR. diTRAPANO: Yeah, it's the time he was in the hospital.
A. Yeah.
Q. Were you in the hospital because of your pressure wounds?
A. Yeah.
Q. Is that the infection that we're talking about is --
A. No. It was a stent.
Q. It was a stent?
A. Yeah. I had a kidney stone.
Q. Okay. So you had a kidney stone?
A. Yeah.
Q. Could you feel it?
A. No.
Q. The kidney stone caused the infection?
A. Yeah. That and a UTI where I have to cath myself. Ran out of catheters. I had to boil and reuse catheters.
Q. Is there anybody else in the house other than your dad?
A. His fiancee.
Q. His fiancee?
A. (Nodding head.)

Page 74

Q. Did you tell me her name already?
A. Renee Fuson.
Q. Say it again?
A. Renee Fuson.
Q. How often is she there? Does she live there?
A. Yeah.
Q. Is she there all day long or what?
A. Basically.
Q. Is she the one that helps you the most?
A. She doesn't help me. She's not capable.
Q. Why not?
A. Because she's had, like, 32 different surgeries, and she's just a little ol' thing.
Q. Why has she had 32 surgeries?
A. Carpal tunnel and knee surgeries, surgery on her neck. I don't know.
Q. Yeah, but can she help you by whatever?
A. She brings me food and drinks.
Q. Yeah. She'll bring you food, drinks. She can get something off the shelf if you want it, that kind of thing?
A. Yeah.
Q. Is she the one that's mostly taking care of

Page 75

you?
A. I guess.
Q. Are you currently getting any kind of psychological counseling or anything like that?
A. No. I don't feel as I need it. I'm a strong willed, strong minded person. I can deal with it. My doctors have actually said I've dealt with it a lot better than they've seen a lot of people deal with it, considering the fact.
Q. Did you have any career plans before this?
A. I was working construction.
Q. Just working construction?
A. And I was hoping to start a grave digging services.
Q. Were you working construction or doing grave digging before this happened?
A. In between both really.
Q. Kind of in between jobs when this happened?
A. Yeah.
Q. Are you receiving any kind of benefits right now?
A. I just started getting Social Security.
Q. What do you get?
A. 528 a month.

Page 76

Q. Anything else?
A. No.
Q. What's that?
A. No.
Q. No other money?
You say you were in Charleston General. Had you ever -- what was it, CAMC General? Downtown, is that where it was?
A. Yeah.
Q. Had you ever been to any other hospitals before?
A. Memorial.
Q. Why were you at CAMC Memorial?
A. My Foley bag got blocked a couple times.
Q. Had you ever been anywhere before the accident?
A. No, not really. I never went to the hospital.
Q. What's that?
A. I never really went to the hospital for anything.
Q. Do you have any movement in your legs at all?
A. No.

**Q. What's that?**
A. No.
**Q. How do you get dressed?**
A. My aunt helps me.
**Q. Who does?**
A. My aunt or my dad.
**Q. Somebody has to help you get dressed?**
A. Yeah.
**Q. How do you get a shower or clean yourself?**
A. I rent a room, a handicap accessible, that's got a handicap accessible bathroom in it.
**Q. You can't take a shower at your dad's house or you can't --**
A. I'm afraid to get in the bathtub, afraid of falling out.
**Q. Do you --**
A. I'd wash myself with a rag. My aunt gives me a soap bath every now and again.
**Q. What's that?**
A. My aunt will wash me down with a soapy rag.
**Q. You can wash yourself, though, right?**
A. My hands, my head, and my face, yeah.
**Q. You can wash your body, right? And you can wash your legs, right?**

A. No, I can't. I mean, I can...
**Q. Why?**
A. Because I can't really reach my legs if I'm lying down.
**Q. What's that?**
A. I can't really reach that -- I don't reach down to my knees.
**Q. You can reach, like, up to the top. You can reach the top part of your legs.**
A. Yeah.
**Q. You can't bend over?**
A. No, I can't bend over.
**Q. And the reason you can't bend over is because of the rod in your back?**
A. Yeah.
**Q. So you can wash most of your body, right?**
A. Some of it, not most of it.
**Q. Who got you dressed today?**
A. My dad.
**Q. You can't put on shoes or socks or anything like that?**
A. No.
**Q. You can't put on underwear?**
A. No. I can't wear underwear. I've got to wear a diaper.

**Q. You've got to wear a diaper? When your dad puts the diaper on you, can you push yourself up?**
A. No. I've got to roll from side to side.
**Q. What about if you push yourself up, though?**
A. I can't. It doesn't work like that. I have to roll from side to side for him to put my diaper on. I can't push my hips off the bed. My hips don't work.
**Q. I thought you pushed yourself up. So you can't push yourself up?**
A. Not in the bed, no, I can't.
**Q. What's that?**
A. Not in the bed, no, I can't.
**Q. Not in the bed?**
A. Not in the bed. And it's -- I never really tried to do it in a chair. I don't want to get in my chair naked.
**Q. What's that?**
A. I never tried to do it in my chair. I don't want to get in my chair naked.
**Q. I just wonder if it would be easier for you.**
A. I mean, I don't think it would. It's easier to roll from side to side.
**Q. You roll from side to side when you're in the bed. Your dad pulls up this side and you pull up that?**

A. Yeah.
**Q. Have you tried to do it yourself?**
A. I can't.
**Q. You can't?**
A. Like I said, I can't reach my feet. I can't get --
**Q. Well, yeah. I mean, like, roll, pull up your diaper on one side and pull up your diaper on the other side? Anything like that to do it yourself?**
A. I have to support myself. I have to hold on to my bed rail as he pulls them up. I have no free hand. If not, I just flop back.
**Q. Have you had to pay any money out of pocket for your medical treatment?**
A. I have no money to pay out of pocket, so no.
**Q. Do you keep a diary or anything?**
A. No.
**Q. Who have you talked to about this incident?**
A. Family members.
MR. diTRAPANO: I mean, besides your lawyers.
**Q. Not your lawyers.**
A. Family members.
**Q. Who?**

A. People in my family.
**Q. Right. So who?**
A. Immediate family.
**Q. Which family members?**
A. I mean, the ones, I mean --
**Q. You've just got to tell me about it. Your dad. You talk to your dad.**
A. Yeah.
**Q. Who else?**
A. My dad, my grandma.
**Q. Your dad and your aunt?**
A. My dad's old lady and my aunt, I mean.
**Q. Your dad's old lady. Renee?**
A. Yeah.
**Q. Who else?**
A. Nobody really. My buddy Austin. That's about it.
**Q. Okay. Your friend Austin?**
A. Yeah.
**Q. What's his name?**
A. Austin Price.
**Q. What's his phone number?**
A. I'm not sure of it.
**Q. Is it Price, P-R-I-C-E?**

A. Yeah.
**Q. You told me that you -- what did your doctor tell you about being lifted up? You were talking to me about that a little bit.**
A. What do you mean lifted up?
**Q. Being lifted up by the officers and that's what caused you to be paralyzed.**
A. He said it could have been a reason, that there was such significant damage. It was a hundred percent tear in my spinal cord, I mean, and he said it was significant, meaning as it was like -- he told me it was like pulling nerve endings, stretching them until they snap. You know how they fray on the ends?
**Q. Yes.**
**MR. diTRAPANO: I'm just going to lodge an objection to the -- to him saying "lifted up." I don't know that that's what he said. Maybe it was, but the record will reflect.**
MR. RUGGIER: However you want to call it, yeah, pulled up by them or whatever.
BY MR. RUGGIER:
**Q. Did he say anything else to you --**
A. Not really.
**Q. -- about how this happened?**

A. (Shaking head.)
MR. diTRAPANO: He said no or trying to say --
A. Oh, yeah, I said no.
**Q. What's that?**
A. No. I didn't say anything else.
**Q. Okay. Which doctor told you that?**
A. I'm not sure. It was just literally telling me that. He was just saying the way it looked, I mean, the way that the nerves looked, it...
**Q. Who has been your main doctor throughout this?**
A. Family Medicine. I don't really -- they've had me under, like, five different doctors, but I guess Dr. Jarrell is the one.
**Q. Dr. Jarrell? Is he what, the main doctor that - --**
A. That's -- I'm not sure really.
**Q. -- you've seen the most? Is he the doctor that you've seen --**
A. Maurer is the one that I've seen the most. M-A-U-E-R, I think. It's a lady. I'm not sure of her first name.
**Q. Okay. Any others?**
A. Gerald, Gregory Gerald.

