# Exhibit 16
# (Disc in Mail)