# Exhibit 19
# (Disc in Mail)