## CAMC General Hospital

| | | |
|---|---|---|
| Patient Name: | MEANS, WILLIAM ALLEN | |
| MRN: | 0000378813 | Admit: 5/2/2020 |
| FIN: | 3003572448 | Disch: 5/15/2020 |
| DOB/Age/Sex: | 8/25/1989   31 years   Male | Admitting: DeLuca Jr.,MD,John Anthony |

### Measurements

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, T=Textual, W=Witness Action

**Measurements**

| Recorded Date | 5/12/2020 | 5/11/2020 | | |
|---|---|---|---|---|
| Recorded Time | 00:18 EDT | 10:24 EDT | | |
| Recorded By | Bostic,RN,Brittney N | Fraley,RN,Tina | | |
| Procedure | | | Units | Reference Range |
| Weight Measured | 83 | 80.5 | kg | |

| Recorded Date | 5/7/2020 | 5/5/2020 | | |
|---|---|---|---|---|
| Recorded Time | 05:32 EDT | 13:41 EDT | | |
| Recorded By | Nesbitt,RN,Joseph T | O'Neal,RD LD,Kathryn A | | |
| Procedure | | | Units | Reference Range |
| Weight Measured | 82 | - | kg | |
| Weight Nutrition | - | 81 | kg | |

| Recorded Date | 5/4/2020 | 5/3/2020 | | |
|---|---|---|---|---|
| Recorded Time | 00:54 EDT | 01:02 EDT | | |
| Recorded By | Dunlap,RN,Whitney C | Dunlap,RN,Whitney C | | |
| Procedure | | | Units | Reference Range |
| Weight Measured | 80.5 | 80.5 | kg | |

| Recorded Date | 5/2/2020 | 5/2/2020 | | |
|---|---|---|---|---|
| Recorded Time | 16:55 EDT | 16:51 EDT | | |
| Recorded By | SYSTEM,SYSTEM Cerner | Lewis,RN,Shanna N | | |
| Procedure | | | Units | Reference Range |
| Height/Length Measured | - | 178 O5 | cm | |
| Weight Measured | - | 80.5 O5 | kg | |
| Weight Dosing | 80.50 f9 | - | kg | |
| BSA Measured | - | 2 O5 | m2 | |
| Body Mass Index Measured | - | 25.41 O5 | kg/m2 | |

Result Comments
f9:     Weight Dosing
        This result copied from the first Weight Measured on this encounter.  (Discern CAMC_WEIGHT_MEASURETODOSE)

Order Comments
O5:     Basic Admission Information Adult
        Order entered secondary to inpatient admission.

---

| | |
|---|---|
| Report Request ID: 177176715 | Print Date/Time:     10/26/2020 08:01 EDT |
| | MEANS, WILLIAM/CAMC/002894 |