**Page 1**

```
 1          IN THE UNITED STATES DISTRICT COURT FOR THE
              SOUTHERN DISTRICT OF WEST VIRGINIA
 2                      AT CHARLESTON
 3
 4
 5   WILLIAM ALLEN MEANS,
 6        Plaintiff,
 7   vs.              Civil Action No. 2:20-561
 8
 9   E.M. PETERSON, D. HARVEY,
     and THE CITY OF SOUTH
10   CHARLESTON,
11        Defendants.
12
13
14
15
16          DEPOSITION OF WILLIAM ALLEN MEANS
17
18      The deposition of William Allen Means
     was taken on March 29, 2021, at 10:11 a.m.,
19   at 500 Randolph Street, Charleston, West Virginia.
20
21
22          ELITE COURT REPORTING, LLC
               5010 Dempsey Drive
23        Cross Lanes, West Virginia  25313
                 (304) 415-1122
24
                 Lisa Hall, CCR
```

**Page 2**

```
 1            A P P E A R A N C E S
 2   L. Dante' diTrapano
     Attorney at Law
 3   Calwell Luce diTrapano, PLLC
     500 Randolph Street
 4   Charleston, West Virginia  25302
 5
 6   W. Jesse Forbes
     Attorney at Law
 7   Forbes Law Firm, PLLC
     1118 Kanawha Boulevard, East
 8   Charleston, West Virginia  25301
 9
10   Duane Ruggier, II
     Attorney at Law
11   Pullin, Fowler, Flanagan, Brown & Poe, PLLC
     901 Quarrier Street
12   Charleston, West Virginia  25301
13
     Also present:  D. Harvey
14
15
16
17
18
19
20
21
22
23
24
```

**Page 3**

```
 1                   I N D E X
 2
 3   WITNESS
 4        William Allen Means
 5
 6   EXAMINATION
 7        by Mr. Ruggier            Page 04
 8
 9   EXHIBITS
           None
10
11
12
13
14
15
16
17
18
19
20
21
22
23   Reporter's Certification        Page 113
     Errata Sheet/Signature Page      Waived
24
```

**Page 4**

```
 1                WILLIAM ALLEN MEANS,
 2        called as a witness, first being duly
 3        sworn by the Court Reporter/Notary Public,
 4        testified as follows, to wit:
 5                   EXAMINATION
 6   BY MR. RUGGIER:
 7     Q. Mr. Means, can you state your name for the
 8   record?
 9     A. William Means.
10     Q. And do you mind if I call you Billy?  You
11   can call me Duane.
12     A. Yeah.  That's fine.
13     Q. Billy, my name is Duane Ruggier.  I'm an
14   attorney that represents the City of South
15   Charleston in a lawsuit that you filed arising out
16   of an incident that happened on May 2nd of 2000
17   (sic).
18        A couple of things before we begin.  If
19   you don't understand my question, just let me know,
20   and I'll be glad to repeat it.  You have to
21   verbalize everything that you've got to say so the
22   court reporter can take down everything that we say
23   in our conversation and later on produce a
24   transcript of it.  Do you understand that?
```

5

1    A. Yeah.

2    Q. Whenever -- if you need to take a break at

3  any time, let me know.  I'm glad to do so.  We'll

4  take whatever steps you need to take.

5        Are you okay with all that?

6    A. Yeah.

7    Q. Are you under the influence of any

8  medication which would affect your truthfulness or

9  ability to testify today?

10   A. Huh-uh.

11   Q. No?

12        Do you know what meds you're on right now?

13   A. There's a whole list of them.

14   Q. Yeah?  You've got a whole bunch of them?

15   A. Yeah.

16   Q. All right, Billy.  Let's see.  Your last

17  name is Means.  Are you related to anybody around

18  here other than with the last name of Means?

19   A. Not that I know of.

20   Q. I'll remind you you're under oath, and

21  you've got to tell the truth.  Do you understand

22  that?

23   A. Yeah.

24   Q. What's your date of birth?

6

1    A. 8/25/89.

2    Q. And at the time of your arrest in this

3  case, what was your height and weight?

4    A. Five-eleven, one hundred and eighty.

5    Q. Do you know what your height and weight is

6  now?  Your height is the same, but what about your

7  weight?

8    A. I ain't got a clue.  Probably 165.

9    Q. Where do you currently live?

10   A. North Charleston.

11   Q. What's the address?

12   A. 2615 6th Avenue.

13   Q. And who do you live with?

14   A. My dad.

15   Q. And what's your dad's name?

16   A. Michael Means.

17   Q. And how long have you lived there?

18   A. Less than a month.

19   Q. Has your dad lived there a long time at

20  this residence?

21   A. No.  He just moved in there, too.

22   Q. All right.  Anybody else live there?

23   A. His girlfriend.

24   Q. What's her name?

7

1    A. Renee Fuson.

2    Q. Renee Fuson.  Can you spell "Fuson"?

3    A. F-U-S-O-N.

4    Q. Is your dad employed?

5    A. Yeah.

6    Q. What does he do?

7    A. He owns his own contracting company.

8    Q. What's the name of it?

9    A. Absolute Contracting.

10   Q. Do you know your dad's phone number?

11   A. 304-964-1431.

12   Q. How long has your dad owned Absolute

13  Contracting?

14   A. I'm not sure really.

15   Q. What do they do at Absolute Contracting?

16   A. General contracting.

17   Q. Does he build stuff?

18   A. Yeah.

19   Q. All right.  Anything in particular?

20   A. Not really.

21   Q. All right.  What is your Social Security

22  number?

23   A. 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.

24   Q. And what is -- did you have a driver's

8

1  license?

2    A. No.

3    Q. Have you ever had a driver's license?

4    A. Yeah.

5    Q. When did you last have a driver's license?

6    A. It's -- I'm not sure really.  2009, 2010.

7    Q. All right.  Was it a West Virginia

8  driver's license?

9    A. Yeah.

10   Q. Prior to living at the 2615 6th Avenue

11  address, where did you reside?

12   A. 821 1st Avenue South, Nitro.

13   Q. And who did you live there with?

14   A. My grandmother.

15   Q. What's her name?

16   A. Helen Lacy.

17   Q. Could you repeat that?

18   A. Helen Lacy.

19   Q. Helen Lacy?

20   A. Yeah.

21   Q. Do you spell Lacy, L-A-C-Y?

22   A. Yeah.

23   Q. And how long did you live there with your

24  grandma?

**9**

1  A. A couple months.
2  Q. What's that?
3  A. A couple months.
4  A. A couple months.
5      And then prior to the 821 1st Avenue South
6  address, where did you live?
7  A. 803 Sharon Drive.
8  Q. 803 what?
9  A. Sharon Drive.
10  Q. Where is that located?
11  A. South Ruffner, Charleston.
12  Q. South Ruffner, Charleston?
13  A. Yeah.
14  Q. And who did you live there with?
15  A. Myself.
16  Q. And how long did you live there?
17  A. It was a couple months.
18  Q. When you lived with your grandma, did
19  anybody else live there other than your grandma?
20  A. My uncle.
21  Q. What's his name?
22  A. Bradley Means.
23  Q. Repeat that.
24  A. Bradley Means.

**10**

1  Q. Does he have a phone number?
2  A. No, not that I know of.
3  Q. Does your grandma have a phone number?
4  A. I don't know the number.
5  Q. Is your grandma employed?
6  A. No.
7  Q. Is Bradley employed?
8  A. Yeah.  He takes care of her.  He's her
9  caretaker.
10  Q. He what?
11  A. He takes care of her.
12  Q. Gets a paycheck from the government --
13  A. Yeah.
14  Q. -- to take care of her?
15      All right.  Prior to the 803 Sharon
16  address, where did you live?
17  A. With my boss over in Loudendale.  I don't
18  remember his address.
19  Q. Your boss in Loudendale?
20  A. Yeah.
21  Q. What's his name?
22  A. Donnie Brown.
23  Q. And it was on Loudendale Road, is that
24  what it is?

**11**

1  A. I guess.  It's Loudendale, unincorporated,
2  I guess.
3  Q. What's the city?
4  A. Charleston.
5  Q. You called him your boss?
6  A. Yeah.  I worked with him before the
7  accident.
8  Q. Where did you work with him?
9  A. Brown's Grave Digging Services.
10  Q. Brown's Grave Digging Services?
11  A. (Nodding head.)
12  Q. Is that business still in operation?
13  A. Yeah.  As far as I know.
14  Q. Do you know Donnie Brown's phone number?
15  A. No, I don't.
16  Q. How long did you live with Donnie Brown?
17  A. Just a couple months.
18  Q. Prior to living with Donnie Brown, where
19  did you live?
20  A. I was homeless.
21  Q. You were homeless?
22  A. Yeah.
23  Q. And how long were you homeless?
24  A. A couple years.

**12**

1  Q. Like from when to when?
2  A. I don't -- I'm not really sure on
3  specifics.  I mean --
4  Q. Do you know where we are as far as years?
5  Are we talking about 2015?  Are we talking about --
6  A. 2017, '18, something like that.
7  Q. 2017, '18.
8      Prior to becoming homeless, where did you
9  live?
10  A. My address was my grandma's.
11  Q. What's that?
12  A. 821 1st Avenue was my address.
13  Q. What was the address?
14  A. 821 1st Avenue, at my grandma's.
15  Q. You lived with your grandma before that.
16      How long did you live with your grandma on
17  the stint before you were homeless?
18  A. A while.  A couple years.
19  Q. Before that, do you know where you lived?
20  A. I don't remember.
21  Q. You're not currently employed, right?
22  A. No.
23  Q. When was the last time you held a job?
24  A. Before the accident.

13

1  Q. At the time of the accident, were you
2  employed?
3      A. Yeah.
4          Well, kind of.  I mean, he was just laying
5  people off.  He got sick, and so he didn't have as
6  many jobs as usual.
7      Q. So at the time of the accident, the only
8  place where you occasionally would work would be --
9      A. Donnie Brown's Grave Digging Services.
10     Q. And how often would you work for Donnie
11 Brown as a grave digger?
12     A. It just depended on when he got calls, you
13 know.  It was maybe two, three days a week.
14     Q. It would be a couple days a week?
15     A. (Nodding head.)
16     Q. And how much would you get paid?
17     A. $100 a day.
18     Q. What was the average that you would make
19 per week at the time of the accident?
20     A. Three- to $500.
21     Q. What's that?
22     A. Anywhere from 3- to 500.
23     Q. How often would you make $500?
24     A. When he got the call.  I mean, it was not

14

1  very often.
2      Q. What was the average wage you would get
3  during the week at the time of the accident?
4      A. 300.
5      Q. Who could establish that you were working
6  for Donnie Brown's Grave Digging Services?
7      A. Donnie.
8      Q. Can you give me his phone number?
9      A. I don't have it.  My dad could tell you
10 I -- I mean, he'd tell you that I worked there,
11 too.
12     Q. What's that?
13     A. My dad -- I said, my dad knew that
14 I worked there.
15     Q. Is there any way to get a hold of Brown's
16 Grave Digging Services?
17     A. I mean, I could get the number for you,
18 but I don't have it now.  I lost it when I lost my
19 phone.
20     Q. Is it -- I mean, is it a number that's on
21 the Internet or --
22     A. It may be.
23     Q. Where is Brown's Grave Digging Services
24 located?

15

1      A. It's out of Loudendale.
2      Q. What cemeteries would you dig graves?
3      A. All over.  From here to Red House.
4      Q. Just different cemeteries?
5      A. (Nodding head.)
6      Q. And do you get paid per day?  Do you get
7  paid per grave?
8      A. Per day.
9      Q. Do you know if Donnie got paid per day or
10 per grave, or the business gets paid --
11     A. No.  I never -- I never asked.
12     Q. What's that?
13     A. I think he got paid per grave and tent
14 service.
15     Q. Say that again?
16     A. Per grave and tent service.
17     Q. Oh, tent service?
18     A. Yeah.
19     Q. Okay.  So if this accident happened in
20 2020, how much money had you made, or would you
21 estimate that you had made, from January 1st, 2020,
22 to May of 2020?
23     A. I have no clue.
24     Q. Did you file tax returns?

16

1      A. No.
2      Q. So you did not file a tax return in 2020?
3      A. No.
4      Q. Did you file a tax return in 2021?
5      A. No.
6      Q. I'm sorry.  Did you file a tax return in
7  2019 is what I meant?
8      A. (Shaking head.)
9      Q. Is that a "no"?
10     A. Yeah.  No.
11     Q. Did you file a tax return in 2018?
12     A. No.  I haven't filed taxes in a long time.
13     Q. Did you file a tax return in 2017?
14     A. No.
15     Q. Did you file a tax return in 2016?
16     A. No.
17     Q. Okay.  Did Donnie pay you under the table?
18     A. Yeah.
19     Q. Just straight cash, no --
20     A. A hundred dollars a day.
21     Q. -- no taxes, nothing like that?
22     A. A hundred dollars a day.
23     Q. So at the time of the accident, you were
24 employed at Brown's Grave Digging Services, which

17

1  you would do -- periodically, you would work for
2  Brown's Grave Digging Services digging graves; is
3  that accurate?  Is that correct?
4      A. Yeah.
5      Q. And prior to that, were you ever employed?
6      A. Yeah.
7      Q. Where?
8      A. The only job is at BP, I guess.
9      Q. You worked at BP?
10     A. Yeah.
11     Q. BP where?
12     A. Kanawha City.
13     Q. Do you know what year you were employed
14  there?
15     A. I think it was 2015?
16     Q. And what did you do there?  Cashier?
17     A. Yeah.
18     Q. Other than being employed at Brown's Grave
19  Digger Services and at BP in 2015 -- are those the
20  only two places that you've been employed in the
21  past call it five years or so?
22     A. I worked on and off for my dad
23  occasionally.
24     Q. On and off for your father?  Correct?

18

1      A. Yeah.
2      Q. Is that what you said?
3         For Absolute Contracting?
4      A. Yeah.
5      Q. And how often would you work for your
6  father?
7      A. Just whenever he needed the help.
8      Q. At the time of the accident, how often had
9  you worked for your father?
10     A. Me and my father were having a falling-out
11  at the time of the accident.
12     Q. So you had a falling-out at the time of
13  the accident.
14        How about prior to the accident, when was
15  the last time --
16     A. That's what I mean, prior to the accident,
17  I hadn't worked for my dad for a while.
18     Q. For how long?
19     A. Probably six months or so.
20     Q. Why did you and your dad have a
21  falling-out?
22     A. Just differences.
23     Q. What were your-all's differences
24  regarding?

19

1      A. He's an asshole.
2      Q. Why was he an asshole?
3      A. I mean, why -- because he's a dad.
4      Q. Because he's a dad?
5      A. Yeah.
6      Q. All right.  So at the time of the accident
7  in May of 2000 (sic), you had not worked for your
8  father for at least six months?
9      A. Yeah.
10     Q. And that was because you and your father
11  had some personal differences?
12     A. Yeah.
13     Q. When you would work for your father, how
14  much would you make an hour?
15     A. Fifteen dollars an hour.
16     Q. And what would you do?
17     A. Just general contracting, general labor.
18     Q. You would do labor for 15 bucks an hour?
19     A. (Nodding head.)
20     Q. Is that a "yes"?
21     A. Yeah.
22     Q. Have we covered your employment history
23  pretty much?
24     A. Pretty much.

20

1      Q. Have you ever been married?
2      A. No.
3      Q. Have you got any kids?
4      A. No.
5      Q. What's the name of your mother?
6      A. Tonya Devitt.
7      Q. Say that again?
8      A. Tonya Devitt.
9      Q. Tonya?  Can you spell "Tonya"?
10     A. T-O-N-Y-A  D-E-V-I-T-T.
11     Q. And is she still alive?
12     A. Yeah.
13     Q. Where does she live?
14     A. I don't know.
15     Q. You don't have much to do with her?
16     A. Not really.
17     Q. When did you last speak to her?
18     A. I don't remember.
19     Q. A long time ago?
20     A. It's been a while.
21     Q. Why don't you have a relationship with
22  your mom?
23     A. I don't know.
24     Q. Personal differences?

21

1    A. I guess so.
2       MR. FORBES:  Do you need a break, Billy?
3    Are you doing okay?
4       THE WITNESS:  I'll be all right.
5    Q. Let me know anytime you need to take a
6    break.  I'll be glad to do so.
7    A. Let's get it over with so I can take a
8    break and go lay down.  It's hard on my back.
9    Q. I understand.  Well, it's going to be a
10   while.
11   A. Yeah.
12   Q. So I'm just saying, just whatever you need
13   to do at any point, I'll be glad to accommodate you
14   in any way you need.
15      So are you close to any family members?
16   A. Not really.
17   Q. Do you have any brothers or sisters?
18   A. Yeah.
19   Q. Are they around?
20   A. Yeah.
21   Q. What's their names?
22   A. It's Shonathan, Kavan, and Matthew.
23   Q. Say that again?
24   A. Shonathan.

22

1    Q. Shonathan?
2    A. Yeah.  Mairs.  That's my mom's kid.
3    Q. Let's see.  All right.  Shon- -- spell it.
4    A. S-H-O-N-A-T-H-A-N.
5    Q. That is your -- and what's the last name?
6    A. Mairs, M-A-I-R-S.
7    Q. And that is your mother's child?
8    A. Yeah.
9    Q. Is it a boy or a girl?
10   A. Boy.
11   Q. How old is Shonathan?
12   A. Sixteen, seventeen, something like that.
13   Q. All right.  And any other brothers or
14   sisters?
15   A. Kavan -- K-A-V-A-N -- Mairs.
16   Q. Also your mother?
17   A. Yeah.
18   Q. Is that a boy or a girl?
19   A. Boy.
20   Q. How old?
21   A. Twelve.
22   Q. Any others?
23   A. Matthew Means.
24   Q. Matthew Means?

23

1    A. Yeah.
2    Q. And how old is Matthew?
3    A. Twenty, twenty-one.
4    Q. And where does Matthew live?
5    A. I'm not sure.  Loudendale, I think.
6    Q. Does he live around here?
7    A. Yeah.
8       And Brittany Pitzer.
9    Q. Brittany Pitzer?
10   A. Yeah.  That's my dad's daughter, but he
11   didn't -- she got adopted out.
12   Q. Brittany Pitzer, P-I- --
13   A. P-I-T-Z-E-R.
14   Q. How old is Brittany?
15   A. Twenty-four, twenty-five.
16   Q. Where does Brittany live?
17   A. I'm not sure.
18   Q. Does she live around here?
19   A. I think in Kanawha City somewhere.
20   Q. Do you have much contact with Brittany?
21   A. No.  I haven't talked to her in forever.
22   Q. So there's Shonathan Mairs.  There's Kavan
23   Mairs.  Those are your mother's kids.  There's
24   Matthew Means, who is your dad's kid that lives

24

1    around here, and Brittany Pitzer.
2       Do you know where the Mairs live at all?
3    A. Sissonville.
4    Q. Sissonville?
5       What's your educational background?
6    A. I didn't complete high school.  Ninth
7    grade.
8    Q. You quit high school in the ninth grade?
9    A. Yeah.
10   Q. Where?
11   A. St. Albans.
12   Q. All right.  Why did you quit?
13   A. Got expelled.
14   Q. Why did you get expelled?
15   A. Smoking weed.
16   Q. Did you ever try to go back?
17   A. Yeah.  They told me to join the Army.
18   Q. What's that?
19   A. Yeah.  They told me to join the Army.
20   Q. So did you?
21   A. No.
22   Q. So what did you do after getting expelled
23   in ninth grade?
24   A. I went and tried to take my ASVABs, but I

25

1  just gave up on it.
2     Q. You just gave up?
3        So never got a high school diploma or
4  anything?
5     A. No.
6     Q. Have you ever been injured in any other
7  way in which you asked for money from an insurance
8  company?
9     A. No.
10    Q. Filed a claim of any kind?
11    A. No.
12    Q. Nothing like that?
13       Have you ever filed any Workers' Comp
14 claims?
15    A. No.
16    Q. Any claims for disability, or anything
17 like that?
18    A. No.
19    Q. Has anybody ever filed a lawsuit against
20 you?
21    A. No.
22    Q. Have you ever filed any other lawsuits?
23    A. No.
24    Q. All right.  How about we talk about your

26

1  criminal history?
2        Have you ever been charged with a crime?
3     A. Charges?  Yeah, a couple.
4     Q. What's that?
5     A. Yeah, a couple.
6     Q. Let's see.  Do you have any memory issues,
7  or anything like that?
8     A. Not really, but like I can't really
9  remember stuff from way far -- I mean, I ain't got
10 a very good memory, but I got a decent memory.
11    Q. What's that?
12    A. I ain't got an amazing memory, but I've
13 got a decent memory.
14    Q. Okay.  So I want to talk to you about a
15 couple of past crimes or past incidents.  You tell
16 me what you remember the best you can.
17       Let's see.  There was the February 25th,
18 2019, incident.  Anything about that?  Maybe with a
19 police officer?  Running from the police?  Anything
20 like that?
21    A. Oh, yeah.
22    Q. What's that?
23    A. Yeah.
24    Q. Why don't you tell me what happened?

27

1     A. I ran into a vehicle that had been
2  reported stolen.
3     Q. Say that -- you what?
4     A. I said I found a vehicle that my neighbor
5  had -- that had been stolen from my neighbor.
6  I went to return it to her, and the police got
7  behind me.  I didn't have a license.  I was
8  nervous, and so I didn't stop.
9     Q. So you found your neighbor's vehicle that
10 had been stolen?
11    A. Yeah.
12    Q. And you were going to return it to her?
13    A. Yeah.
14    Q. So how did you get the vehicle?
15    A. It was abandoned on Loudendale.
16    Q. It was what?
17    A. Abandoned on Loudendale.
18    Q. So who was your neighbor?
19    A. Leslie Swift.
20    Q. Do you know Leslie's phone number?
21    A. No, I don't.
22    Q. Do you know where Leslie lives?
23    A. Not now.  She moved.
24    Q. Do you know if Leslie is employed?

28

1     A. No, she's not.  She's an elderly person.
2     Q. She what?
3     A. She's older.  She's on disability, I
4  think.
5     Q. What kind of car was it?
6     A. A Honda Civic.
7     Q. You say you found her car which had been
8  stolen, and you were going to return it to her?
9     A. Yeah.
10    Q. How did you start the car?
11    A. It was abandoned and sitting on Loudendale
12 with the keys in the ignition and the doors open.
13    Q. Do you have any idea -- can you speculate
14 as to why --
15       MR. FORBES:  Objection to form.
16       But you can go ahead and answer.
17       MR. RUGGIER:  Yes.
18    A. No clue.
19    Q. You don't have any idea.
20       Did you ever gain any information as to
21 why this car would be on Loudendale with the keys
22 in it and the door open?
23    A. Huh-uh.
24    Q. Is that a "no"?

29

1    A. No.

2    Q. Let's see. You were charged on

3 January 22nd, 2020, for driving with

4 suspended/revoked license and secondary arson?

5    A. I don't recall any of those.

6    Q. You don't remember that at all?

7    Driving unlicensed? Don't remember

8 anything like that?

9    A. Huh-uh.

10    Q. August 5th, 2019, for driving on a

11 suspended license?

12    A. I don't remember that either.

13    Q. You have no recollection of an August 5th,

14 2019, arrest for driving on a suspended license?

15    A. No.

16    Q. February 26, 2019. Fleeing with reckless

17 indifference in a stolen vehicle. Do you remember

18 anything about that?

19    A. That was the same incident we was talking

20 about, wasn't it?

21    Q. Probably, from the looks of it, yeah.

22    That's the one with the --

23    A. Where I found the vehicle, yeah.

24    Q. November 19th, 2018, for driving on

30

1 revoked -- driving revoked for DUI?

2    (Mr. diTrapano exits the room.)

3    A. That one might -- maybe. I mean, I

4 don't -- I've been pulled over a couple times for

5 driving revoked. I can't recall exactly when,

6 but ...

7    Q. So you don't really have any memory of it,

8 or there's several of them, so --

9    A. There's a couple of them. I mean, it's

10 just ...

11    Q. August 26th, 2018, for driving while

12 license suspended/revoked and for transferring

13 stolen property?

14    A. Yeah.

15    Q. Why don't you tell me what happened there?

16    A. The tags I had I had found in a parking

17 lot and put them on my car.

18    Q. You just found them in a parking lot, and

19 so you put them on your car?

20    A. Yeah.

21    Q. You didn't steal them off another car?

22    A. No.

23    Q. Why didn't your car have tags?

24    A. Because I had just got it. My uncle had

31

1 just passed away. I came in to go -- to be a

2 pallbearer at his funeral.

3    Q. Let's see. April 25th, 2016. Driving

4 while license suspended/revoked for DUI and for DUI

5 on meth?

6    A. I don't remember that.

7    Q. April 5th, 2016, for marijuana possession?

8    A. I don't really remember that.

9    Q. March 29th, 2016. Driving for -- revoked

10 for DUI? This is the anniversary of that one.

11    A. What is it?

12    Q. I said it's the anniversary of that one.

13    A. Uh-huh.

14    Q. Do you remember it at all?

15    A. Huh-uh.

16    Q. January 31st, 2016. DUI?

17    A. I don't remember it. That's back a little

18 far for me.

19    Q. October 13th, 2015. DUI?

20    A. I don't remember it.

21    Q. October 22nd, 2011, for DUI?

22    A. I don't recall.

23    Q. January 23rd, 2011, for

24 receiving/transferring a stolen vehicle?

32

1    (Mr. diTrapano enters the room.)

2    A. I don't remember it.

3    Q. October 14th, 2010, for possession of

4 marijuana. You were sentenced six months for this.

5    A. I don't remember it.

6    MR. FORBES: I'm going to object. Does

7    that show like a suspended sentence, or are

8    you saying that somebody put him in jail for

9    six months?

10    MR. RUGGIER: I don't know if somebody --

11    well, I'm not sure.

12    MR. FORBES: Okay.

13    MR. RUGGIER: Whatever he remembers is all

14    I'm looking for.

15    Q. April 11th, 2010, for concealed weapon

16 without a license?

17    A. Yeah.

18    Q. What do you remember about that?

19    A. Me and a friend -- I was moving back with

20 my mom, and I had my pistol in the trunk in a

21 lockbox. I got pulled over, and the cop -- we told

22 the cop it was there, and he tried to carry -- he

23 pulled it out and tried to get me for carrying

24 concealed. It was tossed out.

33

1  Q. April 8th, 2009, for embezzlement?
2  A. Yeah.  I worked for Go-Mart, and I got
3  caught stealing cigarettes.
4  Q. They called that embezzlement?
5  A. Yeah.  It was petit larceny.
6  Q. Do you remember what you received for
7  that?
8  A. Paid restitution.  That's about it.
9  Q. Okay.  So it wasn't really embezzlement.
10 Were you taking money from Go-Mart?
11 A. It was -- they didn't -- couldn't prove
12 that I was.  It was dropped to petit larceny.
13 Q. They proved that you stole some
14 cigarettes?
15 A. Yeah.
16 Q. Well, there's the -- maybe it's the same
17 one.  April 21st, 2009, petit larceny?
18 A. Yeah.
19 Q. It's probably the same.
20    Have you ever been treated for drug or
21 alcohol abuse?
22 A. No.
23 Q. What's that?
24 A. No.

34

1  Q. Are you a drug addict?
2  A. No.  I was.  Recovering.
3  Q. So you'd describe yourself as a recovering
4  drug addict?
5  A. Yeah.
6  Q. When were you a drug addict?
7  A. Before the accident.
8  Q. Before the accident?
9  A. Yeah.
10 Q. At the time of the accident, were you a
11 drug addict?
12 A. No.  I was in the -- had just started
13 recovery.
14 Q. So at the time of the accident, you were
15 not a drug addict --
16 A. I was in recovery.
17 Q. You were a recovering drug addict because
18 you had stopped using drugs?
19 A. Yeah.
20 Q. When did you stop using drugs?
21 A. I don't really recall like the exact date,
22 but I attempted to do it.  It was probably a month
23 before my accident.
24 Q. On the day of the accident, had you taken

35

1  any drugs?
2  A. No.
3  Q. What's that?
4  A. Huh-uh.  No.
5  Q. And on the night before the accident, had
6  you taken any drugs?
7  A. Not that I recall.
8  Q. In the two weeks prior to the accident,
9  had you taken any drugs?
10 A. Probably.
11 Q. You say "probably"?
12 A. Yeah.
13 Q. Did you tell any doctors or medical
14 personnel that you were an IV drug user?
15 A. At one point in time, yeah.
16 Q. After the accident?
17 A. Yeah, at one time.
18 Q. At the time of the accident, you were not
19 an IV drug user?
20 A. It was beforehand.
21 Q. What's that?
22 A. It was beforehand.
23 Q. When was the last time that you took any
24 kind of illegal drugs prior to the accident on

36

1  May 2nd --
2  A. I can't really recall.
3  Q. You're not sure when you did?
4  A. No.  I'm not sure.
5  Q. But you did take illegal drugs prior to
6  the accident at some point?
7     MR. FORBES:  Objection to form.
8     You can go ahead and answer if you --
9  A. Yeah, I guess, but like I said, I don't
10 really remember just when.
11 Q. Can you state that you did not take drugs
12 in the two days prior to the accident?
13 A. I -- I really don't remember.
14 Q. You're not sure?
15 A. Not sure.
16 Q. And is it a fair characterization of your
17 testimony that you do not know when you last took
18 drugs prior to the accident?
19 A. Yeah.
20 Q. What's that?
21 A. Yes.
22 Q. Do you need to take a break?
23 A. No.
24 Q. What kind of drugs would you take prior to

37

1 the accident?
2   A. I was just a user.  It didn't matter.  I
3 was just looking to comfort --
4   Q. Looking to comfort what?
5   A. It didn't matter.  I mean, I was a drug
6 addict.
7   Q. You were just -- any kind of drugs you
8 could get your hands on?
9   A. Yeah.
10   Q. Would that include opioids?
11   A. Yeah.
12   Q. Would that include intravenous drug use?
13   A. It would mean anything beforehand.
14   Q. What's that?
15   A. I had -- like I hadn't been using
16 intravenously for a while.
17   Q. Say that again?
18   A. I said, I hadn't been using intravenously
19 for a while before the wreck.  I had been sober for
20 a good bit.
21   Q. What's that?
22   A. I had been sober from intravenous use for
23 a good while.
24   Q. You were more into drug- -- pills?

