

Post Office Box 320
Huntington, WV 25708

Telephone: 304.525.5700

Donald B. O'Dell
dodell@odellmediation.com

August 2, 2021

File No: 21-045



Rory L. Perry, II, Clerk
UNITED STATES DISTRICT COURT
Post Office Box 2546
Charleston, WV 25329

Re: <u>William Allen Means v. E.M. Peterson, et al.</u>
In the United States District Court for the Southern District of West Virginia
Civil Action No.: 2:20-cv-00561

Dear Mr. Perry:

As you may know, the parties contacted me and requested that I mediate the above-referenced matter pending before Judge Goodwin and scheduled for trial on September 28, 2021. Pursuant to LR Civ P 16.6.8, I submit the following report.

On July 30, 2021, a mediation session was conducted. The parties negotiated openly and knowledgeably about the case. I am pleased to report that, as a result of these mediation negotiations, a final settlement of all claims was reached. Counsel will be contacting the Court in the near future.

I am pleased to be of service to the parties, counsel, and the Court. Should you or Judge Goodwin have any questions regarding the mediation, please do not hesitate to contact me.

Sincerely,

Donald B. O'Dell

DBO:tgc



Rory L. Perry, II, Clerk
August 2, 2021
Page 2

cc:    The Honorable Joseph R. Goodwin
UNITED STATES DISTRICT COURT
P.O. Box 2546
Charleston, WV 25329-2546

dditrapano@cldlaw.com
L. Dante diTrapano, Esquire
CALWELL LUCE DITRAPANO, PLLC
500 Randolph Street
Charleston, WV 25302

wjforbes@forbeslawwv.com
W. Jesse Forbes, Esquire
FORBES LAW OFFICES, PLLC
1118 Kanawha Blvd., East
Charleston, WV 25301

druggier@pffwv.com
Duane J. Ruggier, II, Esquire
PULLIN FOWLER FLANAGAN BROWN & POE, PLLC
James Mark Building
901 Quarrier Street
Charleston, WV 25301