IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**WILLIAM ALLEN MEANS,**

    **Plaintiff,**

v.                                                       Civil Action No.: 2:20-561

**E.M. PETERSON and D. HARVEY,**

    **Defendants.**

## ORDER OF DISMISSAL

NOW COMES the Plaintiff, William Allen Means, by counsel, Dante DiTrapano and W. Jesse Forbes, and the Defendants, E.M. Peterson and D. Harvey, by and through counsel, Duane J. Ruggier II, Evan S. Olds and the law firm of Pullin, Fowler, Flanagan, Brown & Poe, PLLC, and hereby represent to the Court that all matters in controversy between the parties have been settled and compromised and that the parties jointly move the Court to dismiss this action, with prejudice.

The Court being advised of the premises herein and finding no objection thereto, it is hereby **ORDERED** that this action is hereby **DISMISSED**, with prejudice, with the parties to bear their own costs and attorneys' fees.

The Clerk is directed to send attested copies of this Order to all counsel of record.

Entered this _17_ day of _August_, 2021.

                                                                 HONORABLE JOSEPH R. GOODWIN

Prepared and submitted by:


*/s/ Duane J. Ruggier II*
Duane J. Ruggier II, Esquire WVSB #7787
Evan S. Olds, Esquire WVSB#12311
PULLIN, FOWLER, FLANAGAN,
BROWN & POE, PLLC
JamesMark Building
901 Quarrier Street
Charleston, WV 25301
*Counsel for Defendant*


Inspected and approved by:


*/s/ L. Dante diTrapano*
L. Dante' diTrapano, Esq.
Alex McClaughlin, Esq.
Benjamin D. Adams, Esq.
Calwell Luce diTrapano PLLC
500 Randolph Street
Charleston, West Virginia 25302
*Counsel for Plaintiff*

And

W. Jesse Forbes, Esq.
Forbes Law Firm, PLLC
1118 Kanawha Boulevard, East
Charleston, West Virginia 25301
*Co-Counsel for Plaintiff*