**Q. Is Gerald different than Dr. Jarrell?**
A. They're all family medicine. Yeah, he's different than Jarrell.
**Q. Dr. Gerald. Can you spell that?**
A. I don't really know how to spell it.
**Q. G-E-R-A-L-D maybe or...**
A. I guess.
**Q. Or do you know?**
**Now, have you talked to any South Charleston Police Officer about this at all?**
A. No. I don't even go to South Charleston. I never will again.
**Q. Have you talked to those two girls who videoed it?**
A. No.
**Q. Have you talked to any of the EMS guys --**
A. No.
**Q. -- or girls?**
A. Not that I know of, I mean.
**Q. Don't know?**
A. I guess they were out of Boone County, so I don't go to Boone County no more, so I guess not.
MR. diTRAPANO: I have to take a call at 3:00 remember.

MR. RUGGIER: I do. I will hopefully be done.
BY MR. RUGGIER:
**Q. Do you wish you would have just pulled over?**
**MR. diTRAPANO: Object to the form.**
A. I wish I would have had a chance to pull over.
**Q. Do you have any regrets about that day?**
**MR. diTRAPANO: Object to the form.**
A. I don't know.
**Q. What's that?**
A. I don't know.
**Q. You said "I don't know"?**
**Do you regret driving on a motorcycle without a license?**
A. Not really.
**Q. Do you regret driving the motorcycle that day without insurance?**
A. Yeah, I guess so.
**Q. Do you regret not stopping the motorcycle --**
**MR. diTRAPANO: Object to the form.**
**Q. -- when being pursued by the police?**
A. I don't know how to answer that.
**Q. What's that?**
A. I said I don't really know how to answer that because I don't feel as if I was being pursued. There was no lights on.

MR. RUGGIER: I'd like to make this an exhibit. Make it Exhibit 1.
MR. diTRAPANO: What is that?
MR. RUGGIER: Photos. Stuff that was -- I'll show it to you in a second.
MR. diTRAPANO: Are these police officer photographs?
MR. RUGGIER: Yes.
(Means Deposition Exhibit No. 1 was marked for identification.)
MR. diTRAPANO: Okay. Do you want the witness to look at it?
MR. RUGGIER: Yeah, take a look at it.
BY MR. RUGGIER:
**Q. Billy, handing you what's Exhibit 1. Do you see that?**
A. Yeah.
**Q. Can you tell me what those items are?**
A. Brazing torches, a battery.
**Q. One second. What color are the brazing torches just so --**
A. Red and yellow.

**Q. Yellow? Both of them are yellow?**
A. Red and yellow.
**Q. Oh, red and yellow. I'm sorry.**
A. And brazing hose, wire connectors, my book bag. I don't know where that blue bag came from.
**Q. What is the -- what's a brazing hose for?**
A. To braze two types of metals together, I mean, like, brazing brass.
**Q. What's that?**
A. It's a type of welding.
**Q. It's for welding. It's not ever used to make meth?**
A. I'm not sure. I know that I use them for welding, brazing.
**Q. Have you ever used it to make methamphetamines?**
A. I've never made methamphetamines.
**Q. Have you ever used it to make any type of illegal drugs?**
A. No. I used them for what they are -- calls for, brazing.
There's a battery, which that's a headlight. I mean a spotlight. And the headlight, wire connectors.

**Q. What are the wire connectors for? The headlight?**
A. Connecting wires. I mean, yeah, the headlight.
**Q. Okay.**
MR. RUGGIER: It's 2:54.
**Q. What's the white cylindrical plastic thing there in the middle?**
A. I have no clue at all.
**Q. Is that your book bag or is that a backpack or do you know, the blue thing?**
A. I don't know where that came -- that backpack back up there in the corner, that was my backpack.
**Q. The black one?**
A. Yeah.
**Q. And you don't know what the blue thing is?**
A. No.
**Q. You have never seen that before?**
A. No. That wouldn't fit in my backpack. I can fill a lot of stuff in that backpack.
**Q. Okay. Before we make this an exhibit, do you know what that is?**
A. A speedometer or an rpm gauge, one of the two.

Page 89

**Q. Was that on your bike?**
A. It was. It looks more like the rpm gauge. Does it go up to 16?
**Q. I'm not sure. I can't see.**
MR. RUGGIER: Make this Exhibit 2.
(Means Deposition Exhibit No. 2 was marked for identification.)
BY MR. RUGGIER:
**Q. I'm handing you what's been marked as Exhibit 2. Can you tell me what that is?**
A. I have no clue. I don't know. I know that I had nothing on me besides -- all that stuff right there I can account for, but not that. It doesn't even look like my book bag actually.
**Q. So is that your backpack?**
A. It doesn't look like my backpack.
**Q. What's that?**
A. I said it doesn't look like my backpack.
**Q. So this is not your backpack in Exhibit 2?**
A. It doesn't look like the one I had. It didn't have pockets like that.
**Q. And so do you know what is in the plastic inside the backpack there?**
**MR. diTRAPANO: Object to the form. He said**

Page 90

**it's not his backpack.**
**Q. Or whatever this is in the photo in Exhibit 2. Do you know what that is?**
A. Huh-uh.
**Q. You have to say it on the record.**
A. No, I don't know what it is.
**Q. And so it's your testimony that this is not your backpack in Exhibit 2.**
A. It doesn't look like my backpack. My backpack was a military backpack.
**Q. Okay.**
A. It was like a military -- it was a riding backpack.
**Q. At any point throughout that -- we'll call it the pursuit, or however you want to phrase it, were you attempting to remove the backpack on your back and throw it out?**
A. No.
MR. RUGGIER: I want to get copies of those before we leave.
**Q. What's your tattoo?**
A. Which one? This?
**Q. Yeah. What's on your right arm?**
A. This?

Page 91

**Q. That's your left. What's on your right?**
A. It's Veritas and Aequitas.
**Q. Veritas and what?**
A. Aequitas.
**Q. What's that mean?**
A. Truth and justice.
**Q. What's on your left?**
A. An area code.
**Q. What's that?**
A. Area code.
**Q. Because you're from the 304?**
A. It was I was young and dumb, I mean.
**Q. What's that?**
A. I actually drew it and had nobody do it for me.
**Q. When did you get both of those?**
A. I was 17.
**Q. What's that?**
A. When I was 17.
**Q. Do you have any plans on going to school in the future?**
A. Not sure. Probably I will.
**Q. What's that?**
A. I said I'm not sure. I may.

Page 92

MR. RUGGIER: 3:01. I'm done.
MR. diTRAPANO: I have, like, maybe two follow-up questions.