38

1   A. No.  Just smoking meth.
2   Q. Smoking meth?
3   A. Smoking heroin.
4   Q. On the day of the accident, would you
5 think that there was methamphetamines in your body?
6   A. No.
7   Q. On the day of the accident, would there
8 be -- would you think there would be any kind of
9 opioids in your body?
10   A. Not -- there shouldn't have been.
11   Q. On the day of the accident, would you
12 think there would be any kind of drugs in your
13 body?
14   A. There shouldn't have been.  Not that I
15 know of.
16   Q. Do you remember the last time you did any
17 kind of illegal drugs prior to the accident?
18   A. No.
19   Q. Prior to the time of the accident, how
20 often would you smoke meth?
21   A. Just occasionally.
22   Q. What's that?
23   A. Just occasionally.
24   Q. Like what does that mean?  If you can,

39

1 give me something more accurate.  Once a week?
2 Once --
3   A. Whenever it was brought to my -- I mean,
4 whenever somebody had it.
5   Q. Whenever you got your hands on it?
6   A. Basically.
7   Q. Because you were a drug addict, and --
8   A. Basically.
9   Q. -- that's what drug addicts do?
10     Did you ever sell any drugs?
11   A. No.
12   Q. Was meth your drug of choice?
13   A. I didn't have a drug of choice.
14   Q. How come?
15   A. Because I was a drug addict.
16   Q. So you were just looking for any drugs you
17 could get?
18   A. Yeah.
19   Q. And how did you become cured from being a
20 drug addict?
21   A. I quit making money and got handicapped.
22   Q. What's that?
23   A. I said, I quit making money and got
24 handicapped.  Too many infections.

40

1   Q. Did you say you quit making money?
2   A. I quit being able to work, and so I
3 couldn't afford the drugs.  And I got infections.
4 So the more I'd get high, the more infections would
5 arise.
6   Q. Is -- the reason that you're no longer a
7 drug addict is because you are handicapped now?
8     MR. FORBES:  Objection to form.
9   A. Not necessarily, but, yeah, it does have a
10 good -- I mean, I'm more prone to infection being
11 handi- -- and drugs bring infection.
12   Q. And you can't really -- is it hard for you
13 to get drugs now?
14   A. I don't even try.  I don't even attempt.
15 I don't even think about them.  I think about my
16 life more than that.
17   Q. Is it a fair statement that your being
18 paralyzed is the reason for you no longer being a
19 drug addict?
20   A. Not necessarily, but ...
21   Q. Then maybe I'm --
22   A. I'm no longer a drug addict because I
23 don't want to be a drug addict.  I mean ...
24   Q. You're no longer a drug addict because you

41

1  don't want to be a drug addict?
2      A. Yeah.  I choose not to be.
3      MR. DITRAPANO:  Duane, it's been an hour,
4  and he, you know, indicated to us earlier
5  that he was having, you know, a hard time, you
6  know, sitting up for long periods of time.
7  We can't do anything about that really.  But
8  maybe it would be a good time to take a short
9  break if you can.
10     MR. RUGGIER:  That's fine with --
11     THE WITNESS:  My bowels don't work, and
12  I haven't used the bathroom in over two weeks.
13  So it's like concrete (indicating) right now.
14  I mean, it's --
15     MR. RUGGIER:  Yeah.  I understand.
16     THE WITNESS:  I ain't got no mobility in
17  my back.
18     MR. RUGGIER:  Whatever -- like I said at
19  the beginning, whatever you need to do --
20     MR. FORBES:  Let's take a five-minute
21  break, and we'll just see how it goes.
22     MR. RUGGIER:  Do you need to lay down or
23  something or --
24     THE WITNESS:  I mean, it would be nice,

42

1  but I ain't going to be able to here.
2              (Break in proceedings.)
3              (Mr. Forbes not present.)
4  BY MR. RUGGIER:
5      Q. Let's talk a little bit about your --
6  let's see.  On the day of the accident, did you
7  have a motorcycle license?
8      A. No.
9      Q. Have you ever had a motorcycle license?
10     A. No.
11     Q. Have you ever had any training on how to
12  drive a motorcycle?
13     A. No.
14     Q. Did anybody ever teach you how to drive a
15  motorcycle?
16     A. Yeah.  I've been on one my whole life.
17     Q. You've always rode motorcycles?
18     A. Yeah.
19     Q. Since you were a kid?
20     A. Yeah.
21     Q. So who taught you how to ride?
22     A. Myself mostly.
23     Q. When did you first start riding
24  motorcycles?

43

1      A. I was like five or six.
2      Q. So the only time that you've learned how
3  to ride a motorcycle, you just basically -- you
4  self-taught kind of thing?
5      A. Yeah, my whole life.  Twenty-some years.
6      Q. What's that?
7      A. About twenty-some years riding.
8      Q. Do you consider yourself to be an
9  experienced motorcycle rider?
10     A. Yeah.
11     Q. The motorcycles that you would ride, would
12  you ride dirt bikes or street bikes?
13     A. Mostly dirt bikes.
14     Q. How often would you ride a street bike?
15     A. Daily.
16     Q. Daily you'd ride a street bike?
17     A. Yeah.  When I got my first one.
18     Q. What's that?
19     A. When I got my first one.  I don't remember
20  when it was.  Probably 2005, I started riding
21  street bikes.
22     Q. You think you got your first street bike
23  around 2005?
24     A. Yeah.

44

1      Q. What kind of bike was it?
2      A. 500 Ninja.
3      Q. Was that your first, as we'll call it,
4  crotch rocket?
5      A. Yeah.
6      Q. So you've been riding crotch rockets for
7  about 15 years?
8      A. Yeah.
9      Q. Have you -- in all that time, you never
10  had a motorcycle license?
11     A. No.
12     Q. What would you do if you got pulled over
13  by the police and you didn't have a motorcycle
14  license?
15     A. I'd get pulled over, and like any other
16  time, I'd lose my bike and go to jail.
17     Q. What's that?
18     A. I said, I'd lose my bike and go to jail.
19     Q. Did you ever try to get a motorcycle
20  license?
21     A. No.
22     Q. Why not?
23     A. Because I had a DUI.
24     Q. If you have a DUI, you can't get a

45

1  motorcycle license?
2      A. I never took the DUI classes.  I mean,
3  you've got to have a license to get a motorcycle
4  license.
5      Q. Why didn't you take the DUI classes?
6      A. I couldn't afford it.
7      Q. Let's talk a little about your motorcycle
8  that you had on the day of the accident.  Where did
9  you get that motorcycle?
10     A. My uncle got it for me.
11     Q. Your uncle?
12     A. Yeah.
13     Q. Which uncle?
14     A. It's not really my uncle.  I just call him
15 my uncle.  It's my aunt's boyfriend, my mom's
16 sister's boyfriend.
17     Q. What's his name?
18     A. Richie.
19     Q. Richie what?
20     A. Dodd.
21     Q. Richie what?
22     A. Dodd.
23     Q. Dodd?
24     A. Yeah, D-O-D-D.

46

1      Q. And do you know Richie's phone number?
2      A. He doesn't have one.
3      Q. He doesn't have a phone?
4      A. Not that I know of.
5      Q. Do you know what your aunt's phone number
6  is?
7      A. I don't think she has one either.
8      Q. Do you know where Richie lives?
9      A. Over on Greenbrier Street.  I don't know
10 the address.
11     Q. How would you get a hold of Richie if you
12 wanted to?
13     A. Show up at his house.
14     Q. How did he get -- you said he -- my --
15 my --
16     A. He got it in a deal.  He traded a car.
17 Well, it was like kickback from somebody buying a
18 car from him.
19     Q. But how did you get it?
20     A. He gave it to me.
21     Q. So the motorcycle was given to you by your
22 aunt's boyfriend?
23     A. Aunt's boyfriend, yeah.
24     Q. What kind of bike was it that he gave you?

47

1      A. CBR 600.
2      Q. CBR 600.
3         Is that a Honda?
4      A. Yeah.
5      Q. It's a Honda?
6      A. Yeah.
7      Q. It was registered as a Yamaha YT250 or
8  XT250?
9      A. That was just the license plate that was
10 on it.
11     Q. What's that?
12     A. I said that was just the license plate
13 that was on it.
14     Q. Where did you get that license plate?
15     A. It was on it when I got it.
16     Q. So what does that tell you about the bike?
17     A. Probably the people before didn't have a
18 motorcycle license either.
19     Q. Probably what?
20     A. The people that owned it before didn't
21 have a motorcycle license either.
22     Q. Do you know how much Richie paid for it,
23 or did he pay for it?
24     A. He sold a car to somebody, and they threw

48

1  it in as boot.
2      Q. It was a barter kind of deal.
3         At the time when you received it, did you
4  think that it was likely a stolen bike?
5      A. No.  I had the sheriff run the VIN number
6  on it.
7      Q. How did you do that?
8      A. My girlfriend called the law on me, and
9  they came and ran the VIN number on it.
10     Q. So your girlfriend called the police on
11 you?
12     A. Yeah.  I was parked in the driveway, and
13 they thought it was stolen.  So they ran the VIN on
14 it, and it came back clean.
15     Q. Well, they ran the VIN on it and it came
16 back clean, but -- what -- that means it had not
17 been stolen?
18     A. Yeah.  When they run the VIN, it comes
19 back stolen or clean.
20     Q. But the license plate was to a different
21 motorcycle?
22     A. Yeah.
23     Q. If the license plate is to a different
24 motorcycle, doesn't that suggest that maybe this

49

1  bike is a stolen bike?
2      A.  No.  When the VIN number comes back clean,
3  the VIN number comes back clean.  The license plate
4  has nothing to do with the VIN number.
5      Q.  How long had you had the bike?
6      A.  Probably six months.
7      Q.  How often would you ride it?
8      A.  Not very often.  I was more working on it.
9  I was going to take the motor off and put it on a
10 go-cart.
11     Q.  Why?
12     A.  Because I didn't have a title to it.
13     Q.  Because you didn't have the title to the
14 motorcycle --
15     A.  Yeah.
16     Q.  -- you were concerned --
17     A.  I was just going to put the motor on a
18 go-cart.
19     Q.  Can you do that?
20     A.  Yeah.
21     Q.  Was that bike your principal means of
22 getting around?
23     A.  No.
24     Q.  What would you normally use to drive

50

1  around?
2      A.  I wouldn't drive around.  I'd be driven.
3      Q.  What's that?
4      A.  I didn't have a vehicle.  I had people
5  give me rides.
6      Q.  Was the bike your only way of getting
7  around?
8      A.  Yeah, but I really didn't ride the bike
9  like that.
10     Q.  You really what?
11     A.  I really didn't ride the bike like that.
12 I mean, it wasn't -- I didn't want to get in
13 trouble.  I mean -- so mostly I'd get a ride from
14 someone if I needed to go somewhere.
15     Q.  So the way you would normally get around,
16 would you get a ride from somebody?
17     A.  Yeah.
18     Q.  You never got the motorcycle registered?
19     A.  No.
20     Q.  Why was the gas tank black?
21     A.  Because I painted the whole bike black.  I
22 painted it with Rhino lining because it was more of
23 a stunt -- I mean, when I did ride it, I'd ride it
24 in parking lots doing tricks, and easy touch-up.

51

1      Q.  You would do tricks on the bike?
2      A.  Yeah.
3      Q.  Like what?
4      A.  I'd ride wheelies.  Just mess around on
5  it.  I mean --
6      Q.  So bike tricks, and things like that.
7          So you painted the whole bike black?
8      A.  Yeah.  Rhino lining.  It didn't come off
9  as easy.
10     Q.  Explain to me what Rhino lining is.
11     A.  It's like bed liner for a truck.
12     Q.  Oh, so you put Rhino liner on it?
13     A.  Yeah.
14     Q.  I gotcha.
15         What was the color of the gas tank
16 originally?
17     A.  Purple.
18     Q.  You didn't like that?
19     A.  It was all right, but it didn't have all
20 the plastics to it, and so it looked kind of -- it
21 was a Smokin Joe Edition.
22     Q.  Okay.  You mean, the bike was a Smokin Joe
23 Edition?
24     A.  Yeah, like Smokin Joe Camel.  It was a '96

52

1  model.
2      Q.  You don't have any idea why that bike was
3  registered as an XT250?
4      A.  Because somebody probably just picked the
5  plates up and put it on there.  I mean --
6      Q.  Give somebody else some different
7  plates and --
8      A.  Yeah.
9      Q.  What repairs did you do to the bike?
10     A.  Just -- I mean, not really repaired.  I
11 painted it.  Like I said, I was going to take the
12 motor off of it and put it on a go-cart, so ...
13     Q.  But you never did?
14     A.  No.
15     Q.  You painted it.  Did you do anything else
16 to it?
17     A.  Not really.
18         I put new tires on it.
19     Q.  You put new tires on it?
20     A.  Yeah.  Well, like new.  They were used,
21 but --
22     Q.  You put new --
23     A.  A different tire on it.
24     Q.  -- used tires?

53

1   A. Yeah.

2   Q. Different tires?

3   A. Yeah.

4   Q. Why did you put different tires on it?

5   A. I don't know why.

6   Q. What's that?

7   A. I don't know.  Someone give them to me.

8   Q. What kind of tires did you put on?

9   A. I don't remember.

10      Dunlops, I think.

11  Q. Do you know what type of Dunlop?

12  A. No.

13  Q. Do you know what type of tread was on

14  there?

15  A. (Shaking head.)

16  Q. No?  Is that no?

17  A. No.

18  Q. Okay.  Did you ever do anything to the

19  brakes?

20  A. Not that I know of.

21  Q. Were the brakes operating properly at the

22  time of the accident?

23  A. Yeah.

24  Q. Was the steering operating properly at the

54

1   time of the accident?

2   A. Yeah.

3   Q. Was everything operating properly at the

4   time of the accident on the bike?

5   A. Yeah.

6   Q. The tires you put on, were they wider than

7   the ones that were originally on it?

8   A. No.  They were the same size.

9   Q. Same size.

10     What happened to the seat?

11  A. It didn't have one on it.

12  Q. There was no seat on it?

13  A. No.  I put a seat from my previous bike on

14  it.

15  Q. Oh, okay.  So you put a new seat on it?

16  A. Yeah.

17  Q. Because right now the bike -- I went and

18  looked at the bike, and there's no seat on it.

19  A. I guess that's where they wrecked me.

20  Q. Did it come off during the wreck, or do

21  you know?

22  A. I don't know.

23  Q. What kind of seat did you put on it?

24  A. It was a CBR seat.  I mean, it was a

55

1   regular seat.  It locked in just like the other one

2   did.

3   Q. Did you ever do anything to the

4   suspension?

5   A. No.

6   Q. Did you say "no"?

7   A. No.

8   Q. Had you crossed railroad tracks before

9   while you were riding bikes?

10  A. Yeah.

11  Q. Did you cross railroad tracks before while

12  you were riding a motorcycle?

13  A. Yeah.

14  Q. Were you pretty familiar with crossing

15  railroad tracks --

16  A. Yeah.

17  Q. -- on motorcycles?

18  A. Yeah.

19  Q. How do you cross railroad tracks on

20  motorcycles?

21  A. I don't understand what you mean.

22  Q. What's the best way?  How would you cross

23  a railroad track?

24  A. Slowly.  Cautious.

56

1   Q. How else?  Anything else specifically you

2   would do as you cross a railroad track?

3   A. Nothing specific.

4      Look both ways.

5   Q. Do you remain seated?

6   A. Yeah.

7   Q. Have you ever previously wrecked going

8   over railroad tracks?

9   A. No.

10  Q. Have you ever driven a motorcycle on the

11  side of the railroad tracks on the rocks?

12  A. No.

13  Q. So you've been riding motorcycles for

14  20 years?

15  A. Yeah.

16  Q. Are you aware that you need to have a

17  motorcycle license to --

18  A. Yeah.

19  Q. What's that?

20  A. Yeah.

21  Q. Do you -- let me finish my question.

22  A. Sorry.

23  Q. Are you aware that you need to have a

24  motorcycle license to properly operate a motorcycle

57

1  in the state of West Virginia?
2      A. Yeah.
3      Q. Are you aware that you need to properly
4  register a motorcycle in order to drive the
5  motorcycle on the roads of the state of West
6  Virginia?
7      A. Yeah.
8      Q. I think we covered this but did you have a
9  motorcycle license on May 2nd, 2020?
10     A. No.
11     Q. And have you ever had a motorcycle
12  license?
13     A. No.
14     Q. Did you have motorcycle insurance on
15  May 2nd, 2020?
16     A. No.
17     Q. Were you aware that you were supposed to
18  have motorcycle insurance to operate a motorcycle
19  on the roads in the state of West Virginia?
20     A. Yeah.
21     Q. And why did you not have insurance?
22     A. Because I really wasn't supposed to be
23  riding the bike.
24     Q. Like why am I going to insure a bike that

58

1  I shouldn't -- I shouldn't drive?
2      A. That I -- yeah.
3      Q. Are you aware that it is illegal to smoke
4  meth and drive a motorcycle on the roads in the
5  state of West Virginia?
6          MR. DITRAPANO:  Object --
7      A. Yeah.
8          MR. DITRAPANO:  -- to the form of the
9      question.
10     A. Yeah.
11         MR. DITRAPANO:  He never said he was
12     smoking meth and driving.
13     Q. You can answer that.
14     A. Yeah, I understand.
15     Q. What's that?
16     A. I said yeah.
17     Q. Have you ever made methamphetamines?
18     A. No.
19     Q. Have you ever made crystal
20  methamphetamines?
21     A. No.
22     Q. Have you attempted to make
23  methamphetamines?
24     A. No.

59

1      Q. Have you ever attempted to make crystal
2  methamphetamine?
3      A. No.
4      Q. Are those two different things?
5      A. I mean, I -- I don't know.
6      Q. Is crystal meth different than regular
7  meth, or --
8      A. I don't know.  Is it?
9      Q. That's what I'm asking.
10     A. Your guess is as good as mine.
11     Q. What's that?
12     A. I said, your guess is as good as mine.  I
13  just used it.
14     Q. Are you aware that it is illegal to
15  possess the precursors to make meth in the state of
16  West Virginia?
17     A. Yeah.
18     Q. Have you ever been in possession of the
19  precursors to make methamphetamines?
20     A. No.
21     Q. On May 2nd of 2020, were you in possession
22  of any of the precursors to make methamphetamines?
23     A. No.
24     Q. You are aware that it is illegal to run

60

1  from the police?
2      A. Yeah.
3      Q. And you are aware that if the police flash
4  their lights at you as you are driving, then you
5  should stop and pull over?
6      A. Uh-huh.
7      Q. Is that a "yes"?
8      A. Yeah.
9      Q. What's that?
10     A. Yeah.
11     Q. You are aware that if the police have
12  their lights and siren on behind you, that you
13  should stop and pull over?
14     A. Yeah.
15     Q. Do you agree that it is reasonable for a
16  police officer to pull over a motorcycle if that
17  motorcycle is stolen?
18     A. Yeah.
19     Q. Do you agree with me that your motorcycle
20  on May 2nd of 2020 does not look like an XT250?
21     A. Yeah.
22     Q. Are you aware that stolen motorcycles are
23  often painted over?
24     A. I guess so, yeah.

61

1  Q. Do you think it's reasonable for a police
2  officer to attempt to pull over a motorcycle that
3  has been painted over and that the license plate
4  does not match the registration?
5      MR. DITRAPANO:  I'm going to object to the
6  form.
7  A. Yeah, I guess so.
8  Q. Do you agree that it would seem reasonable
9  for a police officer's suspicion to be raised if
10 the motorcycle's license plate and registration
11 does not match the type of motorcycle?
12 A. Yeah.
13     MR. DITRAPANO:  Just lodge my objection
14 to the form.  All these questions where he's
15 asking what a reasonable officer would do, I'm
16 just objecting to the form.
17     But you can answer them however you want
18 to.
19 Q. I may have asked you this, but do you
20 think it's reasonable for a police officer to pull
21 over a motorcycle whose driver does not have a
22 license?
23     MR. DITRAPANO:  Object to the form.
24 A. If they knew that they -- I guess so,

62

1  yeah.
2  Q. Do you think it's reasonable for an
3  officer to arrest an individual who has the
4  precursors to making methamphetamines?
5      MR. DITRAPANO:  Object to the form.
6  A. Yeah.
7  Q. Do you think it's reasonable for an
8  officer to arrest an individual who is in
9  possession of methamphetamines?
10 A. Yeah.
11     MR. DITRAPANO:  Object to the form.
12 Q. Do you think it's reasonable for a police
13 officer to arrest an individual who is high on
14 methamphetamines while operating an unregistered
15 motorcycle without a license?
16     MR. DITRAPANO:  Object to the form.
17 A. I guess so, yeah.
18 Q. Do you agree that it is dangerous to
19 operate a motorcycle while high on
20 methamphetamines?
21 A. Yeah.
22 Q. Do you agree that it's dangerous to
23 operate a motorcycle while high on any type of
24 illegal drug?

63

1  A. Yeah.
2  Q. Do you agree that your chances of wrecking
3  a motorcycle increase when you are high on
4  methamphetamines?
5  A. Not necessarily.
6  Q. Not necessarily.  How so?
7  A. Your senses are more heightened.
8  Q. What's that?
9  A. Your senses are more heightened, and you
10 pay more attention to things that you usually
11 wouldn't.
12 Q. Do you think that you are a better
13 motorcycle operator while high on methamphetamines?
14 A. No.
15 Q. What's that?
16 A. No.
17 Q. Do you agree that your chances of wrecking
18 your motorcycle into other individuals increase
19 when an individual is high on methamphetamines?
20 A. I guess.
21 Q. Do you need to take a break or anything?
22 A. No.  I just need to get it over with.
23 I've got to go home and lay down and get dug out.
24 Q. What's that?

64

1  A. I said I need to get -- the nurses are
2  coming today to dig me out.  Like the only way I
3  can have a bowel movement is digital stimulation.
4  Q. Yeah.  I gotcha.
5      What do they do for that?  Do they not
6  give you anything, or --
7  A. I'm on five different laxatives.  They
8  don't work.  There's two types of a spinal cord
9  injury.  You've either got your sphincter and
10 rectum are closed solid or they're loose, and mine
11 are solid.
12 Q. Yours is closed?
13 A. Yeah.
14 Q. What kind of medication do they give you
15 for that, do you know?
16 A. Miralax, Senokot, and like in the
17 hospital --
18 Q. That don't work.
19 A. No, none of them work.
20 Q. That don't work.
21     Do you agree that it's dangerous for other
22 individuals on the road when an individual is high
23 on meth operating a motorcycle?
24     MR. DITRAPANO:  Object to the form.

65

1    A. Repeat that.

2    Q. Do you agree that it is dangerous for the

3 other individuals on the road when an individual is

4 high on methamphetamines operating a motorcycle?

5    A. Yeah.

6    MR. DITRAPANO:  Same objection.

7    Q. Do you think it's reasonable for an

8 individual to run from the police on a motorcycle

9 if they do not have a motorcycle license?

10    A. No.

11    Q. Do you think it's reasonable for an

12 individual to run from the police if their

13 motorcycle license is suspended?

14    A. No.

15    Q. Do you think it's reasonable for an

16 individual to run from the police on a motorcycle

17 if they do not have motorcycle insurance?

18    A. No.

19    Q. Do you think it's reasonable for an

20 individual to run from the police on a motorcycle

21 if they do not have the motorcycle properly

22 registered?

23    A. No.

24    Q. Do you think it's reasonable for police to

66

1 pursue an individual who is believed to have

2 committed a crime and is running from that officer?

3    MR. DITRAPANO:  I'm going to object to the

4    form of all the reasonableness questions

5    again, so ...

6    A. Repeat it again.

7    MR. DITRAPANO:  But you can answer them.

8    Q. Do you think it is reasonable for a police

9 officer to pursue an individual who is believed to

10 have committed a crime and is running from that

11 officer?

12    A. Yeah.

13    Q. Do you agree that it was reasonable for

14 Officer Peterson to initiate a pursuit of you on

15 May 2nd, 2020 -- or 2020 --

16    MR. DITRAPANO:  Object to the form.

17    Q. -- if you had a reasonable suspicion to

18 believe you were operating a vehicle without a

19 registration that may be stolen?

20    A. No.  I mean, if he had probable -- but he

21 never really engaged in pursuit.  It was more of a

22 bullying tactic.

23    MR. RUGGIER:  Can we take a break?  I've

24    got to go to the bathroom.

67

1    MR. DITRAPANO:  Yeah.  Sure.

2    (Break in proceedings.)

3    (Mr. Forbes present.)

4 BY MR. RUGGIER:

5    Q. Let's go to May 1st of 2020, the day

6 before the arrest.  Do you know what you did that

7 day?  Do you remember anything about that day?

8    A. Not really.

9    Q. You don't have any idea what you were

10 doing, what was going --

11    A. I don't really remember.

12    Q. All right.  Let's go to May 2nd.  Do you

13 remember May 2nd at midnight, the start of the day?

14    A. No.  I remember waking up May 2nd around

15 8:30.

16    Q. You woke up on May 2nd at about 8:30

17 where?

18    A. Donnie's house.  I left to go get parts

19 for another motorcycle I had gotten.

20    Q. At whose house?

21    A. At Donnie's house.  Donnie Brown.

22    Q. Who all stayed there that night?

23    A. I don't even really remember.  I fell

24 asleep on the couch.

68

1    Q. You slept on the couch.

2    Who lives there with Don Brown?

3    A. Donnie.

4    Q. Anybody else?

5    A. No.

6    Q. Don Brown, is he -- he's the grave digger

7 guy?

8    A. Yeah.

9    MR. FORBES:  Hey, Duane, I'll tell you,

10    during one of the breaks, we looked up Donnie

11    Brown online.  I've got a phone number.

12    MR. RUGGIER:  Great.

13    MR. FORBES:  It's 744-1977.

14    MR. RUGGIER:  Is that the business or --

15    MR. FORBES:  The business, the grave

16    digging service.

17    And it's on Kanawha State Forest Drive in

18    Loudendale.

19    Q. All right.  So you wake up at Donnie

20 Brown's house.  How did you get there?

21    A. I drove my motorcycle.

22    Q. You drove a motorcycle to Donnie Brown's

23 house?

24    A. Yeah.

69

1  Q. The day before or what?
2  A. Yeah.
3  Q. Do you know?  Are you just saying that, or
4  do you remember?
5  A. Yeah, the day before.
6  Q. What time did you get to Donnie Brown's
7  house?
8  A. I don't really remember.  It was in the
9  evening time.
10  Q. Why did you stay there?
11  A. Because I was wore out.
12  Q. Why were you wore out?
13  A. I don't remember really.  I was just
14  tired.
15  Q. What's that?
16  A. I said, I don't really remember.  I was
17  just tired.
18  Q. Did you all do any drugs that night?
19  A. No.  Donnie doesn't do drugs.
20  Q. Did you all drink any alcohol?
21  A. No.
22  Q. Did you smoke any pot?
23  A. No.
24  Q. Take any pills, or anything like that?

70

1  A. No.  I just crashed out.
2  Q. Do you know what time you arrived?
3  A. No.  I don't remember.
4  Q. So you wake up at Donnie Brown's house
5  that morning -- are you all right?  Are you going
6  to be able to do this?
7  A. I don't know.
8  MR. FORBES:  You're in a lot of pain
9  obviously.
10  THE WITNESS:  Yeah.  I've got to get dug
11  out.  I mean, it's (untranslatable sound) ...
12  A. What was the question again?
13  MR. FORBES:  Let's take a break for a
14  second.  Then --
15  MR. RUGGIER:  Why don't you all figure --
16  MR. FORBES:  Yeah.
17  Yeah.  Let's -- why don't you come and
18  talk to me and Dante for a minute?  Let's take
19  a break and see if we can keep going or not.
20  (Break in proceedings.)
21  (Mr. diTrapano not present.)
22  BY MR. RUGGIER:
23  Q. So you were at Dan Brown's -- Don Brown's
24  house -- is it Dan or Don?