EXAMINATION

BY MR. diTRAPANO:
**Q. Billy, the first question is for clarification, was that when you testified earlier that through a series of questions about when you first could tell that you had no feeling in your legs, that was somewhere in the process of the police dragging you across the railroad tracks.**
A. Yes.
MR. RUGGIER: Objection to the form of the question, but you can answer.
A. Yeah.
**Q. Okay. Did you answer yes in the affirmative?**
A. Yes.
**Q. And then for clarification on these exhibits, Exhibit 1 and 2, you were asked some questions about some -- it looked like bags or cylinders or something on here.**
**You don't have any knowledge of what that is and your testimony was that did not belong to you?**

A. What, the cylinders?
**Q. No. Whatever the plastic bags were in Exhibit 2.**
A. Yeah. That doesn't even -- I mean, it's not -- it doesn't even look like -- it's not my book bag, I mean.
**Q. You don't know what --**
A. I have no clue as to what that is.
**Q. And I'm pointing to the bag --**
A. Yeah, the bag.
**Q. -- with the tied baggie, right?**
A. Yeah.
**Q. That's not yours?**
A. No.
**Q. And then whatever is in here, that's not yours.**
A. No.
**Q. So the first, just so we're clear, the first time that you knew that you could not move your legs was after the police officers had grabbed your wrists and drug you across the tracks.**
A. Yeah.
MR. diTRAPANO: That's all the questions I have.

MR. RUGGIER: I do not have any further questions.
Let me see that. Before we go, can you hand me that photo, Exhibit 1, the furthest one?
EXAMINATION
BY MR. RUGGIER:
**Q. Up at the top in Exhibit 1, it looks like a black backpack. Is that yours?**
A. Yeah.
**Q. Okay. And the black backpack in Exhibit 2, does that not look like the same backpack that's in Exhibit 1?**
A. Not to me. I mean, because I know my backpack didn't have these. I mean, it didn't have those kind of pockets.
**Q. You're saying yours didn't have the drugs or whatever --**
A. It didn't have those type of pockets.
**Q. Okay.**
A. And I had no drugs at all, I mean. I mean...
**Q. What's that?**
A. I mean.
**Q. You just don't know where that came from?**
A. I don't know. And even if -- it can't be much

of it. I'm not -- there's nothing really there. You know what I'm saying? It's...
**Q. I don't. Explain to me.**
A. Like I don't know how to explain it. It wouldn't be something worth losing half my body not pulling over. You know what I'm saying?
**Q. Are you saying there's not enough drugs there for you to actually even be worried about being pulled over?**
A. Yeah. But if it was not, I wouldn't worry. You know what I'm saying? If it were me and I did have that, I wouldn't be worried about getting caught with it, I mean.
**Q. Why, because it's a small amount?**
A. Because, yeah, I mean, it's -- there's nothing really there, but it's not mine.
**Q. What is it? Do you know?**
A. I have no clue.
**Q. Just in looking at it, can you tell? What's it look like to you?**
A. It could be any -- I mean, what does it look like to you? I mean, it could be powder, sugar in the bag.
**Q. Yeah, but, I mean, so it could look like**

**sugar, it could look like cocaine, it could look like crystal meth. Is that --**
A. I mean, it looks like some substance in a bag.
**Q. I don't know. My knowledge is from Breaking Bad, man, so I don't know.**
**MR. diTRAPANO: Object to the form.**
A. Breaking Bad.
MR. diTRAPANO: I don't think I have any further questions.
Do you have anything else?
MR. RUGGIER: No.
(Having not requesting to read his deposition before filing, further this deponent saith not.)

STATE OF WEST VIRGINIA,

COUNTY OF PUTNAM, to-wit:

I, Laurie L. Cunningham, a Notary Public within and for the County and State aforesaid, duly commissioned and qualified, do hereby certify that the foregoing deposition of WILLIAM MEANS, was duly taken by me and before me at the time and place and for the purpose specified in the caption hereof, the said witness having been by me first duly sworn.

I do further certify that the said deposition was correctly taken by me in shorthand notes, and that the same were accurately written out in full and reduced to typewriting and that the witness did not request to read his transcript.

I further certify that I am neither attorney or counsel for, nor related to or employed by, any of the parties to the action in which this deposition is taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties or financially interested in the action and that the attached transcript meets the requirements set forth within Article twenty-seven, Chapter forty-seven of the West Virginia code.

My commission expires April 25, 2025.

Given under my hand this 26th day of April, 2021.

Laurie L. Cunningham

Laurie L. Cunningham, RPR
Notary Public

OFFICIAL SEAL
STATE OF WEST VIRGINIA
NOTARY PUBLIC
Laurie L. Cunningham
5448 Fisher Ridge Road, Liberty, WV 25124
My Commission Expires April 25, 2025

Exhibits

**Exhibit 1** 3:6 86:4,11, 17 92:20 94:4,7,12
**Exhibit 2** 3:8 89:5,6, 9,10,19 90:2,8 93:2,3 94:10

1

**1** 86:4,11,17 92:20 94:4,7,12
**11** 13:6 59:18
**14** 26:7,11 34:1 48:15
**16** 34:1 48:16 89:3
**17** 91:17,19

2

**2** 89:5,6,10,19 90:2,8 92:20 93:3 94:10
**2019** 42:23 43:1
**2020** 54:14 55:11
**25** 14:1
**2615** 56:14
**28** 48:9,10
**2:54** 88:6

3

**30** 47:8,10,11
**304** 91:11
**304-410-3619** 11:14
**304-590-4193** 39:24
**31** 25:21
**32** 74:13,15
**35** 14:1
**3:00** 84:23
**3:01** 92:1

4

**40's** 37:21
**410-3619** 11:20

5

**528** 75:24

6

**6** 39:14,16
**6th** 56:14

9

**90** 49:3
**911** 33:2
**964-1431** 56:16,17

A

**abandoned** 43:6
**above-mentioned** 4:2
**Absolute** 56:21
**accessible** 52:6 53:14 77:10,11
**accident** 13:12 23:20 37:4 76:16
**account** 89:13
**accurate** 23:22
**action** 4:2 22:16
**actions** 21:22
**actual** 14:19 38:9 47:17
**address** 42:5 56:13
**Aequitas** 91:2,4
**affected** 65:23 66:1,4
**affirmative** 92:17
**afford** 9:14
**afraid** 63:13 65:2,3 71:14 77:14
**ahead** 28:20,22
**ahold** 62:3
**air** 5:24
**alleged** 32:5,7
**Allen** 11:10
**ambulance** 31:24 33:22,23
**amount** 45:15 95:14
**amphetamines** 35:5 36:15
**angle** 17:22
**ankle** 59:1
**anticipate** 16:9
**anymore** 64:23 66:3 67:18
**apologize** 42:19
**appetite** 71:2
**approved** 7:9,11,12
**area** 8:15 16:18 91:8, 10
**arm** 31:2 90:23
**arms** 26:7,10
**arrest** 5:9,12 10:2
**asks** 34:6
**asleep** 49:3,4,7 71:17
**attempting** 41:21,22 90:16
**attorney** 44:12
**audible** 16:11
**audibly** 29:24
**audio** 21:12
**aunt** 61:16,17,19,21 70:19,20 77:4,6,17,20 81:11,12
**aunt's** 69:11
**Austin** 81:16,18,21
**Avenue** 56:14
**avoids** 59:3