71

1  A. Donnie.
2  Q. -- Donnie Brown's house the night before.
3  You spent the night there.  Do you remember anybody
4  else that spent the night there?
5  A. (Shaking head.)
6  Q. Don Brown was there?
7  A. Yeah.
8  Q. And you wake up about 8:30?
9  A. Yeah.
10  Q. And why do you wake up at 8:30?
11  A. Because I was supposed to be at Ronnie
12  Blizzard's house getting clutch cables for another
13  bike that I was working on.
14  Q. Supposed to be at Ronnie Blizzard's house?
15  A. Yeah.
16  Q. Do you know Ronnie Blizzard's number?
17  A. No.
18  Q. And what were you getting?
19  A. Clutch cables for another bike I was
20  working on.
21  Q. Where does Ronnie Blizzard live?
22  A. On Trace Fork.
23  Q. He lives on Trace Fork?
24  A. Yeah.

72

1  Q. Do you know where on Trace Fork?
2  A. No.  I don't know the address.  It's just
3  on Trace Fork.
4  Q. So you wake up, and what do you do?  Get
5  on a bike?
6  A. Yeah.
7  Q. What bike do you get on?
8  A. The CBR.
9  Q. Okay.  And what do you do?
10  A. I head to Trace Fork.
11  Q. When you got on the bike that day, you
12  knew that you did not have a driver's license?
13  A. Yeah.
14  Q. And you knew that the bike was not
15  registered?
16  A. Yeah.
17  Q. You knew that you shouldn't be riding the
18  bike that day?
19  A. Yeah.
20  Q. And you knew you were operating the bike
21  illegally?
22  A. Yeah.
23  Q. So why did you operate the bike when you
24  knew it was illegal?

73

1    A. Because I needed to go get the parts and
2  wasn't thinking.
3    Q. What's that?
4    A. I wasn't really thinking.  I needed to go
5  get the parts.
6    Q. You wanted to get the parts, and there was
7  no other way for you to get the parts other than
8  get on the bike and --
9    A. Yeah.
10    Q. Ronnie was giving you some clutches --
11  clutch cables?
12    A. Clutch cables, yeah.
13    Q. Was he giving them to you, or you were
14  buying them, or what?
15    A. He was giving them to me.
16    Q. They were clutch cables that you were
17  going to put on what?
18    A. Another bike.
19    Q. Which bike?
20    A. A Honda Shadow.
21    Q. Were they clutch cables for what bike?
22    A. For a Honda Shadow.
23    Q. He was just giving them to you?
24    A. Yeah.

74

1    Q. How come?
2    A. Because I needed them, and he had them.
3    Q. Well, was he giving them to you rather
4  than selling them to you, or is he a friend of
5  yours, or what?
6    A. Yeah.  He was a friend of mine.  I had
7  given him parts before.
8    Q. Okay.  Was it one clutch cable?  Two
9  clutch cables?
10    A. It was a clutch cable, one clutch cable.
11    Q. For what?
12    A. For a Honda Shadow.
13    Q. Yeah.  For what clutch?  I guess for
14  where?  Is there just one clutch on Honda Shadows?
15    A. There's just one clutch on any bike.
16    Q. All right.  So Dan Brown -- or Don Brown,
17  where does he live?
18    A. Kanawha State Forest.
19    Q. All right.  So how do you -- you leave Don
20  Brown's house from where and -- what -- you get on
21  Corridor G?  Is that what you do?
22    A. Yeah.  You go to Davis Creek and
23  Corridor G, 119.
24    Q. You go from Davis Creek Road to 119?

75

1    A. Yeah.
2    Q. All right.  And so you get on your bike
3  and you head towards Ronnie Blizzard's house?
4    A. Yeah.
5    Q. And so you get on 119, headed south on
6  119?
7    A. I don't know which way I was heading.  I
8  was heading towards Trace Fork out past Walmart.
9    Q. Away from Charleston?
10    A. Yeah.
11    Q. All right.  So you pass Walmart.  When are
12  you going to turn to get on Trace Fork Road, do you
13  know?
14    A. The -- it's the -- I don't know what it's
15  called.
16    Q. What's that?
17    A. I don't know what the road -- the name of
18  the road is called.  It's like the second exit past
19  Walmart.
20    Q. Had you been out to Ronnie Blizzard's
21  house before?
22    A. Yeah.
23    Q. How many times had you been out to Ronnie
24  Blizzard's house?

76

1    A. A lot.
2    Q. What's that?
3    A. Quite a few.
4    Q. Is Ronnie employed?
5    A. Yeah.  He works at Blizzard's Custom
6  Cycles.
7    Q. Okay.  Where is that?
8    A. On Davis Creek.
9    Q. Is Blizzard's Custom Cycles still
10  operating?
11    A. Yeah.
12    Q. All right.  So what happens next?
13    A. I turn off of 119 and get on Trace Fork.
14  That's when I noticed -- when I turned onto Trace
15  Fork is when I noticed the officer behind me.
16    Q. You noticed the officer behind you
17  whenever you turn off of 119 to go onto Trace Fork?
18    A. When I turned off the road to turn onto
19  Trace Fork.
20    Q. Okay.  How did you notice the officer
21  behind you?
22    A. It was a switchback turn.
23    Q. When you noticed the officer, was the
24  officer's lights or siren on?

77

1   A. No.

2       (Mr. diTrapano enters the room.)

3   Q. Okay.  So what do you do?

4   A. I continue to go.

5   Q. What's that?

6   A. I said, I continue on my way.

7   Q. Just keep on driving because there's no

8   lights and siren?

9   A. Yeah.

10  Q. Are you concerned?

11  A. A little bit.  He's following really

12  aggressive, making me nervous, making me feel like

13  he's going to wreck me.

14  Q. Were you also concerned because you know

15  you're operating the bike illegally?

16  A. No.

17  Q. Is it your testimony that it's not a

18  concern for you --

19  A. I wasn't concerned.

20  Q. What's that?

21  A. I wasn't concerned.

22  Q. Let me just finish my question.

23  A. All right.

24  Q. Is it your testimony that you were not

78

1   concerned when the police officer was behind you

2   despite the fact that you were operating the bike

3   without a license, without insurance, and was not

4   properly registered?

5       MR. FORBES:  Objection to form.

6       You can go ahead and answer if you

7       understand.

8   A. I wasn't concerned.

9   Q. What's that?

10  A. I wasn't concerned.

11  Q. How come?

12  A. I didn't think he was going to pull me

13  over, or didn't think he was going to try.  They

14  usually leave you alone.

15  Q. Describe what you mean by he was

16  aggressively behind you.

17  A. Meaning as in if I would have hit my

18  brakes, he would have rammed me.

19  Q. All right.  So when you pull off -- you

20  are driving, and the officer is right behind you,

21  aggressively driving behind you, and then what

22  happens next?

23  A. I continue to go until the other officer

24  pulled out in front of me -- or not really in front

79

1   of me, he pulled out behind me, but ...

2   Q. What do you mean you continue to go until

3   the other officer pulled behind you?  So you know

4   there's two cop cars behind you?

5   A. Yeah.

6   Q. Are either of those police officers -- do

7   either of them have their lights or siren on?

8   A. Not at the moment.

9   Q. Were you concerned yet that there are two

10  police cruisers behind you now?

11  A. Not real- -- a little bit, I'm concerned,

12  because he's still too aggressive.

13  Q. Did you think to pull over at this point

14  when there were now two police --

15  A. Yeah.  I continued to signal, throw my

16  hands up, trying to let him know that I was going

17  to stop and pull over, but he was too aggressive.

18  If I would have hit my brakes, he would have rammed

19  me.  He would have took me out.

20  Q. So you're saying that you continued to

21  signal -- that you were trying to signal --

22  A. Tapping brakes.  I mean, throw my hand up

23  (indicating) to stop, I'm saying.

24  Q. So you were trying to signal to the police

80

1   officers that you were going to stop --

2   A. Yeah.

3   Q. Just let me finish my question.

4       You were trying to signal to the police

5   officers that you were going to stop your bike, but

6   you could not properly stop because the cruiser was

7   too close to you?

8   A. Yeah.

9   Q. Why didn't you just slow down?

10  A. I was going slow.  I was going below the

11  speed limit.

12  Q. I understand, but you could have slowed --

13  why could you not have slowed down and just pulled

14  over to the side of the road?

15  A. You can, but when somebody is that

16  aggressive on a motorcycle, you kind of tend to

17  want to not eat the pavement.  You know what I

18  mean?  You go to just hit your brakes and somebody

19  is that close to you -- I mean, he was aggressively

20  close, like literally.

21  Q. So the reason you couldn't stop was

22  because the police officer behind you was being too

23  aggressive?

24  A. Way too close to me.

81

1   Q. So your response to the officer being
2   behind you is to keep driving?
3   A. Yeah. If -- to my knowledge, you're
4   supposed to be able to pull over when you feel
5   comfortable. I mean, comfortable spot, comfortable
6   setting. But there was no way that I could have
7   pulled over. There was no way I could have
8   actually hit the brakes and slowed down to stop
9   without him taking me out.
10  Q. You didn't feel comfortable pulling over,
11  and so you did not?
12  A. Not at the time. I wasn't being signaled
13  to either.
14  Q. What's that?
15  A. I said, he didn't have his lights on
16  signaling me to pull over either. I was actually
17  trying to find out what was going on.
18  Q. Neither of the police cruisers at this
19  time have on their lights or sirens?
20  A. Not at the moment.
21  Q. You're on a motorcycle. Why couldn't you
22  just pull off to the side of the road?
23  A. Again, that takes you hitting the brakes.
24  I mean, he was aggressive, and aggressive -- I'm

82

1   not saying aggressive by just -- he was so close --
2   literally so close to my back tire that he could
3   have taken me out at any point in time. You know
4   what I mean?
5   Q. How close was the cruiser to your back
6   tire?
7   A. Way too close. Six inches, eight inches
8   at the most.
9   Q. You couldn't just gradually slow down --
10  A. No.
11  Q. -- so --
12  A. I mean --
13  Q. -- you would not have to hit the brakes?
14  A. No. You can't really -- you can't really
15  stop without hitting the brakes.
16  Q. Well, you can slow down to the point --
17  A. I was going sl- -- I was going below the
18  speed limit.
19  Q. Well, but you can still go lower than the
20  speed limit.
21  A. But not without actually hitting your
22  brakes.
23  Q. Well, the motorcycle will glide to a slow
24  stop?

83

1   A. No. It will continue to go as long as
2   it's in gear. I mean ...
3   Q. Did you have the ability to take the
4   motorcycle from being in gear --
5   A. To out of gear? Yes, I did.
6   Q. Out of gear, correct.
7   And if you could shift from being in gear
8   to neutral, then the motorcycle would slowly glide
9   to a stop, correct?
10  A. Depending on where you're at. I mean ...
11  Q. If you're on a straight stretch, if you
12  put the motorcycle -- if you shift it from in
13  gear --
14  A. Are you going uphill or downhill?
15  Q. What's that?
16  A. Are you going uphill or downhill?
17  Q. Well --
18  A. It depends on the grade of the road
19  honestly.
20  Q. But there's -- were there spots at this
21  point where we are in this pursuit, or however you
22  want to call it, where you could have just shifted
23  out of gear, put it in neutral, and slowly glided
24  to a stop?

84

1   MR. FORBES: Objection to the form of the
2   question.
3   A. As aggressive as he was being, I was
4   actually nervous. I was worried for my own
5   well-being. Like literally, he attempted to wreck
6   me -- I mean, a couple times before any of this
7   happened. I mean, it's like you be on a motorcycle
8   and have somebody six inches away from your back
9   tire. You're not going to want to stop for
10  anything. You're going to be scared. You're going
11  to be afraid that this person is going to take you
12  out. I mean --
13  Q. Sure. I understand.
14  But my question relates to whether you
15  could have just glided --
16  A. Pulled --
17  Q. -- to a stop.
18  A. -- over?
19  Q. Yeah.
20  A. Not really. Not as aggressive as he was
21  being. If I would have hit my brakes to stop and
22  pull over -- you have to hit your brakes to stop,
23  period.
24  Q. Well, if you --

85

1   A. No, not -- have you ever ridden a
2   motorcycle?
3   Q. I've rode motorcycles a lot --
4   A. Well, I mean -- okay.  Well --
5   Q. So here's what you could have done -- and
6   tell me if I'm wrong -- was, you're in gear and
7   you're driving, and you want to slow down without
8   hitting your brakes.  You're going to put it in
9   neutral --
10  A. And coast.
11  Q. -- and you could coast --
12  A. Okay.
13  Q. -- to a point.  If you're going downhill,
14  no, that's not -- you're not going to stop, but if
15  you're going uphill, you are going to stop.
16      So my question would be -- is, why not
17  just do that which would allow you to --
18  A. Why not turn your lights on and tell --
19  MR. FORBES:  Objection --
20  A. -- me to pull over?
21  Q. If you would just -- it would just allow
22  you to stop without actually hitting your brakes.
23  A. Okay.  At this time, I wasn't being told
24  to pull over either.  There was no lights.  So it

86

1   wasn't necessary for me to hit my brakes at the
2   moment.  I was wondering, Should I have hit my
3   brakes?  Yeah, I should have.  I should have let
4   him wipe me out earlier just because of how
5   aggressive he was being.  I mean, he was bullying
6   me.
7   Q. And the reason you didn't stop your
8   motorcycle was because the police cruiser was being
9   very aggressive?
10  A. Very, very aggressive, without his lights
11  on, and without signaling me to pull over.
12  Q. All right.  So what road are we on now, do
13  you know?
14  A. Emmons Road.
15  Q. We're on Emmons Road.
16      And so what happens next?
17  A. Going out Emmons Road a little bit, and
18  then he bumps the back of my back tire and slides
19  me onto the tracks.
20  Q. It seemed like there were a lot of other
21  roads that we got to before we got to Emmons
22  Road --
23  A. Not really.
24  Q. Not really?

87

1   A. Trace Fork goes straight to -- it goes
2   straight to Brounland, and then -- and the second
3   cruiser pulled out on Brounland.
4   Q. Were you familiar with these roads back
5   there?
6   A. Yeah.
7   Q. How come?  How?
8   A. Because I used to ride them all the time.
9   Q. Why would you ride those roads all the
10  time?
11  A. I don't know.  I know a lot of people that
12  lived out in Boone County.
13  Q. So you went from -- it goes from --
14  what -- Trace Fork to Brounland to Emmons?
15  A. Yeah.
16  Q. And Emmons is where the accident happened?
17  A. Yeah.
18  Q. Prior to the accident -- take me to a
19  little bit before the accident.  What's happening?
20  Where are you going?  What's your speed?  What are
21  you thinking?  What's going on?
22  A. I constantly obey the speed limit.  I
23  mean, I don't speed.
24  Q. What's that?

88

1   A. I usually go -- I constantly obey the
2   speed limit.  I usually go under the speed limit.
3   Where I don't have a license, I mean, I don't like
4   to bring attention to myself.
5   Q. Well, I'm talking about during this
6   pursuit.  Were you --
7   A. I never reached over 50 mile an hour the
8   whole pursuit.
9   Q. You never reached over 50?
10  A. No.
11  Q. Did you reach 50?
12  A. No, not that I -- I don't think so.
13  Q. At the end of the pursuit --
14  A. Forty-five was the highest speed limit,
15  I mean, on the road, on Brounland Road.
16  Q. How fast were you going directly prior to
17  the accident?
18  A. What's the speed limit on 119?
19  A. Fifty-five?  Probably 50.
20  Q. Well, but I'm talking about when you're on
21  Emmons about to wreck.
22  A. I had really sl- -- about 15, 20 mile an
23  hour.
24  Q. You were doing 15, 20 miles an hour?

89

1　A. Coming onto the railroad crossing.

2　Q. What's that?

3　A. I was coming to a railroad crossing, and

4　so you tend to slow down.

5　Q. There's a straight stretch -- and tell me

6　if I'm wrong, but there's a straight stretch there

7　on Emmons before the railroad crossing, and then

8　there's a left-hand -- kind of a left-hand turn

9　going up --

10　A. It's like an S-turn.

11　Q. What's that?

12　A. It's like an S-turn kind of.

13　Q. Yeah, kind of.  That's what my

14　recollection is.

15　A. Yeah.

16　Q. So how fast were you going on the straight

17　stretch?

18　A. Not fast.  There was a car in front of me.

19　Q. There was a car in front of you?

20　A. I'm pretty sure.

21　Q. Do you have any estimate of how fast you

22　were going?

23　A. Probably 25, 30 mile an hour.

24　Q. When you're on that straight stretch, are

90

1　there two police cruisers behind you?

2　A. To my knowledge, yeah.

3　Q. Okay.  Do either of the police cruisers

4　have on their lights?

5　A. Not that I recall.  I don't really

6　remember.

7　Q. Do either of the police cruisers have on

8　their siren?

9　A. No.  I never heard none.

10　Q. Is it accurate to say that prior to your

11　accident, you never heard any police officer's

12　lights -- I'm sorry.  Is it accurate to say that

13　prior to your accident, you never heard any police

14　officer's siren or saw any lights?

15　A. No.

16　Q. Is that accurate or inaccurate?

17　A. Accurate.

18　Q. So prior to the accident, you never saw a

19　police officer try to pull you over?

20　A. No.

21　Q. Okay.  So prior to the accident, you never

22　were aware that a police officer was attempting to

23　pull you over?

24　A. No.

91

1　Q. You just were aware that police officers

2　were behind you, but you did not think those police

3　officers were trying to pull you over?

4　A. No.

5　Q. Would there be any reason why you wouldn't

6　be able to hear a siren?

7　A. I had Bluetooth headphones, but --

8　Q. You what?

9　A. I had Bluetooth headphones on, but still

10　it doesn't drown out all the noise.  I mean --

11　Q. At the time of the pursuit, were your

12　Bluetooth headphones playing music?

13　A. Yeah.

14　　　MR. FORBES:  Objection to form.

15　Q. What's that?

16　A. Yeah.

17　Q. Yes?

18　A. Yeah.

19　Q. What were you listening to?

20　A. I don't really remember.  Just a playlist.

21　Q. Was it like an Apple playlist or

22　something?

23　A. I don't ...

24　Q. Do you have any problems with your

92

1　eyesight which would have somehow prevented you

2　from seeing --

3　A. No.

4　Q. -- the police cruiser lights?

5　A. No.

6　Q. So you're driving 15 to 20 miles an hour.

7　There's two police cruisers behind you.  There's

8　one car in front of you.  And nobody has on any

9　lights or sirens?

10　A. Not that I recall.

11　Q. Are you all right?

12　A. Yeah.

13　Q. You don't know who was in the car in front

14　of you, do you?

15　A. Huh-uh.

16　Q. Did you have any -- you didn't have any

17　way of calling anybody in your helmet, or anything

18　like that?

19　A. Huh-uh.

20　Q. Is that a "no"?

21　A. No.

22　Q. All right.  Did you have anything on your

23　motorcycle?  Were you carrying anything on your

24　motorcycle, or anything of that nature?

93

1   A. No.
2   Q. Did you have a backpack?
3   A. Yeah.
4   Q. What was in your backpack?
5   A. A set of brazing torches, and that's about
6 it, I think.  A birth certificate.
7   Q. Brazing torches?
8   A. Yeah.
9   Q. Brazing, what's that?
10   A. It's like a form of welding.
11   Q. Okay.  Can you spell it?
12   A. B-R-A-Z-I-N-G.
13   Q. Why did you have some brazing torches?
14   A. Because I was brazing something for my
15 grandpa.
16   Q. What were you brazing for your
17 grandfather?
18   A. I don't really remember.
19   Q. Why did you have it on you?
20   A. Because it was -- I was taking it back
21 home.
22   Q. What's that?
23   A. Because it was in my book bag.
24   Q. You had some crystal meth on you?

94

1   A. No.
2   Q. Why did you -- why do you say that?
3 Because there was crystal meth found.
4   A. No, there wasn't.
5   MR. FORBES:  Objection to the form.
6   Q. What's that?
7   A. No, there wasn't.
8   Q. Was there not?
9   No crystal --
10   A. Not --
11   Q. -- methamphetamine --
12   A. -- that I --
13   Q. What's that?
14   A. Not that I know of.  I didn't have
15 anything on me.
16   Q. Okay.  If the police report said that you
17 had crystal methamphetamines on you, does that --
18   A. That doesn't mean anything.  I didn't have
19 anything on me.
20   Q. Do you know what the brand of brazing
21 torch was?
22   A. No, I don't remember.  It was Bernzomatic,
23 or something like that.  I don't remember the name
24 of it.

95

1   It actually broke.  Me and Dante found a
2 piece of it when we went out to the scene
3 afterwards.
4   Q. What's that?  You found a piece of the
5 torch?
6   A. Yeah.
7   Q. And what do you mean they broke?  Broke
8 during the accident?
9   A. Yeah.
10   Q. All right.  So these officers are behind
11 you.  There's a car in front of you.  You're only
12 going 15 to 20 miles an hour.  And then you --
13 what -- go to go up over the tracks?
14   A. Yeah.  And he hits my rear tire.
15   Q. What's that?
16   A. Yeah.  And he struck my rear tire and
17 pushed me onto the tracks.
18   Q. The cruiser struck your rear tire?
19   A. Yeah.
20   Q. How do you know that?
21   A. Because I could feel it.
22   Q. Could it have been the tracks which
23 caused --
24   A. No.

96

1   Q. -- you to wreck?
2   Did you see the cruiser strike your tire?
3   A. I felt it.
4   Q. But you never saw it?
5   A. I felt it.  Like I said, a feeling, yeah.
6   Q. You felt the cruiser strike your back
7 tire --
8   A. Yeah.
9   Q. -- but you did not see the cruiser strike
10 your back tire?
11   A. No, not necessarily.
12   Q. What did it feel like?
13   A. Like my tire had been pushed to the side.
14   Q. Like it had been pushed to the side?
15   A. Like getting a bump, you know, somebody
16 bumps you (indicating).
17   Q. So what happens whenever he bumps you?
18   A. I slide on the tracks, and that's all I
19 remember until I woke up.
20   Q. You slide on the tracks?
21   A. Yeah.
22   MR. FORBES:  You all right, Billy?
23   THE WITNESS:  My stomach is killing me.
24   I'm like sweating.

97

1    MR. RUGGIER:  Can we still go forward or
2  what?
3    MR. FORBES:  Do you want to keep going a
4  few minutes?
5    THE WITNESS:  Yeah.
6    MR. DITRAPANO:  The nurse is coming at one
7  o'clock, and your dad is on his way over here.
8  So if you can go 10, 15 minutes, and then you
9  can go and get this taken care of.  Okay?
10    THE WITNESS:  All right.
11 BY MR. RUGGIER:
12    Q.  So you don't have any memory of anything
13 once you were bumped?
14    A.  Yeah.  I remember everything going white
15 (untranslatable sound).
16    Q.  What's that?  You remember everything
17 going white?
18    A.  Yeah.
19    Q.  And did you -- your medical records say
20 that you didn't lose consciousness?
21    A.  Yeah.  I lost consciousness.
22    Q.  What's that?
23    A.  Yeah.  I lost consciousness.  How do my
24 medical records say that?

98

1    Q.  I don't know, bud.
2    A.  That's crazy.  It knocked me out.  It
3  knocked the shit out of me.  I went to roll over --
4  I was on my stomach -- or on my back, went to roll
5  over on my stomach and stand up, and I got kicked
6  back over on my back, laying in the mud.
7    Q.  What's that?
8    A.  I said, I was laying on my back, went to
9  roll over to stand up, and got kicked back onto my
10 back.
11    Q.  I thought that -- I thought you told me
12 you didn't remember -- when did everything go
13 white?
14    A.  When I landed and when I hit, after I slid
15 on the tracks, (untranslatable sounds), and I woke
16 up.
17    Q.  Right.  You landed and hit.  Do you
18 remember anything after that?
19    A.  Yeah.  I just told you.  I woke up.  I
20 went to roll over -- I was on my back in the mud.
21 I went to roll over and stand up, and I got kicked
22 back onto my back.  That's when they started macing
23 me, telling me they were going to leave me for
24 dead, and screaming they should have killed me.

99

1  They grabbed me by the arms, jerked me across the
2  tracks, and I couldn't feel my legs after that.
3    Q.  Do you have memories of this, or is
4  this something --
5    A.  This is a straight memory I'm telling you.
6    Q.  Okay.  It's not from watching the video?
7    A.  No.
8    Q.  All right.  So you land -- were your back
9  tires hit?  It was the back tire, right?
10    A.  Yeah.  He hit my back tire.
11    Q.  He hit your back tire, and somehow that
12 causes the bike to what?
13    A.  Lose control and slide onto the tracks,
14 off the road.
15    Q.  And where do you land?
16    A.  In the stagnant water laying beside the
17 railroad tracks.
18    Q.  Okay.  And what do you do when you land in
19 the stagnant water?
20    A.  I come to, and then go to roll over and
21 stand up, and I'm field goal kicked back on my
22 stom-- on my back.
23    Q.  Did you actually see somebody field goal
24 kick you as you --

100

1    A.  I felt it.
2    Q.  Do you know which officer field goal
3  kicked you?
4    A.  I have no clue.  I was trying to get out
5  of the water.  As soon as I got back on my back,
6  they started macing me and tasing me.
7    Q.  And I mean, is it -- your testimony is
8  that you're not really sure why this has happened
9  to you because no officer had actually turned on
10 their lights and siren at this point?
11    A.  Yeah.
12    Q.  So what are you thinking at this point?
13    A.  I'm thinking, Help me.  I actually said --
14 gave them my name and birthdate -- after they get
15 done macing me and I can catch my breath, I give
16 them my name and my birthdate and my Social
17 Security number and told them that I was driving on
18 revoked.  I asked them if they could help me.
19 That's when they drug me across the railroad
20 tracks.
21    Q.  You gave your name, birthdate, and Social
22 Security number?
23    A.  Yeah.
24    Q.  And said you were driving on a revoked; is

101

1  that right?
2      A.  Yeah.
3      Q.  And their response was to drag you across
4  the railroad tracks?
5      A.  Tell me they should have left me for dead.
6      Q.  Would there be any reason to -- at this
7  point, in your estimation, to -- for the police
8  officers to know that you were paralyzed?
9      MR. FORBES:  Objection to the form of the
10     question --
11     A.  No.
12     MR. FORBES:  -- and assuming a fact that's
13     not in evidence.
14     A.  No.
15     Q.  What's that?
16     A.  I wasn't paralyzed at the time.  I could
17  actually -- I was on my -- I was standing -- going
18  to stand up when they field goal kicked me back on
19  my back and started macing me.
20     Q.  So your testimony is you weren't paralyzed
21  at that point?
22     A.  I wasn't.
23     Q.  How do you know that?
24     A.  Because I went to stand up.  I -- I was

102

1  kicking my feet.
2      Q.  Say that again?
3      A.  I was kicking my feet in the water trying
4  to get -- doing anything to try to keep from
5  drowning.
6      Q.  What did the officer say to you?
7      A.  We're going to leave you to die.
8      Q.  We're going to leave you to die.
9          What happens next?
10     A.  They drag me across the tracks, and that's
11  all I remember.
12     Q.  Were you in the water when you said to the
13  officers, Help me?
14     A.  Yeah.
15     Q.  What did you want the officers --
16     A.  I wanted them to get me out of the water.
17     Q.  You asked the officers to help you while
18  you were in the water?
19     A.  After they had kicked me back on my
20  stom- -- on my back.
21     Q.  Kicked you back on your stomach.
22          And at that point --
23     A.  They were macing me.
24     Q.  -- at that point, you don't think you were

103

1  paralyzed?
2      A.  I know I wasn't.  I was kicking my feet.
3      Q.  Why did you ask the officers to help
4  you --
5      A.  Because they were macing me.  They didn't
6  want me to move.
7      Q.  What's that?
8      A.  They didn't want me to move.  They wanted
9  me to stay in the water and drown.
10     Q.  So why did you ask them to help you?
11     A.  To get me out of the water to keep from
12  drowning.
13     Q.  What's that?
14     A.  To keep from drowning.
15     Q.  You were drowning in the water?
16     A.  Yeah.  It was pretty deep.
17     Q.  At this point, you are able to move your
18  legs?
19     A.  Yeah, but I'm not allowed to move because
20  they told me not to.
21     Q.  So you think the officers were telling you
22  just to stay in the water and drown?
23     A.  That's exactly what was happening.
24     Q.  So the reason you were not moving was

104

1  because the officers --
2      A.  They had guns drawn on me.
3      Q.  -- the reason you were not moving was
4  because the officers told you not to move, and they
5  had guns drawn on you?
6      A.  Yeah.
7      Q.  But you could move at that point?
8      A.  Yeah.
9      Q.  And how do you know that you could move?
10     A.  Because I was watching my legs kicking the
11  water.
12     Q.  All right.  So you're in the water, and
13  the officer comes to help you?
14     A.  Not come to help me.  They come to mace me
15  and tase me.
16     Q.  And mace you.
17         But do they take you out of the water?
18     A.  Eventually.
19     Q.  That's what you wanted, right?
20     MR. FORBES:  Objection.
21     Q.  You wanted the officers to take you out of
22  the water?
23     A.  I wanted them to not be macing me and
24  tasing me.

105

1  Q. Yeah.  But I thought you --

2  A. I wanted to not drown, yeah, and --

3  Q. I thought earlier -- I thought you were

4  saying, I wanted the officers to take me out of the

5  water because I was drowning?