B

**back** 4:18 5:2 7:13,15, 16 9:24 13:7,12 15:15,16 17:14 18:12, 14 19:12,13,21,23 20:2,3 28:16 33:24 34:21,24 35:1 43:10 46:5 48:16 56:4,9 59:4,8,11,19 60:14,17 64:12 65:8 72:17 78:14 80:13 88:13 90:16
**backpack** 88:10,12, 13,19,20 89:15,16,18, 19,23 90:1,8,9,10,13, 16 94:8,10,11,13
**bad** 34:23 38:2 45:2 54:11 66:12 96:5,7
**bag** 52:14,15 76:14 87:5 88:10 89:14 93:6,9,10 95:23 96:3
**baggie** 93:11
**bags** 92:21 93:2
**bald** 9:14
**band** 24:8,17
**bandages** 69:12
**basically** 4:13 5:6 21:14 64:22 70:12,17 74:9
**bath** 77:18
**bathroom** 25:24 52:3,5 70:21 77:11
**bathtub** 77:14
**battery** 86:21 87:22
**bed** 46:5 49:19,21,22 58:15,16 59:2,12,14, 15 63:5,20,21,23 64:10,11,12 65:3 69:19 70:13 79:8,11, 13,14,15 80:1,12
**bedside** 46:8,13
**bellybutton** 38:1
**belong** 92:24
**bend** 13:8 78:11,12, 13
**benefits** 75:20
**big** 38:1 53:16
**bigger** 69:17
**bike** 9:3 16:16,17 17:3,4,7,11,12,15 18:1 19:17,19 89:1
**bike's** 17:8
**bilateral** 58:23
**Billy** 4:7 16:5 86:17 92:6
**birth** 15:16 18:15
**bit** 70:16 72:11 82:4
**black** 8:6 88:14 94:8, 10
**Blizzard** 38:5,6,8,11, 21 40:9 42:2
**Blizzard's** 37:11,12, 13 38:9 40:6,14,20, 22,23 41:2,12,15,20 42:1,7
**blocked** 76:14
**blue** 87:5 88:11,16
**Bluetooth** 5:22,24 6:10
**bluntly** 32:24
**board** 50:11
**body** 71:6,9 77:23 78:16 95:5
**boil** 73:18
**book** 87:4 88:10 89:14 93:5
**Boone** 84:21,22
**bothered** 58:5
**bottom** 58:24
**bounced** 18:3
**bowel** 48:18,19 50:12,18,21 61:12
**Bradley** 56:2
**brass** 87:8
**braze** 87:7
**brazing** 86:21,22 87:4,6,8,14,21
**break** 51:17 66:6,8,9
**Breaking** 96:4,7
**breathe** 27:11 30:10 31:21
**breed** 57:21
**bricks** 67:18

**bring** 46:10 74:20
**brings** 74:19
**buddy** 22:24 81:16
**buds** 5:24
**build** 57:9
**bullied** 12:9
**bullies** 10:17
**bully** 10:12
**bullying** 10:6,8,9 11:22
**bumped** 44:9
**bunch** 45:1
**burns** 54:18
**burnt** 54:16
**business** 38:4 41:15 56:19 57:1,3 68:11,17
**butt** 58:24
**buy** 54:21,23 55:3,6

C

**cable** 37:15
**cables** 37:13,14 38:17,20 40:6
**calf** 59:1
**call** 4:14 10:9 37:2 43:11 70:12 82:19 84:23 90:14
**called** 4:2 7:19 16:21 50:13 65:9
**calls** 87:20
**CAMC** 76:7,13
**canceled** 72:23
**cancer** 37:23
**capable** 22:10,12 72:14 74:11
**car** 43:15
**care** 55:22,24 69:12 74:24
**career** 75:10
**Carpal** 74:16
**case** 12:3,7
**catapulted** 17:24
**cath** 25:24 52:12 61:9,11 73:17
**catheters** 73:18,19
**caught** 17:23 95:12
**caused** 21:18,23 23:20,21 24:1,5 44:9 45:6,11,13 73:16 82:7
**Cecil** 11:10
**cell** 6:11,12,14
**chair** 71:13,14,16,17, 19 79:16,17,19,20
**chance** 85:5
**change** 67:8,11,13
**changed** 66:23 67:1 72:7
**changing** 69:12
**characterize** 31:12
**Charleston** 4:8 10:14,17 12:10 15:20 56:12 76:6 84:9,11
**cheek** 58:24
**Chelsea** 38:24 39:1,3 40:5
**Chesea's** 39:7
**Christmas** 54:16
**City** 39:16
**clarification** 92:7,19
**clean** 41:11 77:9
**clear** 21:17 93:18
**climb** 67:12,19
**close** 30:9 41:23
**closed** 31:20,23
**clue** 46:20 47:20 55:8 88:9 89:11 93:8 95:18
**clutch** 37:14,15 38:17,20 40:6
**cocaine** 96:1
**coccyx** 58:23
**code** 91:8,10
**color** 8:5 86:22
**combined** 45:11
**commenced** 15:17
**completely** 49:11,13, 14 66:24
**confirm** 38:19
**confused** 41:8
**Connecting** 88:3
**connectors** 87:4,24 88:1
**constant** 65:2,5
**constantly** 28:6
**constipated** 72:21, 22
**construction** 75:11, 12,15
**contact** 15:20
**continuation** 4:9
**Contracting** 56:21
**contractor** 57:3
**control** 17:7,8
**Cool** 39:23
**cop** 11:7
**copies** 90:19
**cord** 82:10
**corner** 88:13
**correct** 5:5 22:23 23:15 24:2 25:11 26:24 44:5,19
**counseling** 75:4
**County** 84:21,22
**couple** 9:10 11:4 35:3 52:2,18 54:7 72:3 76:14
**court** 7:2
**cross** 13:21
**crossing** 13:15,17,19
**cruiser** 17:14 19:17 44:9
**crystal** 96:2
**Custom** 42:7
**cut** 47:15
**Cycles** 42:7
**cylinders** 92:21 93:1
**cylindrical** 88:7

D

**D-E-V-I-T-T** 51:16
**dad** 50:13 51:2,11,12 52:17 56:7,9,19 57:11,12,19 58:5 61:3 62:4,5 73:21 77:6 78:19 79:2 80:1 81:7, 10,11
**dad's** 56:15 58:12,14 68:10,16 77:12 81:12, 13
**damage** 82:9
**damaged** 66:14
**damages** 64:16,17
**date** 9:10 15:16 18:15
**dating** 40:7,9
**day** 26:1 48:17 50:7, 10 62:4 69:13,21 70:13 72:20 74:8 85:7,16
**days** 34:1 35:3 37:19 48:9,10,16
**deal** 75:6,8
**dealt** 70:10,12 75:7
**December** 54:8,10, 12 55:10
**deep** 26:18,19
**demonstrating** 17:21 21:6 38:2 59:21 60:2,6,10,14,22 64:7
**Department** 4:8 7:12,22 8:1
**deponent** 16:7 34:8 96:13
**deposition** 4:10,12 36:13 72:23 86:11 89:6 96:12
**depositions** 72:20
**depressed** 69:24 70:9
**depresses** 67:2
**depression** 70:4,8
**Describe** 8:7
**detail** 16:15
**detox** 44:7
**devastating** 21:16 25:17,20 49:2
**Devitt** 51:16
**diaper** 79:1,2,3,7 80:9
**diary** 80:17
**die** 21:11 27:3 29:5,9, 11,17 37:22
**died** 26:7,10 37:18 38:12 53:22
**difficult** 66:13
**dig** 52:10
**digging** 75:13,16
**digital** 61:12,14
**digitally** 52:9 62:6
**directly** 15:1,3
**disabilities** 68:3
**discussion** 40:3
**distance** 41:24
**distinctly** 20:10
**distort** 16:10
**ditrapano** 7:22 16:4, 8 18:22 22:3 29:24 31:8 34:6 36:11 41:8 46:14 58:7 66:8 73:1 80:21 82:15 83:2 84:23 85:4,8,20 86:5, 8,13 89:24 92:2,5 93:23 96:6,8
**doctor** 24:7,10 64:19 82:2 83:6,10,15,18
**doctors** 75:7 83:13
**DOD** 7:19
**dog's** 65:2
**DOT** 7:9,11,13,15,20, 21
**Downtown** 76:7

**drag** 21:8
**dragged** 24:23 28:9, 10,24
**dragging** 22:1 92:10
**dressed** 77:3,7 78:18
**dresser** 46:4
**drew** 91:14
**drinks** 74:19,20
**driving** 5:3,7 13:13, 14 14:5 40:22,23 43:14 85:13,16
**dropped** 31:13,14,16, 18
**drowning** 26:14,15 27:10
**drug** 93:21
**drugs** 9:20 44:2 46:11 47:16 57:24 58:6 87:19 94:16,20 95:7
**Duane** 4:7 16:10 41:10
**dug** 17:2
**dumb** 91:12
**dumbass** 29:8,10,13, 19