6  A. Yeah, basically.

7  Q. So what happens?

8  A. They grab me by the arms and drag me

9  across the tracks.  That's the last thing I

10 remember.

11 Q. Is that what you wanted the officers to

12 do, take you out of the water?

13 A. Not the way they did.

14 Q. You wanted the officers to take you out of

15 the water, but you didn't want them to drag you

16 across the tracks --

17 A. No.

18 Q. -- like they did?

19 A. No.

20 Q. So what happens next?

21 A. I don't remember.

22    I wake up 16 days later in the hospital.

23 Q. You've got no memories after --

24 A. No.

106

1  Q. -- what -- being dragged across the

2  tracks?

3  A. No.

4     I remember saying, I can't feel my legs,

5  right before I fell out.

6  Q. What's that?

7  A. I remember saying, I can't feel my legs,

8  right before I fell out.

9  Q. Do you remember which officers were out

10 there arresting you?

11 A. I never seen the badges, never seen the

12 names.

13 Q. You don't know what their names were?

14 A. They didn't give me time.  They maced me

15 as soon as they seen my face.  They didn't even

16 take my helmet off.

17 Q. So they were macing you with your helmet

18 on?

19 A. Yeah.

20 Q. Did the mace go to your eyes?

21 A. Yeah.

22 Q. How did the mace go to your eyes if --

23 A. Didn't have a visor.

24 Q. What's that?

107

1  A. Didn't have a visor.

2  Q. You don't have a visor on your helmet?

3  A. Huh-uh.

4  Q. Is that a "no"?

5  A. No.

6  Q. Okay.  Did you have any other eye gear on,

7  or anything like that?

8  A. No.

9  Q. Do you want to take a break?

10 A. Yeah.  I'm about done.

11    MR. FORBES:  What now?

12    THE WITNESS:  I said, I'm about done.

13    MR. FORBES:  Okay.

14    How much longer do you have?

15    MR. RUGGIER:  I've still got to do some

16 damages stuff, and still some more with this.

17 I mean, my guess would be -- I don't know --

18 it could be an hour.  I don't know.

19    MR. FORBES:  Yeah.

20    THE WITNESS:  That's --

21    MR. DITRAPANO:  Why don't we -- because

22 he's got the nurses coming over to help him,

23 you know --

24    MR. RUGGIER:  Yeah.

108

1     MR. DITRAPANO:  -- get -- relieve his

2  bowels.  Why don't we go ahead and take a

3  break today and let him go get this taken care

4  of?

5     And then if you had some time on -- you

6  know, we've got -- tomorrow we've got the

7  police officers and the videographer.

8     Then if you had time on Wednesday to

9  finish the deposition, I could make him

10 available Wednesday.

11    MR. RUGGIER:  Wednesday?

12    MR. DITRAPANO:  Yeah.  See what that looks

13 like.

14    I could even get him to your office and

15 make it easier on you.

16    MR. RUGGIER:  Yeah.  I appreciate it.

17 I can't.

18    MR. FORBES:  What about Thursday?

19    MR. RUGGIER:  I've got a hearing that day,

20 but maybe I can get somebody else to cover it

21 on Thursday.

22    MR. DITRAPANO:  Let's talk tomorrow and

23 figure out -- and we can see if you can do

24 that and figure out -- you know, I'd like to

109

1   get it done this week if we can.
2       MR. RUGGIER:  Yeah.  I'd be all about it.
3   I mean, I generally -- Friday, I've got a
4   mediation.  So I can't do it Friday.
5       MR. FORBES:  Well, let's look at it.  I
6   mean, if you can't -- you know, if we can't
7   work out Thursday, we can look at next week,
8   too.
9       MR. RUGGIER:  We're going to -- you know.
10  I'm still wrestling with this issue about the
11  investigation and what to do with the police
12  officers.  And I understand that you all
13  noticed that deposition, and I understand all
14  those things, but I need to -- I want to
15  see -- we may be filing a motion.  I'm not
16  sure.  I'll let you guys know what our plan
17  is, and what we're going to do.
18      MR. DITRAPANO:  Okay.
19      **MR. FORBES:  Just let us know.  I mean,**
20  **we've obviously noticed the --**
21      **MR. RUGGIER:  You've got a videographer**
22  **and all that kind of coming, and I --**
23      MR. DITRAPANO:  Yeah.
24      MR. RUGGIER:  -- and I don't want you to

110

1   be stuck with an extra bill, or whatever that
2   is.
3       MR. FORBES:  Well, we've got a tight time
4   frame on the expert issue.  The scheduling
5   order, you know, is tight.
6       And I mean, you know, Billy is obviously
7   miserable here, but he's gone through this
8   today regardless of that misery in order to
9   try to do this.
10      I mean, we'd like to take the officers
11  tomorrow, but we understand.  If you're going
12  to file a motion, we'll look at it.
13      MR. RUGGIER:  Yeah, I understand.  I mean,
14  I understand.
15      MR. FORBES:  Yeah.
16      MR. RUGGIER:  Frankly, I just don't -- I
17  don't think my guys will be able to testify
18  without fear of criminal prosecution.  I
19  mean -- you know.  I mean, I --
20      **MR. FORBES:  And we don't have any control**
21  **over that.**
22      MR. RUGGIER:  Yeah.  I understand.
23      MR. FORBES:  I mean, if they -- I mean,
24  you know, obviously, I've done a lot of

111

1   criminal work.  I understand the advice that
2   they should be getting and probably are
3   getting either from you or other counsel,
4   but --
5       MR. RUGGIER:  Yeah.
6       MR. FORBES:  -- you know, this video is
7   what it is.
8       And we've got depositions set tomorrow.
9   We're going to go forward with them.
10      MR. RUGGIER:  Yeah.  I understand.  We've
11  got to just do what we've got to do.
12      So I'm fine with being able to reconvene
13  this --
14      MR. DITRAPANO:  We'll be over at your
15  office tomorrow at 9:00 and see what's going
16  on, you know, with the depositions --
17      MR. RUGGIER:  Say it again.
18      **MR. FORBES:  We said 9:00 worked.**
19      MR. RUGGIER:  9:00 a.m. tomorrow morning?
20      MR. FORBES:  9:00, yeah.
21      MR. DITRAPANO:  Yeah, at 9:00.  We'll be
22  at your office tomorrow at 9:00 for those
23  depositions.
24      MR. RUGGIER:  I will let you know what

112

1   we're going to do and what our position is on
2   it.
3       MR. DITRAPANO:  Okay.
4       MR. FORBES:  Okay.
5       MR. DITRAPANO:  I mean, we may -- I don't
6   know -- yeah, just let us know as soon as you
7   can.  If you file a motion, obviously we'll
8   see it come across and --
9       MR. RUGGIER:  Yeah.  I'll let you know.
10  I'll --
11      MR. FORBES:  We're available.  You can
12  give us a call later if you file it or --
13      MR. DITRAPANO:  Yeah.  You've got my cell
14  number.
15      (Deposition adjourned at 12:51 p.m.)
16
17
18
19
20
21
22
23
24

113

**STATE OF WEST VIRGINIA, To-wit:**

I, Lisa Kimberly Hall, a Notary Public and Certified Court Reporter within and for the State aforesaid, duly commissioned and qualified, do hereby certify that the deposition of WILLIAM ALLEN MEANS, was duly taken by me and before me at the time and place specified in the caption hereof.  I do further certify that said proceedings were correctly taken by me in stenotype notes, that the same were accurately transcribed out in full and true record of the testimony given by said witness. I further certify that I am neither attorney or counsel for nor related to or employed by, any of the parties to the action in which these proceedings were had, and further I am not a relative or employee of any attorney or counsel employed by the parties hereto or financially interested in the action.  My commission expires the 16th day of July 2025.  Given under my hand and seal this 12th day of April 2021.

----------------------

Lisa K. Hall
Notary Public
Certified Court Reporter

----------------------    bed

----------------------    **A**

**abandoned**  (27:15) (27:17) (28:11)
**ability**  (5:9) (83:3)
**able**  (40:2) (42:1) (70:6) (81:4) (91:6) (103:17) (110:17)
(111:12)
**absolute**  (7:9) (7:12) (7:15) (18:3)
**abuse**  (33:21)
**accident**  (11:7) (12:24) (13:1) (13:7) (13:19) (14:3)
(15:19) (16:23) (18:8) (18:11) (18:13) (18:14) (18:16) (19:6)
(34:7) (34:8) (34:10) (34:14) (34:23) (34:24) (35:5) (35:8)
(35:16) (35:18) (35:24) (36:6) (36:12) (36:18) (37:1) (38:4)
(38:7) (38:11) (38:17) (38:19) (42:6) (45:8) (53:22) (54:1)
(54:4) (87:16) (87:18) (87:19) (88:17) (90:11) (90:13)
(90:18) (90:21) (95:8)
**accommodate**  (21:13)
**accurate**  (17:3) (39:1) (90:10) (90:12) (90:16) (90:17)
**accurately**  (113:10)
**across**  (99:1) (100:19) (101:3) (102:10) (105:9) (105:16)
(106:1) (112:8)
**action**  (1:7) (113:14) (113:18)
**actually**  (81:8) (81:16) (82:21) (84:4) (85:22) (95:1)
(99:23) (100:9) (100:13) (101:17)
**addict**  (34:1) (34:4) (34:6) (34:11) (34:15) (34:17) (37:6)
(39:7) (39:15) (39:20) (40:7) (40:19) (40:22) (40:23) (40:24)
(41:1)
**addicts**  (39:9)
**address**  (6:11) (8:11) (9:6) (10:16) (10:18) (12:10) (12:12)
(12:13) (46:10) (72:2)
**adjourned**  (112:15)
**adopted**  (23:11)
**advice**  (111:1)
**affect**  (5:8)
**afford**  (40:3) (45:6)
**aforesaid**  (113:4)
**afraid**  (84:11)
**after**  (24:22) (35:16) (98:14) (98:18) (99:2) (100:14)
(102:19) (105:23)
**afterwards**  (95:3)
**again**  (15:15) (20:7) (21:23) (37:17) (66:5) (66:6) (70:12)
(81:23) (102:2) (111:17)
**against**  (25:19)
**aggressive**  (77:12) (79:12) (79:17) (80:16) (80:23) (81:24)
(82:1) (84:3) (84:20) (86:5) (86:9) (86:10)
**aggressively**  (78:16) (78:21) (80:19)
**ago**  (20:19)
**agree**  (60:15) (60:19) (61:8) (62:18) (62:22) (63:2) (63:17)
(64:21) (65:2) (66:13)
**ahead**  (28:16) (36:8) (78:6) (108:2)
**ain't**  (6:8) (26:9) (26:12) (41:16) (42:1)
**albans**  (24:11)
**alcohol**  (33:21) (69:20)
**alive**  (20:11)
**all**  (5:5) (5:16) (6:22) (7:19) (7:21) (8:7) (10:15) (15:3)
(19:6) (21:4) (22:3) (22:13) (24:2) (24:12) (25:24) (29:6)
(31:14) (32:13) (44:9) (51:19) (61:14) (66:4) (67:12) (67:22)
(68:19) (69:18) (69:20) (70:5) (70:15) (74:16) (74:19) (75:2)
(75:11) (76:12) (77:23) (78:19) (86:12) (87:8) (87:9) (91:10)
(92:11) (92:22) (95:10) (96:18) (96:22) (97:10) (99:8)
(102:11) (104:12) (109:2) (109:12) (109:13) (109:22)
**allen**  (1:5) (1:16) (1:17) (3:4) (4:1) (113:5)
**allow**  (85:17) (85:21)
**allowed**  (103:19)
**alone**  (78:14)
**also**  (2:12) (22:16) (77:14)
**always**  (42:17)
**amazing**  (26:12)
**anniversary**  (31:10) (31:12)
**another**  (30:21) (67:19) (71:12) (71:19) (73:18)
**answer**  (28:16) (36:8) (58:13) (61:17) (66:7) (78:6)
**any**  (5:3) (5:7) (14:15) (20:3) (21:13) (21:14) (21:15)
(21:17) (22:13) (22:22) (25:6) (25:10) (25:13) (25:16)
(25:22) (26:6) (28:13) (28:19) (28:20) (29:5) (30:7) (35:1)
(35:6) (35:9) (35:13) (35:23) (37:7) (38:8) (38:12) (38:16)

(39:10) (39:16) (42:11) (44:15) (52:2) (59:22) (62:23) (67:9)
(69:18) (69:20) (69:22) (69:24) (74:15) (82:3) (84:6) (89:21)
(90:11) (90:13) (90:14) (91:5) (91:24) (92:8) (92:16) (97:12)
(101:6) (107:6) (110:20) (113:13) (113:16)
**anybody**  (5:17) (6:22) (9:19) (25:19) (42:14) (68:4) (71:3)
(92:17)
**anything**  (7:19) (25:4) (25:16) (26:7) (26:18) (26:19)
(29:8) (29:18) (37:13) (41:7) (52:15) (53:18) (55:3) (56:1)
(63:21) (64:6) (67:7) (69:24) (84:10) (92:17) (92:22) (92:23)
(92:24) (94:15) (94:18) (94:19) (97:12) (98:18) (102:4)
(107:2)
**anytime**  (21:5)
**anywhere**  (13:22)
**apple**  (91:21)
**appreciate**  (108:16)
**april**  (31:3) (31:7) (32:15) (33:1) (33:17) (113:20)
**are**  (5:5) (5:7) (5:17) (12:4) (12:15) (17:19) (21:3) (21:15)
(21:19) (23:23) (32:7) (34:1) (40:7) (56:16) (56:23) (57:3)
(58:3) (59:4) (59:14) (59:24) (60:3) (60:4) (60:11) (60:2)
(63:3) (63:7) (63:9) (63:12) (64:1) (64:10) (64:11) (69:3)
(70:5) (75:11) (77:10) (78:20) (79:6) (79:9) (83:14) (83:16)
(83:21) (85:15) (86:12) (87:20) (89:24) (92:11) (95:10)
(113:2) (113:17) (111:2)
**arise**  (40:5)
**arising**  (4:15)
**arms**  (99:1) (105:8)
**army**  (24:17) (24:19)
**around**  (5:17) (21:19) (23:6) (23:18) (24:1) (43:23) (49:22)
(50:1) (50:2) (50:7) (50:15) (51:4) (67:14)
**arrest**  (6:2) (29:14) (62:3) (62:8) (62:13) (67:6)
**arresting**  (106:10)
**arrived**  (70:2)
**arson**  (29:4)
**ask**  (103:3) (103:10)
**asked**  (15:11) (25:7) (61:19) (100:18) (102:17)
**asking**  (59:9) (61:15)
**asleep**  (67:24)
**asshole**  (19:1) (19:2)
**assuming**  (101:12)
**asvabs**  (24:24)
**attempt**  (40:14) (61:2)
**attempted**  (34:22) (58:22) (59:1) (84:5)
**attempting**  (90:22)
**attention**  (63:10) (88:4)
**attorney**  (2:2) (2:6) (2:9) (4:14) (113:12) (113:16)
**august**  (29:10) (29:13) (30:11)
**aunt's**  (45:15) (46:5) (46:22) (46:23)
**available**  (108:10) (112:11)
**avenue**  (6:12) (8:10) (8:12) (9:5) (12:12) (12:14)
**average**  (13:18) (14:2)
**aware**  (56:16) (56:23) (57:3) (57:17) (58:3) (59:14) (59:24)
(60:3) (60:11) (60:22) (90:22) (91:1)
**away**  (31:1) (75:9) (84:8)

----------------------    **B**

**back**  (21:8) (24:16) (31:17) (32:19) (41:17) (48:14) (48:16)
(48:19) (49:2) (49:3) (82:2) (82:5) (84:8) (86:18) (87:4)
(93:20) (96:6) (96:10) (96:14) (96:18) (98:6) (98:8) (98:9) (98:10)
(98:20) (98:22) (99:8) (99:9) (99:10) (99:11) (99:21) (99:22)
(100:5) (101:18) (101:19) (102:19) (102:20) (102:21)
**background**  (24:5)
**backpack**  (93:2) (93:4)
**badges**  (106:11)
**bag**  (93:23)
**barter**  (48:2)
**basically**  (39:6) (39:8) (43:3) (105:6)
**bathroom**  (41:12) (66:24)
**because**  (19:3) (19:14) (19:10) (30:24) (34:17) (39:7)
(39:15) (40:7) (40:22) (40:24) (44:23) (49:12) (49:13)
(50:21) (50:22) (52:4) (54:17) (57:22) (69:11) (71:11) (73:1)
(74:2) (77:7) (77:14) (79:12) (80:6) (80:22) (86:4) (86:8)
(87:8) (93:14) (93:20) (93:23) (94:3) (95:21) (100:9)
(101:24) (103:5) (103:19) (104:1) (104:4) (104:10) (105:5)
(107:21)
**become**  (39:19)
**becoming**  (12:8)
**bed**  (51:11)

been                                                                    civil

**been** (17:20) (20:1) (20:20) (25:6) (26:2) (27:1) (27:5)
(27:10) (28:7) (30:4) (33:20) (37:15) (37:18) (37:19) (37:22)
(38:10) (38:14) (41:3) (42:16) (44:6) (44:17) (56:13) (59:18)
(61:3) (75:20) (75:23) (95:22) (96:13) (96:14)
**before** (4:18) (11:6) (12:15) (12:17) (12:19) (12:24) (34:7)
(34:8) (34:23) (35:5) (37:19) (47:17) (47:20) (55:8) (55:11)
(67:6) (69:1) (69:5) (71:2) (74:7) (75:21) (84:6) (86:21)
(87:19) (89:7) (106:5) (106:8) (113:6)
**beforehand** (35:20) (35:22) (37:13)
**begin** (4:18)
**beginning** (41:19)
**behind** (27:7) (60:12) (76:15) (76:16) (76:21) (78:1)
(78:16) (78:20) (78:21) (79:1) (79:3) (79:4) (79:10) (80:22)
(81:2) (90:1) (91:2) (92:7) (95:10)
**being** (4:2) (17:18) (39:19) (40:2) (40:10) (40:17) (40:18)
(80:22) (81:1) (81:12) (83:4) (83:7) (84:3) (84:21) (85:23)
(86:5) (86:8) (106:1) (111:12)
**believe** (66:18)
**believed** (66:1) (66:9)
**below** (80:10) (82:17)
**bernzomatic** (94:22)
**beside** (99:16)
**best** (26:16) (55:22)
**better** (63:12)
**bike** (43:14) (43:16) (43:22) (44:1) (44:16) (44:18) (46:24)
(47:16) (48:4) (49:1) (49:5) (49:21) (50:6) (50:8) (50:11)
(50:21) (51:1) (51:6) (51:7) (51:22) (52:2) (52:9) (54:4)
(54:13) (54:17) (54:18) (57:23) (57:24) (71:13) (71:19)
(72:5) (72:7) (72:11) (72:14) (72:18) (72:20) (72:23) (73:8)
(73:18) (73:19) (73:21) (74:15) (75:2) (77:15) (78:2) (80:5)
(99:12)
**bikes** (43:12) (43:13) (43:21) (55:9)
**bill** (10:1)
**billy** (4:10) (4:13) (5:16) (21:2) (96:22) (110:6)
**birth** (5:24) (93:6)
**birthdate** (100:14) (100:16) (100:21)
**bit** (37:20) (42:5) (77:11) (79:11) (86:17) (87:19)
**black** (50:20) (50:21) (51:7)
**blizzard** (71:21)
**blizzard's** (71:12) (71:14) (71:16) (75:3) (75:20) (75:24)
(76:5) (76:9)
**bluetooth** (91:7) (91:9) (91:12)
**body** (38:5) (38:9) (38:13)
**book** (93:23)
**boone** (87:12)
**boot** (48:1)
**boss** (10:17) (10:19) (11:5)
**both** (56:4)
**boulevard** (2:7)
**bowel** (64:3)
**bowels** (41:11) (108:2)
**boy** (22:9) (22:10) (22:18) (22:19)
**boyfriend** (45:15) (45:16) (46:22) (46:23)
**bradley** (9:22) (9:24) (10:7)
**brakes** (53:19) (53:21) (78:18) (79:18) (79:22) (80:18)
(81:8) (81:23) (82:13) (82:15) (82:22) (84:21) (84:22) (85:8)
(85:22) (86:1) (86:3)
**brand** (94:20)
**brazing** (93:5) (93:7) (93:9) (93:13) (93:14) (93:16) (94:20)
**b-r-a-z-i-n-g** (93:12)
**break** (5:2) (21:2) (21:6) (21:8) (36:22) (41:9) (41:21)
(42:2) (63:21) (66:23) (67:2) (70:13) (70:19) (70:20) (107:9)
(108:3)
**breaks** (68:10)
**breath** (100:15)
**bring** (40:11) (88:4)
**brittany** (23:8) (23:9) (23:12) (23:14) (23:16) (23:20)
(24:1)
**broke** (95:1) (95:7)
**brothers** (21:17) (22:13)
**brought** (39:3)
**brounland** (87:2) (87:3) (87:14) (88:15)
**brown** (2:10) (10:22) (11:16) (11:18) (13:11) (67:21) (68:2)
(68:6) (68:11) (71:6) (71:16)
**brown's** (11:9) (11:10) (11:14) (13:9) (14:6) (14:15)
(14:23) (16:24) (17:2) (17:18) (68:20) (68:22) (69:6) (70:4)
(70:23) (71:2) (74:20)

**bucks** (19:18)
**bud** (98:1)
**build** (7:17)
**bullying** (66:22) (86:5)
**bump** (96:15)
**bumped** (97:13)
**bumps** (86:18) (96:16) (96:17)
**bunch** (5:14)
**business** (11:12) (15:10) (68:14) (68:15)
**but** (6:6) (14:18) (23:10) (24:24) (26:8) (26:10) (26:12)
(28:16) (30:6) (34:22) (36:5) (36:9) (40:9) (40:20) (41:7)
(42:1) (46:19) (48:16) (48:20) (50:8) (51:19) (52:13) (52:21)
(57:8) (61:17) (61:19) (66:7) (66:20) (71:9) (79:17) (80:5)
(80:12) (80:15) (81:6) (82:19) (82:21) (83:20) (84:14)
(85:14) (88:20) (89:6) (91:2) (91:7) (91:9) (96:4) (96:9)
(103:19) (104:7) (104:17) (105:15) (108:20) (109:14) (110:7)
(110:11) (111:4)
**but i** (105:1)
**buying** (46:17) (73:14)

## C

**cable** (74:8) (74:10)
**cables** (71:12) (71:19) (73:11) (73:12) (73:16) (73:21)
(74:9)
**call** (4:10) (4:11) (13:24) (17:21) (44:3) (45:14) (83:22)
(112:12)
**called** (4:2) (11:5) (33:4) (48:8) (48:10) (75:15) (75:18)
**calling** (92:17)
**calls** (13:12)
**calwell** (2:3)
**came** (31:1) (48:9) (48:14) (48:15)
**camel** (51:24)
**can** (4:7) (4:11) (4:22) (7:2) (14:8) (20:9) (21:7) (26:16)
(28:13) (28:16) (36:8) (36:11) (38:24) (41:9) (49:19) (58:13)
(61:17) (64:3) (66:7) (66:23) (70:19) (78:6) (80:15) (82:16)
(82:19) (91:1) (97:1) (97:8) (97:9) (108:20) (108:23)
(109:1) (109:7) (112:7) (112:11)
**can't** (26:8) (30:5) (36:2) (40:12) (41:7) (44:24) (82:14)
(106:4) (106:7) (108:17) (109:6)
**caption** (113:7)
**car** (28:5) (28:7) (28:10) (28:21) (30:17) (30:19) (30:21)
(30:23) (46:16) (46:18) (47:24) (89:18) (89:19) (92:8)
(92:13) (95:11)
**care** (10:8) (10:11) (10:14) (97:9) (108:3)
**caretaker** (10:9)
**carry** (32:22)
**carrying** (32:23) (92:23)
**cars** (79:4)
**case** (6:3)
**cash** (16:19)
**cashier** (17:16)
**catch** (100:15)
**caught** (33:3)
**caused** (95:23)
**causes** (99:12)
**cautious** (55:24)
**cbr** (47:1) (47:2) (54:24) (72:8)
**ccr** (1:24)
**cell** (112:13)
**cemeteries** (15:2) (15:4)
**certificate** (93:6)
**certification** (3:23)
**certified** (113:3) (113:24)
**certify** (113:5) (113:8) (113:12)
**chances** (63:2) (63:17)
**characterization** (36:16)
**charged** (26:2) (29:2)
**charges** (26:3)
**charleston** (1:2) (1:10) (1:18) (2:4) (2:7) (2:11) (4:15)
(6:10) (9:11) (9:12) (11:4) (75:9)
**child** (22:7)
**choice** (39:12) (39:13)
**choose** (41:2)
**cigarettes** (33:3) (33:14)
**city** (1:9) (4:14) (11:3) (17:12) (23:19)
**civic** (28:6)
**civil** (1:7)

claim                                                     does

| |
|---|

claim (25:10)
claims (25:14) (25:16)
classes (45:2) (45:5)
clean (48:14) (48:16) (48:19) (49:2) (49:3)
close (21:15) (80:7) (80:19) (80:20) (80:24) (82:1) (82:2) (82:5) (82:7)
closed (64:10) (64:12)
clue (6:8) (15:23) (28:18) (100:4)
clutch (71:12) (71:19) (73:11) (73:12) (73:16) (73:21) (74:8) (74:9) (74:10) (74:13) (74:14) (74:15)
clutches (73:10)
coast (85:10) (85:11)
color (51:15)
come (39:14) (51:8) (54:20) (70:17) (74:1) (78:11) (87:7) (99:20) (104:14) (112:8)
comes (48:18) (49:2) (49:3) (104:13)
comfort (37:3) (37:4)
comfortable (81:5) (81:10)
coming (64:2) (89:1) (89:3) (97:6) (107:22) (109:22)
commission (113:18)
commissioned (113:4)
committed (66:2) (66:10)
comp (25:13)
company (7:7) (25:8)
complete (24:6)
concealed (32:15) (32:24)
concern (77:18)
concerned (49:16) (77:10) (77:14) (77:19) (77:21) (78:1) (78:8) (78:10) (79:9) (79:11)
concrete (41:13)
consciousness (97:20) (97:21) (97:23)
consider (43:8)
constantly (87:22) (88:1)
contact (23:20)
continue (77:4) (77:6) (78:23) (79:2) (83:1)
continued (79:15) (79:20)
contracting (7:7) (7:9) (7:13) (7:15) (7:16) (18:3) (19:17)
control (99:13) (110:20)
conversation (4:23)
cop (32:21) (32:22) (79:4)
cord (64:8)
correct (17:3) (17:24) (83:6) (83:9)
correctly (113:9)
corridor (74:21) (74:23)
couch (67:24) (68:1)
could (8:17) (14:5) (14:9) (14:17) (37:8) (39:17) (80:6) (80:12) (80:13) (81:6) (81:7) (82:2) (83:7) (83:22) (84:15) (85:5) (85:11) (95:21) (95:22) (100:18) (101:16) (104:7) (104:9) (107:18) (108:9) (108:14)
couldn't (33:11) (40:3) (45:6) (80:21) (81:21) (82:9) (99:2)
counsel (111:3) (113:13) (113:16)
county (87:12)
couple (4:18) (9:1) (9:3) (9:4) (9:17) (11:17) (11:24) (12:18) (13:14) (26:3) (26:5) (26:15) (30:4) (30:9) (84:6)
court (1:1) (1:21) (4:3) (4:22) (113:3) (113:24)
cover (108:20)
covered (19:22) (57:8)
crashed (70:1)
crazy (98:2)
creek (74:22) (74:24) (76:8)
crime (26:2) (66:2) (66:10)
crimes (26:15)
criminal (26:1) (110:18) (111:1)
cross (1:22) (55:11) (55:19) (55:22) (56:2)
crossed (55:8)
crossing (55:14) (89:1) (89:3) (89:7)
crotch (44:4) (44:6)
cruiser (80:6) (82:5) (86:8) (87:3) (92:4) (95:18) (96:2) (96:6) (96:9)
cruisers (79:10) (81:18) (90:1) (90:3) (90:7) (92:7)
crystal (58:19) (59:1) (59:6) (93:24) (94:3) (94:9) (94:17)
cured (39:19)
currently (6:9) (12:21)
custom (76:5) (76:9)
cycles (76:6) (76:9)