E

**earlier** 92:7
**ears** 5:23
**easier** 28:23 79:21,22
**eat** 70:21 71:1
**Ecstasy** 35:17,20,22
**Eddie** 54:4,5
**Eddie's** 54:21
**elephants** 65:8
**employed** 39:9
**employment** 68:4,9
**EMS** 84:16
**end** 4:13
**ended** 51:8,10 52:22 53:2,22
**ending** 4:19
**endings** 82:12
**ends** 82:13
**entire** 40:24
**establish** 25:6
**evening** 48:19
**event** 26:2,4
**events** 21:18
**eventually** 67:15,20 68:5,7
**everybody's** 15:8
**exact** 42:24
**EXAMINATION** 4:5 92:4 94:5
**examined** 4:3
**excessive** 45:15
**excuse** 28:4
**exhibit** 86:4,11,17 88:21 89:5,6,9,19 90:2,8 92:20 93:2 94:4,7,10,12
**exhibits** 92:19
**expected** 14:7
**experienced** 26:5
**explain** 7:17 95:3,4
**explained** 7:18
**explaining** 17:19 24:12,17
**eyes** 8:15 30:9 31:20 33:23

F

**face** 77:22
**fact** 75:9
**fall** 49:14 71:16
**falling** 51:11 77:15
**family** 80:20,23 81:1, 3,4 83:12 84:2
**fast** 13:13 14:4
**father** 56:4 58:1
**fear** 72:16
**Federal** 62:15
**feel** 20:12,17,22 21:21 22:16,20 23:2,6,10, 14,21 24:2,5,14,16, 21,22,24 25:1,13,15 29:4 32:9 63:11 65:8 70:9 73:14 75:5 86:1
**feeling** 21:5,13 29:2,3 92:9
**feels** 22:8
**feet** 26:19 80:6
**fell** 34:21,24 49:11,13
**felt** 21:21 27:10 34:23
**Fentanyl** 47:3,5,7,13, 15,17
**fiancee** 73:22,23
**figure** 41:16
**figuring** 67:15
**filed** 64:15
**filing** 96:13
**fill** 88:20
**find** 21:4
**fit** 88:19
**flat** 17:16,17 64:6
**fled** 43:24 44:1
**flee** 41:21,22 43:16
**fleeing** 42:15
**flip** 18:2
**flipped** 18:2 53:2
**flipping** 17:12
**flop** 80:13
**flopping** 17:12
**Foley** 52:14,15 76:14
**follow** 28:18
**follow-up** 92:3
**food** 74:19,20
**foot** 17:21
**Fork** 41:3,13 42:8,9
**form** 18:23 22:4 31:9 41:9 58:8 85:4,8,20 89:24 92:13 96:6
**forward** 13:8 49:11, 13,15 60:8,11
**found** 43:4,6,12,13 45:18
**fray** 82:13
**free** 80:12
**Friday** 62:8
**friend** 8:23 39:4 51:22 54:3 81:18
**friend's** 43:13 53:22 54:1
**friends** 52:23 72:2
**front** 8:13,15
**fucked** 65:12,13
**full-face** 8:9,10 30:11,13
**fully** 66:4
**furthest** 94:4
**Fuson** 74:2,4
**future** 91:21

G

**G-E-R-A-L-D** 84:6
**gained** 71:3
**gauge** 88:23 89:2
**gave** 15:16 21:13 37:13 45:20
**General** 48:11,12 76:6,7
**generous** 55:4
**Gerald** 83:24 84:1,4
**get all** 69:4
**get along** 38:18
**girlfriend** 71:23
**girls** 84:13,18
**give** 16:11,14 39:21 40:8 46:23 47:2 50:4 51:3 61:14
**giving** 38:16 46:6
**Google** 16:18
**government** 62:15, 19
**grabbed** 20:11 21:1,2 24:8 31:2 93:20
**grabbing** 24:8
**grandfather** 11:9 12:9,14
**grandma** 81:10
**grandma's** 55:14,15
**grandmother's** 55:13
**grandpa** 11:2,3 26:7, 10
**grave** 75:13,15
**gravel** 9:13,15
**grease** 19:14
**greasy** 18:10 19:20
**Gregory** 83:24
**ground** 31:18 33:18
**guess** 15:9 16:5 17:2, 22 37:2 43:7,11 44:22,24 45:7,20 47:2,3,20 62:16,18 65:9 70:10 75:2 83:13 84:7,21,22 85:18
**guys** 29:4 84:16

H

**half** 17:1 48:1 56:6 95:5
**halt** 64:22
**hand** 70:10,11 80:13 94:3
**handicap** 52:6 77:10, 11
**handing** 86:17 89:9
**hands** 20:1 77:22
**hanging** 49:21
**happen** 10:13 11:24
**happened** 9:12,18 12:3,7,8 14:14,23 16:19 24:19 31:19,22 75:16,18 82:24

**happening** 29:1 30:8
**hard** 27:22
**head** 4:22 28:15 29:23 31:15 32:5,9 40:11 42:12 50:22 51:19 61:6 62:20 73:24 77:22 83:1
**headlight** 87:22,23 88:2,4
**heal** 69:6,9,10,17
**healed** 69:5 71:16 72:15
**hear** 5:18 21:12 43:22
**heard** 33:2,11,12,14
**hearing** 25:10
**Helen** 55:16,18,19 56:5
**hell** 20:13
**helmet** 7:4,6,8,9,11, 12,21 8:4,7,9,10,22 30:11,13,16,19
**helmets** 9:2
**helped** 44:6
**helps** 61:3 74:10 77:4
**Higgins** 39:5
**higher** 17:1
**hips** 63:7,11 79:8
**hit** 18:5 20:4
**hits** 17:14 19:17
**hold** 80:11
**home** 46:14,15,16,17 53:23
**homeless** 53:15
**honest** 32:24
**honestly** 21:11 45:14
**hoping** 31:20 55:8 75:13
**hose** 87:4,6
**hospital** 33:20 34:1 37:5 44:6 45:18,24 46:3,6,10 47:22,23 48:2,3,10,11 49:7 50:5,16 51:5 53:17 54:7,9,15,17 55:11 64:1 71:5 72:18 73:2, 4 76:18,20
**hospitals** 76:10
**hotel** 52:4
**hours** 59:9
**house** 35:7,13,15 38:6,7,10 41:2,15,20 42:1 51:14,20 53:10, 18,19,24 54:6,16,17, 20 55:6,13,14 57:1,5, 6,8 58:12,13,14 73:20 77:12
**housekeeper** 39:19, 20
**huh-uh** 6:17,22 33:3 35:6 90:4
**hundred** 82:9
**hungry** 57:21,22 70:24
**hurt** 17:8 63:7 65:3
**hurting** 60:23
**hurts** 65:7

**I**

**idea** 10:11
**ideas** 68:9
**identification** 86:12 89:7
**ignition** 43:7
**illegal** 87:19
**inch** 16:24
**inches** 13:6 17:1 59:18
**incident** 11:1 44:15 80:19
**incidents** 44:14
**infection** 54:11 72:24 73:7,16
**infections** 72:17,19
**influence** 9:17
**initial** 20:11
**initially** 21:6,7
**injuries** 64:18
**Inn** 39:11,13
**inside** 30:11,14 89:23
**instinct** 17:9
**instinctively** 17:13
**instructional** 16:5
**insurance** 62:16,18 85:17
**intention** 40:20
**interested** 14:22
**intimidated** 41:23 42:16
**intimidating** 41:5
**involved** 68:4
**issue** 57:24
**issued** 8:3
**items** 86:20

**J**

**jail** 29:21
**jammed** 28:15
**Jarrell** 83:14,15 84:1, 3
**jaw** 8:13
**jerk** 20:11
**jerked** 20:11 21:3,6,7 24:20
**job** 32:22
**jobs** 75:18
**joking** 12:16
**Jr** 38:6
**Jr.'s** 38:6,7
**jump** 17:5,10,11 19:18 28:20,22 65:3
**jumped** 15:14
**jury** 64:15,16,19
**justice** 91:6