### D

dad (6:14) (6:19) (7:4) (7:12) (14:9) (14:13) (17:22) (18:17) (18:20) (19:3) (19:4) (97:7)
dad's (6:15) (7:10) (23:10) (23:24)
daily (43:15) (43:16)
damages (107:16)
dan (70:23) (70:24) (74:16)
dangerous (62:18) (62:22) (64:21) (65:2)
dante (70:18) (95:1)
dante' (2:2)
date (5:24) (34:21)
daughter (23:10)
davis (74:22) (74:24) (76:8)
day (13:17) (15:6) (15:8) (15:9) (16:20) (16:22) (34:24) (38:4) (38:7) (38:11) (42:6) (45:8) (67:5) (67:7) (67:13) (69:1) (69:5) (72:11) (72:18) (108:19) (113:19) (113:20)
days (13:13) (13:14) (36:12) (105:22)
dead (98:24) (101:5)
deal (46:16) (48:2)
decent (26:10) (26:13)
deep (103:16)
defendants (1:11)
dempsey (1:22)
depended (13:12)
depending (83:10)
depends (83:18)
deposition (1:16) (1:17) (108:9) (109:13) (112:15) (113:5)
depositions (8:18) (111:16) (111:23)
describe (34:3) (78:15)
despite (78:2)
devitt (20:6) (20:8)
d-e-v-i-t-t (20:10)
did (7:24) (8:5) (8:11) (8:13) (8:23) (9:6) (9:14) (9:16) (9:18) (10:16) (11:8) (11:16) (11:19) (12:8) (12:16) (15:24) (16:2) (16:4) (16:6) (16:11) (16:13) (16:15) (16:17) (17:16) (18:20) (20:17) (24:12) (24:14) (24:16) (24:20) (24:22) (27:14) (28:10) (28:20) (34:20) (35:13) (36:3) (36:5) (36:11) (38:16) (39:10) (39:19) (40:1) (42:6) (42:14) (42:23) (44:19) (45:8) (46:14) (46:19) (47:14) (47:23) (48:3) (48:7) (50:23) (52:9) (52:13) (52:15) (53:4) (53:8) (53:18) (54:20) (54:23) (55:2) (55:3) (55:6) (55:11) (57:8) (57:14) (57:21) (67:6) (68:20) (69:6) (69:10) (69:18) (69:20) (69:22) (72:12) (72:23) (76:20) (79:13) (81:11) (83:3) (83:5) (88:11) (91:2) (92:16) (92:22) (93:2) (93:13) (93:19) (94:2) (96:2) (96:9) (96:12) (97:19) (98:19) (99:23) (102:6) (102:15) (103:3) (103:10) (105:13) (105:18) (106:20) (106:22) (107:6)
didn't (13:5) (23:11) (24:6) (27:7) (27:8) (30:21) (30:23) (33:11) (37:2) (37:5) (39:13) (44:13) (45:5) (47:17) (47:20) (49:12) (49:13) (50:4) (50:8) (50:11) (50:12) (51:8) (51:18) (51:19) (54:11) (78:12) (78:13) (80:9) (81:10) (81:15) (86:7) (92:16) (94:14) (94:18) (97:20) (98:12) (103:5) (103:8) (105:15) (106:14) (106:15) (106:23) (107:1)
die (102:7) (102:8)
differences (18:22) (18:23) (19:11) (20:24)
different (15:4) (48:20) (48:23) (52:6) (52:23) (53:2) (53:4) (59:4) (59:6) (64:7)
dig (15:2) (64:2)
digger (13:11) (17:19) (68:6)
digging (11:9) (11:10) (13:9) (14:6) (14:16) (14:23) (16:24) (17:2) (68:16)
digital (64:3)
diploma (25:3)
directly (88:16)
dirt (43:12) (43:13)
disability (25:16) (28:3)
district (1:1)
ditrapano (2:2) (2:3) (30:2) (32:1) (41:3) (58:6) (58:8) (58:11) (61:5) (61:13) (61:23) (62:5) (62:11) (62:16) (64:24) (65:6) (66:3) (66:7) (66:16) (66:21) (67:1) (70:21) (77:2) (97:6) (107:21) (108:1) (108:12) (108:22) (109:18) (109:23) (111:14) (111:21) (112:3) (112:5) (112:13)
doctors (35:13)
dodd (45:20) (45:22) (45:23)
d-o-d-d (45:24)
does (7:6) (7:17) (10:1) (10:3) (20:13) (23:4) (23:6) (23:16) (23:18) (32:6) (38:24) (40:9) (47:14) (60:20) (61:4)

doesn't

117

flanagan

(61:11) (61:21) (71:21) (74:17) (94:17)
**doesn't** (46:2) (46:3) (48:24) (69:19) (91:10) (94:18)
**doing** (21:3) (50:24) (67:10) (88:24) (102:4)
**dollars** (16:20) (16:22) (19:15)
**don** (68:2) (68:6) (70:23) (70:24) (71:6) (74:16) (74:19)
**done** (85:5) (100:15) (107:10) (107:12) (109:1) (110:24)
**donnie** (10:22) (11:14) (11:16) (11:18) (13:9) (13:10)
(14:6) (14:7) (15:9) (16:17) (67:21) (68:3) (68:10) (68:19)
(68:22) (69:6) (69:19) (70:4) (71:1) (71:2)
**donnie's** (67:18) (67:21)
**don't** (4:19) (10:4) (10:17) (11:15) (12:2) (12:20) (14:9)
(14:18) (20:14) (20:15) (20:18) (20:21) (20:23) (26:24)
(27:21) (28:19) (29:5) (29:6) (29:7) (29:12) (30:4) (30:7)
(30:15) (31:6) (31:8) (31:17) (31:20) (31:22) (32:2) (32:5)
(32:10) (34:21) (36:9) (36:13) (40:14) (40:15) (40:23) (41:1)
(41:11) (43:19) (46:7) (46:9) (52:2) (53:5) (53:7) (53:9)
(54:22) (55:21) (59:5) (59:8) (64:8) (64:18) (64:20) (67:9)
(67:11) (67:23) (69:8) (69:13) (69:16) (70:3) (70:7) (70:15)
(70:17) (72:2) (75:7) (75:14) (75:17) (87:11) (87:23) (88:3)
(88:12) (90:5) (91:20) (91:23) (92:13) (93:18) (94:22)
(94:23) (97:12) (98:1) (102:24) (105:21) (106:13) (107:2)
(107:17) (107:18) (107:21) (108:2) (109:24) (110:16)
(110:17) (110:20) (112:5)
**door** (28:22)
**doors** (28:12)
**down** (4:22) (21:8) (41:22) (63:23) (80:9) (80:13) (81:8)
(82:9) (82:16) (85:7) (89:4)
**downhill** (83:14) (83:16) (85:13)
**drag** (101:3) (102:10) (105:8) (105:15)
**dragged** (106:1)
**drawn** (104:2) (104:5)
**drink** (69:20)
**drive** (1:22) (9:7) (9:9) (42:12) (42:14) (49:24) (50:2)
(57:4) (58:1) (58:4) (68:17)
**driven** (50:2) (56:10)
**driver** (61:21)
**driver's** (7:24) (8:3) (8:5) (8:8) (72:12)
**driveway** (48:12)
**driving** (29:3) (29:7) (29:14) (29:24) (30:1) (30:5)
(30:11) (31:3) (31:9) (58:12) (60:4) (77:7) (78:20) (78:21)
(81:2) (85:7) (92:6) (100:17) (100:24)
**dropped** (33:12)
**drove** (68:21) (68:22)
**drown** (91:10) (103:9) (103:22) (105:2)
**drowning** (102:5) (103:12) (103:14) (103:15) (105:5)
**drug** (33:20) (34:1) (34:4) (34:6) (34:11) (34:15) (34:17)
(35:14) (35:19) (37:5) (37:12) (39:7) (39:9) (39:12) (39:13)
(39:15) (39:20) (40:7) (40:19) (40:22) (40:23) (40:24) (41:1)
(62:24) (100:19)
**drug-** (37:24)
**drugs** (34:18) (34:20) (35:1) (35:6) (35:9) (35:24) (36:5)
(36:11) (36:18) (36:24) (37:7) (38:12) (38:17) (39:10)
(39:16) (40:3) (40:11) (40:13) (69:18) (69:19)
**duane** (2:9) (4:11) (4:13) (41:3) (68:9)
**dug** (63:23) (70:10)
**dui** (30:1) (31:4) (31:10) (31:16) (31:19) (31:21) (44:23)
(44:24) (45:2) (45:5)
**duly** (4:2) (113:4) (113:6)
**dunlop** (53:11)
**dunlops** (53:10)
**during** (14:3) (54:20) (68:10) (88:5) (95:8)

### E

**earlier** (41:4) (86:4) (105:3)
**easier** (108:15)
**east** (2:7)
**easy** (50:24) (51:9)
**eat** (80:17)
**edition** (51:21) (51:23)
**educational** (24:5)
**eight** (82:7)
**eighty** (6:4)
**either** (29:12) (46:7) (47:18) (47:21) (64:9) (79:6) (79:7)
(81:13) (81:16) (85:24) (90:3) (90:7) (111:3)
**elderly** (28:1)
**elite** (1:21)
**else** (6:22) (9:19) (52:6) (52:15) (56:1) (68:4) (71:4)

(108:20)
**embezzlement** (33:1) (33:4) (33:9)
**emmons** (86:14) (86:15) (86:17) (86:21) (87:14) (87:16)
(88:21) (89:7)
**employed** (7:4) (10:5) (10:7) (12:21) (13:2) (16:24) (17:5)
(17:13) (17:18) (17:20) (27:24) (76:4) (113:13) (113:17)
**employee** (113:16)
**employment** (19:22)
**end** (88:13)
**engaged** (66:21)
**enters** (32:1) (77:2)
**errata** (3:23)
**establish** (14:5)
**estimate** (15:21) (89:21)
**estimation** (101:7)
**even** (40:14) (40:15) (67:23) (106:15) (108:14)
**evening** (69:9)
**eventually** (104:18)
**ever** (8:3) (17:5) (20:1) (24:16) (25:6) (25:13) (25:19)
(25:22) (26:2) (28:20) (33:20) (39:10) (42:9) (42:11) (42:14)
(44:19) (53:18) (55:3) (56:7) (56:10) (57:11) (58:17) (58:19)
(59:1) (59:18) (85:1)
**everything** (4:21) (4:22) (54:3) (97:14) (97:16) (98:12)
**evidence** (101:13)
**exact** (34:21)
**exactly** (30:5) (103:23)
**examination** (3:5) (4:5)
**exhibits** (3:8)
**exit** (75:18)
**exits** (30:2)
**expelled** (24:13) (24:14) (24:22)
**experienced** (43:9)
**expert** (110:4)
**expires** (113:18)
**explain** (51:10)
**extra** (110:1)
**eye** (107:6)
**eyes** (106:20) (106:22)
**eyesight** (92:1)

### F

**face** (106:15)
**fact** (78:2) (101:12)
**fair** (36:16) (40:17)
**falling-out** (18:10) (18:12) (18:21)
**familiar** (55:14) (87:4)
**family** (21:15)
**far** (11:13) (12:4) (26:9) (31:18)
**fast** (88:16) (89:16) (89:18) (89:21)
**father** (17:24) (18:6) (18:9) (18:10) (19:8) (19:10) (19:13)
**fear** (110:18)
**february** (26:17) (29:16)
**feel** (77:12) (81:4) (81:10) (95:21) (96:12) (99:2) (106:4)
(106:7)
**feeling** (96:5)
**feet** (102:1) (102:3) (103:2)
**fell** (67:23) (106:5) (106:8)
**felt** (96:3) (96:5) (96:6) (100:1)
**few** (76:3) (97:4)
**field** (99:21) (99:23) (100:2) (101:18)
**fifteen** (19:15)
**fifty-five** (88:19)
**figure** (70:15) (108:23) (108:24)
**file** (15:24) (16:2) (16:4) (16:6) (16:11) (16:13) (16:15)
(110:12) (112:7) (112:12)
**filed** (4:15) (16:12) (25:10) (25:13) (25:19) (25:22)
**filing** (109:15)
**financially** (113:17)
**find** (81:17)
**fine** (4:12) (41:10) (111:12)
**finish** (56:21) (77:22) (80:3) (108:9)
**firm** (2:6)
**first** (4:2) (42:23) (43:17) (43:19) (43:22) (44:3)
**five** (17:21) (43:1) (64:7)
**five-eleven** (6:4)
**five-minute** (41:20)
**flanagan** (2:10)

flash  (60:3)
fleeing  (29:16)
following  (77:11)
follows  (4:4)
for  (1:1) (4:7) (13:10) (14:6) (14:17) (17:1) (17:22)
(17:24) (18:3) (18:5) (18:9) (18:17) (18:18) (19:7) (19:8)
(19:13) (19:18) (25:7) (25:16) (29:3) (29:10) (29:14) (29:24)
(30:1) (30:4) (30:11) (30:12) (31:4) (31:7) (31:9) (31:10)
(31:18) (31:21) (31:23) (32:3) (32:4) (32:8) (32:14) (32:15)
(32:23) (33:1) (33:2) (33:6) (33:20) (37:16) (37:19) (37:22)
(39:16) (40:12) (40:18) (41:6) (44:6) (45:10) (47:22) (47:23)
(51:11) (56:13) (60:15) (61:1) (61:9) (61:20) (62:2) (62:7)
(62:12) (64:5) (64:15) (64:21) (65:2) (65:7) (65:11) (65:15)
(65:19) (65:24) (66:8) (66:13) (67:19) (70:13) (70:18)
(71:12) (71:19) (73:7) (73:21) (73:22) (74:11) (74:12)
(74:13) (77:18) (84:4) (84:9) (86:1) (93:14) (93:16) (98:23)
(101:5) (101:7) (111:22) (113:3) (113:13)
forbes  (2:5) (2:6) (21:2) (28:15) (32:6) (32:12) (36:7)
(40:8) (41:20) (42:3) (67:3) (68:9) (68:13) (68:15) (70:8)
(70:13) (70:16) (78:5) (84:1) (85:19) (91:14) (94:5) (96:22)
(97:3) (101:9) (101:12) (104:20) (107:11) (107:13) (107:19)
(108:18) (109:5) (109:19) (110:3) (110:15) (110:20) (110:23)
(111:6) (111:18) (111:20) (112:4) (112:11)
forest  (68:17) (74:18)
forever  (23:21)
fork  (71:22) (71:23) (72:1) (72:3) (72:10) (75:8) (75:12)
(76:13) (76:15) (76:17) (76:19) (87:1) (87:14)
form  (28:15) (36:7) (40:8) (58:8) (61:6) (61:14) (61:16)
(61:23) (62:5) (62:11) (62:16) (64:24) (66:4) (66:16) (78:5)
(84:1) (91:14) (93:10) (94:5) (101:9)
forty-five  (88:14)
forward  (97:1) (111:9)
found  (27:4) (27:9) (28:7) (29:23) (30:16) (30:18) (94:3)
(95:1) (95:4)
fowler  (2:10)
frame  (110:4)
frankly  (110:16)
friday  (109:3) (109:4)
friend  (29:19) (74:4) (74:6)
from  (10:12) (12:1) (13:22) (15:3) (15:21) (25:7) (26:9)
(26:19) (27:5) (29:21) (33:10) (37:22) (39:19) (46:17)
(46:18) (50:13) (50:16) (54:13) (60:1) (65:8) (65:12) (65:16)
(65:20) (66:2) (66:10) (74:20) (74:24) (75:9) (83:4) (83:7)
(83:12) (84:8) (87:13) (92:2) (99:6) (102:4) (103:11)
(103:14) (111:3)
front  (78:24) (89:18) (89:19) (92:8) (92:13) (95:11)
full  (113:10)
funeral  (31:2)
further  (113:8) (113:12) (113:15)
fuson  (7:1) (7:2)
f-u-s-o-n  (7:3)

# G

gain  (28:20)
gas  (50:20) (51:15)
gave  (25:1) (25:2) (46:20) (46:24) (100:14) (100:21)
gear  (82:3) (83:4) (83:5) (83:6) (83:7) (83:13) (83:23)
(85:6) (107:6)
general  (7:16) (19:17)
generally  (109:3)
get  (13:16) (14:2) (14:15) (14:17) (15:6) (21:7) (24:14)
(27:14) (32:23) (37:8) (39:17) (40:4) (40:13) (44:15) (44:19)
(44:24) (45:3) (45:9) (46:11) (46:14) (46:19) (47:14) (50:12)
(50:13) (50:15) (50:16) (63:22) (63:23) (64:1) (67:18)
(68:20) (69:6) (70:10) (72:4) (72:7) (73:1) (73:5) (73:6)
(73:7) (73:8) (74:20) (75:2) (75:5) (75:12) (76:13) (97:9)
(100:4) (100:14) (102:4) (102:16) (103:11) (108:1) (108:3)
(108:14) (108:20) (109:1)
gets  (10:12) (15:10)
getting  (24:22) (49:22) (50:6) (71:12) (71:18) (96:15)
(111:2) (111:3)
girl  (22:9) (22:18)
girlfriend  (6:23) (48:8) (48:10)
give  (14:8) (39:1) (50:5) (52:6) (53:7) (64:6) (64:14)
(100:15) (106:14) (112:12)
given  (46:21) (74:7) (113:11) (113:19)
giving  (73:10) (73:13) (73:15) (73:23) (74:3)

glad  (4:20) (5:3) (21:6) (21:13)
glide  (82:23) (83:8)
glided  (83:23) (84:15)
goal  (99:21) (99:23) (100:2) (101:18)
go-cart  (49:10) (49:18) (52:12)
goes  (41:21) (87:1) (87:13)
going  (21:9) (27:12) (28:8) (32:6) (42:1) (49:9) (49:17)
(52:11) (56:7) (57:24) (61:5) (66:3) (67:10) (70:5) (70:19)
(73:17) (75:12) (77:13) (78:12) (78:13) (79:16) (80:1) (80:5)
(80:10) (81:17) (82:17) (83:14) (83:16) (84:9) (84:10)
(84:11) (85:8) (85:13) (85:14) (85:15) (86:16) (86:17) (87:20)
(87:21) (88:16) (89:9) (89:16) (89:22) (95:12) (97:3) (97:14)
(97:17) (98:23) (101:17) (102:7) (102:8) (109:9) (109:17)
(110:11) (111:9) (111:15) (112:1)
go-mart  (33:2) (33:10)
gone  (110:7)
good  (26:10) (37:20) (37:23) (40:10) (41:8) (59:10) (59:12)
(15:13) (20:3) (23:11) (24:13) (25:3) (26:9) (26:10) (26:12)
(26:13) (27:6) (30:24) (32:21) (33:2) (39:5) (39:21) (39:23)
(41:16) (43:17) (43:19) (43:22) (44:12) (45:3) (45:10)
(46:16) (47:15) (50:18) (63:23) (64:9) (66:24) (68:11)
(70:10) (72:11) (86:21) (98:5) (98:9) (98:21) (105:23)
(107:15) (107:22) (108:6) (108:19) (109:3) (109:21) (110:3)
(111:8) (111:11) (112:13)
gotcha  (51:14) (64:4)
gotten  (67:19)
government  (10:12)
grab  (105:8)
grabbed  (99:1)
grade  (24:8) (24:23) (83:18)
gradually  (82:9)
grandfather  (93:17)
grandma  (24:9) (9:18) (9:19) (10:3) (10:5) (12:15) (12:16)
grandma's  (12:10) (12:14)
grandmother  (8:14)
grandpa  (93:15)
grave  (11:9) (11:10) (13:9) (13:11) (14:6) (14:16) (14:23)
(15:7) (15:10) (15:13) (15:16) (16:24) (17:2) (17:18) (68:6)
(68:15)
graves  (15:2) (17:2)
great  (68:12)
greenbrier  (46:9)
guess  (11:1) (11:2) (17:8) (21:1) (36:9) (54:19) (59:10)
(59:12) (60:24) (61:7) (61:24) (62:17) (63:20) (74:13)
(107:17)
guns  (104:2) (104:5)
guy  (68:7)
guys  (109:16) (110:17)

# H

had  (8:3) (15:20) (15:21) (18:8) (18:12) (19:7) (19:11)
(27:1) (27:5) (27:10) (28:7) (30:16) (30:24) (32:20) (34:12)
(34:18) (34:24) (35:5) (35:9) (37:15) (37:19) (37:22) (39:4)
(42:9) (42:11) (44:10) (44:23) (45:8) (48:5) (48:16) (49:5)
(50:4) (55:8) (57:11) (66:17) (66:20) (67:19) (74:2) (74:6)
(75:20) (75:23) (88:22) (91:7) (91:9) (93:24) (94:17) (96:13)
(96:14) (100:9) (102:19) (104:2) (104:5) (108:5) (108:8)
(113:15)
hadn't  (18:17) (37:18)
hall  (1:24) (113:2) (113:23)
hand  (79:22) (113:19)
handi-  (40:11)
handicapped  (39:21) (39:24) (40:7)
hands  (37:8) (39:5) (79:16)
happened  (4:16) (15:19) (26:24) (30:15) (54:10) (84:7)
(87:16) (100:8)
happening  (87:19) (103:23)
happens  (76:12) (78:22) (86:16) (96:17) (102:9) (105:7)
(105:20)
hard  (21:8) (40:12) (41:5)
harvey  (1:9) (2:12)
has  (6:19) (7:12) (25:19) (46:7) (49:4) (61:3) (62:3) (92:8)
(100:1)
**have**  (4:20) (6:17) (7:24) (8:3) (8:5) (10:1) (10:3) (13:5)
(14:9) (14:18) (15:23) (18:20) (19:22) (20:1) (20:3) (20:15)
(20:21) (21:17) (23:20) (25:6) (25:13) (25:22) (26:2) (26:6)

**haven't**

(27:7) (28:13) (28:19) (29:13) (30:7) (30:23) (33:20) (38:10)
(38:14) (39:13) (40:9) (42:7) (42:9) (42:11) (44:9) (44:13)
(44:24) (45:3) (46:2) (46:3) (47:17) (47:21) (49:12) (49:13)
(50:4) (51:19) (52:2) (54:11) (56:7) (56:10) (56:16) (56:23)
(57:8) (57:11) (57:14) (57:18) (57:21) (58:17) (58:19)
(58:22) (59:1) (59:18) (60:11) (61:19) (61:21) (64:3) (65:9)
(65:17) (65:21) (66:1) (66:10) (67:9) (72:12) (78:17) (78:18)
(79:7) (79:18) (79:19) (80:12) (80:13) (81:6) (81:7) (81:15)
(81:19) (82:3) (82:13) (83:3) (83:22) (84:8) (84:15) (84:21)
(84:22) (85:1) (85:5) (86:3) (88:3) (89:21) (90:4) (90:7)
(91:24) (92:1) (92:16) (92:22) (93:2) (93:13) (93:19) (94:14)
(94:18) (95:22) (97:12) (98:24) (99:3) (100:4) (101:5)
(106:23) (107:1) (107:2) (107:6) (107:14) (110:20)
**haven't**  (16:12) (23:21)
**having**  (18:10) (41:5)
**head**  (11:11) (13:15) (15:5) (16:8) (19:19) (53:15) (71:5)
(72:10) (75:3)
**headed**  (75:5)
**heading**  (75:7) (75:8)
**headphones**  (91:7) (91:9) (91:12)
**hear**  (91:6)
**heard**  (90:9) (90:11) (90:13)
**hearing**  (108:19)
**he'd**  (14:10)
**height**  (6:3) (6:5) (6:6)
**heightened**  (63:7) (63:9)
**held**  (12:23)
**helen**  (8:16) (8:18) (8:19)
**helmet**  (92:17) (106:16) (106:17) (107:2)
**help**  (18:7) (100:13) (100:18) (102:13) (102:17) (103:3)
(103:10) (104:13) (104:14) (107:22)
**her**  (6:24) (8:15) (10:8) (10:11) (10:14) (20:15) (20:17)
(23:21) (27:6) (27:12) (28:7) (28:8)
**here**  (5:18) (15:3) (23:6) (23:18) (24:1) (42:1) (97:7)
(110:7)
**hereby**  (113:5)
**hereof**  (113:7)
**here's**  (85:5)
**hereto**  (113:17)
**heroin**  (38:3)
**he's**  (10:8) (19:1) (19:3) (19:4) (61:14) (68:6) (77:11)
(77:13) (79:12) (107:22) (110:7)
**hey**  (68:9)
**high**  (24:6) (24:8) (25:3) (40:4) (62:13) (62:19) (62:23)
(63:3) (63:13) (63:19) (64:22) (65:4)
**highest**  (88:14)
**him**  (11:5) (11:6) (11:8) (32:8) (45:14) (46:18) (74:7)
(79:16) (81:9) (86:4) (107:22) (108:3) (108:9) (108:14)
**his**  (6:23) (7:7) (9:21) (10:18) (10:21) (14:8) (31:2)
(45:17) (46:13) (81:15) (86:10) (97:7) (108:1)
**history**  (19:22) (26:1)
**hit**  (78:17) (79:18) (80:18) (81:8) (82:13) (84:21) (84:22)
(86:1) (86:2) (98:14) (98:17) (99:9) (99:10) (99:11)
**hits**  (95:14)
**hitting**  (81:23) (82:15) (82:21) (85:8) (85:22)
**hold**  (14:15) (46:11)
**home**  (63:23) (93:21)
**homeless**  (11:20) (11:21) (11:23) (12:8) (12:17)
**honda**  (28:6) (47:3) (47:5) (73:20) (73:22) (74:12) (74:14)
**honestly**  (83:19)
**hospital**  (64:17) (105:22)
**hour**  (19:14) (19:15) (19:18) (41:3) (88:7) (88:23) (88:24)
(89:23) (92:6) (95:12) (107:18)
**house**  (15:3) (46:13) (67:18) (67:20) (67:21) (68:20)
(68:23) (69:7) (70:4) (70:24) (71:2) (71:12) (71:14) (74:20)
(75:3) (75:21) (75:24)
**how**  (6:17) (7:12) (8:23) (9:16) (11:16) (11:23) (12:16)
(13:10) (13:16) (13:23) (15:20) (18:5) (18:8) (18:14) (18:18)
(19:13) (22:11) (22:20) (23:2) (23:14) (25:24) (27:14)
(28:10) (38:19) (39:14) (39:19) (41:21) (42:1) (42:14)
(42:21) (43:2) (43:14) (46:11) (46:14) (46:19) (47:22) (48:7)
(48:15) (49:7) (55:15) (55:22) (56:1) (63:6) (68:20) (74:1)
(74:19) (75:23) (76:20) (78:11) (82:5) (86:4) (87:7) (88:16)
(89:16) (89:21) (95:20) (97:23) (101:23) (104:9) (106:22)
(107:14)
**however**  (61:17) (83:21)
**huh-uh**  (5:10) (28:23) (29:9) (31:15) (35:4) (92:15) (92:19)

---

**jail**

(107:3)
**hundred**  (6:4) (16:20) (16:22)

**I**

**i am**  (113:12) (113:15)
**i can**  (100:15)
**i can't**  (109:4)
**i got**  (40:3) (100:5)
**i hadn't**  (37:15)
**i have**  (86:2)
**i haven't**  (41:12)
**i mean**  (18:16) (41:14) (50:23) (85:4) (88:3) (88:15)
(100:7) (109:3)
**i needed**  (73:1)
**i said**  (36:9)
**i should**  (86:3)
**i thought**  (105:3)
**i understand**  (110:14)
**i was**  (82:17)
**i went**  (27:6)
**i worked**  (14:14)
**i would**  (79:18)
**i'd**  (40:4) (44:15) (44:16) (44:18) (50:2) (50:13) (50:23)
(51:4) (108:24) (109:2)
**idea**  (28:13) (28:19) (52:2) (67:9)
**ignition**  (28:12)
**i'll**  (4:20) (5:20) (21:4) (21:6) (21:13) (68:9) (109:16)
(112:9) (112:10)
**illegal**  (35:24) (36:5) (38:17) (58:3) (59:14) (59:24)
(62:24) (72:24)
**illegally**  (72:21) (77:15)
**i'm**  (4:13) (5:3) (7:14) (8:6) (12:2) (16:6) (21:12) (23:5)
(23:17) (32:6) (32:11) (32:14) (36:4) (40:10) (40:21) (40:22)
(59:9) (61:5) (61:15) (64:7) (66:3) (79:11) (79:23) (81:24)
(85:6) (88:5) (88:20) (89:6) (89:20) (90:12) (96:24) (99:5)
(99:21) (100:13) (103:19) (107:10) (107:12) (109:10)
(109:15) (111:12)
**inaccurate**  (90:16)
**inches**  (82:7) (84:8)
**incident**  (4:16) (26:18) (29:19)
**incidents**  (26:15)
**include**  (37:10) (37:12)
**increase**  (63:3) (63:18)
**indicated**  (41:4)
**indicating**  (41:13) (79:23) (96:16)
**indifference**  (29:17)
**individual**  (62:3) (62:8) (62:13) (63:19) (64:22) (65:3)
(65:8) (65:16) (65:24) (66:1) (66:9)
**individuals**  (63:18) (64:22) (65:3)
**infection**  (40:10) (40:11)
**infections**  (39:24) (40:3) (40:4)
**influence**  (5:7)
**information**  (28:20)
**initiate**  (66:14)
**injured**  (25:6)
**injury**  (64:9)
**insurance**  (25:7) (57:14) (57:18) (57:21) (65:17) (78:3)
**insure**  (57:24)
**interested**  (113:18)
**internet**  (14:21)
**into**  (27:1) (37:24) (63:18)
**intravenous**  (37:12) (37:22)
**intravenously**  (37:16) (37:18)
**investigation**  (109:11)
**issue**  (109:10) (110:4)
**issues**  (26:6)
**it's**  (8:6) (11:1) (15:1) (20:20) (21:8) (21:9) (21:22)
(30:9) (31:12) (33:16) (33:19) (41:3) (41:13) (41:14) (45:14)
(45:15) (47:5) (51:11) (61:1) (61:20) (62:2) (62:7) (62:12)
(62:22) (64:21) (65:7) (65:11) (65:15) (65:24)
(68:13) (68:17) (70:11) (72:2) (75:14) (75:18) (77:17) (83:2)
(84:7) (89:10) (89:12) (93:10) (94:18)
**i've**  (26:12) (30:4) (42:16) (63:23) (66:23) (68:11) (70:10)
(85:3) (107:15) (108:19) (109:3) (110:24)