**K**

**Kanawha** 39:16
**keys** 43:6
**kick** 18:17 19:2,3 20:16,21 23:19 24:1
**kicked** 15:15 18:14, 24 19:9,11,12 20:2 22:11 23:8
**kicking** 23:16,17 25:4
**kicks** 19:21 23:9,13, 14
**kidney** 73:11,12,16
**kidneys** 46:2
**kill** 47:18,19
**kind** 4:12,20 5:2 6:14, 20 7:3,8 19:17,18 28:1,18,24 58:13 68:8 71:6 72:10 74:21 75:3,18,20 94:14
**knee** 28:15 74:16
**knees** 20:1 78:7
**knew** 23:6 47:1 93:19
**knocked** 18:8,9 23:4
**knowledge** 92:23 96:4

**L**

**Lacy** 55:16,18
**ladder** 67:12
**ladders** 67:19
**lady** 19:5 34:11,15,18 53:1 81:12,13 83:21
**laid** 17:3 28:12
**land** 19:19
**landed** 18:2
**language** 28:5
**law** 4:3
**lawsuit** 25:7,9 64:15
**lawyers** 80:21,22
**lay** 19:14 30:3,6 58:15 59:2 70:13
**laying** 17:9,16,17 18:10,12 32:18 33:18 64:5,6 67:18 69:19
**lean** 60:8,9,11
**leave** 21:11 27:3 29:5, 8,10,17 50:12,19 51:7 52:22 90:20
**left** 4:12 17:23 35:7,15 46:5,8,12 50:21 51:5 91:1,7
**leg** 59:1
**legs** 20:7,18,22 21:5, 13,21 22:8,16,20 23:2,10,14,17,21 24:2,6,14,16,21,22,24 25:1,4,13,15 29:4 49:21 64:4,13 65:8 76:22 77:24 78:3,9 92:9 93:19
**Leslie** 53:5,6,10,13, 18,19
**license** 43:18 85:14
**life** 25:22 26:5 57:12 62:23 64:15,22,23 65:23 66:1,23 71:13, 14,19,20 72:6,9
**lift** 64:2
**lifted** 82:3,5,6,16
**lifts** 64:4,10,12
**lights** 5:20 33:5,9,12 41:5 43:24 86:2
**limit** 13:15,20,24 14:3,5
**limited** 65:1
**lines** 37:5
**listen** 16:11
**listening** 6:3,7
**literally** 52:10 83:7
**live** 9:16 51:21 52:18 53:6,8 55:19,21 56:5, 11 58:12 71:14 74:5
**lives** 42:2
**living** 56:3 57:11,12
**lodge** 82:15