**J**

**jail**  (32:8) (44:16) (44:18)

---

january                                              marijuana

january (15:21) (29:3) (31:16) (31:23)
jerked (99:1)
jesse (2:5)
job (12:23) (17:8)
jobs (13:6)
joe (51:21) (51:22) (51:24)
join (24:17) (24:19)
july (113:19)
just (4:19) (6:21) (11:17) (13:4) (13:12) (15:4) (16:19)
(18:7) (18:22) (19:17) (21:12) (25:1) (25:2) (30:10) (30:18)
(30:24) (31:1) (34:12) (36:10) (37:2) (37:3) (37:7) (38:1)
(38:21) (38:23) (39:16) (41:21) (43:3) (45:14) (47:9) (47:12)
(49:17) (51:4) (52:4) (52:10) (55:1) (59:13) (61:13) (61:16)
(63:22) (69:3) (69:13) (69:17) (70:1) (72:2) (73:23) (74:14)
(74:15) (77:7) (77:22) (80:3) (80:9) (80:13) (80:18) (81:22)
(82:1) (82:9) (83:22) (84:15) (85:17) (85:21) (86:4) (91:1)
(91:20) (98:19) (103:22) (109:19) (110:16) (111:11) (112:6)

## K

kanawha (2:7) (17:12) (23:19) (68:17) (74:18)
kavan (21:22) (22:15) (23:22)
k-a-v-a-n (22:15)
keep (99:10) (77:7) (81:2) (97:3) (102:4) (103:11) (103:14)
keys (28:12) (28:21)
kick (99:24)
kickback (46:17)
kicked (98:5) (98:9) (98:21) (99:21) (100:3) (101:18)
(102:19) (102:21)
kicking (102:1) (102:3) (103:2) (104:10)
kid (22:2) (23:24) (42:19)
kids (20:3) (23:23)
killed (98:24)
killing (96:23)
kimberly (113:2)
kind (13:4) (25:10) (28:5) (35:24) (36:24) (37:7) (38:8)
(38:12) (38:17) (43:4) (44:1) (46:24) (48:2) (51:20) (53:8)
(54:23) (64:14) (80:16) (89:8) (89:12) (89:13) (109:22)
knew (14:13) (61:24) (72:12) (72:14) (72:17) (72:20) (72:24)
knocked (98:2) (98:3)
know (4:19) (5:3) (5:12) (5:19) (6:5) (7:10) (10:2) (10:4)
(11:13) (11:14) (12:4) (12:19) (13:13) (15:9) (17:13) (20:14)
(20:23) (21:5) (24:2) (27:20) (27:22) (27:24) (32:10) (36:17)
(38:15) (41:4) (41:5) (41:6) (46:1) (46:4) (46:5) (46:8)
(46:9) (47:22) (53:5) (53:7) (53:11) (53:13) (53:23) (54:21)
(54:22) (59:5) (59:8) (64:15) (67:6) (69:3) (70:2) (70:7)
(71:16) (72:1) (72:2) (75:7) (75:13) (75:14) (75:17) (77:14)
(79:3) (79:16) (80:17) (82:3) (86:13) (87:11) (92:13) (94:14)
(94:20) (95:20) (96:15) (98:1) (100:2) (101:8) (101:23)
(103:2) (104:9) (106:13) (107:17) (107:18) (107:23) (108:6)
(108:24) (109:6) (109:9) (109:16) (109:19) (110:5) (110:6)
(110:19) (110:24) (111:6) (111:16) (111:24) (112:6) (112:9)
knowledge (81:3) (90:2)

## L

labor (19:17) (19:18)
lacy (8:16) (8:18) (8:19) (8:21)
l-a-c-y (8:21)
land (99:8) (99:15) (99:18)
landed (98:14) (98:17)
lanes (1:22)
larceny (33:5) (33:12) (33:17)
last (5:16) (5:18) (8:5) (12:23) (18:15) (20:17) (22:5)
(35:23) (36:17) (38:16) (105:9)
later (4:23) (105:22) (112:12)
law (2:2) (2:6) (2:9) (48:8)
lawsuit (4:15) (25:19)
lawsuits (25:22)
laxatives (64:7)
lay (21:8) (41:22) (63:23)
laying (13:4) (98:6) (98:8) (99:16)
learned (43:2)
least (19:8)
leave (74:19) (78:14) (98:23) (102:7) (102:8)
left (67:18) (101:5)
left-hand (89:8)
legs (99:2) (103:18) (104:10) (106:4) (106:7)
leslie (27:19) (27:22) (27:24)

leslie's (27:20)
less (6:18)
let (4:19) (5:3) (21:5) (56:21) (77:22) (79:16) (80:3)
(86:3) (108:3) (109:16) (109:19) (111:24) (112:6) (112:9)
let's (5:16) (21:7) (22:3) (26:6) (26:17) (29:2) (31:3)
(41:20) (42:5) (42:6) (45:7) (67:5) (67:12) (70:13) (70:17)
(70:18) (109:2) (109:5)
license (8:1) (8:3) (8:5) (8:8) (27:7) (29:4) (29:11)
(29:14) (30:12) (31:4) (32:16) (42:7) (42:9) (44:10) (44:14)
(44:20) (45:1) (45:3) (45:4) (47:9) (47:12) (47:14) (47:18)
(47:21) (48:20) (48:23) (49:3) (56:17) (56:24) (57:9) (57:12)
(61:3) (61:10) (61:22) (62:15) (65:9) (65:13) (72:12) (78:3)
(88:3)
life (40:16) (42:16) (43:5)
lights (60:4) (60:12) (76:24) (77:8) (79:7) (81:15) (81:19)
(85:18) (85:24) (86:10) (90:4) (90:12) (90:14) (92:4) (92:9)
(100:10)
like (12:1) (12:6) (16:21) (22:12) (25:12) (25:17) (26:7)
(26:8) (26:20) (29:8) (32:7) (34:21) (36:9) (37:15) (38:24)
(41:13) (41:18) (43:1) (44:15) (46:17) (50:9) (50:11) (51:3)
(51:6) (51:11) (51:18) (51:24) (52:11) (52:20) (55:1) (57:24)
(60:20) (64:2) (64:16) (69:24) (75:18) (77:12) (80:20) (84:5)
(84:7) (86:20) (88:3) (89:10) (89:12) (91:21) (92:18) (93:10)
(94:23) (96:5) (96:12) (96:13) (96:14) (96:15) (96:24)
(105:18) (107:7) (108:13) (108:24) (110:10)
likely (48:4)
limit (80:11) (82:18) (82:20) (87:22) (88:2) (88:14) (88:18)
liner (51:11) (51:12)
lining (50:22) (51:8) (51:10)
lisa (1:24) (113:2) (113:23)
list (5:13)
listening (91:19)
literally (80:20) (82:2) (84:5)
little (31:17) (42:5) (45:7) (77:11) (79:11) (86:17) (87:19)
(9:19) (10:16) (11:16) (11:19) (12:9) (12:16) (20:13) (23:4)
(23:6) (23:16) (23:18) (24:2) (71:21) (74:17)
lived (6:17) (6:19) (9:18) (12:15) (12:19) (87:12)
lives (23:24) (27:22) (46:8) (68:2) (71:23)
living (8:10) (11:18)
llc (1:21)
located (9:10) (14:24)
lockbox (32:21)
locked (55:1)
lodge (61:13)
long (6:17) (6:19) (7:12) (8:23) (9:16) (11:16) (11:23)
(12:16) (16:12) (18:18) (20:19) (41:6) (49:5) (83:1)
longer (40:6) (40:18) (40:22) (40:24) (107:14)
look (56:4) (60:20) (109:5) (109:7) (110:12)
looked (53:24) (54:18) (68:10)
looking (32:14) (37:3) (37:4) (39:16)
looks (29:21) (108:12)
loose (64:10)
lose (44:16) (44:18) (97:20) (99:13)
lost (14:18) (97:21) (97:23)
lot (30:17) (30:18) (70:8) (76:1) (85:3) (86:20) (87:11)
(110:24)
lots (50:24)
loudendale (10:17) (10:19) (10:23) (11:1) (15:1) (23:5)
(27:15) (27:17) (28:11) (28:21) (68:18)
lower (82:19)
luce (2:3)

## M

mace (104:14) (104:16) (106:20) (106:22)
maced (106:14)
macing (98:22) (100:6) (100:15) (101:19) (102:23) (103:5)
(104:23) (106:17)
made (15:20) (15:21) (58:17) (58:19)
mairs (22:2) (22:6) (22:15) (23:22) (23:23) (24:2)
m-a-i-r-s (22:6)
make (13:18) (13:23) (19:14) (58:22) (59:1) (59:15) (59:19)
(59:22) (108:9) (108:15)
making (39:21) (39:23) (40:1) (62:4) (77:12)
many (13:6) (39:24) (75:23)
march (1:18) (31:9)
marijuana (31:7) (32:4)

**married** | **obey**

married (20:1)
match (61:4)(61:11)
matter (37:2)(37:5)
matthew (21:22)(22:23)(22:24)(23:2)(23:4)(23:24)
may (4:16)(14:22)(15:22)(19:7)(36:1)(57:9)(57:15)
(59:21)(60:20)(61:19)(66:15)(66:19)(67:5)(67:12)
(67:13)(67:14)(67:16)(109:15)(112:5)
maybe (13:13)(26:18)(30:3)(33:16)(40:21)(41:8)(48:24)
(108:20)
mean (12:3)(13:4)(13:24)(14:10)(14:17)(14:20)(19:3)
(26:9)(30:3)(30:9)(37:5)(37:13)(38:24)(39:3)(40:10)
(40:23)(41:24)(45:2)(50:12)(50:13)(51:5)(51:22)(52:5)
(52:10)(54:24)(55:21)(59:5)(66:20)(70:11)(78:15)(79:2)
(79:22)(80:18)(80:19)(81:5)(81:24)(82:4)(82:12)(83:2)
(83:10)(84:6)(84:7)(84:12)(86:5)(87:23)(91:10)(94:18)
(95:7)(107:17)(109:6)(109:19)(110:6)(110:10)(110:13)
(110:19)(110:23)(112:5)
meaning (78:17)
means (1:5)(1:16)(1:17)(3:4)(4:1)(4:7)(4:9)(5:17)
(5:18)(6:16)(9:22)(9:24)(22:23)(22:24)(23:24)(48:16)
(49:21)(113:6)
meant (16:7)
mediation (109:4)
medical (35:13)(97:19)(97:24)
medication (5:8)(64:14)
meds (5:12)
members (21:15)
memories (99:3)(105:23)
memory (26:6)(26:10)(26:12)(26:13)(30:7)(97:12)(99:5)
mess (51:4)
meth (31:5)(38:1)(38:2)(38:20)(39:12)(58:4)(58:12)
(59:6)(59:7)(59:15)(64:23)(93:24)(94:3)
methamphetamine (59:2)(94:11)
methamphetamines (38:5)(58:17)(58:20)(58:23)(59:19)
(59:22)(62:4)(62:9)(62:14)(62:20)(63:4)(63:13)(63:19)
(65:4)(94:17)
michael (6:16)
midnight (67:13)
might (30:3)
mile (88:7)(88:22)(89:23)
miles (88:24)(92:6)(95:12)
mind (4:10)
mine (59:10)(59:12)(64:10)(74:6)
minute (70:18)
minutes (97:4)(97:8)
miralax (64:16)
miserable (110:7)
misery (110:8)
mobility (41:16)
model (52:1)
mom (20:22)(32:20)
moment (79:8)(81:20)(86:2)
mom's (22:2)(45:15)
money (15:20)(25:7)(33:10)(39:21)(39:23)(40:1)
month (6:18)(34:22)
months (9:1)(9:3)(9:4)(9:17)(11:17)(18:19)(19:8)
(32:4)(32:9)(49:6)
more (37:24)(39:1)(40:4)(40:10)(40:16)(49:8)(50:22)
(63:7)(63:9)(63:10)(66:21)(107:16)
morning (70:5)(111:19)
most (82:8)
mostly (42:22)(43:13)(50:13)
mother (20:5)(22:16)
mother's (22:7)(23:23)
motion (109:15)(110:12)(112:7)
motor (49:9)(49:17)(52:12)
motorcycle (42:7)(42:9)(42:12)(42:15)(43:3)(43:9)
(44:10)(44:13)(44:19)(45:1)(45:3)(45:7)(45:9)(46:21)
(47:18)(47:21)(48:21)(48:24)(49:14)(50:18)(55:12)
(56:10)(56:17)(56:24)(57:4)(57:5)(57:9)(57:11)(57:14)
(57:18)(58:4)(60:16)(60:17)(60:19)(61:2)(61:11)(61:21)
(62:15)(62:19)(62:23)(63:3)(63:13)(63:18)(64:23)(65:4)
(65:8)(65:9)(65:13)(65:16)(65:17)(65:20)(65:21)(67:19)
(68:21)(68:22)(80:16)(81:2)(82:23)(83:4)(83:8)(83:12)
(84:7)(85:2)(86:8)(92:23)(92:24)
motorcycles (42:17)(42:24)(43:11)(55:17)(55:20)
(56:13)(60:22)(85:3)

motorcycle's (61:10)
move (103:6)(103:8)(103:17)(103:19)(104:4)(104:7)
(104:9)
moved (6:21)(27:23)
movement (64:3)
moving (32:19)(103:24)(104:3)
much (13:16)(15:20)(19:14)(19:23)(19:24)(20:15)
(23:20)(47:22)(107:14)
mud (98:6)(98:20)
music (91:12)
myself (9:15)(42:22)(88:4)

## N

name (4:7)(4:13)(5:17)(5:18)(6:15)(6:24)(7:8)(8:15)
(9:21)(10:21)(20:5)(22:5)(45:17)(57:15)(94:23)(100:14)
(100:16)(100:21)
names (21:21)(106:12)(106:13)
nature (92:24)
necessarily (40:9)(40:20)(63:5)(63:6)(96:11)
necessary (86:1)
need (5:2)(5:4)(21:2)(21:5)(21:12)(21:14)(36:22)
(41:19)(41:22)(56:16)(56:23)(57:3)(63:21)(63:22)(64:1)
(109:14)
needed (18:7)(50:14)(73:4)(74:2)
neighbor (27:4)(27:5)(27:18)
neighbor's (27:9)
neither (81:18)(113:12)
nervous (77:8)(77:12)(84:4)
neutral (83:8)(83:23)(85:9)
never (11:5)(25:3)(44:9)(45:2)(50:18)(52:13)(58:11)
(66:21)(88:7)(88:9)(90:9)(90:11)(90:13)(90:18)(90:21)
(96:4)(106:11)
new (52:18)(52:19)(52:20)(52:22)(54:15)
next (76:12)(78:22)(86:16)(102:9)(105:20)(109:7)
nice (41:24)
night (35:5)(67:22)(69:18)(71:2)(71:3)(71:4)
ninja (44:2)
ninth (24:6)(24:8)(24:23)
nitro (8:12)
nobody (92:8)
nodding (11:11)(13:15)(15:5)(19:19)
noise (91:10)
none (3:9)(64:19)(90:9)
nor (113:13)
normally (49:24)(50:15)
north (6:10)
not (5:19)(7:14)(7:20)(8:6)(10:2)(12:2)(12:21)(13:24)
(16:2)(19:7)(20:16)(21:16)(23:5)(23:17)(26:8)(27:23)
(28:1)(32:11)(34:15)(35:7)(35:18)(36:3)(36:4)(36:11)
(36:14)(36:15)(36:17)(38:10)(38:14)(40:9)(40:20)(41:2)
(42:3)(44:22)(45:14)(46:4)(48:16)(49:8)(52:10)(52:17)
(53:20)(57:21)(60:20)(61:4)(61:11)(61:21)(63:5)(63:6)
(64:5)(65:9)(65:17)(65:21)(67:8)(70:19)(70:21)(72:12)
(72:14)(77:17)(77:24)(78:3)(78:24)(79:8)(79:11)(80:6)
(80:13)(80:17)(81:11)(81:12)(81:20)(82:1)(82:13)
(82:21)(84:9)(84:20)(85:1)(85:14)(85:16)(85:18)(86:23)
(86:24)(88:12)(89:18)(90:5)(91:2)(92:10)(94:8)(94:10)
(94:14)(96:9)(96:11)(99:6)(100:8)(101:13)(103:19)
(103:20)(103:24)(104:3)(104:4)(104:14)(104:23)(105:2)
(105:13)(109:15)(113:15)
notary (113:2)(113:23)
notes (113:9)
nothing (16:21)(25:12)(49:4)(56:3)
notice (76:20)
noticed (76:14)(76:15)(76:16)(76:23)(109:13)(109:20)
november (29:24)
now (5:12)(6:6)(14:18)(27:23)(40:7)(40:13)(41:13)
(54:17)(79:10)(79:14)(86:12)(107:11)
number (7:10)(7:22)(10:1)(10:3)(10:4)(11:14)(14:8)
(14:17)(14:20)(27:20)(46:1)(46:5)(48:5)(49:2)(49:3)
(49:4)(68:11)(71:16)(100:17)(100:22)(112:14)
nurse (94:1)
nurses (64:1)(107:22)

## O

oath (5:20)
obey (87:22)(88:1)

| object | produce |
|---|---|

**object** (32:6) (58:6) (61:5) (61:23) (62:5) (62:11) (62:16) (64:24) (66:3) (66:16)
**objecting** (61:16)
**objection** (28:15) (36:7) (40:8) (61:13) (65:6) (78:5) (84:1) (85:19) (91:14) (94:5) (101:9) (104:20)
**obviously** (70:9) (109:20) (110:6) (110:24) (112:7)
**occasionally** (13:8) (17:23) (38:21) (38:23)
**o'clock** (97:7)
**october** (31:19) (31:21) (32:3)
**off** (13:5) (17:22) (17:24) (30:21) (49:9) (51:8) (52:12) (54:20) (76:13) (76:17) (76:18) (78:19) (81:22) (99:14) (106:16)
**office** (108:14) (111:15) (111:22)
**officer** (26:19) (60:16) (61:2) (61:15) (61:20) (62:3) (62:8) (62:13) (66:2) (66:9) (66:11) (66:14) (76:15) (76:16) (76:20) (76:23) (78:1) (78:20) (78:23) (79:3) (80:22) (81:1) (90:19) (90:22) (100:2) (100:9) (102:6) (104:13)
**officers** (79:6) (80:1) (80:5) (91:1) (91:3) (95:10) (101:8) (102:13) (102:15) (102:17) (103:3) (103:21) (104:1) (104:4) (104:21) (105:4) (105:11) (105:14) (106:9) (108:7) (109:12) (110:10)
**officer's** (61:9) (76:24) (90:11) (90:14)
**often** (13:10) (13:23) (14:1) (18:5) (18:8) (38:20) (43:14) (49:7) (49:8) (60:23)
**okay** (5:5) (15:19) (16:17) (21:3) (26:14) (32:12) (33:9) (51:22) (53:18) (54:15) (72:9) (74:8) (76:7) (76:20) (77:3) (85:4) (85:12) (85:23) (90:3) (90:21) (93:11) (94:16) (97:9) (99:6) (99:18) (107:6) (107:13) (109:18) (112:3) (112:4)
**old** (22:11) (22:20) (23:2) (23:14)
**older** (28:3)
**once** (39:1) (39:2) (97:13)
**one** (6:4) (29:22) (30:3) (31:10) (31:12) (33:17) (35:15) (35:17) (42:16) (43:17) (43:19) (46:2) (46:7) (54:11) (55:1) (68:10) (74:8) (74:10) (74:14) (74:15) (92:8) (97:6)
**ones** (54:7)
**online** (68:11)
**only** (13:7) (17:8) (17:20) (43:2) (50:6) (64:2) (95:11)
**onto** (76:14) (76:17) (76:18) (86:19) (89:1) (95:17) (98:9) (98:22) (99:13)
**open** (28:12) (28:22)
**operate** (56:24) (57:18) (62:19) (62:23) (72:23)
**operating** (53:21) (53:24) (54:3) (62:14) (64:23) (65:4) (66:18) (72:20) (76:10) (77:15) (78:2)
**operation** (11:12)
**operator** (63:13)
**opioids** (37:10) (38:9)
**order** (57:4) (110:5) (110:8)
**originally** (51:16) (54:7)
**other** (5:18) (9:19) (17:18) (22:13) (25:6) (25:22) (44:15) (55:1) (63:18) (64:21) (65:3) (73:7) (78:23) (79:3) (86:20) (107:6) (111:3)
**others** (22:22)
**our** (4:23) (109:16) (112:1)
**out** (4:15) (15:1) (23:11) (32:23) (32:24) (63:23) (64:2) (69:11) (69:12) (70:1) (70:11) (75:8) (75:20) (75:23) (78:24) (79:1) (79:19) (81:9) (81:17) (82:3) (83:5) (83:6) (83:23) (84:12) (86:4) (86:17) (87:3) (87:12) (91:10) (95:2) (98:2) (98:3) (100:4) (102:16) (103:11) (104:17) (104:21) (105:4) (105:12) (105:14) (106:5) (106:8) (106:9) (108:23) (108:24) (109:7) (113:10)
**over** (10:17) (15:3) (21:7) (30:4) (32:21) (41:12) (44:12) (44:15) (46:9) (56:8) (60:5) (60:13) (60:16) (60:23) (61:2) (61:3) (61:21) (63:22) (78:13) (79:13) (79:17) (80:14) (81:4) (81:7) (81:10) (81:16) (84:18) (84:22) (85:20) (85:24) (86:11) (88:7) (88:9) (90:19) (90:23) (91:3) (95:13) (97:7) (98:3) (98:5) (98:6) (98:9) (98:20) (98:21) (99:20) (107:22) (110:21) (111:14)
**own** (7:7) (84:4)
**owned** (7:12) (47:20)
**owns** (7:7)

**P**

**page** (3:6) (3:23)
**paid** (13:16) (15:6) (15:7) (15:9) (15:10) (15:13) (33:8) (47:22)
**pain** (70:8)
**painted** (50:21) (50:22) (51:7) (52:11) (52:15) (60:23)

**(61:3)**
**pallbearer** (31:2)
**paralyzed** (40:18) (101:8) (101:16) (101:20) (103:1)
**parked** (48:12)
**parking** (30:16) (30:18) (50:24)
**particular** (7:19)
**parties** (113:14) (113:17)
**parts** (67:18) (73:1) (73:5) (73:6) (73:7) (74:7)
**pass** (75:11)
**passed** (31:1)
**past** (17:21) (26:15) (75:8) (75:18)
**pavement** (80:17)
**pay** (16:17) (47:23) (63:10)
**paycheck** (10:12)
**people** (13:5) (47:17) (47:20) (50:4) (87:11)
**per** (13:19) (15:6) (15:7) (15:8) (15:9) (15:10) (15:13) (15:16)
**period** (84:23)
**periodically** (17:1)
**periods** (41:6)
**person** (28:1) (84:11)
**personal** (19:11) (20:24)
**personnel** (35:14)
**peterson** (1:9) (66:14)
**petit** (33:5) (33:12) (33:17)
**phone** (7:10) (10:1) (10:3) (11:14) (14:8) (14:19) (27:20) (46:1) (46:3) (46:5) (68:11)
**p-i-** (23:12)
**picked** (52:4)
**piece** (95:2) (95:4)
**pills** (37:24) (69:24)
**pistol** (32:20)
**pitzer** (23:8) (23:9) (23:12) (24:1)
**p-i-t-z-e-r** (23:13)
**place** (13:8) (113:7)
**places** (17:20)
**plaintiff** (1:6)
**plan** (109:16)
**plastics** (51:20)
**plate** (47:9) (47:12) (47:14) (48:20) (48:23) (49:3) (61:3) (61:10)
**plates** (52:5)
**plates and** (52:7)
**playing** (91:12)
**playlist** (91:20) (91:21)
**pllc** (2:3) (2:6) (2:10)
**poe** (2:10)
**point** (21:13) (35:15) (36:6) (79:13) (82:3) (82:16) (83:21) (85:13) (100:10) (100:12) (101:7) (101:21) (102:22) (102:24) (103:17) (104:7)
**police** (26:19) (27:6) (44:13) (48:10) (60:1) (60:3) (60:11) (60:16) (61:1) (61:9) (61:20) (62:12) (65:8) (65:12) (65:16) (65:20) (65:24) (66:8) (78:1) (79:6) (79:10) (79:14) (79:24) (80:4) (80:22) (81:18) (86:8) (90:1) (90:3) (90:7) (90:11) (90:13) (90:19) (90:22) (91:1) (91:2) (92:4) (92:7) (94:16) (101:7) (108:7) (109:11)
**position** (112:1)
**possess** (59:15)
**possession** (31:7) (32:3) (59:18) (59:21) (62:9)
**pot** (69:22)
**precursors** (59:15) (59:19) (59:22) (62:4)
**present** (21:12) (42:3) (67:3) (70:21)
**pretty** (19:23) (19:24) (55:14) (89:20) (103:16)
**prevented** (92:1)
**previous** (54:13)
**previously** (56:7)
**principal** (49:21)
**prior** (8:10) (9:5) (10:15) (11:18) (12:8) (17:5) (18:14) (18:16) (35:8) (35:24) (36:5) (36:12) (36:18) (36:24) (38:17) (38:19) (87:18) (88:16) (90:10) (90:13) (90:17) (90:23) (91:1) (91:2) (92:4) (92:7) (94:16) (111:2)
**probable** (66:20)
**probably** (6:8) (18:19) (29:21) (33:19) (34:22) (35:10) (35:11) (43:20) (47:17) (47:19) (49:6) (52:4) (88:19) (89:23) (111:2)
**problems** (91:24)
**proceedings** (42:2) (67:2) (70:20) (113:8) (113:15)
**produce** (4:23)

prone                                                     said

prone  (40:10)
properly  (53:21) (53:24) (54:3) (56:24) (57:3) (65:21) (78:4) (80:6)
property  (30:13)
prosecution  (110:18)
prove  (33:11)
proved  (33:13)
public  (4:3) (113:2) (113:23)
pull  (60:5) (60:13) (60:16) (61:2) (61:20) (78:12) (78:19) (79:13) (79:17) (81:4) (81:16) (81:22) (84:22) (85:20) (85:24) (86:11) (90:19) (90:23) (91:3)
pulled  (30:4) (32:21) (32:23) (44:12) (44:15) (78:24) (79:1) (79:3) (80:13) (81:7) (84:16) (87:3)
pullin  (2:10)
pulling  (81:10)
purple  (51:17)
pursue  (66:1) (66:9)
pursuit  (66:14) (66:21) (83:21) (88:6) (88:8) (88:13) (91:11)
pushed  (95:17) (96:13) (96:14)
put  (30:17) (30:19) (32:8) (49:9) (49:17) (51:12) (52:5) (52:12) (52:18) (52:19) (52:22) (53:4) (53:8) (54:6) (54:13) (54:15) (54:23) (73:17) (83:12) (83:23) (85:8)

## Q

qualified  (113:4)
quarrier  (2:10)
question  (4:19) (56:21) (58:9) (70:12) (77:22) (80:3) (84:2) (84:14) (85:16) (101:10)
questions  (61:14) (66:4)
quit  (24:8) (24:12) (39:21) (39:23) (40:1) (40:2)
quite  (76:3)