**logs** 16:21

**long** 4:10 47:23 52:15,16 53:6,18 54:6 56:5 69:1 70:13 74:8

**longer** 22:15,19 23:2, 21 24:1,5,13,16,21, 22,24 25:13,15 44:2 60:23

**looked** 8:7 10:8 47:4, 5 83:8,9 92:21

**losing** 95:5

**lost** 21:13 71:3

**lot** 10:13 19:8 40:16 63:7 71:8 75:7,8 88:20

**Loudendale** 9:16

**lower** 43:21

**lying** 34:21 78:4

**M**

**M-A-U-E-R** 83:21

**mace** 30:11,14 31:21

**macing** 15:18 18:16 20:3,15 21:2 22:12 23:17 25:5

**made** 15:20 18:1 87:17

**main** 83:10,15

**make** 11:15,18 17:10 22:19,22 47:4 69:9 86:3,4 87:11,15,18 88:21 89:5

**making** 47:5,14,16

**man** 38:9,16 96:5

**maps** 16:18

**marijuana** 35:14 36:2

**marked** 86:11 89:6,9

**Maurer** 83:20

**meaning** 64:6 82:11

**means** 8:12 56:2 86:11 89:6

**medical** 63:21,23 64:12 80:15

**Medicare** 62:18

**medication** 47:2 70:3,8

**medicine** 83:12 84:2

**Melatonin** 45:1,4,11

**members** 80:20,23 81:4

**Memorial** 76:12,13

**memory** 28:4

**mentally** 65:10,11, 12,13

**messed** 37:24

**metals** 87:7

**meth** 36:17 87:12 96:2

**methamphetamines** 87:16,17

**mid** 37:21

**middle** 15:13 17:18 23:7,11 88:8

**military** 90:10,12

**milligram** 47:11

**mind** 41:11 68:23

**minded** 75:6

**mine** 39:4 95:16

**mobility** 65:1 66:20, 21

**mom** 51:10 52:22

**mom's** 43:5 51:13,15 52:18 53:24

**moment** 25:12 55:7 67:23 72:14

**Monday** 62:7,10

**money** 54:24 55:2,3,6 57:21,22 64:16,17 76:5 80:14,16

**month** 44:18 53:7,20 54:8,10 56:6 75:24

**months** 54:7 56:6

**Motel** 39:14,16

**mother** 53:22 54:1

**motorcycle** 5:3,8 9:5,6,9 15:19,23 16:1, 2 85:13,16,19

**Motorola** 6:15,16,20

**Motorolas** 6:17,19

**move** 20:7,17,22 23:17 26:16 27:1,12, 14 51:12 59:7,11 93:19

**moved** 53:23 56:7

**movement** 48:18,20 50:12,13,18,21 61:13 76:22

**moving** 22:13 51:8, 10 53:3

**mucky** 18:4

**multiple** 10:16,19

**music** 6:6,9

**N**

**naked** 79:17,20

**named** 38:11

**nasty** 19:14

**neck** 74:17

**neck's** 22:22

**neighbor** 43:5

**neighbor's** 43:5

**nerve** 82:12

**nerves** 83:9

**newest** 6:17,19

**news** 49:2

**night** 35:19 36:1,4,14, 17,21,22

**Nitro** 55:20

**nodding** 4:22 31:15 40:11 42:12 50:22 62:20 73:24

**normal** 41:1 70:22 71:2

**North** 56:12

**nothing's** 67:4

**number** 11:13 32:17 39:7,21 53:11 56:15 61:24 62:1,2 81:22

**nurse** 34:18,19 61:21 62:7,10 70:18

**nurses** 62:13 69:11

**O**

**O-K-E-Y** 11:11

**object** 18:22 22:3 31:8 36:11 41:9 58:7 85:4,8,20 89:24 96:6

**objection** 82:16 92:13

**occasionally** 63:1,3 70:1

**OD'ING** 44:14

**off-the-record** 40:2

**office** 57:5

**officer** 11:21 12:10, 12 18:13,17 19:9,11, 21 29:7 30:23 32:23 84:10 86:8

**officer's** 22:21

**officers** 5:4,10 10:2, 12 20:16 21:19,23 22:17 24:4 25:12 26:23 27:4,16 29:19 30:3,15,18,22 32:21 33:5,9 82:6 93:20

**Okey** 11:10,11

**Okey's** 11:13

**ol'** 74:14

**open** 8:15

**opened** 33:23

**opioids** 35:9 36:5,7

**order** 61:12

**overdose** 45:6,12,14

**overdosed** 44:19

**owned** 53:1

**owns** 38:9

**Oxycontin** 36:9 44:22,24 45:3,8,11,16 46:7 47:11,15

**P**

**P-I-C-K-E-N-S** 39:6

**P-R-I-C-E** 81:24

**pain** 43:20 65:2,5

**pains** 65:10

**paperwork** 68:10,16

**paralysis** 21:18,23 23:20

**paralyzed** 22:5 48:3, 16,21 82:7

**Parsons** 61:20,21

**part** 78:9

**partying** 37:1

**pass** 30:9 31:20 42:1

**passed** 4:13 31:23 32:11 37:17 41:4 42:9

**pay** 64:16 80:14,16

**pays** 62:13,19

**pee** 61:11

**peeing** 52:11

**peg** 17:23

**pegs** 17:20,21

**people** 10:16,20,22, 23 68:3 75:8 81:1

**pepper** 15:17 27:2

**percent** 49:3 82:10

**person** 57:21 75:6

**phantom** 65:9

**phase** 36:13

**phone** 6:11,12,14 11:13 39:7,8,21 53:11 56:15 62:2 81:22

**photo** 90:2 94:4

**photographs** 86:9

**Photos** 86:6

**phrase** 90:15

**pick** 21:19,24 25:12 27:4,16,18

**picked** 22:1 24:4,16 25:1 28:10 51:1,13

**Pickens** 38:24 39:2,3, 6 40:5

**picking** 25:14

**picks** 62:4,5

**pills** 9:22 45:22 47:5, 16,17

**pinpoint** 22:15 25:7

**place** 16:18 41:12

**places** 66:21

**plans** 67:22 75:10 91:20

**plastic** 88:7 89:22 93:2

**pleasant** 57:13

**pocket** 80:14,16

**pockets** 89:21 94:15, 18

**point** 20:18 21:5 23:1 41:19 90:14

**pointing** 93:9

**police** 4:8 5:4,10 10:1 12:2,10 15:20 40:19, 21 41:21 42:16,20 43:1,14,15,16 44:9 53:2 84:10 85:21 86:8 92:10 93:20

**porch** 63:4

**position** 20:1 22:23

**positive** 11:16

**pot** 35:12 36:2

**powder** 95:22

**pregnant** 39:11,17

**prescribed** 44:22,24 45:8,19 47:1,6

**prescription** 45:17, 21 46:3,13,17,21,22, 23

**pressure** 58:18,20,21 59:3 69:4,16 71:15,17 72:15 73:5

**presumed** 47:8

**pretty** 11:15 26:8,18 28:6 49:2

**prevent** 26:15,16

**previous** 4:9 26:13

**previously** 9:8

**Price** 81:21,24

**prior** 24:23

**problematic** 66:14

**process** 92:10

**program** 44:5

**Provided** 64:1

**psychological** 75:4

**puddle** 18:3,10 26:18 32:18

**pull** 5:15 12:23 27:5 32:1 33:23 43:10 80:1,8,9 85:5

**pull-ups** 59:24 70:14, 16,18

**pulled** 11:4 12:4 24:20 32:23 82:20 85:3 95:8

**pulling** 82:12 95:6

**pulls** 80:1,12

**pursued** 5:4,10 85:21 86:1

**pursuit** 4:19 12:3,4,7 35:4,8,11,16,19 36:1, 4,14,18,20,21,22 37:4 40:20 41:1 90:15

**push** 60:19 79:3,5,8, 10

**pushed** 79:9

**put** 5:24 12:24 19:24 78:20,23 79:7

**puts** 79:3

**Q**

**question** 15:22 16:8, 10 18:23 22:24 23:1 25:9,10 27:8 28:17 31:9 34:7 41:9 58:8 92:6,14

**questions** 92:3,8,20 93:23 94:2 96:9

**quit** 21:13 39:17

**R**

**rag** 77:17,20

**rail** 63:20 80:12

**railroad** 4:20 13:16, 17,19,21 17:24 19:18 92:11

**ran** 43:1 73:18

**random** 10:23

**reach** 78:3,6,8,9 80:6

**read** 96:12

**real** 50:15

**realize** 5:9,12,15 10:1

**realized** 5:11

**rear** 14:9,11,14 16:3 17:20,21,23

**reason** 71:17 78:13 82:8

**Rebecca** 61:20,21 62:10

**recall** 4:16 37:8

**receiving** 38:20 75:20

**recently** 11:4

**recess** 66:10

**reckon** 31:23

**recollection** 26:22

**record** 16:4,10 82:18 90:5

**red** 86:24 87:2,3

**reflect** 82:18

**refresh** 5:3

**regret** 85:13,16,19

**regrets** 85:7

**Rehab** 67:24

**Rehabilitation** 68:2

**released** 48:19

**relive** 28:6

**remember** 6:16,20 7:1,3 9:1,10 18:7 20:10 27:21 28:1 30:21 31:4,5,6,10,24 32:2,5,7,12,13 33:19, 24 34:4,5,10 35:2 37:3 42:23 44:11,13 47:24 48:17 49:6,10 84:24

**remove** 90:16

**removed** 46:1

**Renee** 74:2,4 81:13

**rent** 52:4 77:10

**reporter** 7:2

**represent** 4:8

**requested** 27:15

**requesting** 96:12

**respect** 32:21

**respectful** 32:22

**response** 16:12

**rest** 17:1

**returning** 43:9,14

**reuse** 73:18

**ride** 6:2 17:4

**riding** 90:12

**rod** 78:14

**rods** 13:7 59:18 60:17

**roll** 18:11,12 19:19,24 59:4 79:4,7,23,24 80:8

**rolled** 15:15 18:14 19:12 20:2 22:12

**Rolling** 59:8

**rolls** 19:23

**Ron** 38:9

**Ronnie** 37:12,13,16 38:5,8,11,20 40:7,9, 20,22,23 41:2,12,15, 20 42:1,2

**Ronnie's** 41:4

**room** 52:4 77:10

**route** 40:24 41:1

**Roxie** 47:10

**Roxies** 47:5

**Roxy** 47:8

**rpm** 88:23 89:2

**rubber** 24:8,17

**Ruffner** 51:23 53:9

**Ruggier** 4:6,7 8:1 16:13 22:8 34:9 40:4 41:16,18 66:9,11 82:19,21 85:1,2 86:3, 6,10,15,16 88:6 89:5, 8 90:19 92:1,13 94:1, 6 96:11