## R

railroad  (55:8) (55:11) (55:15) (55:19) (55:23) (56:2) (56:8) (56:11) (89:1) (89:3) (89:7) (99:17) (100:19) (101:4)
raised  (61:9)
rammed  (78:18) (79:18)
ran  (27:1) (48:9) (48:13) (48:15)
randolph  (1:18) (2:3)
rather  (74:3)
reach  (88:11)
reached  (88:7) (88:9)
real-  (79:11)
really  (7:14) (7:20) (8:6) (12:2) (20:16) (21:16) (26:8) (30:7) (31:8) (33:9) (34:21) (36:2) (36:10) (36:13) (40:12) (41:7) (45:14) (50:8) (50:10) (50:11) (52:10) (52:17) (57:22) (66:21) (67:8) (67:11) (67:23) (69:8) (69:13) (69:16) (73:4) (77:11) (78:24) (82:14) (84:20) (86:23) (86:24) (88:22) (90:5) (91:20) (93:18) (100:8)
rear  (95:14) (95:16) (95:18)
reason  (40:6) (40:18) (80:21) (86:7) (91:5) (101:6) (103:24) (104:3)
reasonable  (60:15) (61:1) (61:8) (61:15) (61:20) (62:2) (62:7) (62:12) (65:7) (65:11) (65:15) (65:19) (65:24) (66:8) (66:13) (66:17)
reasonableness  (66:4)
recall  (29:5) (30:5) (31:22) (34:21) (35:7) (36:2) (90:5) (92:10)
received  (33:6) (48:3)
receiving/transferring  (31:24)
reckless  (29:16)
recollection  (29:13) (89:14)
reconvene  (111:12)
record  (4:8) (113:11)
records  (97:19) (97:24)
recovering  (34:2) (34:3) (34:17)
recovery  (34:13) (34:16)
rectum  (64:10)
red  (15:3)
regarding  (18:24)
regardless  (110:8)
register  (57:4)
registered  (47:7) (50:18) (52:3) (65:22) (72:15) (78:4)
registration  (61:4) (61:10) (66:19)
regular  (55:1) (59:6)
related  (5:17) (113:13)

relates  (84:14)
relationship  (20:21)
relative  (113:16)
relieve  (108:1)
remain  (56:5)
remember  (10:18) (12:20) (20:18) (26:9) (26:16) (29:6) (29:7) (29:12) (29:17) (31:6) (31:8) (31:14) (31:17) (31:20) (32:2) (32:5) (32:18) (33:6) (36:10) (36:13) (38:16) (43:19) (53:9) (67:7) (67:11) (67:13) (67:14) (67:23) (69:4) (69:8) (69:13) (69:16) (70:3) (71:3) (90:6) (91:20) (93:18) (94:22) (94:23) (96:19) (97:14) (97:16) (98:12) (98:18) (102:11) (105:10) (105:21) (106:4) (106:7) (106:9)
remembers  (32:13)
remind  (5:20)
renee  (7:1) (7:2)
repaired  (52:10)
repairs  (52:5)
repeat  (4:20) (8:17) (9:23) (65:1) (66:6)
report  (94:16)
reporte  (113:24)
reported  (27:2)
reporter  (4:22) (113:3)
reporter/notary  (4:3)
reporter's  (3:23)
reporting  (1:21)
represents  (4:14)
reside  (8:11)
residence  (6:20)
response  (81:1) (101:3)
restitution  (33:8)
return  (16:2) (16:4) (16:6) (16:11) (16:13) (16:15) (27:6) (27:12) (28:8)
returns  (15:24)
revoked  (30:1) (30:5) (31:9) (100:18) (100:24)
rhino  (50:22) (51:8) (51:10) (51:12)
richie  (45:18) (45:19) (45:21) (46:8) (46:11) (47:22)
richie's  (46:1)
ridden  (85:1)
ride  (42:21) (43:3) (43:11) (43:12) (43:14) (43:16) (49:7) (50:8) (50:11) (50:13) (50:16) (50:23) (51:4) (87:8) (87:9)
rider  (43:9)
rides  (50:5)
riding  (42:23) (43:7) (43:20) (44:6) (55:9) (55:12) (56:13) (57:23) (72:17)
right  (5:12) (5:16) (6:22) (7:19) (7:21) (8:7) (10:15) (12:21) (19:6) (21:4) (22:3) (22:13) (24:12) (25:24) (41:13) (51:19) (54:17) (67:12) (68:19) (70:5) (74:16) (74:19) (75:2) (75:11) (76:12) (77:23) (78:19) (78:20) (86:12) (92:11) (92:22) (95:10) (96:22) (97:10) (98:17) (99:8) (99:9) (101:1) (104:12) (104:19) (106:5) (106:8)
road  (10:23) (64:22) (65:3) (74:24) (75:12) (75:17) (75:18) (76:18) (80:14) (81:22) (83:18) (86:12) (86:14) (86:15) (86:17) (86:22) (88:15) (99:14)
roads  (57:5) (57:19) (58:4) (86:21) (87:4) (87:9)
rocket  (44:4)
rockets  (44:6)
rocks  (56:11)
rode  (42:17) (85:3)
roll  (98:3) (98:4) (98:9) (98:20) (98:21) (99:20)
ronnie  (71:11) (71:14) (71:16) (71:21) (73:10) (75:3) (75:20) (75:23) (76:4)
room  (30:2) (32:1) (77:2)
ruffner  (9:11) (9:12)
ruggier  (2:9) (3:6) (4:6) (4:13) (28:17) (32:10) (32:13) (41:10) (41:15) (41:18) (41:22) (42:4) (66:23) (67:4) (68:12) (68:14) (70:15) (70:22) (97:1) (97:11) (107:15) (107:24) (108:11) (108:16) (108:19) (109:2) (109:9) (109:21) (109:24) (110:13) (110:16) (110:22) (111:5) (111:10) (111:17) (111:19) (111:24) (112:9)
run  (48:5) (48:18) (59:24) (65:8) (65:12) (65:16) (65:20)
running  (26:19) (66:2) (66:10)

## S

said  (14:13) (18:2) (27:4) (31:12) (37:18) (39:23) (41:18) (44:18) (46:14) (47:12) (52:11) (58:11) (58:16) (59:12) (64:1) (69:16) (77:6) (81:15) (94:16) (96:5) (98:8) (100:13) (100:24) (102:12) (107:12) (111:18) (113:8) (113:11)

same

street

same  (6:6) (29:19) (33:16) (33:19) (54:8) (54:9) (65:6)
(113:10)
saw  (90:14) (90:18) (96:4)
say  (4:21) (4:22) (15:15) (20:7) (21:23) (27:3) (28:7)
(35:11) (37:17) (40:1) (55:6) (90:10) (90:12) (94:2) (97:19)
(97:24) (102:2) (102:6) (111:17)
saying  (21:12) (32:8) (69:3) (79:20) (79:23) (82:1) (105:4)
(106:4) (106:7)
scared  (84:10)
scene  (95:2)
scheduling  (110:4)
school  (24:6) (24:8) (25:3)
screaming  (98:24)
seal  (113:20)
seat  (54:10) (54:12) (54:13) (54:15) (54:18) (54:23)
(54:24) (55:1)
seated  (56:5)
second  (70:14) (75:18) (87:2)
secondary  (29:4)
security  (7:21) (100:17) (100:22)
see  (5:16) (22:3) (26:6) (26:17) (29:2) (31:3) (41:21)
(42:6) (70:19) (96:2) (96:9) (99:23) (108:12) (108:23)
(109:15) (111:15) (112:8)
seeing  (92:2)
seem  (61:8)
seemed  (86:20)
seen  (106:11) (106:15)
self-taught  (43:4)
sell  (39:10)
selling  (74:4)
senokot  (64:16)
senses  (63:7) (63:9)
sentence  (32:7)
sentenced  (32:4)
service  (15:14) (15:16) (15:17) (68:16)
services  (11:9) (11:10) (13:9) (14:6) (14:16) (14:23)
(16:24) (17:2) (17:19)
set  (93:5) (111:8)
setting  (81:6)
seventeen  (22:12)
several  (30:8)
shadow  (73:20) (73:22) (74:12)
shadows  (74:14)
shaking  (16:8) (53:15) (71:5)
sharon  (9:7) (9:9) (10:15)
she  (20:13) (23:11) (23:18) (27:23) (28:2) (46:7)
sheet/signature  (3:23)
sheriff  (48:5)
she's  (28:1) (28:3)
shift  (83:7) (83:12)
shifted  (83:22)
shit  (98:3)
shon-  (22:3)
shonathan  (21:22) (21:24) (22:1) (22:11) (23:22)
s-h-o-n-a-t-h-a-n  (22:4)
short  (41:8)
should  (60:5) (60:13) (86:2) (86:3) (98:24) (101:5) (111:2)
shouldn't  (38:10) (38:14) (58:1) (72:17)
show  (32:7) (46:13)
sic  (4:17) (19:7)
sick  (13:5)
side  (56:11) (80:14) (81:22) (96:13) (96:14)
signal  (79:15) (79:21) (79:24) (80:4)
signaled  (81:12)
signaling  (81:16) (86:11)
since  (42:19)
siren  (60:12) (76:24) (77:8) (79:7) (90:8) (90:14) (91:6)
(100:10)
sirens  (81:19) (92:9)
sissonville  (24:3) (24:4)
sisters  (21:17) (22:14)
sister's  (45:16)
sitting  (28:11) (41:6)
six  (18:19) (19:8) (32:4) (32:9) (43:1) (49:6) (82:7) (84:8)
sixteen  (22:12)
size  (54:8) (54:9)
sl-  (82:17) (88:22)

slept  (68:1)
slid  (98:14)
slide  (96:18) (96:20) (99:13)
slides  (86:18)
slow  (80:9) (80:10) (82:9) (82:16) (82:23) (85:7) (89:4)
slowed  (80:12) (80:13) (81:8)
slowly  (55:24) (83:8) (83:23)
smoke  (38:20) (58:3) (69:22)
smokin  (54:21) (51:22) (51:24)
smoking  (24:15) (38:1) (38:2) (38:3) (58:12)
sober  (37:19) (37:22)
social  (7:21) (100:16) (100:21)
sold  (47:24)
solid  (64:10) (64:11)
some  (19:11) (33:13) (36:6) (52:6) (73:10) (93:13) (93:24)
some  (107:15)
some  (107:16) (108:5)
somebody  (32:8) (32:10) (39:4) (46:17) (47:24) (50:16)
(52:4) (52:6) (80:15) (80:18) (84:8) (96:15) (99:23) (108:20)
somehow  (92:1) (99:11)
someone  (50:14) (53:7)
something  (12:6) (22:12) (39:1) (41:23) (91:22) (93:14)
(94:23)
somewhere  (23:19) (50:14)
soon  (100:5) (106:15) (112:6)
sorry  (16:6) (56:22) (90:12)
sound  (70:11) (97:15)
sounds  (98:15)
south  (1:9) (4:14) (8:12) (9:5) (9:11) (9:12) (75:5)
southern  (1:1)
speak  (20:17)
specific  (56:3)
specifically  (56:1)
specifics  (12:3)
specified  (113:7)
speculate  (28:13)
speed  (80:11) (82:18) (82:20) (87:20) (87:22) (87:23)
(88:2) (88:14) (88:18)
spell  (7:2) (8:21) (20:9) (22:3) (93:11)
spent  (71:3) (71:4)
sphincter  (64:9)
spinal  (64:8)
spot  (81:5)
spots  (83:20)
stagnant  (99:16) (99:19)
stand  (98:5) (98:9) (98:21) (99:21) (101:18) (101:24)
standing  (101:17)
start  (28:10) (42:23) (67:13)
started  (34:12) (43:20) (98:22) (100:6) (101:19)
state  (4:7) (36:11) (57:1) (57:5) (57:19) (58:5) (59:15)
(68:17) (74:18) (113:1) (113:3)
statement  (40:17)
states  (1:1)
stay  (69:10) (103:9) (103:22)
stayed  (67:22)
steal  (30:21)
stealing  (33:3)
steering  (53:24)
stenotype  (113:9)
steps  (5:4)
still  (11:12) (20:11) (76:9) (79:12) (82:19) (91:9) (97:1)
(107:15) (107:16) (109:10)
stimulation  (64:3)
stint  (12:17)
stole  (33:13)
stolen  (27:2) (27:5) (27:10) (28:8) (29:17) (30:13) (31:24)
(48:4) (48:13) (48:17) (48:19) (49:1) (60:17) (60:22) (66:19)
stom-  (99:22) (102:10)
stomach  (96:23) (98:4) (98:5) (102:21)
stop  (27:8) (34:20) (60:5) (73:9) (79:17) (80:1) (80:5)
(80:6) (80:21) (81:8) (82:15) (82:24) (83:9) (83:24) (84:9)
(84:17) (84:21) (84:22) (85:14) (85:15) (85:22) (86:7)
stopped  (34:18)
straight  (16:19) (83:11) (87:1) (87:2) (89:5) (89:6)
(89:16) (89:24) (99:5)
street  (1:18) (2:3) (2:10) (43:12) (43:14) (43:16) (43:21)
(43:22) (46:9)

stretch (83:11) (89:5) (89:6) (89:17) (89:24)
strike (96:2) (96:6) (96:9)
struck (95:16) (95:18)
stuck (110:1)
stuff (7:17) (26:9) (107:16)
stunt (50:23)
s-turn (89:10) (89:12)
suggest (48:24)
supposed (57:17) (57:22) (71:11) (71:14) (81:4)
sure (7:14) (8:6) (12:2) (23:5) (23:17) (32:11) (36:3) (36:4) (36:14) (36:15) (67:1) (84:13) (89:20) (100:8) (109:16)
suspended (29:11) (29:14) (32:7) (65:13)
suspended/revoked (29:4) (30:12) (31:4)
suspension (55:4)
suspicion (61:9) (66:17)
sweating (96:24)
swift (27:19)
switchback (76:22)
sworn (4:3)

## T

table (16:17)
tactic (66:22)
tags (30:16) (30:23)
take (4:22) (5:2) (5:4) (10:14) (21:5) (21:7) (24:24) (36:5) (36:11) (36:22) (36:24) (41:8) (41:20) (45:5) (49:9) (52:11) (63:21) (66:23) (69:24) (70:13) (70:18) (83:3) (84:11) (87:18) (104:17) (104:21) (105:4) (105:12) (105:14) (106:16) (107:9) (108:2) (110:10)
taken (1:18) (34:24) (35:6) (35:9) (82:3) (97:9) (108:3) (113:6) (113:9)
takes (10:8) (10:11) (81:23)
taking (33:10) (81:9) (93:20)
talk (25:24) (26:14) (42:5) (45:7) (70:18) (108:22)
talked (23:21)
talking (12:5) (29:19) (88:5) (88:20)
tank (50:20) (51:15)
tapping (79:22)
tase (104:15)
tasing (100:6) (104:24)
taught (42:21)
tax (15:24) (16:2) (16:4) (16:6) (16:11) (16:13) (16:15)
taxes (16:12) (16:21)
teach (42:14)
tell (5:21) (14:9) (14:10) (26:15) (26:24) (30:15) (35:13) (47:16) (68:9) (85:6) (85:18) (89:5) (101:5)
telling (98:23) (99:5) (103:21)
tend (80:16) (89:4)
tent (15:13) (15:16) (15:17)
testified (4:4)
testify (5:9) (110:17)
testimony (36:17) (77:17) (77:24) (100:7) (101:20) (113:11)
than (5:18) (6:18) (9:19) (17:18) (40:16) (54:6) (59:6) (73:7) (74:4) (82:19)
that (4:14) (4:15) (4:16) (4:21) (4:22) (4:24) (5:5) (5:19) (5:22) (8:17) (9:2) (9:10) (9:23) (10:2) (10:23) (11:12) (12:6) (12:11) (12:15) (12:19) (13:18) (13:21) (14:5) (14:10) (14:12) (14:13) (15:12) (15:15) (15:21) (16:9) (16:21) (17:3) (17:5) (17:20) (18:2) (19:10) (19:20) (20:7) (21:23) (22:5) (22:7) (22:12) (22:18) (23:24) (24:18) (25:12) (25:17) (26:4) (26:7) (26:11) (26:18) (26:20) (26:22) (27:1) (27:3) (27:4) (27:5) (27:9) (28:24) (29:6) (29:8) (29:12) (29:18) (29:19) (30:3) (31:6) (31:8) (31:10) (31:12) (32:7) (32:8) (32:18) (33:4) (33:7) (33:12) (33:13) (33:23) (35:3) (35:7) (35:14) (35:21) (35:23) (36:11) (36:17) (36:20) (37:10) (37:12) (37:14) (37:17) (37:21) (38:5) (38:14) (38:22) (38:24) (39:22) (40:6) (40:16) (40:17) (41:5) (41:7) (43:2) (43:6) (43:11) (43:18) (44:3) (44:9) (44:17) (45:8) (45:9) (46:4) (46:24) (47:3) (47:9) (47:11) (47:12) (47:13) (47:14) (47:16) (47:20) (48:4) (48:7) (48:16) (48:24) (49:19) (49:21) (50:3) (50:9) (50:11) (51:6) (51:18) (52:2) (53:6) (53:16) (53:20) (54:7) (56:16) (56:19) (56:23) (57:3) (57:17) (57:24) (58:2) (58:3) (58:13) (58:15) (59:11) (59:14) (59:24) (60:3) (60:7) (60:9) (60:11) (60:12) (60:15) (60:16) (60:19) (60:22) (61:2) (61:3) (61:8) (61:24) (62:18) (62:22) (63:2) (63:8) (63:10) (63:12) (63:15) (63:17) (63:24) (64:5) (64:15) (64:18) (64:20) (64:21) (65:1) (65:2) (66:2) (66:10) (66:13) (66:19)

(67:6) (67:7) (67:22) (68:14) (69:3) (69:15) (69:18) (69:24)
(70:5) (71:4) (71:13) (72:11) (72:12) (72:14) (72:17) (72:18)
(73:3) (73:16) (74:21) (75:16) (76:2) (76:7) (77:5) (77:17)
(77:20) (77:24) (78:2) (78:9) (79:9) (79:16) (79:20) (79:21)
(80:1) (80:5) (80:15) (80:19) (81:6) (81:14) (81:23) (82:2)
(83:15) (84:11) (85:17) (86:21) (87:11) (87:24) (88:12)
(89:2) (89:11) (89:24) (90:5) (90:10) (90:12) (90:16) (90:22)
(91:1) (91:15) (92:10) (92:18) (92:20) (92:24) (93:9) (93:22)
(94:2) (94:6) (94:12) (94:13) (94:14) (94:16) (94:17) (94:18)
(94:23) (95:4) (95:15) (95:20) (97:16) (97:20) (97:22)
(97:24) (98:7) (98:11) (98:18) (99:2) (99:11) (100:8)
(100:17) (101:1) (101:8) (101:15) (101:21) (101:23) (102:2)
(102:22) (102:24) (103:7) (103:13) (104:7) (104:9) (105:11)
(106:6) (106:24) (107:4) (107:7) (108:12) (108:19) (108:24)
(109:12) (109:13) (109:22) (110:1) (110:8) (110:21) (111:1)
(113:5) (113:8) (113:9) (113:12)
that's (14:20) (14:20) (18:16) (22:2) (23:10) (29:22)
(31:17) (33:8) (39:9) (41:10) (54:19) (59:9) (76:14) (85:14)
(89:13) (93:5) (96:18) (98:2) (98:22) (100:19) (101:12)
(102:10) (103:23) (104:19) (105:9) (107:20)
the (1:1) (1:9) (1:17) (4:3) (4:7) (4:14) (4:21) (5:7) (5:18)
(5:21) (6:2) (6:6) (6:11) (7:8) (8:10) (9:5) (10:4) (10:12)
(10:15) (11:3) (11:6) (12:13) (12:17) (12:23) (12:24) (13:1)
(13:7) (13:18) (13:19) (13:24) (14:2) (14:3) (14:17) (14:21)
(15:10) (16:17) (16:23) (17:8) (17:19) (17:20) (18:7) (18:8)
(18:11) (18:12) (18:13) (18:14) (18:15) (18:16) (19:6) (20:5)
(21:4) (22:5) (24:2) (24:8) (24:17) (24:19) (26:16) (26:17)
(26:19) (27:6) (27:14) (28:10) (28:12) (28:21) (28:22)
(29:19) (29:21) (29:22) (29:23) (30:2) (30:16) (31:10)
(31:12) (32:1) (32:20) (32:21) (32:22) (33:16) (33:19) (34:7)
(34:8) (34:10) (34:12) (34:14) (34:21) (34:24) (35:5) (35:8)
(35:16) (35:18) (35:23) (35:24) (36:6) (36:12) (36:18) (37:1)
(37:19) (38:4) (38:7) (38:11) (38:16) (38:17) (38:19) (40:3)
(40:4) (40:6) (40:18) (41:11) (41:12) (41:16) (41:19) (41:24)
(42:6) (43:2) (43:11) (44:13) (45:2) (45:5) (45:8) (46:10)
(46:21) (47:9) (47:12) (47:16) (47:17) (47:20) (48:3) (48:5)
(48:8) (48:9) (48:10) (48:12) (48:13) (48:15) (48:18) (48:20)
(48:23) (49:2) (49:3) (49:4) (49:5) (49:9) (49:13) (49:17)
(50:6) (50:8) (50:11) (50:15) (50:18) (50:20) (50:21) (51:1)
(51:7) (51:15) (51:20) (51:22) (52:4) (52:9) (52:11) (53:18)
(53:21) (53:22) (53:24) (54:1) (54:3) (54:4) (54:6) (54:7)
(54:8) (54:10) (54:17) (54:18) (54:20) (55:1) (55:3) (55:22)
(56:10) (56:11) (57:1) (57:4) (57:5) (57:19) (57:23) (58:4)
(58:8) (59:15) (59:18) (59:22) (60:1) (60:3) (60:11) (61:3)
(61:4) (61:5) (61:10) (61:11) (61:14) (61:16) (61:23) (62:3)
(62:5) (62:11) (62:16) (64:1) (64:2) (64:16) (64:22) (64:24)
(65:2) (65:3) (65:8) (65:12) (65:16) (65:20) (65:21) (66:3)
(66:4) (66:16) (66:24) (67:5) (67:6) (67:13) (67:24) (68:1)
(68:6) (68:10) (68:14) (68:15) (69:1) (69:5) (69:8) (70:10)
(70:12) (71:2) (71:3) (71:4) (72:2) (72:8) (72:11) (72:14)
(72:17) (72:20) (72:23) (73:1) (73:5) (73:6) (73:7) (73:8)
(75:14) (75:17) (75:18) (76:15) (76:16) (76:18) (76:20)
(76:23) (77:2) (77:15) (78:1) (78:2) (78:20) (78:23) (79:3)
(79:8) (79:24) (80:4) (80:6) (80:10) (80:14) (80:17) (80:21)
(80:22) (81:1) (81:8) (81:12) (81:18) (81:20) (81:22) (81:23)
(82:5) (82:8) (82:13) (82:15) (82:16) (82:17) (82:19) (82:23)
(83:3) (83:8) (83:12) (83:18) (84:1) (86:1) (86:7) (86:8)
(86:18) (86:19) (87:2) (87:8) (87:9) (87:16) (87:18) (87:19)
(87:22) (88:1) (88:2) (88:7) (88:13) (88:14) (88:15) (88:17)
(88:18) (89:1) (89:7) (89:16) (90:3) (90:7) (90:18) (90:21)
(91:10) (91:11) (92:4) (92:13) (94:5) (94:16) (94:20) (94:23)
(95:2) (95:4) (95:8) (95:13) (95:17) (95:18) (95:22) (96:2)
(96:6) (96:9) (96:13) (96:14) (96:18) (96:20) (96:23) (97:5)
(97:6) (97:10) (98:3) (98:6) (98:15) (98:20) (99:1) (99:6)
(99:9) (99:12) (99:13) (99:14) (99:16) (99:19) (100:5)
(100:19) (101:4) (101:7) (101:9) (101:16) (102:3) (102:6)
(102:10) (102:12) (102:15) (102:16) (102:17) (102:18)
(103:3) (103:9) (103:11) (103:15) (103:21) (103:22) (103:24)
(104:1) (104:3) (104:4) (104:10) (104:12) (104:13) (104:17)
(104:21) (104:22) (105:4) (105:8) (105:9) (105:11) (105:12)
(105:13) (105:14) (105:15) (105:16) (105:22) (106:1)
(106:11) (106:20) (106:22) (107:12) (107:20) (107:22)
(108:6) (108:7) (108:9) (109:10) (109:11) (109:20) (110:4)
(110:10) (111:1) (111:16) (113:3) (113:5) (113:6) (113:7)
(113:9) (113:11) (113:14) (113:17) (113:18) (113:19)
their (21:21) (60:4) (60:12) (65:12) (79:7) (81:19) (90:4)
(90:8) (100:10) (101:3) (106:13)

them                                                                    visor

them   (5:13) (5:14) (30:8) (30:9) (30:17) (30:18) (30:19)
(30:21) (40:15) (53:7) (61:17) (64:19) (66:7) (73:13) (73:14)
(73:15) (73:23) (74:2) (74:3) (74:4) (79:7) (87:8) (100:14)
(100:16) (100:17) (100:18) (102:16) (103:10) (104:23)
(105:15) (111:9)
then   (9:5) (40:21) (60:4) (70:14) (78:21) (83:8) (86:18)
(87:2) (89:7) (95:12) (97:8) (99:20) (108:5) (108:8)
there   (6:17) (6:19) (6:21) (6:22) (8:13) (8:23) (9:14)
(9:16) (9:19) (14:10) (14:14) (14:15) (17:14) (17:16) (26:17)
(30:15) (32:22) (38:5) (38:7) (38:8) (38:10) (38:12) (38:14)
(52:5) (53:14) (54:12) (67:22) (68:2) (68:20) (69:10) (71:3)
(71:4) (71:6) (73:6) (74:14) (79:9) (79:14) (81:6) (81:7)
(83:20) (85:24) (86:20) (87:5) (89:6) (89:18) (89:19) (90:1)
(91:5) (94:3) (94:4) (94:7) (94:8) (101:6) (106:10)
there's   (5:13) (23:22) (23:23) (30:8) (30:9) (33:16)
(54:18) (64:8) (74:15) (77:7) (79:4) (83:20) (89:5) (89:6)
(89:8) (92:7) (95:11)
these   (61:14) (87:4) (95:10) (113:14)
they   (7:15) (21:19) (24:17) (24:19) (33:4) (33:11) (33:13)
(47:24) (48:9) (48:13) (48:15) (48:18) (52:20) (54:6) (54:8)
(54:19) (61:24) (64:5) (64:7) (64:14) (65:9) (65:17) (65:21)
(73:16) (73:21) (78:13) (95:7) (98:22) (98:23) (99:24) (99:1)
(100:6) (100:14) (100:18) (100:19) (101:5) (101:18) (102:10)
(102:19) (102:23) (103:5) (103:8) (103:20) (104:2) (104:4)
(104:14) (104:17) (105:8) (105:13) (105:18) (106:14)
(106:15) (106:17) (110:23) (111:2)
they're   (64:10)
thing   (43:4) (105:9)
things   (4:18) (51:6) (59:4) (63:10) (109:14)
think   (15:13) (17:15) (23:5) (23:19) (28:4) (38:5) (38:8)
(38:12) (40:15) (43:22) (46:7) (48:4) (53:10) (57:8) (61:1)
(61:20) (62:2) (62:7) (62:12) (63:12) (65:7) (65:11) (65:15)
(65:19) (65:24) (66:8) (78:12) (78:13) (79:13) (88:12) (91:2)
(93:6) (102:24) (103:21) (110:17)
thinking   (73:2) (73:4) (87:21) (100:12) (100:13)
this   (6:2) (6:20) (15:19) (28:21) (31:10) (32:4) (48:24)
(57:8) (61:19) (70:6) (79:13) (81:18) (83:20) (83:21)
this   (84:6)
this   (84:11) (85:23) (88:5) (97:9) (99:3) (99:5) (100:8)
(100:10) (100:12) (101:6) (103:17) (107:16) (108:3) (109:1)
(109:10) (110:7) (110:9) (111:6) (111:13) (113:20)
this something   (99:4)
those   (17:19) (23:23) (29:5) (59:4) (79:6) (87:9) (91:2)
(109:14) (111:22)
thought   (48:13) (98:11) (105:1) (105:3)
three   (13:13)
three-   (13:20)
threw   (47:24)
through   (110:7)
throw   (79:15) (79:22)
thursday   (108:18) (108:21) (109:7)
tight   (110:3) (110:5)
time   (5:3) (6:2) (6:19) (12:23) (13:1) (13:7) (13:19) (14:3)
(16:12) (16:23) (18:8) (18:11) (18:12) (18:15) (19:6) (20:19)
(34:10) (34:14) (35:15) (35:17) (35:18) (35:23) (38:16)
(38:19) (41:5) (41:6) (41:8) (43:2) (44:9) (44:16) (48:3)
(53:22) (54:1) (54:4) (69:6) (69:9) (70:2) (81:12) (81:19)
(82:3) (85:23) (87:8) (87:10) (91:11) (101:16) (106:14)
(108:5) (108:8) (113:6) (113:7)
times   (30:4) (75:23) (84:6)
tire   (52:3) (82:2) (82:6) (84:9) (86:18) (95:14) (95:16)
(95:18) (96:2) (96:7) (96:10) (96:13) (99:9) (99:10) (99:11)
tired   (69:14) (69:17)
tires   (52:18) (52:19) (52:24) (53:2) (53:4) (53:8) (54:6)
(99:9)
title   (49:12) (49:13)
to stop   (79:23)
today   (5:9) (64:2) (108:3) (110:8)
told   (24:17) (24:19) (32:21) (85:23) (98:11) (98:19)
(100:17) (103:20) (104:4)
tomorrow   (108:6) (108:22) (110:11) (111:8) (111:15)
(111:19) (111:22)
tonya   (20:6) (20:8) (20:9)
t-o-n-y-a   (20:10)
too   (6:21) (14:11) (39:24) (79:12) (79:17) (80:7) (80:22)
(80:24) (82:7) (109:8)
took   (35:23) (36:17) (45:2) (79:19)

torch   (94:21) (95:5)
torches   (93:5) (93:7) (93:13)
tossed   (32:24)
touch-up   (50:24)
towards   (75:3) (75:8)
to-wit   (113:1)
trace   (71:22) (71:23) (72:1) (72:3) (72:10) (75:8) (75:12)
(76:13) (76:14) (76:17) (76:19) (87:1) (87:14)
track   (53:23) (56:2)
tracks   (55:8) (55:11) (55:15) (55:19) (56:8) (56:11)
(86:19) (95:13) (95:17) (95:22) (96:18) (96:20) (98:15)
(99:2) (99:13) (99:17) (100:20) (101:4) (102:10) (105:9)
(105:16) (106:2)
traded   (46:16)
training   (42:11)
transcribed   (113:10)
transcript   (4:24)
transferring   (30:12)
tread   (53:13)
treated   (33:20)
tricks   (50:24) (51:1) (51:6)
tried   (24:24) (32:22) (32:23)
trouble   (50:13)
truck   (51:11)
true   (113:11)
trunk   (32:20)
truth   (5:21)
truthfulness   (5:8)
try   (24:16) (40:14) (44:19) (78:13) (90:19) (102:4) (110:9)
trying   (79:16) (79:21) (79:24) (80:4) (81:17) (91:3)
(100:4) (102:3)
turn   (75:12) (76:13) (76:17) (76:18) (76:22) (85:18) (89:8)
turned   (76:14) (76:18) (100:9)
twelve   (22:21)
twenty   (23:3)
twenty-five   (23:15)
twenty-four   (23:15)
twenty-one   (23:3)
twenty-some   (43:5) (43:7)
two   (13:13) (17:20) (35:8) (36:12) (41:12) (59:4) (64:8)
(74:8) (79:4) (79:9) (79:14) (90:1) (92:7)
type   (53:11) (53:13) (61:11) (62:23)
types   (64:8)