**run** 42:20

**running** 38:4 40:21

**S**

**saith** 96:13

**sat** 49:21

**Saturday** 62:9,12

**scared** 20:13

**scene** 4:18,19 9:24 13:12

**school** 91:20

**scratched** 8:20

**seat** 16:2

**seated** 15:19,21,23

**seconds** 5:9

**Security** 32:17 75:22

**seek** 44:12

**send** 17:15

**sends** 19:17

**sensation** 22:6

**separate** 27:22

**series** 92:8

**services** 75:14

**set** 31:3,7,9 50:7,10

**sets** 64:4

**setting** 31:10

**sex** 71:21

**shaking** 29:23 51:19 61:6 83:1

**She'll** 74:20
**shelf** 74:21
**shit** 65:18
**shoes** 78:20
**shoulder** 21:3
**show** 86:7
**showed** 50:8,10
**shower** 52:5,6 77:9, 12
**shows** 8:3 19:4
**side** 17:3,9,23 30:4,6 49:22 59:8 79:4,7,23, 24 80:1,9,10
**sign** 7:13,15
**significant** 82:9,11
**simply** 41:21
**single** 37:15
**sir** 20:19
**siren** 33:5,9,15
**sirens** 5:18 33:12
**sit** 49:10,19 59:5 63:3 64:7
**sits** 64:10,11
**sitting** 16:2 17:10 46:4 60:23 65:9
**situation** 27:6
**skidding** 17:17 19:18
**skinnier** 71:9
**slammed** 18:1
**sleep** 34:24
**sleeping** 45:2
**slid** 9:13 16:17
**slide** 9:15
**sliding** 14:16 17:2,9, 18
**slow** 13:21
**slowed** 14:8,11
**slowing** 14:6
**small** 95:14
**smoke** 35:23
**smoked** 35:11 36:1, 17
**snap** 24:17 82:13
**snaps** 24:9
**Snodgrass** 54:2,4,5
**Snodgrass's** 54:6
**soap** 77:18
**soapy** 77:20
**Social** 32:17 75:22
**socks** 12:24 78:20
**son** 38:3,8,13,16
**son's** 38:10
**South** 4:8 10:14,16 12:9 15:20 51:23 53:9 84:9,11
**speak** 43:8,19,21 51:9
**speed** 13:15,19,22,24 14:3,5
**speedometer** 88:23
**spell** 84:4,5
**spent** 44:6 58:10
**spinal** 82:10
**spotlight** 87:23
**spraying** 15:17 27:2
**stable** 22:23
**stagnate** 19:13
**stand** 12:21 13:1 15:15 18:11,12 19:24 20:20 23:11
**standard** 8:3
**standing** 23:7
**start** 75:13
**started** 14:16 18:16 20:3 22:12 41:14 75:22
**State** 68:2
**stated** 10:16 15:16 18:15
**stay** 53:23 55:4
**stayed** 52:1,23,24 53:16 54:5
**staying** 51:22
**steel** 13:6
**stent** 46:1 73:9,10
**stick** 17:20,22
**sticks** 16:24
**stimulated** 52:10
**stimulates** 62:6
**stimulation** 61:12,15
**stole** 46:16,17
**stolen** 43:6,10 45:18, 24 46:21
**stomped** 28:15 32:9
**stomping** 32:6
**stone** 73:11,12,16
**stop** 16:11 21:5 41:20
**stopped** 15:13 18:1 72:19
**stopping** 85:19
**street** 9:6,8
**strength** 49:11 50:2 59:19 70:17
**strengthen** 59:16 60:7
**stretching** 24:9 82:12
**strikes** 16:14
**strong** 75:5,6
**struck** 13:18 14:9,11, 14,20,21,24 15:3,6,12 16:3 33:11,14
**struggle** 53:15,16
**stuff** 47:18 69:9 86:6 88:20 89:12
**substance** 96:3
**sugar** 95:22 96:1
**Sunday** 62:9,12
**support** 49:18 80:11
**supposed** 22:21,22 59:5 60:24 69:18
**supposedly** 12:12
**surgeries** 74:14,15, 16
**surgery** 74:16
**Swift** 53:5,6
**Swift's** 53:10,13,18, 19
**sworn** 4:3

**T**

**table** 46:9,13
**tags** 43:10
**takes** 52:17 55:22,24
**taking** 9:22 24:8 44:2 45:10,15 69:11 70:3 74:24
**talk** 81:7
**talked** 37:16 80:19 84:9,13,16
**talking** 15:1,7,10 19:2 45:22 48:4,6,7 72:24 73:7 82:3
**tapes** 33:2
**tattoo** 90:21
**tear** 82:10
**telling** 10:1 24:15 27:2 28:4 29:4,6 31:4 32:13 34:11,15 66:12 83:7
**ten** 5:9
**testified** 4:3 92:7
**testify** 64:19
**testimony** 4:16 21:22 23:24 26:13 27:9 42:15 90:7 92:24
**therapy** 50:4,15
**thing** 32:13 33:19 41:14 45:19 47:6 74:14,22 88:7,11,16
**things** 4:14 16:20 64:20 66:12,13,15
**thinking** 29:1 30:7
**thinner** 71:10
**thought** 34:21 67:7, 10 68:18 79:9
**throw** 90:16
**Thursdays** 62:8,12
**tied** 93:11
**till** 34:2
**timber** 17:24
**time** 5:7 12:2,6 14:8 15:11,12 18:23,24 21:10 23:9 35:4,8,11, 16 40:7,10,19,24 41:5 42:1 44:6 48:4,5 49:4, 10 50:6 51:17,22 52:14 53:17 58:10,15 61:3 65:16,17 71:5 72:22 73:1 93:19
**times** 26:1 40:16 61:4 63:15 76:14
**tire** 14:9,12,15 16:3 17:15 19:17 33:11,14
**tires** 9:14
**to-wit** 4:4
**toad** 57:20
**today** 4:10 78:18
**toes** 12:23 13:3,5 49:17,22
**toilet** 52:8 61:5
**told** 10:18 24:10 27:1, 12,14 29:16,19 37:6 40:8 48:2,5,16,18,21 50:11,13 51:15 72:12 82:2,11 83:6
**Tonya** 51:16
**top** 17:4,10 78:8,9 94:7
**torches** 86:21,23
**touch** 12:23 13:3,5 22:21
**Trace** 41:3,13 42:8,9
**track** 16:20 17:17
**tracks** 4:21 13:16,17, 19,21 14:16 15:13,14 16:17,20,22 17:3,16 18:3,5,6 19:18,19 21:8 24:21,23 28:9, 10,24 30:4,7,22 92:11 93:21
**train** 16:20

**transfer** 50:8,11 61:1 63:5,13,16,18
**transferred** 50:7
**Transportation** 7:12,23 8:1
**trapeze** 59:24
**trapped** 30:11,13,14
**traumatic** 26:2,4,8,11 28:7
**treatment** 44:4 80:15
**Tri-state** 67:24
**trouble** 45:2
**trunk** 49:11 50:2 59:16,20 60:7
**Truth** 91:6
**Tuesdays** 62:8,12
**tumor** 37:24
**tunnel** 74:16
**turn** 41:19
**turned** 33:9 43:23
**TV** 63:1 69:14,21 70:13
**type** 37:23 57:21 87:10,18 94:18
**types** 87:7

U

**Uh-huh** 60:4
**ulcers** 58:18,20,21,22 59:3
**unable** 22:15
**uncle** 55:22,24
**understand** 22:9,14 27:21 36:10 64:20 65:23
**understanding** 12:15 19:16 27:9
**underwear** 78:23,24
**unexplainable** 63:8, 10
**upper** 70:16 71:6,9
**UTI** 73:17

V

**vehicle** 15:14,20 16:14 43:4,5,9,12,13 53:1
**verbalize** 6:23
**Veritas** 91:2,3
**video** 14:17,18,19 15:5,8 18:17 19:8,10 27:19,20 28:2,3,4,5 31:4 33:1,4,7
**videoed** 84:13
**videos** 27:21
**Virginia** 68:2
**visitors** 66:5
**visor** 8:16,17
**visually** 16:19

W

**wait** 16:6 17:6 34:6 70:18
**wake** 34:2 35:1 48:13 62:24 69:14
**waking** 33:19,24
**walk** 11:8 12:13,17, 18,20 25:22 26:3 34:12,16 66:2
**wanted** 27:4,6,7 32:14
**wanting** 68:10
**wash** 77:17,20,21,23, 24 78:16
**watch** 14:18 33:4 63:1 69:14 70:13
**watched** 19:7 33:1
**watching** 69:21
**water** 18:4,10 19:13, 19,20,22 20:4 23:18 25:5 26:14,23 27:5, 10,16 32:19
**wear** 6:2 78:24 79:2
**wearing** 7:4,8
**Wednesday** 62:8,10
**week** 11:5 12:1,2 48:1
**weeks** 11:5 34:2 52:2, 19
**weighed** 71:4
**weight** 71:3
**welding** 87:10,11,14
**West** 68:2
**whatnot** 70:21
**wheelchair** 51:3 58:14 59:5,10 61:2 63:6 66:2,18
**white** 4:14 88:7
**willed** 75:6
**wire** 87:4,23 88:1
**wires** 88:3
**woke** 18:9 33:22 35:15 48:15
**woken** 35:7,13 36:19, 23
**words** 31:9 58:13
**work** 39:11,13 57:4 67:2,3,5,6,15,20 68:5, 7 79:6,8
**working** 75:11,12,15
**worried** 95:8,12
**worry** 95:10
**worse** 72:16
**worth** 95:5
**wounds** 69:5,16 71:15,18 72:15 73:5
**wreck** 9:8 14:7 44:10, 15 48:6,7
**wrecked** 9:3,5 14:9, 16 41:24
**wrists** 93:20
**wrong** 25:11

Y

**year** 54:13 67:21 69:2,3
**years** 9:11 25:21 26:8,11
**yellow** 86:24 87:1,2,3
**young** 91:12
**Youtube** 15:8