## U

uh-huh   (31:13) (60:6)
uncle   (9:20) (30:24) (45:10) (45:11) (45:13) (45:14) (45:15)
under   (5:7) (5:20) (16:17) (88:2) (113:19)
understand   (4:19) (4:24) (5:21) (21:9) (41:15) (55:21)
(58:14) (78:7) (80:12) (84:13) (109:12) (109:13) (110:11)
(110:13) (110:22) (111:1) (111:10)
unincorporated   (111:1)
united   (1:1)
unlicensed   (29:7)
unregistered   (62:14)
until   (78:23) (79:2) (96:19)
untranslatable   (70:11) (97:15) (98:15)
uphill   (83:14) (83:16) (85:15)
use   (37:12) (37:22) (49:24)
used   (41:12) (52:20) (52:24) (59:13) (87:8)
user   (35:14) (35:19) (37:2)
using   (34:18) (34:20) (37:15) (37:18)
usual   (13:6)
usually   (63:10) (78:14) (88:1) (88:2)

## V

vehicle   (27:1) (27:4) (27:9) (27:14) (29:17) (29:23)
(31:24) (50:4) (66:15)
verbalize   (4:21)
very   (14:1) (26:10) (49:8) (86:9) (86:10)
video   (99:6) (111:6)
videographer   (108:7) (109:21)
vin   (48:5) (48:13) (48:15) (48:18) (49:2) (49:3) (49:4)
vin number
virginia   (1:1) (1:18) (1:22) (2:4) (2:7) (2:11) (8:7) (57:1)
(57:6) (57:19) (58:5) (59:16) (113:1)
visor   (106:23) (107:1) (107:2)

| W |
|---|

wage (14:2)
waived (3:23)
wake (68:19) (70:4) (71:8) (71:10) (72:4) (105:22)
waking (67:14)
walmart (75:8) (75:11) (75:19)
want (26:14) (40:23) (41:1) (50:12) (61:17) (80:17) (83:22)
(84:9) (85:7) (97:3) (102:15) (103:6) (103:8) (105:15)
(107:9) (109:14) (109:24)
wanted (46:12) (73:6) (102:16) (103:8) (104:19) (104:21)
(104:23) (105:2) (105:4) (105:11) (105:14)
was (1:18) (6:3) (8:7) (9:17) (10:23) (11:20) (12:10)
(12:12) (12:13) (12:23) (13:4) (13:13) (13:18) (13:24) (14:2)
(17:15) (18:14) (19:2) (19:10) (26:17) (27:7) (27:15) (27:16)
(27:18) (28:5) (28:11) (29:19) (32:19) (32:22) (32:24) (33:5)
(33:11) (33:12) (34:2) (34:12) (34:16) (34:22) (35:20)
(35:22) (35:23) (37:2) (37:3) (37:5) (38:5) (39:3) (39:12)
(39:15) (41:5) (43:1) (43:20) (44:1) (44:3) (46:17) (46:21)
(46:24) (47:7) (47:9) (47:12) (47:13) (47:15) (48:2) (48:4)
(48:12) (48:13) (48:20) (49:8) (49:9) (49:17) (49:21) (50:6)
(50:20) (50:22) (51:15) (51:19) (51:21) (51:22) (51:24)
(52:2) (52:11) (53:13) (53:24) (54:3) (54:12) (54:24) (58:11)
(66:13) (66:21) (67:10) (69:8) (69:11) (69:13) (69:16)
(70:12) (71:6) (71:11) (71:13) (71:19) (72:14) (72:24) (73:6)
(73:10) (73:13) (73:15) (73:23) (74:3) (74:6) (74:8) (74:10)
(75:7) (75:8) (76:22) (76:23) (78:1) (78:3) (78:12) (78:13)
(78:15) (79:16) (79:17) (80:6) (80:10) (80:19) (80:21)
(80:22) (81:6) (81:7) (81:16) (81:17) (81:24) (82:1) (82:5)
(82:17) (84:3) (84:4) (84:20) (85:6) (85:24) (86:2) (86:5)
(86:8) (88:14) (89:3) (89:18) (89:19) (90:22) (91:21) (92:13)
(93:4) (93:14) (93:20) (93:23) (94:3) (94:8) (94:21) (94:22)
(98:4) (98:8) (98:20) (99:9) (100:4) (100:17) (101:3)
(101:17) (101:24) (102:3) (103:2) (103:16) (103:23) (103:24)
(104:3) (104:10) (105:5) (113:6)
wasn't (29:20) (33:9) (50:12) (57:22) (73:2) (73:4) (77:19)
(77:21) (78:8) (78:10) (81:12) (85:23) (86:1) (94:4) (94:7)
(101:16) (101:22) (103:2)
watching (99:6) (104:10)
water (99:16) (99:19) (100:5) (102:3) (102:12) (102:16)
(102:18) (103:9) (103:11) (103:15) (103:22) (104:11)
(104:12) (104:17) (104:22) (105:5) (105:12) (105:15)
way (14:15) (21:14) (25:7) (26:9) (50:6) (50:15) (55:22)
(64:2) (73:7) (75:7) (77:6) (80:24) (81:6) (81:7) (82:7)
(92:17) (97:7) (105:13)
ways (56:4)
weapon (32:15)
we'd (110:10)
wednesday (108:8) (108:10) (108:11)
weed (24:15)
week (13:13) (13:14) (13:19) (14:3) (39:1) (109:1) (109:7)
weeks (35:8) (41:12)
weight (6:3) (6:5) (6:7)
welding (93:10)
well (13:4) (21:9) (32:11) (33:16) (46:17) (48:15) (52:20)
(74:3) (82:16) (82:19) (82:23) (83:17) (84:24) (85:4) (88:5)
(88:20) (109:5) (110:3)
we'll (13:5) (41:21) (44:3) (110:12) (111:14) (111:21)
(112:7)
well-being (84:5)
went (24:24) (54:17) (87:13) (95:2) (98:3) (98:4) (98:8)
(98:20) (98:21) (101:24)
were (11:21) (11:23) (12:17) (13:1) (14:5) (16:23) (17:5)
(17:13) (18:10) (18:23) (27:12) (28:8) (29:2) (32:4) (33:10)
(34:6) (34:10) (34:14) (34:17) (35:14) (35:18) (37:7) (37:24)
(39:7) (39:16) (42:19) (49:16) (52:20) (53:21) (54:6) (54:7)
(54:8) (55:9) (55:12) (55:14) (57:17) (59:21) (66:18) (67:9)
(69:12) (70:23) (71:18) (72:20) (73:13) (73:16) (73:21)
(77:14) (77:24) (78:2) (79:9) (79:14) (79:21) (79:24) (80:1)
(80:4) (80:5) (83:20) (86:20) (87:4) (88:6) (88:16) (88:24)
(89:16) (89:22) (90:22) (91:1) (91:2) (91:3) (91:11) (91:19)
(92:23) (93:16) (97:13) (98:23) (99:8) (100:24) (101:8)
(102:12) (102:18) (102:23) (102:24) (103:5) (103:15)
(103:21) (103:24) (104:3) (105:3) (106:9) (106:13) (106:17)
(113:8) (113:10) (113:15)
we're (86:15) (102:7) (102:8) (109:9) (109:17) (111:9)
(112:1) (112:11)

weren't (101:20)
west (1:1) (1:18) (1:22) (2:4) (2:7) (2:11) (8:7) (57:1)
(57:5) (57:19) (58:5) (59:16) (113:1)
we've (108:6) (109:20) (110:3) (111:8) (111:10) (111:11)
what (5:12) (6:3) (6:5) (6:6) (7:6) (7:15) (7:21) (7:24)
(9:8) (10:10) (10:24) (12:13) (13:18) (14:2) (15:2) (16:7)
(17:13) (17:16) (18:2) (18:16) (18:23) (19:16) (24:22)
(26:16) (26:24) (27:3) (27:16) (28:2) (28:5) (30:15) (31:11)
(32:18) (33:6) (36:24) (37:4) (38:24) (39:9) (44:1) (44:12)
(45:19) (45:21) (46:5) (46:24) (47:16) (47:19) (48:16)
(49:24) (50:10) (51:3) (51:10) (51:15) (52:9) (53:8) (53:11)
(53:13) (54:10) (54:23) (55:21) (59:9) (61:15) (64:5) (64:14)
(67:6) (67:9) (67:10) (69:1) (69:6) (70:2) (70:12) (71:18)
(72:4) (72:7) (72:9) (73:14) (73:17) (73:21) (74:5) (74:11)
(74:13) (74:20) (74:21) (75:14) (75:17) (76:12) (77:3)
(78:15) (78:21) (79:2) (80:17) (81:17) (82:4) (85:5) (86:12)
(86:16) (87:14) (87:20) (89:13) (91:8) (91:19) (93:4) (93:16)
(94:20) (95:7) (95:13) (96:12) (96:17) (97:2) (99:12) (99:18)
(100:12) (102:6) (102:9) (102:15) (103:23) (104:19) (105:7)
(105:11) (105:20) (106:1) (106:13) (107:11) (108:12)
(108:18) (109:11) (109:16) (109:17) (111:7) (111:11)
(111:24) (112:1)
whatever (5:4) (21:12) (32:13) (41:18) (41:19) (110:1)
what's (5:24) (6:11) (6:15) (6:24) (7:8) (8:15) (9:2) (9:21)
(10:21) (11:3) (12:11) (13:21) (14:12) (15:12) (20:5) (21:21)
(22:5) (24:5) (24:18) (26:4) (26:11) (26:22) (33:23) (35:3)
(35:21) (36:20) (37:14) (37:21) (38:22) (39:22) (43:6)
(43:18) (44:17) (45:17) (47:11) (50:3) (53:6) (55:22) (56:19)
(58:15) (59:11) (60:9) (63:8) (63:15) (63:24) (69:15) (73:3)
(75:16) (76:2) (77:5) (77:20) (78:9) (81:14) (83:15) (87:19)
(87:20) (87:21) (87:24) (88:18) (89:2) (89:11) (91:15) (93:9)
(93:22) (94:6) (94:13) (95:4) (95:15) (97:16) (97:22) (98:7)
(101:15) (103:7) (103:13) (106:6) (106:24) (111:15)
wheelies (51:4)
when (8:5) (9:18) (12:1) (12:23) (13:12) (13:24) (14:18)
(18:14) (19:13) (20:17) (30:5) (34:6) (34:20) (35:23) (36:3)
(36:10) (36:17) (42:23) (43:17) (43:19) (43:20) (47:15)
(48:3) (48:18) (49:2) (50:23) (63:3) (63:19) (64:22) (65:3)
(72:11) (72:23) (75:11) (76:14) (76:15) (76:18) (76:23)
(78:1) (78:19) (79:14) (80:15) (81:4) (88:20) (89:24) (95:2)
(98:12) (98:14) (98:22) (99:18) (100:19) (101:18) (102:12)
whenever (5:2) (18:7) (39:3) (39:4) (39:5) (76:17) (96:17)
where (6:9) (8:11) (9:6) (9:10) (10:16) (11:8) (11:18)
(12:4) (12:8) (12:19) (13:8) (14:23) (17:7) (17:11) (20:13)
(23:4) (23:16) (24:2) (24:10) (27:22) (29:23) (45:8) (46:8)
(47:14) (54:19) (61:14) (67:17) (71:2) (72:1) (74:14)
(74:17) (74:20) (76:7) (83:10) (83:21) (83:22) (87:16)
(87:20) (88:3) (99:15)
whether (84:14)
which (5:8) (16:24) (25:7) (28:7) (45:13) (73:19) (75:7)
(85:17) (92:1) (95:22) (100:2) (106:9) (113:14)
while (12:18) (18:17) (20:20) (21:10) (30:11) (31:4)
(37:16) (37:19) (37:23) (55:9) (55:11) (62:14) (62:19)
(62:23) (63:13) (102:17)
white (97:14) (97:17) (98:13)
who (6:13) (8:13) (9:14) (14:5) (23:24) (27:18) (42:21)
(62:3) (62:8) (62:13) (66:1) (66:9) (67:22) (68:2) (92:13)
whole (5:13) (42:16) (43:5) (50:21) (51:7) (88:8)
whose (61:21) (67:20)
why (18:20) (19:2) (19:3) (20:21) (24:12) (24:14) (26:24)
(28:14) (28:21) (30:15) (30:23) (44:22) (45:5) (49:11)
(50:20) (52:2) (53:4) (53:5) (57:21) (57:24) (69:10) (69:12)
(70:15) (70:17) (71:10) (72:23) (80:9) (80:13) (81:21)
(85:16) (85:18) (87:9) (91:6) (93:13) (93:19) (94:2) (100:8)
(103:3) (103:10) (107:21) (108:2)
wider (54:6)
will (82:23) (83:1) (110:17) (111:24)
william (1:5) (1:16) (1:17) (3:4) (4:1) (4:9) (113:5)
wipe (86:4)
wit (4:4)
with (5:5) (5:18) (6:13) (8:13) (8:23) (9:14) (9:18) (10:17)
(11:6) (11:18) (11:16) (11:18) (12:11) (12:16) (20:15) (20:21)
(21:7) (23:20) (26:2) (26:18) (28:12) (28:21) (29:3) (29:16)
(29:22) (32:19) (41:10) (41:4) (49:4) (50:22) (55:14) (60:19)
(63:22) (68:2) (87:4) (91:24) (106:17) (107:16) (109:10)
(109:11) (110:1) (111:9) (111:12) (111:16)
within (113:3)

without

**without**   (32:16) (62:15) (66:18) (78:3) (81:9) (82:15) (82:21) (85:7) (85:22) (86:10) (86:11) (110:18)
**witness**   (3:3) (4:2) (21:4) (41:11) (41:16) (41:24) (70:10) (96:23) (97:5) (97:10) (107:12) (107:20) (113:11)
**woke**   (67:16) (96:19) (98:15) (98:19)
**wondering**   (86:2)
**wore**   (69:11) (69:12)
**work**   (11:8) (13:8) (13:10) (17:1) (18:5) (19:13) (40:2) (41:11) (64:8) (64:18) (64:24) (66:24) (109:7) (111:1)
**worked**   (11:6) (14:10) (17:9) (17:22) (18:9) (18:17) (19:7) (33:2) (111:18)
**workers'**   (25:13)
**working**   (14:5) (49:8) (71:13) (71:20)
**works**   (76:5)
**worried**   (84:4)
**would**   (5:8) (13:8) (13:10) (13:14) (13:16) (13:18) (13:23) (14:2) (15:2) (15:20) (17:1) (18:5) (19:13) (19:14) (19:16) (19:18) (28:21) (36:24) (37:10) (37:12) (37:13) (38:4) (38:7) (38:8) (38:11) (38:12) (38:20) (40:4) (41:8) (41:24) (43:11) (43:14) (44:12) (46:11) (49:7) (49:24) (50:15) (50:16) (51:1) (55:22) (56:2) (61:8) (61:15) (76:17) (78:18) (79:18) (79:19) (82:13) (83:8) (84:21) (85:16) (85:17) (85:21) (87:9) (91:5) (92:1) (101:6) (107:17)
**wouldn't**   (50:2) (63:11) (91:5)
**wreck**   (37:19) (54:20) (77:13) (84:5) (88:21) (96:1)
**wrecked**   (54:19) (56:7)
**wrecking**   (63:2) (63:17)
**wrestling**   (109:10)
**wrong**   (85:6) (89:6)

## Y

**yamaha**   (47:7)
**yeah**   (4:12) (5:1) (5:6) (5:14) (5:15) (5:23) (7:5) (7:18) (8:4) (8:9) (8:20) (8:22) (9:13) (10:8) (10:13) (10:20) (11:6) (11:13) (11:22) (13:3) (15:18) (16:10) (16:18) (17:4) (17:6) (17:10) (17:17) (18:1) (18:4) (19:5) (19:9) (19:12) (19:21) (20:12) (21:11) (21:18) (21:20) (22:2) (22:8) (22:17) (23:1) (23:7) (23:10) (24:9) (24:17) (24:19) (26:3) (26:5) (26:21) (26:23) (27:11) (27:13) (28:9) (29:21) (29:23) (30:14) (30:20) (32:17) (33:2) (33:5) (33:15) (33:18) (34:5) (34:9) (34:19) (35:12) (35:15) (35:17) (36:9) (36:19) (37:9) (37:11) (39:18) (40:9) (41:2) (41:15) (42:16) (42:18) (42:20) (43:5) (43:10) (43:17) (43:24) (44:5) (44:8) (45:12) (45:24) (46:23) (47:4) (47:6) (48:12) (48:18) (48:22) (49:15) (49:20) (50:8) (50:17) (51:2) (51:8) (51:13) (51:24) (52:8) (52:20) (53:1) (53:3) (53:23) (54:2) (54:5) (54:16) (55:10) (55:13) (55:16) (55:18) (56:6) (56:15) (56:18) (56:20) (57:2) (57:7) (57:20) (58:2) (58:7) (58:10) (58:14) (58:16) (59:17) (60:2) (60:8) (60:10) (60:14) (60:18) (60:21) (60:24) (61:7) (61:12) (62:1) (62:6) (62:10) (62:17) (62:21) (63:1) (64:4) (64:13) (65:5) (66:12) (67:1) (68:8) (68:24) (69:2) (69:5) (70:10) (70:16) (70:17) (71:7) (71:9) (71:15) (71:24) (72:6) (72:13) (72:16) (72:19) (72:22) (73:9) (73:12) (73:24) (74:6) (74:13) (74:22) (75:1) (75:4) (75:10) (75:22) (76:5) (76:11) (77:9) (79:5) (79:15) (80:2) (80:8) (81:3) (84:19) (86:3) (87:6) (87:15) (87:17) (89:13) (89:15) (90:2) (91:13) (91:16) (91:18) (92:12) (93:3) (93:8) (95:6) (95:9) (95:14) (95:16) (95:19) (96:5) (96:8) (96:21) (97:5) (97:14) (97:18) (97:21) (97:23) (98:19) (99:10) (100:11) (100:23) (101:2) (102:14) (103:16) (103:19) (104:6) (104:8) (105:1) (105:2) (105:6) (106:19) (106:21) (107:10) (107:19) (107:24) (108:12) (108:16) (109:2) (109:23) (110:13) (110:23) (111:2) (111:5) (111:10) (111:20) (111:21) (112:6) (112:9) (112:13)
**year**   (17:13)
**years**   (11:24) (12:4) (12:18) (17:21) (43:5) (43:7) (44:7) (56:14)
**yes**   (19:20) (28:17) (36:21) (60:7) (83:5) (91:17)
**yet**   (79:9)
**you**   (4:7) (4:10) (4:15) (4:19) (4:20) (4:24) (5:2) (5:4) (5:5) (5:7) (5:12) (5:17) (5:20) (5:21) (6:5) (6:9) (6:13) (6:17) (7:2) (7:10) (7:24) (8:3) (8:5) (8:11) (8:13) (8:17) (8:21) (8:23) (9:6) (9:14) (9:16) (9:18) (10:16) (11:5) (11:8) (11:14) (11:16) (11:19) (11:21) (11:23) (12:4) (12:8) (12:15) (12:16) (12:17) (12:19) (12:23) (13:1) (13:8) (13:10) (13:12) (13:16) (13:18) (13:23) (14:2) (14:5) (14:8)
**you**   (14:9)
**You**   (14:10) (14:17) (15:2) (15:6) (15:9) (15:20) (15:21)

**your**   (15:24) (16:2) (16:4) (16:6) (16:11) (16:13) (16:15) (16:17) (16:23) (17:1) (17:5) (17:9) (17:13) (17:16) (18:2) (18:5) (18:9) (18:12) (18:20) (19:7) (19:10) (19:13) (19:14) (19:16) (19:18) (20:1) (20:3) (20:9) (20:15) (20:17) (20:21) (21:2) (21:3) (21:5) (21:12) (21:13) (21:14) (21:15) (21:17) (23:20) (24:2) (24:8) (24:12) (24:14) (24:16) (24:20) (24:22) (25:2) (25:6) (25:7) (25:13) (25:20) (25:22) (26:2) (26:6) (26:14) (26:15) (26:16) (26:24) (27:3) (27:9) (27:12) (27:14) (27:20) (27:22) (27:24) (28:7) (28:8) (28:10) (28:13) (28:16) (28:19) (28:20) (29:2) (29:6) (29:13) (29:17) (30:7) (30:15) (30:18) (30:19) (30:21) (31:14) (32:4) (32:8) (32:18) (33:6) (33:10) (33:13) (33:20) (34:1) (34:6) (34:10) (34:14) (34:17) (34:18) (34:20) (34:24) (35:6) (35:9) (35:11) (35:13) (35:14) (35:18) (35:23) (36:3) (36:5) (36:8) (36:11) (36:17) (36:22) (36:24) (37:7) (37:24) (38:4) (38:8) (38:16) (38:20) (38:24) (39:5) (39:7) (39:10) (39:16) (39:19) (40:1) (40:7) (40:12) (40:18) (40:24) (41:4) (41:5) (41:9) (41:19) (41:22) (42:6) (42:9) (42:11) (42:14) (42:19) (42:21) (42:23) (43:3) (43:8) (43:11) (43:12) (43:14) (43:22) (44:9) (44:12) (44:13) (44:19) (44:24) (45:5) (45:8) (45:9) (46:1) (46:5) (46:8) (46:11) (46:14) (46:19) (46:21) (46:24) (47:14) (47:16) (47:22) (48:3) (48:7) (48:11) (49:5) (49:7) (49:13) (49:16) (49:19) (49:24) (50:10) (50:15) (50:16) (50:18) (51:1) (51:7) (51:12) (51:18) (51:22) (52:2) (52:9) (52:13) (52:15) (52:19) (52:22) (53:4) (53:8) (53:11) (53:13) (53:18) (54:6) (54:15) (54:21) (54:23) (55:3) (55:6) (55:8) (55:9) (55:11) (55:12) (55:14) (55:19) (55:21) (55:22) (56:1) (56:2) (56:5) (56:7) (56:10) (56:16) (56:21) (56:23) (57:3) (57:8) (57:11) (57:14) (57:17) (57:21) (58:3) (58:13) (58:17) (58:19) (58:22) (59:1) (59:14) (59:18) (59:21) (59:24) (60:3) (60:4) (60:11) (60:12) (60:15) (60:19) (60:22) (61:1) (61:8) (61:17) (61:19) (62:2) (62:7) (62:12) (62:18) (62:22) (63:2) (63:3) (63:9) (63:10) (63:12) (63:17) (63:21) (64:6) (64:14) (64:15) (64:21) (65:2) (65:7) (65:11) (65:15) (65:19) (65:24) (66:7) (66:8) (66:13) (66:14) (66:17) (66:18) (67:6) (67:7) (67:9) (67:12) (67:16) (68:1) (68:9) (68:19) (68:20) (68:22) (69:3) (69:4) (69:6) (69:10) (69:12) (69:18) (69:20) (69:22) (70:2) (70:4) (70:5) (70:15) (70:17) (70:23) (71:3) (71:8) (71:10) (71:16) (71:18) (72:1) (72:4) (72:7) (72:9) (72:11) (72:12) (72:14) (72:17) (72:20) (72:23) (73:6) (73:7) (73:10) (73:13) (73:16) (73:23) (74:3) (74:4) (74:19) (74:20) (74:21) (74:22) (74:24) (75:2) (75:3) (75:5) (75:11) (75:12) (75:20) (75:24) (76:1) (76:15) (76:17) (76:20) (76:21) (76:23) (77:3) (77:10) (77:14) (77:18) (77:24) (78:1) (78:2) (78:6) (78:14) (78:15) (78:16) (78:19) (78:20) (78:21) (79:2) (79:3) (79:4) (79:9) (79:10) (79:13) (79:20) (79:21) (79:24) (80:1) (80:4) (80:5) (80:6) (80:7) (80:9) (80:12) (80:13) (80:15) (80:16) (80:17) (80:18) (80:19) (80:21) (80:22) (81:2) (81:4) (81:10) (81:11) (81:21) (81:23) (82:3) (82:9) (82:13) (82:14) (82:16) (82:19) (83:3) (83:7) (83:11) (83:12) (83:14) (83:16) (83:21) (83:22) (84:7) (84:11) (84:14) (84:22) (84:24) (85:1) (85:5) (85:7) (85:11) (85:15) (85:17) (85:21) (85:22) (86:7) (86:13) (87:4) (87:9) (87:13) (87:20) (87:21) (88:6) (88:9) (88:11) (88:16) (88:24) (89:4) (89:16) (89:19) (89:21) (90:1) (90:11) (90:13) (90:18) (90:19) (90:21) (90:23) (91:1) (91:2) (91:3) (91:5) (91:8) (91:19) (91:24) (92:1) (92:7) (92:8) (92:11) (92:13) (92:14) (92:16) (92:22) (92:23) (93:2) (93:11) (93:13) (93:16) (93:19) (93:24) (94:2) (94:16) (94:17) (94:20) (95:4) (95:7) (95:11) (95:12) (95:20) (96:1) (96:2) (96:4) (96:6) (96:9) (96:15) (96:16) (96:17) (96:20) (96:22) (97:3) (97:8) (97:12) (97:13) (97:16) (97:19) (97:20) (98:11) (98:12) (98:17) (98:19) (99:3) (99:5) (99:8) (99:15) (99:18) (99:23) (99:24) (100:2) (100:3) (100:9) (100:12) (100:21) (100:24) (101:3) (101:8) (101:20) (101:23) (102:6) (102:7) (102:8) (102:12) (102:15) (102:17) (102:18) (102:21) (102:24) (103:3) (103:4) (103:10) (103:15) (103:17) (103:21) (103:24) (104:3) (104:4) (104:5) (104:7) (104:9) (104:13) (104:16) (104:17) (104:19) (104:21) (105:1) (105:3) (105:11) (105:12) (105:14) (105:15) (106:9) (106:10) (106:13) (106:17) (107:2) (107:6) (107:9) (107:14) (107:23) (108:5) (108:8) (108:15) (108:23) (108:24) (109:6) (109:9) (109:12) (109:16) (109:24) (110:5) (110:6) (110:19) (110:24) (111:3) (111:16) (111:24) (112:6) (112:7) (112:9) (112:11) (112:12)
**you'd**   (43:3) (43:16)
**your**   (4:7) (5:8) (5:16) (5:24) (6:2) (6:3) (6:5) (6:6) (6:15) (6:19) (7:4) (7:10) (7:12) (7:21) (8:23) (9:18) (9:19) (10:3) (10:5) (10:19) (11:5) (12:15) (12:16) (17:24) (18:5) (18:9)

**your-all's**                    **you've**

(18:20) (19:7) (19:10) (19:13) (19:22) (20:5) (20:22) (22:5)
(22:7) (22:16) (23:23) (23:24) (24:5) (25:24) (27:9) (27:18)
(30:19) (30:23) (36:16) (37:8) (38:5) (38:9) (38:12) (39:5)
(39:12) (40:17) (42:5) (43:22) (44:3) (45:7) (45:11) (46:5)
(46:21) (48:10) (49:21) (50:6) (59:10) (59:12) (60:19) (63:2)
(63:7) (63:9) (63:17) (63:18) (64:9) (75:2) (77:17) (77:24)
(80:5) (80:18) (81:1) (82:5) (82:21) (84:8) (84:22) (85:8)
(85:18) (85:22) (86:7) (87:20) (90:10) (90:13) (91:11)
(91:24) (92:17) (92:22) (92:23) (93:4) (93:16) (95:18) (96:2)
(96:6) (96:10) (97:7) (97:19) (99:8) (99:11) (100:7) (100:21)
(101:7) (101:20) (102:21) (103:17) (106:17) (106:20)
(106:22) (107:2) (108:14) (111:14) (111:22)
**your-all's**   (18:23)
**you're**   (5:12) (5:20) (12:21) (36:3) (36:14) (40:6) (40:24)
(70:8) (77:15) (79:20) (81:3) (81:21) (83:10) (83:11) (84:9)
(84:10) (85:6) (85:7) (85:8) (85:13) (85:14) (85:15) (88:20)
(89:24) (92:6) (95:11) (100:8) (104:12) (110:11)
**yours**   (64:12) (74:5)
**yourself**   (34:3) (43:8)
**you've**   (4:21) (5:14) (5:21) (17:20) (42:17) (43:2) (44:6)
(45:3) (56:13) (64:9) (105:23) (109:21) (112:13)